**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>    v.<br><br>DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATAL KAVTHEKAR,<br><br>Defendants. | Case No.  1:19-cv-01735<br><br>Hon. Virginia M. Kendall |

**DEFENDANTS' UNOPPOSED MOTION
FOR REASSIGNMENT AND CONSOLIDATION**

For the reasons set forth in the accompanying Memorandum of Law, Defendants Diplomat Pharmacy, Inc., Brian T. Griffin, Jeffrey Park, Joel Saban, and Atul Kavthekar, by and through their attorneys, respectfully move the Court pursuant to Local Rule 40.4 to reassign the cases captioned *William Riehm v. Diplomat Pharmacy, Inc., et al.*, No. 1:19-cv-02631 (N.D. Ill., transferred from C.D. Cal. on Apr. 18, 2018 and assigned to the Honorable Joan H. Lefkow) and *David Prentice v. Diplomat Pharmacy, Inc. et al.*, No. 1:19-cv-02635 (N.D. Ill., transferred from C.D. Cal. on Apr. 18, 2018 and assigned to the Honorable Elaine E. Bucklo) to this Court before which the related case, *Chase Mortimer v. Diplomat Pharmacy, Inc., et al.*, 1:19-cv-01735, is currently pending, and to consolidate the three cases for trial pursuant to Fed. R. Civ. P. 42.

-2-

WHEREFORE, the Moving Defendants respectfully request that the Court grant their unopposed Motion and reassign and consolidate for trial before the Honorable Virginia M. Kendall these related cases.

Dated:  April 25, 2019                                        Respectfully submitted,


                                                             By:  *James W. Ducayet*
                                                                  James W. Ducayet
                                                                  Nilofer Umar
                                                                  David A. Geiger
                                                                  SIDLEY AUSTIN LLP
                                                                  One South Dearborn Street
                                                                  Chicago, Illinois 60603
                                                                  (312) 853-7000
                                                                  (312) 853 7063 (Fax)

                                                                  *Attorneys for Defendants Diplomat*
                                                                  *Pharmacy, Inc., Brian T. Griffin, Jeffrey*
                                                                  *Park, Joel Saban, and Atul Kavthekar*

-2-