**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br><br>DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATUL KAVTHEKAR,<br><br>        Defendants. | Case No: 1:19-cv-01735<br><br>**MOTION OF ALEXANDER VIRGILI FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>Honorable Virginia M. Kendall |
| WILLIAM RIEHM, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, and ATUL KAVTHEKAR,<br><br>        Defendants. | Case No: 1:19-CV-02631<br><br>Honorable Joan H. Lefkow |
| DAVID PRENTICE, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, and ATUL KAVTHEKAR,<br><br>        Defendants. | Case No: 1:19-CV-02635<br><br>Honorable Elaine E. Bucklo |

1

PLEASE TAKE NOTICE that Alexander Virgili ("Movant"), by his counsel, will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order ([Proposed] attached hereto): (i) consolidating the related actions; (ii) appointing Movant as Lead Plaintiff; (iii) approving Movant's selection of The Rosen Law Firm, P.A. as Lead Counsel and Heffner Hurst as Liaison Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this motion, Movant submits herewith a memorandum of law and declaration in support of this motion.

Dated: April 25, 2019

Respectfully submitted,

**HEFFNER HURST**

/s/*Matthew T. Heffner*
Matthew T. Heffner
Matthew T. Hurst
30 North LaSalle Street
Twelfth Floor
Chicago, Illinois 60602
Telephone: (312) 346-3466
Fax: (312) 346-2829
Email: mheffner@heffnerhurst.com
Email: mhurst@heffnerhurst.com

Proposed Liaison Counsel for Plaintiff

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
Laurence M. Rosen
275 Madison Avenue, 34th Floor
New York, New York 10118
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Proposed Lead Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/*Matthew T. Heffner*