# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATUL KAVTHEKAR,<br><br>Defendants. | Case No: 1:19-cv-01735<br><br>**DECLARATION OF MATTHEW T. HEFFNER IN SUPPORT OF MOTION OF ALEXANDER VIRGILI FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>Honorable Virginia M. Kendall |
| WILLIAM RIEHM, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, and ATUL KAVTHEKAR,<br><br>Defendants. | Case No: 1:19-CV-02631<br><br>Honorable Joan H. Lefkow |
| DAVID PRENTICE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, and ATUL KAVTHEKAR,<br><br>Defendants. | Case No: 1:19-CV-02635<br><br>Honorable Elaine E. Bucklo |

1

Matthew T. Heffner, hereby declares;

1.   I am an attorney with Heffner Hurst, proposed Liaison Counsel in this action. I have personal knowledge of the facts set forth herein.  I make this declaration in support of the motion of Alexander Virgili ("Movant") for: (i) consolidation of the related actions; (ii) appointment of Lead Plaintiff for the Class; and (iii) approval of Lead Plaintiff's selection of The Rosen Law Firm, P.A. as Lead Counsel and Heffner Hurst as Liaison Counsel for the Class.

2.   Attached hereto as Exhibit 1 is true and correct copy of a PSLRA early notice issued by The Rosen Law Firm, P.A.

3.   Attached hereto as Exhibit 2 is true and correct copy of Movant's PSLRA certification.

4.   Attached hereto as Exhibit 3 is a true and correct copy of Movant's loss chart.

5.   Attached hereto as Exhibit 4 is a copy of the firm resume of The Rosen Law Firm, P.A.

6.   Attached hereto as Exhibit 5 is a copy of the firm resume of Heffner Hurst.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2019, in Chicago, Illinois.

*/s/ Matthew T. Heffner*
Matthew T. Heffner

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ *Matthew T. Heffner*

3