# EXHIBIT 3

**Diplomat Pharmacy, Inc. Loss Chart**

**Class Period: February 26, 2018 through February 21, 2019**

**Lookback Price** $ 5.8256

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|------|----------------|--------|-----------------|-------|-----------|--------|-----------------|-------|-----------------|----------------|-----------------|
| Alexander Virgili | 5/11/2018 | 200 | ($23.17) | ($4,634.00) | | | | | | | |
| | 6/20/2018 | 330 | ($27.74) | ($9,154.20) | | | | | | | |
| | | **530** | | **($13,788.20)** | | | | | **530** | **$3,087.56** | **($10,700.64)** |