**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHASE MORTIMER, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-1735 |
| v. | ) ) | The Honorable Virginia M. Kendall |
| DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN and ATUL KAVTHEKAR, | ) ) ) ) | |
| Defendants. | ) ) | |
| WILLIAM RIEHM, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-2631 |
| v. | ) ) | The Honorable Joan H. Lefkow |
| DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, and ATUL KAVTHEKAR, | ) ) ) ) | |
| Defendants. | ) ) | |
| DAVID PRENTICE, Individually and on behalf of all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-2635 |
| v. | ) ) | The Honorable Elaine E. Bucklo |
| DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, and ATUL KAVTHEKAR, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**DECLARATION OF CARL V. MALMSTROM IN SUPPORT OF FEIHUA XU AND FRANK MAZUR'S MOTION FOR CONSOLIDATION OF ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**

I, Carl V. Malmstrom, declare as follows:

1. I am an associate with the law firm of Wolf Haldenstein Adler Freeman & Herz LLC, liaison counsel for Lead Plaintiff Movants Feihua Xu and Frank Mazur ("Movants") and proposed liaison counsel for the Class. As such, I have knowledge of the matters set forth in this declaration. I submit this declaration in support of Movants' motion for consolidation of actions, appointment as Lead Plaintiff, and approval of selection of counsel.

2. Attached hereto as Exhibit A is a true and correct copy of the notice of pendency of class action published in *Business Wire* on February 24, 2019 by The Rosen Law Firm, which represents plaintiff William Riehm in the above-captioned action.

3. Attached hereto as Exhibit B are true and correct copies of Movants' Certifications pursuant to 15 U.S.C. § 78u-4(a)(2).

4. Attached hereto as Exhibit C are true and correct copies of charts calculating Movants' losses on their Class Period transactions in Diplomat Pharmacy, Inc. stock.

5. Attached hereto as Exhibit D is a true and correct copy of the firm résumé of Bragar Eagel & Squire, P.C., proposed Co-Lead Counsel for the Class.

6. Attached hereto as Exhibit E is a true and correct copy of the firm résumé of Levi & Korsinsky, LLP, proposed Co-Lead Counsel for the Class.

7. Attached hereto as Exhibit F is a true and correct copy of the firm résumé of Wolf Haldenstein Adler Freeman & Herz LLP, proposed liaison counsel for the Class.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2019 in Chicago, Illinois.

*/s/ Carl V. Malmstrom*
Carl V. Malmstrom

## CERTIFICATE OF SERVICE

I, Carl V. Malmstrom, the undersigned attorney, hereby certify that on the 25th day of April, 2019, I caused to be served a copy of the foregoing document via the Court's CM/ECF system, on all counsel of record.

/s/ Carl V. Malmstrom
Carl V. Malmstrom

4