# EXHIBIT B

## CERTIFICATION PURSUANT TO
## THE FEDERAL SECURITIES LAWS

I, the undersigned Frank Mazur, certify that:

1.      I have reviewed the complaint, and have authorized its filing and/or the filing of a Lead Plaintiff motion on my behalf.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

3.      I want to serve as a lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial.  I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the class.

4.      Attached hereto as Schedule A is a complete listing of all my Diplomat Pharmacy, Inc. securities (NYSE: DPLO) transactions during the Class Period.

5.      I have not served as a representative party on behalf of a class under this title during the last three years.

6.      I will not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: Feb 28, 2019 _____

_Frank Mazur_
Frank Mazur (Feb 28, 2019)
Frank Mazur

1

**SCHEDULE A**

Class Period Transactions of Frank Mazur in Diplomat Pharmacy, Inc. securities (NYSE: DPLO)

| **Transaction** | **Date** | **Quantity** | **Total Price** |
|---|---|---|---|
| Purchase | 11/15/2018 | 1,000 | $17.50 |

2

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Feihua Xu , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I have reviewed a complaint filed in the action(s).

2. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. My transaction(s) in Diplomat Pharmacy, Inc. which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

5. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

6. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this April 25, 2019.

Name: Feihua Xu

Signed:

**Schedule A**

Transactions of Feihua Xu  in Diplomat Pharmacy, Inc. (DPLO)

| | |
|---|---|
| **Client Name** | Feihua Xu |
| **Company Name** | Diplomat Pharmacy, Inc. |
| **Ticker Symbol** | DPLO |
| **Class Period Start** | 2/26/2018 |
| **Class Period End** | 2/21/2019 |

| Date of Transaction | Purchase or Sale | Quantity | Price per Security |
|---|---|---|---|
| 5/11/2018 | Sale | 1,150 | $ 23.600 |
| 10/23/2018 | Purchase | 1,800 | $ 20.500 |
| 11/7/2018 | Purchase | 1,000 | $ 15.000 |