# EXHIBIT C

**Loss Chart**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Company Name** | Diplomat Pharmacy, Inc. | | | | | |
| **Ticker Symbol** | DPLO | | | **LIFO Loss** | **($11,500.91)** | |
| **Client Name** | Frank Mazur | | | | | |
| **Class Period Start** | 02/26/2018 | | | | | |
| **Class Period End** | 02/21/2019 | | | | | |

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 11/15/2018 | 1,000 | $17.50 | ($17,500.00) | | | ($17,500.00) |
| | | | | | **Subtotal** | ($17,500.00) |
| **Shares Remaining** | 1,000 | **90-Day Average Price** | | | **90-Day Average** | $5,999.09 |
| | | $5.9991 | | | **Total** | **($11,500.91)** |

**Loss Chart**

Losses of Feihua Xu in Diplomat Pharmacy, Inc. (DPLO)

| Client Name | Feihua Xu | **90 Day Lookback Average** | $5.8189 | | | **LIFO Loss Total** | **$35,607.18** |
|---|---|---|---|---|---|---|---|
| Company Name | Diplomat Pharmacy, Inc. | | | | | ***Dura* LIFO Loss Total** | **$35,607.18** |
| Ticker Symbol | DPLO | | | | | **Shares Purchased** | **2,800** |
| Class Period Start | 2/26/2018 | | | | | **Shares Retained** | **2,800** |
| Class Period End | 2/21/2019 | | | | | **Net Funds Expended** | **$51,900.00** |

| Acquisition/ Disposition Date | Type of Security | Quantity | Price | Total Cost/Proceeds | Acquisition/ Disposition Date | Quantity | Price | Avg. Sales Price on Date of Sale* | Total Cost/Proceeds | Securities Held at Close of Class Period | Per Security Value** | Retained Value | Total Proceeds/Loss (LIFO) | *Dura* LIFO*** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | PRE-CLASS PERIOD PURCHASE | | | | 5/11/2018 | 1,150 | $23.6000 | | | MATCHED TO PRE-CLASS PERIOD PURCHASE | | | | |
| 10/23/2018 | Common Stock | 1,800 | $ 20.500 | $36,900.0000 | | | | | $0.0000 | 1,800 | $5.8189 | $10,473.95 | $26,426.05 | $26,426.05 |
| 11/7/2018 | Common Stock | 1,000 | $ 15.000 | $15,000.0000 | | | | | $0.0000 | 1,000 | $5.8189 | $5,818.86 | $9,181.14 | $9,181.14 |
| **TOTAL:** | | **2,800** | | **$51,900.00** | | **1,150** | | | **$0.00** | **2,800** | | **$16,292.82** | **$35,607.18** | **$35,607.18** |

\* Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\*\* 90-Day lookback average as of 4/25/2019.

\*\*\* Disregarding intra-class period gains and losses not incurred pursuant to underlying allegations.