## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATAL KAVTHEKAR,<br><br>Defendants. | Civil Action No.: 1:19-cv-01735<br><br>CLASS ACTION<br><br>Hon. Virginia M. Kendall |
| WILLIAM RIEHM, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATUL KAVTHEKAR,<br><br>Defendants. | Civil Action No.: 1:19-cv-02631 |

1

| | | |
|---|---|---|
| DAVID PRENTICE, Individually and on Behalf of All Other Persons Similarly Situated, | ) ) ) | Civil Action No.: 1:19-cv-02635 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATUL KAVTHEKAR, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**MOTION OF EUGENE KLABAK FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Eugene Klabak ("Klabak") hereby moves this Court pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), and Fed. R. Civ. P. 42 for the entry of an Order: (1) consolidating the above-captioned related actions; (2) appointing Klabak as Lead Plaintiff on behalf of all persons who purchased or otherwise acquired Diplomat Pharmacy, Inc. securities between February 26, 2018 through February 21, 2019, both dates inclusive; and (3) approving Klabak's selection of Pomerantz LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the Class.

Klabak, as the Proposed Lead Plaintiff, has timely filed his motion pursuant to the PSLRA and is believed to be the investor with the largest financial interest in the outcome of the litigation. The Proposed Lead Plaintiff meets the requirements of the PSLRA and Fed. R. Civ. P. 23 in that his claims are typical of the claims of the class, and he will fairly and adequately represent the interests of the class. The Proposed Lead Plaintiff's choice of counsel should be accepted by this Court because the Proposed Lead Plaintiff's selected counsel are nationally

recognized firms with extensive experience and expertise in securities fraud and other class actions.

In further support of this Motion, Klabak relies on the accompanying Memorandum of Law, as well as the Declaration of Jeremy A. Lieberman, filed herewith.

WHEREFORE, Klabak respectfully requests that the Court issue an Order: (1) consolidating the above-captioned related actions; (2) appointing Klabak as Lead Plaintiff for the Class; and (3) approving the selection of Pomerantz LLP and Holzer & Holzer, LLC as Co-Lead Counsel for the Class.

Dated:   April 25, 2019

Respectfully submitted,

*/s/ Jeremy A. Lieberman*
**POMERANTZ LLP**
Jeremy A. Lieberman
Alex Hood
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com
            ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email:  pdahlstrom@pomlaw.com

*Counsel for Movant and Proposed*
*Co-Lead Counsel for the Class*

**HOLZER & HOLZER, LLC**
Corey D. Holzer
1200 Ashwood Parkway
Suite 410
Atlanta, Georgia 30338
Telephone:  (770) 392-0090
Facsimile:  (770) 392-0029
Email:  cholzer@holzerlaw.com

*Counsel for Movant and Proposed*
*Co-Lead Counsel for the Class*

4