## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Other Persons Similarly Situated, | Civil Action No.: 1:19-cv-01735 |
| Plaintiff, | CLASS ACTION |
| v. | Hon. Virginia M. Kendall |
| DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATAL KAVTHEKAR, | |
| Defendants. | |
| WILLIAM RIEHM, Individually and on Behalf of All Other Persons Similarly Situated, | Civil Action No.: 1:19-cv-02631 |
| Plaintiff, | |
| v. | |
| DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATUL KAVTHEKAR, | |
| Defendants. | |
| DAVID PRENTICE, Individually and on Behalf of All Other Persons Similarly Situated, | Civil Action No.: 1:19-cv-02635 |
| Plaintiff, | |
| v. | |
| DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATUL KAVTHEKAR, | |
| Defendants. | |

1

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF THE
MOTION OF EUGENE KLABAK FOR CONSOLIDATION, APPOINTMENT
AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Eugene Klabak ("Klabak"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion by Klabak for consolidation, appointment as Lead Plaintiff for the Class, and approval of Klabak's selection of Pomerantz and Holzer & Holzer, LLC ("Holzer") as Co-Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

| | |
|---|---|
| Exhibit A: | Press release published over *Business Wire* on February 24, 2019, announcing the pendency of the first of the above-captioned actions to be filed; |
| Exhibit B: | Shareholder Certification; |
| Exhibit C: | Loss Chart; |
| Exhibit D: | Firm resume of Pomerantz; and |
| Exhibit E: | Firm resume of Holzer. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 25, 2019, at New York, New York.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

2