# EXHIBIT B

## CERTIFICATION OF NAMED PLAINTIFF
## PURSUANT TO FEDERAL SECURITIES LAWS

The undersigned declares, as to the claims asserted under the federal securities laws, that:

Plaintiff has reviewed the initial complaint filed in this action.

Plaintiff did not purchase and/or acquire the security that is the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action under the federal securities laws.

Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Plaintiff Certification.

Plaintiff's transactions in the security that is the subject of this action during the Class Period are as follows:

Purchases:

| Name of Company | Date(s) Purchased | # Shares Purchased | Cost/Share |
| --- | --- | --- | --- |
| DPLO | 11/07/2018 | 500 | $14.65 |
| | 11/07/2018 | 1000 | $15.00 |
| | 12/06/2018 | 500 | $14.84 |
| | 02/01/2019 | 500 | $13.15 |

Sales:

| Name of Company | Date(s) Sold | # Shares Sold | Proceeds/Share |
| --- | --- | --- | --- |
| DPLO | | | |

During the three (3) years prior to the date of this certification, Plaintiff has not sought to serve or served as a class representative in an action filed under the federal securities laws except for the following (if any):

None

DocuSign Envelope ID: AD40CB0B9D48F-08C73AE4D-4B99FD5DCED6

Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __6__ day of __March__, 2019 in ____Owosso____, ____Michigan____.

City                    State

(Signature) X_____Eugene Klabak_____

(Print Name)____Eugene Klabak____

**Diplomat Pharmacy (DPLO)**                                                                                  **Klabak, Eugene**

### List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|
| 11/7/2018 | Purchase | 500 | $14.6500 |
| 11/7/2018 | Purchase | 1,000 | $15.0000 |
| 12/6/2018 | Purchase | 500 | $14.8400 |
| 2/1/2019 | Purchase | 500 | $13.1500 |