# EXHIBIT C

**Diplomat Pharmacy (DPLO)**
**Class Period: February 26, 2018 to February 21, 2019**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 61-Day* Mean Price $5.8256 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Klabak, Eugene | 11/7/2018 | 500 | $14.6500 | ($7,325) | | | | | | | |
| Klabak, Eugene | 11/7/2018 | 1,000 | $15.0000 | ($15,000) | | | | | | | |
| Klabak, Eugene | 12/6/2018 | 500 | $14.8400 | ($7,420) | | | | | | | |
| Klabak, Eugene | 2/1/2019 | 500 | $13.1500 | ($6,575) | | | | | | | |
| **Klabak, Eugene** | | **2,500** | | **($36,320)** | | | | | **2,500** | **$14,564** | **($21,756)** |

*Avg Closing Prices from Feb 22 to Apr 24