UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:19-cv-01735 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | Judge Virginia M. Kendall |
| vs. | ) ) | |
| DIPLOMAT PHARMACY, INC., et al., | ) ) | |
| Defendants. | ) ) | |
| WILLIAM RIEHM, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:19-cv-02631 |
| | ) | CLASS ACTION |
| Plaintiff, | ) ) | Judge Joan H. Lefkow |
| vs. | ) ) | |
| DIPLOMAT PHARMACY, INC., et al., | ) ) | |
| Defendants. | ) ) ) | |

[Caption continued on following page.]

MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL

1557201_1

DAVID PRENTICE, Individually and on
Behalf of All Others Similarly Situated,

       Plaintiff,

  vs.

DIPLOMAT PHARMACY, INC., et al.,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:19-cv-02635

CLASS ACTION

Judge Elaine E. Bucklo

1557201_1

Iron Workers Local No. 25 Pension Fund (the "Pension Fund") moves this Court for an Order pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4, consolidating the related actions, appointing the Pension Fund as Lead Plaintiff, and approving the Pension Fund's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel for the class. In support of this Motion, the Pension Fund submits a memorandum of law, a proposed order concurrently submitted to the Court's proposed order inbox, and true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published on *Business Wire* on February 24, 2019;

Exhibit B: The Pension Fund's Certification;

Exhibit C: The Pension Fund's loss estimate, prepared by counsel; and

Exhibit D: Robbins Geller Rudman & Dowd LLP's firm resume.

DATED: April 25, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT

s/ Danielle S. Myers
DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

- 1 -

1557201_1

- 2 -

[Proposed] Lead Counsel for [Proposed] Lead
Plaintiff

SULLIVAN, WARD, ASHER & PATTON, P.C.
MICHAEL J. ASHER
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI 48075
Telephone: 248/746-0700
248/746-2760 (fax)
masher@swappc.com

HESSIAN & McKASY P.A.
WILLIAM A. CUMMINGS
3700 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: 612/746-5770
612/746-5755 (fax)

Additional Counsel for [Proposed] Lead Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on April 25, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Danielle S. Myers
DANIELLE S. MYERS

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: dmyers@rgrdlaw.com

1557201_1

# Mailing Information for a Case 1:19-cv-01735 Mortimer v. Diplomat Pharmacy, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James Wallace Ducayet**
  jducayet@sidley.com,james-ducayet-9115@ecf.pacerpro.com,efilingnotice@sidley.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,ajewell@millerlawllc.com,drobinson@millerlawllc.com,JRamirez@millerlawllc.com

- **David Allan Geiger**
  dgeiger@sidley.com,efilingnotice@sidley.com,david-geiger-9990@ecf.pacerpro.com

- **Carl V. Malmstrom**
  malmstrom@whafh.com

- **Nilofer Ibrahim Umar**
  numar@sidley.com,efilingnotice@sidley.com,nilofer-umar-6698@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

William Riehm
,

Alaxander Virgili
,