# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Iron Workers Local No. 25 Pension Fund** | 09/07/2018 | 6,594 | $20.00 | $131,868.79 | 12/17/2018 | 5,328 | $14.01 | $74,646.35 | |
| | 09/07/2018 | 19,732 | $19.99 | $394,519.63 | 12/18/2018 | 1,773 | $12.84 | $22,756.46 | |
| | 09/10/2018 | 5,998 | $19.95 | $119,667.30 | 12/18/2018 | 5,045 | $12.81 | $64,638.05 | |
| | | | | | 12/18/2018 | 8,647 | $13.01 | $112,474.12 | |
| | | | | | 12/19/2018 | 2,216 | $13.04 | $28,896.64 | |
| | | | | | 12/19/2018 | 9,315 | $13.17 | $122,638.50 | |
| **Movant's Total** | | **32,324** | | **$646,055.72** | | **32,324** | | **$426,050.11** | **($220,005.61)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price
 during the 90 calendar days after the end of the class period.  The price used is $5.83 as of April 24, 2019 for common stock.