# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:19-cv-01735 |
| Plaintiff, | CLASS ACTION |
| v. | Judge Virginia M. Kendall |
| DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATAL KAVTHEKAR, | |
| Defendants. | |
| WILLIAM RIEHM, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:19-cv-02631 |
| Plaintiff, | CLASS ACTION |
| v. | Judge Joan H. Lefkow |
| DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, and ATUL KAVTHEKAR, | |
| Defendants. | |

[Caption continued on the next page.]

010753-11 1109106 V1

DAVID PRENTICE, Individually
and on Behalf of All Others Similarly
Situated,

                              Plaintiff,

v.

DIPLOMAT PHARMACY, INC., BRIAN T.
GRIFFIN, JEFFREY PARK, JOEL SABAN,
and ATUL KAVTHEKAR,

                              Defendants.

Civil Action No.  1:19-cv-02635

CLASS ACTION

Judge Elaine E. Bucklo

**NOTICE OF MOTION AND MOTION OF ARSANY GIRGIS TO CONSOLIDATE
RELATED CASES, APPOINT LEAD PLAINTIFF, AND APPROVE LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL**

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Class Member Arsany Girgis ("Mr. Girgis" or "Movant") hereby moves this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for entry of an Order:  (1) consolidating the above-captioned actions (the "Related Actions"); (2) appointing Movant as Lead Plaintiff on behalf of all persons or entities who purchased or otherwise acquired the securities of Diplomat Pharmacy, Inc. ("Diplomat" or the "Company") from February 26, 2018 through February 21, 2019, both dates inclusive; (3) approving Movant's selection of the law firm of Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Lead Counsel for the class; and (4) granting such other and further relief as the Court may deem just and proper.

This motion is based on the accompanying Memorandum of Law in support thereof, the Declaration of Reed R. Kathrein filed herewith and all exhibits attached thereto, the pleadings and other filings herein, and such other written and oral arguments as may be permitted by the Court.

WHEREFORE, Movant respectfully requests that the Court:  (1) consolidate the Related Actions; (2) appoint Movant as Lead Plaintiff on behalf of all similarly situated Diplomat investors; (3) approve Movant's selection of Hagens Berman Sobol Shapiro LLP as Lead Counsel for the class; and (4) grant such other and further relief as the Court may deem just and proper.

DATED:  April 25, 2019                     Respectfully submitted,

                                           HAGENS BERMAN SOBOL SHAPIRO LLP

                                           By */s/ Reed R. Kathrein*
                                                Reed R. Kathrein

- 1 -

- 2 -

Reed R. Kathrein
Danielle Smith
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Proposed Lead Plaintiff*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Reed R. Kathrein*
REED R. KATHREIN

- 1 -