**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**EASTERN DIVISION**

| | |
|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATAL KAVTHEKAR,<br><br>                    Defendants. | Civil Action No.  1:19-cv-01735<br><br>CLASS ACTION<br><br>Judge Virginia M. Kendall |
| WILLIAM RIEHM, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, and ATUL KAVTHEKAR,<br><br>                    Defendants. | Civil Action No.  1:19-cv-02631<br><br>CLASS ACTION<br><br>Judge Joan H. Lefkow |

[Caption continued on the next page.]

DAVID PRENTICE, Individually
and on Behalf of All Others Similarly
Situated,

                    Plaintiff,

v.

DIPLOMAT PHARMACY, INC., BRIAN T.
GRIFFIN, JEFFREY PARK, JOEL SABAN,
and ATUL KAVTHEKAR,

                    Defendants.

Civil Action No. 1:19-cv-02635

CLASS ACTION

Judge Elaine E. Bucklo

**DECLARATION OF REED R. KATHREIN IN SUPPORT OF ARSANY GIRGIS'S
MOTION TO CONSOLIDATE RELATED CASES, APPOINT
LEAD PLAINTIFF, AND APPROVE HIS SELECTION OF LEAD COUNSEL**

I, Reed R. Kathrein, declare as follows:

1.     I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Class Member Arsany Girgis ("Mr. Girgis" or "Movant").  I am an attorney licensed to practice law in the States of California, Illinois and Florida.  I make this declaration in support of Movant's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:     Movant's sworn Certifications;

Exhibit B:     Chart of Movant's estimated loss;

Exhibit C:     Notice of pendency of class action published in *BusinessWire*, a national business-oriented wire service, on February 24, 2019; and

Exhibit D:     Hagens Berman's firm résumé.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 25th day of April 2019, at Berkeley, California.

/s/ Reed R. Kathrein
REED R. KATHREIN

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Reed R. Kathrein*

REED R. KATHREIN