# Exhibit B

**Loss Analysis for Arsany Girgis - Diplomat Pharmacy, Inc. (DPLO)**
**Class Period 02/26/18 - 02/21/19**



| | Date | Shares | **PURCHASES** Share Price | | Amount Paid |
|---|---|---|---|---|---|
| Pre-Class Held | | | | | |
| Class Period Purchases | 08/11/18 | 17,000 | $15.0000 | | $255,000.00 |
| | | | | | |
| Post Class Purchases | | | | | |

| | Date | Shares | **SALES** Share Price | | Amount Received |
|---|---|---|---|---|---|
| Post Class Sales | | | | | |

| | | | | |
|---|---|---|---|---|
| Total Shares Acquired in CP | 17,000 | Total Amount Paid in CP | $255,000.00 | |
| Total Shares Sold in CP | 0 | Total Amount Sold in CP | $0.00 | |
| | | Post CP Shares Sold | 0 | Post CP Amount Sold | $0.00 |
| Total Shares Sold to Current | 0 | Total Amount Sold to Current | $0.00 | ALTERNATIVE |

| | | |
|---|---|---|
| Actual Net Shares Acquired in CP | 17,000 | (CP Retained Shares) |
| Net Amount Paid in CP | $255,000.00 | |
| Net Amount Paid in CP Minus Sold to Current Date | $255,000.00 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| | | |
|---|---|---|
| Net Shares Acquired in CP (CP Retained Shares) | 17,000 | Automatically 0 if Negative |
| Net Shares Acquired During Class Period Held to Current Date | 17,000 | Automatically 0 if ALTERNATIVE |

| | |
|---|---|
| 90-Day Mean Share Price after last Day of CP | $5.81886 |

| | | |
|---|---|---|
| Value of Net Shares Acquired in CP Using 90-Day Mean Share Price | $98,920.68 | |
| Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price | $98,920.68 | ALTERNATIVE |
| Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price | $156,079.32 | ALTERNATIVE |

| | | |
|---|---|---|
| Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price) | $156,079.32 | |
| Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP) | $156,079.32 | ALTERNATIVE |