# Exhibit B

**Loss Analysis for Arsany Girgis - Diplomat Pharmacy, Inc. (DPLO)**
**Class Period 02/26/18 - 02/21/19**

| | | PURCHASES | | | | SALES | | |
|---|---|---|---|---|---|---|---|---|
| Date | Shares | Share Price | Amount Paid | Date | Shares | Share Price | | Amount Received |
| **Pre-Class Held** | | | | | | | | |
| **Class Period Purchases** 11/12/18 | 5,000 | $16.8200 | $84,100.00 | 11/26/18 | 5,000 | $15.1700 | | $75,850.00 |
| 11/14/18 | 5,000 | $15.8000 | $79,000.00 | 11/30/18 | 5,000 | $15.3200 | | $76,600.00 |
| 11/19/18 | 5,000 | $15.0700 | $75,350.00 | 12/04/18 | 5,000 | $15.9000 | | $79,500.00 |
| 11/30/18 | 5,000 | $15.2000 | $76,000.00 | 12/07/18 | 9,563 | $16.0600 | | $153,581.78 |
| 12/06/18 | 5,000 | $15.3500 | $76,750.00 | 12/20/18 | 10,000 | $12.7500 | | $127,500.00 |
| 12/07/18 | 4,563 | $15.6000 | $71,182.80 | 12/31/18 | 5,000 | $13.3000 | | $66,500.00 |
| 12/10/18 | 5,000 | $14.8500 | $74,250.00 | 01/03/19 | 500 | $13.3000 | | $6,650.00 |
| 12/31/18 | 5,000 | $13.2400 | $66,200.00 | 01/15/19 | 5,000 | $13.3000 | | $66,500.00 |
| 01/03/19 | 500 | $13.2000 | $6,600.00 | 01/15/19 | 4,009 | $13.2500 | | $53,119.25 |
| 01/07/19 | 5,000 | $13.2000 | $66,000.00 | 01/16/19 | 5,000 | $13.3200 | | $66,600.00 |
| 01/07/19 | 500 | $12.8000 | $6,400.00 | 01/17/19 | 5,000 | $13.3500 | | $66,750.00 |
| 01/07/19 | 500 | $12.6000 | $6,300.00 | 01/22/19 | 10,000 | $13.5700 | | $135,700.00 |
| 01/08/19 | 500 | $12.5000 | $6,250.00 | 01/24/19 | 5,000 | $13.7200 | | $68,600.00 |
| 01/10/19 | 3,500 | $13.1800 | $46,130.00 | 01/28/19 | 5,000 | $13.4500 | | $67,250.00 |
| 01/15/19 | 4,009 | $13.1200 | $52,598.08 | 02/01/19 | 5,000 | $13.3900 | | $66,950.00 |
| 01/17/19 | 5,000 | $13.2500 | $66,250.00 | 02/04/19 | 1,000 | $14.2000 | | $14,200.00 |
| 01/17/19 | 5,000 | $13.2900 | $66,450.00 | | | | | |
| 01/17/19 | 5,000 | $13.2600 | $66,300.00 | | | | | |
| 01/24/19 | 5,000 | $13.4800 | $67,400.00 | | | | | |
| 01/28/19 | 5,000 | $13.4000 | $67,000.00 | | | | | |
| 01/29/19 | 10,000 | $13.4000 | $134,000.00 | | | | | |
| 02/01/19 | 5,000 | $13.3200 | $66,600.00 | | | | | |
| 02/04/19 | 200 | $14.1900 | $2,838.00 | | | | | |
| 02/05/19 | 2,000 | $13.9000 | $27,800.00 | | | | | |
| 02/05/19 | 200 | $13.8000 | $2,760.00 | | | | | |
| 02/05/19 | 800 | $14.1500 | $11,320.00 | | | | | |
| 02/06/19 | 800 | $13.7900 | $11,032.00 | | | | | |
| 02/08/19 | 2,000 | $13.1400 | $26,280.00 | | | | | |
| **Post Class Purchases** 02/22/19 | 1,000 | $9.0000 | $9,000.00 | **Post Class Sales** | | | | |
| 02/22/19 | 1,000 | $8.8500 | $8,850.00 | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Total Shares Acquired in CP** | 100,072 | **Total Amount Paid in CP** | $1,409,140.88 | **Total Shares Sold in CP** | 85,072 | **Total Amount Sold in CP** | $1,191,851.03 | |
| | | | | **Post CP Shares Sold** | 0 | **Post CP Amount Sold** | $0.00 | |
| | | | | **Total Shares Sold to Current** | 85,072 | **Total Amount Sold to Current** | $1,191,851.03 | ALTERNATIVE |

| **Actual Net Shares Acquired in CP** | 15,000 | (CP Retained Shares) |
|---|---|---|

| **Net Amount Paid in CP** | $217,289.85 | |
|---|---|---|
| **Net Amount Paid in CP Minus Sold to Current Date** | $217,289.85 | ALTERNATIVE |

**Calculation Using 90-Day Lookback**

| **Net Shares Acquired in CP (CP Retained Shares)** | 15,000 | Automatically 0 if Negative |
|---|---|---|
| **Net Shares Acquired During Class Period Held to Current Date** | 15,000 | Automatically 0 if ALTERNATIVE |

| **90-Day Mean Share Price after last Day of CP** | $5.81886 |
|---|---|

| **Value of Net Shares Acquired in CP Using 90-Day Mean Share Price** | $87,282.95 | |
|---|---|---|
| **Value of Net Shares Acquired in CP and Held to Date Using 90-Day Mean Share Price** | $87,282.95 | ALTERNATIVE |
| **Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price** | $130,006.90 | ALTERNATIVE |

| **Net Loss (Net Amount Paid in CP Minus Value of Net Shares Acquired in CP Using 90-Day Mean Share Price)** | $130,006.90 | |
|---|---|---|
| **Net Loss ((Net Amount Paid in CP Minus Value of Net Shares Held to Date Using 90-Day Mean Share Price) Minus Amount Sold Post CP)** | $130,006.90 | ALTERNATIVE |