# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF ILLINOIS

# EASTERN DIVISION

| | |
|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated, <br><br>          Plaintiff, <br><br> v. <br><br> DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATAL KAVTHEKAR, <br><br>          Defendants. | Civil Action No. 1:19-cv-01735 <br><br> <u>CLASS ACTION</u> <br><br> Judge Virginia M. Kendall |

**DECLARATION OF REED R. KATHREIN IN FURTHER SUPPORT OF
ARSANY GIRGIS'S MOTION TO CONSOLIDATE RELATED CASES,
APPOINT LEAD PLAINTIFF, APPROVE HIS SELECTION OF LEAD COUNSEL,
AND IN OPPOSITION TO COMPETING MOTIONS**

010828-11 1125171 V1

I, Reed R. Kathrein, declare as follows:

1.     I am a Partner at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Class Member Arsany Girgis ("Mr. Girgis" or "Movant"). I am an attorney licensed to practice law in the States of California, Illinois and Florida. I make this declaration in further support of Movant's Motion for Consolidation, Appointment as Lead Plaintiff, Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     Attached are true and correct copies of the following exhibits:

Exhibit A:    Complaint in *Riehm v. Diplomat Pharmacy, Inc., et al.*, Case No. 1:19-cv-02631 (N.D. Ill.), ECF No. 1;

Exhibit B:    Complaint in *Prentice v. Diplomat Pharmacy, Inc., et al.*, Case No. 1:19-cv-02635 (N.D. Ill.), ECF No. 1;

Exhibit C:    Diplomat Pharmacy, Inc. Form 10-Q, filed with the Securities and Exchange Commission on May 10, 2019;

Exhibit D:    Lead Plaintiffs' Unopposed Motion for (I) Preliminary Approval of Class Action Settlement, (II) Certification of The Class, And (III) Approval of Notice to the Class in *Zimmerman v. Diplomat Pharmacy, Inc. et al.*, Case No. 2:16-cv-14005 (Mich. Eastern Dist.); and

Exhibit E:    Order Preliminarily Approving Settlement and Providing for Notice in *Zimmerman v. Diplomat Pharmacy, Inc. et al.*, Case No. 2:16-cv-14005 (Mich. Eastern Dist.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of May 2019, at Berkeley, California.

/s/ Reed R. Kathrein
REED R. KATHREIN

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Reed R. Kathrein*
REED R. KATHREIN

- 1 -