# EXHIBIT A

November 7, 2018

**OUTPERFORM**

Reason for report:

**EARNINGS**

**David Larsen, CFA**
(617) 918-4502
David.Larsen@Leerink.com

**Jonathan McGraw Bentley**
(617) 918-4887
Jonathan.Bentley@Leerink.com



# DIPLOMAT PHARMACY, INC.

**Disappointing 3Q Results and Client Loss Weigh on 2019 Outlook; PT to $24**

• **Bottom Line:** Diplomat reported disappointing 3Q18 results. Revenue was again light relative to our model this quarter driven by weakness in both the PBM and Specialty segments. On the call management disclosed they expect to lose $200M of revenue from their PBM segment due to client losses which was guided to be ~4% of enterprise revenue and ~25% of our prior FY19E PBM segment revenue. While management hopes to replace this lost business with higher margin new wins, we are concerned by management's hesitation to disclose new client wins and weaker than expected quarterly revenue. However, management continues to describe the 2019 selling season as active and their RFP pipeline as robust. FY18 guidance was tweaked and overall we view the guide as mixed with revenue guided down at the midpoint but Adj. EBITDA guidance maintained. We update our model for the quarter and our EPS estimates for 2018E and 2019E decline due to the quarter, disclosed client losses and revised guidance. We come away disappointed with DPLO and reduce our PT to $24 (from $28). We continue to believe M&A is a longer term catalyst for the stock. Maintain OP rating.

• **2019 Outlook overshadowed by large $200M revenue loss in the PBM segment and it is not apparent that DPLO is winning in the selling season.** We were negatively surprised to hear that DPLO expects to lose ~$200M in revenue from the PBM segment which was guided to be a ~4% impact to consolidated DPLO revenue and ~25% of our prior FY19E PBM revenue estimate. Management explained that the losses are in high revenue but low margin businesses which they hope to replace with new higher margin business. Management also guided that as they compete for wins, margins in the PBM segment will likely decrease from the ~15% margin reported in 3Q. While management sounded optimistic that they can replace the PBM business, we are very surprised by the magnitude of the loss. Though management continues to characterize their RFP pipeline as robust, last quarter's commentary suggested that middle-market decisions are typically made by the end of 3Q or early 4Q and that DPLO was involved in many finalist meetings. However, management provided little clarity on their win rate or new client adds this quarter and explained they are in the middle of the selling season and hope to win new clients in November and December. We are concerned that, in conjunction with another quarter of weak revenue, DPLO may be struggling to win new PBM business and plug the hole left by the ~25% loss of their PBM business. Management characterized this year as a "rebuilding year."

| Key Stats: | (NYSE: DPLO) |
|---|---|
| **Sector:** | **HCIT & Distribution** |
| **S&P 600 Health Care Index:** | **3,076.63** |
| **Price :** | **$20.34** |
| Price Target: | $24.00 from $28.00 |
| Methodology: | 12.7x 2019E EV/EBITDA |
| 52 Week High: | $28.74 |
| 52 Week Low: | $14.50 |
| Shares Outstanding (mil): | 74.7 |
| Market Capitalization (mil): | 1,519.4 |
| Book Value/Share: | $10.14 |
| Cash Per Share: | $0.11 |
| Net Debt to Total Capital: | 45% |
| Dividend (ann): | $0.00 |
| Dividend Yield: | 0.0% |

Completion: November 07, 2018, 12:26AM EDT.
Distribution: November 07, 2018, 12:26AM EDT.



