UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CHASE MORTIMER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATAL KAVTHEKAR, <br><br> Defendants. | Civil Action No. 1:19-cv-01735 <br><br> CLASS ACTION <br><br> The Honorable Virginia M. Kendall |

**ARSANY GIRGIS'S MOTION FOR LEAVE TO FILE
A SUR-REPLY TO IRON WORKERS LOCAL NO. 25 PENSION FUND'S REPLY
IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF
AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Movant Arsany Girgis ("Movant" or "Mr. Girgis") respectfully requests leave to file a

sur-reply (attached as Exhibit 1) to Iron Workers Local No. 25 Pension Fund's ("IWLPF") Reply

In Further Support of Motion for Appointment as Lead Plaintiff and Approval of Selection of

Lead Counsel ("Reply") (ECF No. 55).

On May 22, 2019, IWLPF filed the Reply (ECF No. 55). The Reply makes factual

misstatements and advances new and incorrect arguments concerning Defendant Diplomat

Pharmacy, Inc.'s financial condition. Mr. Girgis should have the opportunity to address the

misstatements and new arguments raised in the Reply so that the Court has the information

necessary to make an informed decision on the competing lead plaintiff motions. *See In re*

*Sulfuric Acid Antitrust Litig.,* 231 F.R.D. 320, 329 (N.D.Ill.2005) (allowing the filing of a sur-

- 1 -

reply "vouchsafes the aggrieved party's right to be heard and provides the court with the information necessary to make an informed decision."); *Univ. Healthsystem Consortium v. UnitedHealth Grp., Inc.*, 68 F. Supp. 3d 917, 922 (N.D. Ill. 2014) (allowing plaintiff to file sur-reply brief to correct defendant's mischaracterizations); *Chandler v. Ulta Beauty, Inc.*, No. 18-cv-1577, 2018 WL 3141763, at *2 (N.D. Ill. June 26, 2018) (granting lead plaintiff movant leave to file sur-reply to respond to new arguments raised by competing movant for first time in its reply).

Based on the foregoing, Mr. Girgis respectfully requests leave to file his proposed Sur-Reply.

DATED:  May 24, 2019                          Respectfully submitted,

                                              HAGENS BERMAN SOBOL SHAPIRO LLP

                                              By  */s/ Reed R. Kathrein*
                                                    Reed R. Kathrein

                                              Danielle Smith
                                              Lucas E. Gilmore
                                              HAGENS BERMAN SOBOL SHAPIRO LLP
                                              715 Hearst Avenue, Suite 202
                                              Berkeley, CA  94710
                                              Telephone: (510) 725-3000
                                              Facsimile:  (510) 725-3001
                                              reed@hbsslaw.com
                                              danielles@hbsslaw.com
                                              lucasg@hbsslaw.com

010828-11 1130672 V1

- 3 -

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Proposed Lead Plaintiff Arsany Girgis*

- 3 -

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Reed R. Kathrein*
REED R. KATHREIN

- 4 -