UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

|  |  |
|---|---|
| CHASE MORTIMER, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>DIPLOMAT PHARMACY, INC., BRIAN T. GRIFFIN, JEFFREY PARK, JOEL SABAN, and ATAL KAVTHEKAR,<br><br>　　　　　　　　Defendants. | Civil Action No. 1:19-cv-01735<br><br>CLASS ACTION<br><br>The Honorable Virginia M. Kendall |

**[PROPOSED] ORDER GRANTING ARSANY GIRGIS'S MOTION FOR LEAVE TO FILE A SUR-REPLY TO IRON WORKERS LOCAL NO. 25 PENSION FUND'S REPLY IN FURTHER SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

010828-11 1130954 V1

- 1 -

Upon reading and considering the Motion for Leave to File a Sur-Reply to Iron Workers Local No. 25 Pension Fund's Reply In Further Support of Motion for Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

Proposed Lead Plaintiff Arsany Girgis's motion for leave to file a sur-reply is hereby granted.

IT IS SO ORDERED.


Dated: _____          _____
                                        THE HONORABLE VIRGINIA M. KENDALL
                                        UNITED STATES DISTRICT JUDGE


DATED:  May 24, 2019

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Reed R. Kathrein*_____
      Reed R. Kathrein

Danielle Smith
Lucas E. Gilmore
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

- 1 -

- 2 -

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Counsel for Proposed Lead Plaintiff Arsany Girgis*

- 2 -

010828-11 1130954 V1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Reed R. Kathrein*
REED R. KATHREIN

- 3 -

010828-11 1130954 V1