UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:19-cv-01735 **(Consolidated)** |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | Honorable Virginia M. Kendall |
| DIPLOMAT PHARMACY, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

**LEAD PLAINTIFF'S MOTION FOR LEAVE TO PROVIDE NOTICE OF SUBSEQUENT EVENT RELEVANT TO ARSANY GIRGIS'S MOTION FOR RECONSIDERATION**

4845-6774-4930.v2

The Court has under consideration lead plaintiff movant Arsany Girgis's ("Girgis") motion for reconsideration (ECF No. 67) of the Court's Memorandum Opinion and Order appointing Iron Workers Local No. 25 Pension Fund as Lead Plaintiff ("Iron Workers" or "Lead Plaintiff") and appointing Robbins Geller Rudman & Dowd LLP ("Robbins Geller") as Lead Counsel (ECF No. 66) (the "Order").  Girgis sought reconsideration based on his argument that Robbins Geller's representation of a separate class of investors in *Zimmerman v. Diplomat Pharm., Inc. et al.*, No. 2:16-cv-14005-AC-SDD (E.D. Mich.) could result in a conflict of interest.  *See* ECF No. 67 at 6-7.  Lead Plaintiff responded that "the fatal flaw in Girgis's argument is that a settlement had been reached and preliminarily approved in the *Zimmerman* case" so "that case could not be said to be 'competing' for funds with this or any other case."  ECF No. 70 at 3.  Lead Plaintiff noted that the final approval hearing was scheduled for August 20, 2019.  *Id.* at 4.  That hearing has now been held and the *Zimmerman* court approved the settlement and entered a final judgment (*see* Exhibit A attached hereto), thereby eliminating any chance of the two cases competing for a limited fund. [1] Reflecting the quality of representation Robbins Geller provided in that case, no class member objected to or opted out of the settlement so that case is over.  *See id.* at 2.  Thus, Lead Plaintiff requests that the motion for reconsideration be denied.

 DATED: August 21, 2019

Respectfully submitted,

ROBBINS GELLER RUDMAN & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)


_____
 *s/ James E. Barz*
 JAMES E. BARZ

---

[1]    Diplomat Pharmacy has also publicly confirmed that the *Zimmerman* settlement had been fully funded by insurance, demonstrating that Girgis's claim that only cash should be considered in assessing whether there was a limited fund was also erroneous.  *See* Exhibit B attached hereto.

- 1 -

200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
MICHAEL ALBERT
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

Lead Counsel for Lead Plaintiff

SULLIVAN, WARD, ASHER & PATTON, P.C.
MICHAEL J. ASHER
1000 Maccabees Center
25800 Northwestern Highway
Southfield, MI  48075
Telephone:  248/746-0700
248/746-2760 (fax)
masher@swappc.com

HESSIAN & McKASY P.A.
WILLIAM A. CUMMINGS
3700 RBC Plaza
60 South 6th Street
Minneapolis, MN  55402
Telephone:  612/746-5770
612/746-5755 (fax)

Additional Counsel for Lead Plaintiff

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on August 21, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ *James E. Barz*
JAMES E. BARZ

ROBBINS GELLER RUDMAN
    & DOWD LLP
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

E-mail: jbarz@rgrdlaw.com

4845-6774-4930.v2

# Mailing Information for a Case 1:19-cv-01735 Iron Workers Local No. 25 Pension Fund, et al., v. Diplomat Pharmacy, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James Wallace Ducayet**
  jducayet@sidley.com,james-ducayet-9115@ecf.pacerpro.com,efilingnotice@sidley.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,ajewell@millerlawllc.com,drobinson@millerlawllc.com,JRamirez@millerlawllc.com

- **David Allan Geiger**
  dgeiger@sidley.com,efilingnotice@sidley.com,david-geiger-9990@ecf.pacerpro.com

- **Lucas Gilmore**
  lucasg@hbsslaw.com

- **Matthew Todd Hurst**
  mhurst@heffnerhurst.com,mheffner@heffnerhurst.com

- **Reed R Kathrein**
  reed@hbsslaw.com,danielles@hbsslaw.com,lisal@hbsslaw.com,sf_filings@hbsslaw.com

- **Daniel J. Kurowski**
  dank@hbsslaw.com,chi_filings@hbsslaw.com

- **Carl V. Malmstrom**
  malmstrom@whafh.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,drobinson@millerlawlllc.com,JRamirez@millerlawllc.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com

- **Nilofer Ibrahim Umar**
  numar@sidley.com,efilingnotice@sidley.com,nilofer-umar-6698@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)