**1 Year Price History/Ave. Daily Vol. (mil) for DPLO**

Created by BlueMatrix

| Dec Yr | 1Q | 2Q | 3Q | 4Q | FY Rev | 1Q | 2Q | 3Q | 4Q | FY EPS | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2017A** | $1,078.7 | $1,126.5 | $1,125.0 | $1,155.1 | $4,485.2 | $0.19 | $0.25 | $0.25 | $0.18 | $0.84 | 24.2x |
| **2018E - New** | **$1,342.5A** | **$1,416.1A** | **$1,373.3A** | **$1,488.7** | **$5,620.6** | **$0.20A** | **$0.17A** | **$0.20A** | **$0.26** | **$0.83** | **24.5x** |
| **2018E - Old** | $1,342.5A | $1,416.1A | $1,452.8 | $1,488.7 | $5,700.0 | $0.20A | $0.17A | $0.27 | $0.26 | $0.90 | NM |
| **2019E - New** | **$1,412.4** | **$1,498.4** | **$1,455.3** | **$1,576.8** | **$5,942.8** | **$0.23** | **$0.25** | **$0.26** | **$0.29** | **$1.02** | **19.9x** |
| **2019E - Old** | -- | -- | -- | -- | $6,335.7 | -- | -- | -- | -- | $1.10 | NM |
| **2020E** | -- | -- | -- | -- | $6,457.9 | -- | -- | -- | -- | $1.21 | 16.8x |

*Source: Company Information and Leerink Partners LLC Research*
*Revenue in millions. Adjusted EPS figures exclude deal-related amortization only.*

**Please refer to pages 8 - 17 for Important Disclosures, Price Charts and Analyst Certification.**


**BARCLAYS**

Equity Research

Healthcare | U.S. Health Care Services
8 November 2018

# Diplomat Pharmacy Inc.
## More Discussion on PBM Margins

**What is the potential magnitude of PBM margin compression? May be only modest:** DPLO shares were weaker than expected Wed following 3Q18 results late Tues. Recall DPLO's CastiaRx PBM saw gross margins expand to 15%+ in 3Q18 (vs. 13.7% in 2Q18), as the company saw some attrition among lower margin customers. Mgmt noted that with some renewals occurring for 2019, alongside possible larger accounts wins, PBM gross margins may compress. However, no specific quantitative margin guidance was provided, which is partially why the stock was weak. From our follow-up discussions with mgmt, the company is still not providing guidance on this, but indirectly it seemed to us that the potential PBM gross margin compression over the next few years may be measured more in 'basis points' instead of 'percentage points'. As such, from a base of just over 13% for 2018, we remain comfortable with our PBM gross margin estimates of 12.9% in 2019, 12.7% in 2020, and 12.5% in 2021 (all unchanged vs. prior).

**PBM Customer Losses:** Another reason for stock weakness was the $200 mln (~4% of total revs) additional PBM business losses for 2019 mainly in Part D, which is largely due to DPLO being on the wrong side of customer M&A vs. head-to-head RFP losses. Mgmt highlighted current and future PBMs will partially offset this, but because DPLO is focused mainly on 'middle market' customers, new contract start dates are more sporadic throughout each calendar year, vs. Jan 1 starts for most large employers. This is why DPLO has not provided the dollar amount of 'selling season wins and losses' that are disclosed by some other PBMs, as DPLO's selling season is ongoing throughout each calendar year. In light of this, we model a bigger reduction in DPLO's PBM scripts in early 2019 with a -15% PBM Rx decline in 1Q19, then moderating to only -3% y-o-y in 4Q19. We now model PBM gross profit decline of -8-9% in 2019, but expect lower SG&A as a major offset. So we trim 2019 EPS from $1.07 to $1.04, and with less organic gross profit growth, we trim our PT from $24 to $21 on lower 20x P/E (from 22x). With the large sell-off in DPLO shares, we see this as a buying opportunity once DPLO gets past attrition risk from acquired PBMs, and can focus on organic PBM business wins.

### DPLO: Quarterly and Annual EPS (USD)

| FY Dec | 2017 Actual | 2018 Old | 2018 New | 2018 Cons | 2019 Old | 2019 New | 2019 Cons | Change y/y 2018 | Change y/y 2019 |
|---|---|---|---|---|---|---|---|---|---|
| Q1 | 0.19A | 0.20A | 0.20A | 0.20A | 0.28E | 0.27E | 0.24E | 5% | 35% |
| Q2 | 0.25A | 0.17A | 0.17A | 0.17A | 0.25E | 0.23E | 0.24E | -32% | 35% |
| Q3 | 0.25A | 0.19A | 0.19A | 0.01A | 0.25E | 0.26E | 0.24E | -24% | 37% |
| Q4 | 0.18A | 0.24E | 0.23E | 0.23E | 0.28E | 0.29E | 0.25E | 28% | 26% |
| Year | 0.86A | 0.80E | 0.80E | 0.84E | 1.07E | 1.04E | 0.95E | -7% | 30% |
| P/E | 17.3 | | 18.6 | | | 14.2 | | | |

Source: Barclays Research.
Consensus numbers are from Thomson Reuters received on 08-Nov-2018; 14:35 GMT

Barclays Capital Inc. and/or one of its affiliates does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

PLEASE SEE ANALYST CERTIFICATION(S) AND IMPORTANT DISCLOSURES BEGINNING ON PAGE 8.

| Stock Rating | OVERWEIGHT |
|---|---|
| | Unchanged |
| Industry View | NEUTRAL |
| | Unchanged |
| Price Target | USD 21.00 |
| | lowered -13% from USD 24.00 |

| | |
|---|---|
| Price (07-Nov-2018) | USD 14.80 |
| Potential Upside/Downside | +41.9% |
| Tickers | DPLO |

| | |
|---|---|
| Market Cap (USD mn) | 1101 |
| Shares Outstanding (mn) | 74.41 |
| Free Float (%) | 75.35 |
| 52 Wk Avg Daily Volume (mn) | 1.0 |
| 52 Wk Avg Daily Value (USD mn) | 20.70 |
| Dividend Yield (%) | N/A |
| Return on Equity TTM (%) | -0.78 |
| Current BVPS (USD) | 10.27 |

Source: Thomson Reuters

| Price Performance | Exchange-NYSE |
|---|---|
| 52 Week range | USD 28.74-13.31 |



*Link to Barclays Live for interactive charting*

**U.S. Health Care Services**

**Steve Valiquette**
+1 212 526 5496
steve.valiquette@barclays.com
BCI, US

**Jonathan Yong**
+1 212 526 3647
jonathan.yong@barclays.com
BCI, US

**Andrew Mok, CFA**
+1 212 526 2687
Andrew.Mok@barclays.com
BCI, US

**Morgan McCarthy**
+1 212 526 1168
morgan.mccarthy@barclays.com
BCI, US

Completed: 08-Nov-18, 17:09 GMT   Released: 08-Nov-18, 17:15 GMT

Health Care Technology & Distribution: Drug Distributors

# COWEN

# DIPLOMAT PHARMACY

## EQUITY RESEARCH

November 6, 2018

**Price: $20.34** (11/6/2018)
**Price Target: $20.00** (Prior $21.00)

### MARKET PERFORM (2)

**Charles Rhyee**
646 562 1376
charles.rhyee@cowen.com

**James Auh**
646 562 1352
james.auh@cowen.com

**Calvin Sternick**
646 562 1342
calvin.sternick@cowen.com

**Samantha Warman**
646 562 1337
samantha.warman@cowen.com

### Key Data

| | |
|---|---|
| Symbol | NYSE: DPLO |
| 52-Week Range: | $28.74 - $14.50 |
| Market Cap (MM): | $1,513.4 |
| Net Debt (MM): | $636.6 |
| Cash/Share: | $1.14 |
| Dil. Shares Out (MM): | 74.4 |
| Enterprise Value (MM): | $2,095.4 |
| ROIC: | NA |
| ROE (LTM): | NA |
| BV/Share: | $10.20 |
| Dividend: | NA |

| FY (Dec) | 2017A | 2018E | 2019E |
|---|---|---|---|
| **Earnings Per Share** | | | |
| Q1 | $0.19 | $0.20A | $0.20 |
| *Prior Q1* | *-* | *-* | *$0.19* |
| Q2 | $0.25 | $0.17A | $0.21 |
| *Prior Q2* | *-* | *-* | *$0.24* |
| Q3 | $0.25 | $0.20A | $0.22 |
| *Prior Q3* | *-* | *-* | *$0.23* |
| Q4 | $0.18 | $0.22 | $0.21 |
| *Prior Q4* | *-* | *$0.23* | *$0.24* |
| Year | $0.86 | $0.80 | $0.83 |
| *Prior Year* | *-* | *$0.81* | *$0.90* |
| Consensus EPS | $0.86 | $0.75 | - |

Consensus source: Thomson Reuters

| EBITDA | | | |
|---|---|---|---|
| Year | $101.8 | $167.4 | $172.1 |
| *Prior Year* | *-* | *$167.1* | *$179.8* |
| EV/ EBITDA | 20.6x | 12.5x | 12.2x |

## EARNINGS UPDATE

# 3Q18 EBITDA IN LINE; OUTLOOK FOR SPECIALTY POSITIVE, BUT PBM MAY BE CHALLENGED

### THE COWEN INSIGHT

Rev missed but adj. EBITDA was in line. Mgmt maintained adj. EBITDA guidance, but lowered the high end of rev guidance. Mgmt's puts and takes on 2019 paint a positive picture for specialty, but the outlook for PBM isn't as bright. Facing a rev $200M headwind, due to the loss of some Part D contracts, we await greater visibility into the selling/renewals season to be more constructive.

### 3Q18 Adj. EBITDA Largely In Line With Consensus

| (\$ in millions, except per share data) | Consensus | Cowen | Reported | Variance |
|---|---|---|---|---|
| Net sales | $ 1,423.0 | $ 1,370.6 | $ 1,373.3 | $ (49.7) |
| Gross profit | 98.9 | 93.7 | 93.4 | (5.5) |
| *Gross margin* | *6.95%* | *6.83%* | *6.80%* | *-15 bps* |
| Adjusted EBITDA | 41.7 | 41.3 | 41.9 | 0.2 |
| *Adjusted EBITDA margin* | *2.93%* | *3.01%* | *3.05%* | *12 bps* |
| Tax rate | NA | 21.0% | 26.4% | NA |
| Adjusted net income | 16.4 | 15.2 | 15.2 | (1.2) |
| Adjusted EPS | $ 0.22 | $ 0.20 | $ 0.20 | $ (0.02) |

Source: Company Reports, StreetAccount, Thomson Eikon and Cowen and Company

- DPLO reported 3Q18 revenue of $1.37B, up +22.1% y/y, which missed consensus of $1.42B. However, adj. EBITDA of $41.9M, up +809% y/y, was largely in line with consensus of $41.7M.

- Although mgmt no longer provides a reconciliation to adj. net income or adj. EPS, based on a $7.0M y/y increase in amortization expense from definite-lived intangible assets, inclusive of capitalized software for internal use, and assuming a 27% tax rate, which is consistent with 1Q18 and 2Q18, DPLO reported adj. EPS of $0.20, down -18.6% y/y and short of consensus of $0.22

### Key Performances Indicators

- **Specialty:** DPLO reported specialty revenue of $1.21B, up +7.8% y/y, driven by manufacturer price increases, about $10M from recent acquisitions (ex-PBM acquisitions), access to new drugs, and increased volume due to payor and physician relationships. DPLO dispensed 230k total prescriptions, up +3.6% y/y. Specialty gross margin came in at 5.53%, down 26 bps y/y, for gross profit of $67.0M, up +2.3% y/y.

- **PBM:** DPLO reported PBM revenue of $169.9M, which wasn't a part of the business in the prior-year period. Total adj. claims in the quarter were 1.931B. PBM gross margin came in at 15.50% for gross profit of $26.3M.

### 2018 Guidance: High End Of Revenue Lowered, But Adj. EBITDA Maintained

- Mgmt provided revised 2018 revenue guidance of $5.5B-$5.7B from $5.5B-$5.9B, lowering the high-end guidance by $200M, based on current business trends, including reimbursement rates, launches and uptake of generic drugs and known PBM revenue losses.

# Morgan Stanley | RESEARCH

**UPDATE**

*November 7, 2018 06:21 AM GMT*

## Diplomat Pharmacy Inc | North America

# PBM Contract Loss to Weigh on 2019, a Setback to Growth Story

| ⬀ Stock Rating | ◉ Industry View | ◎ Price Target |
|---|---|---|
| Equal-weight | In-Line | $20.00 |

**Conference Call provides early color on fiscal 2019.** PBM contract loss from two Part D clients accounting for ~25% of PBM segment revenue translates to a negative revenue impact of ~$200 million in FY19, implying ~10 to 15 cents headwind to earnings based on our model. While management expects potential higher-margin new business wins to partially offset the losses, they did not provide detailed update on selling season that would support the earnings bridge.

**3Q18 topline miss**. 3Q18 revenue of $1,373 million up 22% y/y of which 15% was from acquisitions and adjusted EBITDA of $41.9 million up 81% y/y came below MS/cons revenue estimate of $1,436 million/$1,423 million and EBITDA estimate of $42.6 million/$42.5 million. Breaking down performance by segment Specialty revenues amounted to $1,212 million up 7.8% y/y below MS estimates of $1,258 million and PBM revenues of $170 million were below our estimates of $185 million. Accordingly FY18 revenue guidance was updated to a range of $5,500 million to $5,700 million (from prior $5,500 million to $5,900 million vs. MS/cons of $5,664 million/5,642 million) but EBITDA guidance ($164 million to $170 million) maintained.

**On the positive side, DIR fees stabilization and early signs that new health plans carve-out strategy is playing out**; **margin expansion intact**. Per management, reimbursement environment remains consistent with no structural changes in DIR going forward, removing risk from the specialty pharmacy business. Strategy of carving out a specialty for health plans is resonating well with clients and while it is yet to translate to meaningful new contracts, increased interest from mid-to large health plans could play out in 2020.

MORGAN STANLEY & CO. LLC

**Ricky R Goldwasser**
EQUITY ANALYST
Ricky.Goldwasser@morganstanley.com    +1 212 761-4097

**Rong Li**
RESEARCH ASSOCIATE
Rong.Li1@morganstanley.com    +1 212 761-0346

**Alexa Desai**
RESEARCH ASSOCIATE
Alexa.Desai@morganstanley.com    +1-212-296-8357

### Diplomat Pharmacy Inc ( DPLO.N, DPLO US )

**Healthcare Services & Distribution / United States of America**

| | |
|---|---|
| **Stock Rating** | **Equal-weight** |
| **Industry View** | **In-Line** |
| **Price target** | **$20.00** |
| Shr price, close (Nov 6, 2018) | $20.34 |
| Mkt cap, curr (mm) | $1,513 |
| 52-Week Range | $28.74-14.50 |

| **Fiscal Year Ending** | **12/17** | **12/18e** | **12/19e** | **12/20e** |
|---|---|---|---|---|
| **ModelWare EPS ($)** | 0.85 | 0.84 | 1.07 | 1.25 |
| **Prior ModelWare EPS ($)** | - | - | - | - |
| **P/E** | 23.5 | 24.3 | 19.0 | 16.3 |
| **Consensus EPS ($)§** | 0.85 | 0.83 | 1.05 | 1.23 |
| Div yld (%) | 0.0 | 0.0 | 0.0 | 0.0 |

Unless otherwise noted, all metrics are based on Morgan Stanley ModelWare framework
§ = Consensus data is provided by Thomson Reuters Estimates
e = Morgan Stanley Research estimates

### QUARTERLY MODELWARE EPS ($)

| Quarter | 2017 | 2018e Prior | 2018e Current | 2019e Prior | 2019e Current |
|---|---|---|---|---|---|
| Q1 | 0.19 | - | 0.20a | - | 0.27 |
| Q2 | 0.24 | - | 0.17a | - | 0.27 |
| Q3 | 0.25 | - | 0.23 | - | 0.27 |
| Q4 | 0.18 | - | 0.24 | - | 0.27 |

e = Morgan Stanley Research estimates, a = Actual Company reported data

Morgan Stanley does and seeks to do business with companies covered in Morgan Stanley Research. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of Morgan Stanley Research. Investors should consider Morgan Stanley Research as only a single factor in making their investment decision.

For analyst certification and other important disclosures, refer to the Disclosure Section, located at the end of this report.

November 7, 2018 | Equity Research



# Diplomat Pharmacy, Inc.

## DPLO: PBM Risk Continues To Be In Focus

## Market Perform/V/$16

Life Sciences Digital Health
Market Weight

**Earnings Estimate Revised Down**

- **Summary.** Specialty pharmacy and pharmacy benefits manager DPLO reported a mixed September quarter with revenue of $1.37 billion (up 22% reported and 6% organic) vs. the $1.42 billion consensus (up 26%) on less prescription volume growth. Gross margin was a little light as the core specialty pharmacy business continues to see reimbursement pressure and less price inflation, although that was offset by relatively tight operating expenses to deliver in-line EBITDA of $41.9 million (up 81%). 2018 revenue guidance came down a touch (implies 8% organic growth vs. the prior 10%), although op ex trends are allowing the EBITDA outlook to remain the same. Management disclosed that the PBM business is expected to lose ~$200 million (4% of total revs, but more like 30% of PBM) of business with a couple of Medicare Part B plans in 2019. The business is "relatively" lower margin, but it compounds concerns around the future of the recently-acquired PBM business (can the margins stay above industry averages, what would be the impact of rebates going away, etc.). While DPLO is not disclosing segment EBITDA margin, we believe PBM is running well ahead of the original guidance for 2018 (and that is offsetting softer margins for the core specialty business). This sets up 2019 to be a year when a reset of the PBM business could lead to modestly lower absolute EBITDA. We believe there is logic behind what DPLO is doing (pairing PBM with specialty pharmacy and infusion to help SMID employers and health plans control drug spend). However, consensus seems likely to come down for 2019. Our 12-month price target of $16 assumes 9-10x 2020E EBITDA (the upper half of pharmacy service multiples). Our 2018 adjusted EPS falls $0.05 to $0.79 and 2019E falls $0.26 to $0.77 (lower revenue and gross margin).

- **Full Analysis Attached.** This note includes a full analysis of the income statement and other business metrics.

| $ CASH EPS | 2017A | 2018E Curr. | Prior | 2019E Curr. | Prior |
|---|---|---|---|---|---|
| Q1 (Mar.) | 0.19 | 0.20 A | NC | NE | |
| Q2 (June) | 0.25 | 0.17 A | NC | NE | |
| Q3 (Sep.) | 0.25 | **0.20 A** | 0.22 | NE | |
| Q4 (Dec.) | 0.18 | **0.22** | 0.24 | NE | |
| FY | 0.86 | **0.79** | 0.84 | **0.77** | 1.03 |
| CY | 0.86 | 0.79 | | 0.77 | |
| FY P/E | 17.2x | 18.7x | | 19.2x | |
| Rev.(MM) | 4,485 | 5,526 | | 5,702 | |

*Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters*
*NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful*
*V = Volatile*
*Note: EPS estimates exclude the impact of stock option expense, one-time charges, and acquisition related intangible asset amortization.*

| Ticker | DPLO |
|---|---|
| **Price Target/Prior:** | **$16/$23** |
| **Price (11/07/2018)** | **$14.80** |
| 52-Week Range: | $14-29 |
| Shares Outstanding: (MM) | 74.7 |
| Market Cap.: (MM) | $1,105.6 |
| S&P 500: | 2,813.89 |
| Avg. Daily Vol.: | 729,697 |
| Dividend/Yield: | $0.00/0.0% |
| LT Debt: (MM) | $440.6 |
| LT Debt/Total Cap.: | 31.6% |
| ROE: | 8.0% |
| 3-5 Yr. Est. Growth Rate: | 25.0% |
| CY 2018 Est. P/C. EPS-to-Growth: | 0.7x |
| Last Reporting Date: | 11/06/2018 After Close |

*NC = No Change*
*Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters*

**Jamie Stockton, CFA**
Senior Analyst | 901-425-5301
jamie.stockton@wellsfargo.com

**Nathan Weissman**
Associate Analyst | 901-425-5397
nathan.weissman@wellsfargo.com

**Xinlun Ma**
Associate Analyst | 901-425-5375
xinlun.ma@wellsfargo.com

**Please see page 5 for rating definitions, important disclosures and required analyst certifications. All estimates/forecasts are as of 11/07/18 unless otherwise stated. 11/07/18 17:06:01 ET**

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

Together we'll go far

