# Exhibit A

**Company Name:** Diplomat Pharmacy Inc  
**Company Ticker:** DPLO US  
**Date:** 2017-11-15  
**Event Description:** Acquisition of LDI Integrated Pharmacy Services by Diplomat Pharmacy, Inc. Call

**Market Cap:** 1,313.40  
**Current PX:** 19.07  
**YTD Change($):** +6.47  
**YTD Change(%):** +51.349

**Bloomberg Estimates - EPS**  
**Current Quarter:** 0.159  
**Current Year:** 0.814  
**Bloomberg Estimates - Sales**  
**Current Quarter:** 1157.100  
**Current Year:** 4494.182

# Acquisition of LDI Integrated Pharmacy Services by Diplomat Pharmacy, Inc. Call

## Company Participants

- Philip R. Hagerman
- Joel Saban
- Atul Kavthekar

## Other Participants

- Lisa C. Gill
- John C. Kreger
- Kevin Caliendo
- David M. Larsen
- Ricky R. Goldwasser
- James Auh

## MANAGEMENT DISCUSSION SECTION

### Operator

Good evening. My name is Mike and I will be your conference operator today. At this time, I would like to welcome everyone to the call. Please note, after the market closed earlier today, Diplomat issued a press release announcing it signed a definitive agreement to acquire Leehar Distributors, LLC, doing business as LDI Integrated Pharmacy Services. During this call, the company will discuss this acquisition among other business updates.

Before we begin today, I need to read the following Safe Harbor statements. As you know, some of the company's statements made on this conference call will be forward-looking statements, which may include financial projections or other statements of the company's plans, objectives, expectations or intentions. These matters involve certain risks and uncertainties and may include the company's expectations regarding the closing of the acquisition and timing thereof, expected benefits of the acquisition, financing of the acquisition, developments and business strategies, and the financial and operational performance of the combined entities.

The company's actual results may differ significantly from those projected or subjected in any forward-looking statements due to a variety of risks and uncertainties, including risks related to the ability of the parties to consummate the acquisition in a timely manner or at all; the occurrence of any event, change or other circumstances that could give rise to the termination of the purchase agreement; delays or difficulties in integrating the combined businesses; potential disruption of management attention from the company's ongoing business operations due to the acquisition; and the effect of the announcement of the acquisition on the ability of the company to maintain relationships with its customers, suppliers and others with whom it does business; and the ability to achieve cost savings and operating synergies and the timing thereof; as well as other risks which are discussed in detail in the company's annual 10-K reports and subsequent filings with the Securities and Exchange Commission. These statements speak only as of the date hereof or the date specified on the call.

Except as required by law, we do not undertake any obligation to update or otherwise release publicly any revisions to our forward-looking statements.

Company Name: Diplomat Pharmacy Inc
Company Ticker: DPLO US
Date: 2017-11-15
Event Description: Acquisition of LDI Integrated
Pharmacy Services by Diplomat Pharmacy, Inc. Call

Market Cap: 1,313.40
Current PX: 19.07
YTD Change($): +6.47
YTD Change(%): +51.349

Bloomberg Estimates - EPS
Current Quarter: 0.159
Current Year: 0.814
Bloomberg Estimates - Sales
Current Quarter: 1157.100
Current Year: 4494.182

During this call, we will also discuss non-GAAP financial measures.

A replay of the call will be accessible for 90 days through a link on the company's Investor Relations page. All lines have been placed on mute to prevent any background noise. After the speaker's remarks, there will be a question-and-answer session. [Operator Instructions]

I'll now turn the call over to Phil Hagerman, CEO and Chairman of Diplomat. Phil?

## Philip R. Hagerman

Thank you, operator, and thank you to everyone on the call. This evening, I'll be discussing Diplomat's expansion into the PBM and broader health care services space. I'll review the key role our recent acquisitions play in executing that strategy, especially for payors.

Customers are increasingly turning to Diplomat through direct contracting to manage more of the pharmacy benefit across the larger spectrum of pharmaceuticals and services. In line with industry demands, we have significantly added to our payor services portfolio. In our earnings call last week, we shared that we saw many unmet needs for payors. We discussed Diplomat's focus on executing a new managed market strategy and positioning ourselves as a broader-based health care company. We also announced our agreement to acquire National Pharmaceutical Services or NPS and discuss how it better positions Diplomat to meet demands for PBM services.

Today, we announced an even more significant step forward. We signed a definitive agreement to acquire LDI Integrated Pharmacy Services. LDI is a full-service PBM based in St. Louis, Missouri. The company has a 50-year history of partnering with clients to understand their priorities and solve their cost management challenges, all while delivering a superior member experience. LDI significantly expands Diplomat's ability to meet growing demand from small and mid-sized health insurers, third-party administrators and self-insured organizations. LDI and NPS complement each other well, both focused on helping clients improve member lives and manage pharmacy spend. Their experience and market presence significantly increases Diplomat's member access and ability to develop complete payor solutions.

With that, let's walk through the transaction slides to help illustrate what this announcement means for Diplomat. Slide 2, if you turn, you'll see a disclaimer slide, we'll let all of you read the disclaimer in your time.

And so I'm going to move fairly quickly on to slide 3. I want to share that we believe that the Diplomat and the LDI offer together a compelling combination and they support Diplomat's long-term strategic priorities. Let me focus on just a few of the bullets that we've noted below, which does include engaging our payor partners to more effectively manage their health care cost trends and that the pharmacy benefit management we believe is a natural extension of our core capabilities. You've heard me talk about this a lot in the marketplace recently and we believe that the timing was perfect for us for this next move. I also want to mention that this creates significant new earnings streams and further diversifies our business.

Now let's go ahead and move on to slide 4 and you'll see that that – some of the areas around the transaction summary. So let me review the overall transaction. Starting with the target, LDI Integrated Pharmacy Services, a full-service PBM, their 2017 estimated revenue of approximate $388 million and 2017 adjusted EBITDA of approximately $41 million. From a purchase price point of view, it's a $595 million gross purchase price. That represents 14.5 turns on the gross purchase price. However, we did have a $94 million tax shield, and with a net present value of $55 million, that moves the adjusted purchase price on this asset to $540 million. Now that represents a 13.2 turn post tax shield rate for Diplomat. We also anticipate $4 million to $6 million in synergies in year one in cost synergies, and again so the final project post tax shield and post synergies represents 11.7 turns.

Moving on to the consideration for this asset, $550 million (sic) [$515 million] (06:20) in cash. Now the committed cash financing comes from a new $795 million credit facility provided by JPMorgan and Capital One which will replace all of our existing credit facility, approximately $80 million in common stock representing approximately 4.15 million shares. The pro forma leverage of this after transaction will be approximately 4.6 turns LTM adjusted 2017

| | | |
|---|---|---|
| Company Name: Diplomat Pharmacy Inc | Market Cap: 1,313.40 | Bloomberg Estimates - EPS |
| Company Ticker: DPLO US | Current PX: 19.07 | Current Quarter: 0.159 |
| Date: 2017-11-15 | YTD Change($): +6.47 | Current Year: 0.814 |
| Event Description: Acquisition of LDI Integrated | YTD Change(%): +51.349 | Bloomberg Estimates - Sales |
| Pharmacy Services by Diplomat Pharmacy, Inc. Call | | Current Quarter: 1157.100 |
| | | Current Year: 4494.182 |

EBITDA. Now we expect to pay this down quickly and we expect to be between 2 turns and 3 turns by mid-2019. We do expect this to be accretive to adjusted EPS in 2018.

If you look at the anticipated closing date, we expect this to close in 30 days to 60 days subject to the standard regulatory approvals and other customary closing conditions.

If we turn to slide 5, I'd like to speak a little bit to the LDI value proposition. LDI is a leading full-service middle-market PBM with 380,000 member lives. It is founded and run by pharmacists since 1967 with a dedicated book of commercial business, primarily focused on self-funded employers and union groups. They've a highly diversified client base with 300-plus clients, very exciting for us to share that no single client represents greater than 4% of gross profits for LDI.

LDI has a long track record of high client retention and robust financial growth. We'll share some more on slides later. We have a full-service mail-order pharmacy as part of the assets, including also a retail network and a specialty pharmacy. LDI has a significant and seasoned management team with decades of PBM industry experience. We can share more about that in the Q&A if you like.

Moving forward on now to slide 6, I want to talk about the strong rationale for Diplomat's expansion into the PBM sector. We talked just a little bit about this on our earnings call two weeks ago. But I want to give you a couple of more bullets here and just highlight a few of the items we have below that we believe this well positions us with multiple service lines for the evolving market needs and particularly in the middle-market space. This significantly strengthens Diplomat's financial profile and substantially diversifies our EBITDA opportunities. LDI and NPS also combined to create a very robust full-service middle-market PBM offering.

And lastly, I want to mention that a well-defined integration strategy is already in place with very early synergies. This will allow us to expand our capabilities and accelerate our growth and significantly drive shareholder value.

Moving on to slide 7, we see the middle-market space as a very large and growing market opportunity. Let me talk a little bit about the space where we believe we can compete very strongly here. If we take a look at the full addressable universe of lives in all of the employer and union groups, we're looking at about 175 million lives.

Now, if we break those down and look at the lives that we believe are very relevant for LDI and NPS to compete in, we're looking at the self-insured lives, that group is about 110 million in that range. A key area for us is the small and mid-size employer groups and of that 110 million, around 45 million of that group are the small to mid-size employer groups. And then within that, there is an additional subset of TPA and health plan ASOs that are a significant target for us of an additional 18 million. But moving back upward the small to mid-size employer group is a $20 billion market opportunity in that segment alone.

Moving on to slide 8, in this diagram, you're going to see how we view the new Diplomat, a differentiated total pharmacy solution. Starting with our core and our legacy business in specialty pharmacy, adding full-service PBM capabilities, scaled across to be able to work directly not just with PBMs, but with all the key industry stakeholders, including the manufacturer service capabilities that we've expanded through our Envoy Health division and the high-growth, high-margin, specialty infusion business where we've had great success over the last three years as we've expanded to be a national player in that space. The combination of these four verticals significantly offers a full complement of services to grow across all major stakeholder groups.

On slide 9, I talk, as I mentioned a little bit about the strong track record of growth for LDI. Starting with revenue, you'll see a three-year compounded growth rate of around 15% and member lives also growing at a steady rate of around 11%. Adjusted scripts, again, all three of these numbers in the low to mid-teen range with adjusted scripts growing to around 12%.

We had significant – LDI has had significant success with its adjusted EBITDA numbers and I want to talk just a little bit about EBITDA, with a compounded growth rate that significantly exceeds the other areas. That significant recent success really has been driven by a very sophisticated management team over the last couple of years.

**Company Name:** Diplomat Pharmacy Inc
**Company Ticker:** DPLO US
**Date:** 2017-11-15
**Event Description:** Acquisition of LDI Integrated
Pharmacy Services by Diplomat Pharmacy, Inc. Call

**Market Cap:** 1,313.40
**Current PX:** 19.07
**YTD Change($):** +6.47
**YTD Change(%):** +51.349

**Bloomberg Estimates - EPS**
  **Current Quarter:** 0.159
  **Current Year:** 0.814
**Bloomberg Estimates - Sales**
  **Current Quarter:** 1157.100
  **Current Year:** 4494.182

In 2016 and 2017, LDI was very successful in bringing new improved contracts and new improved purchasing efficiencies across its broad client base. This internal rate of growth – this expansion across the broad client base significantly increased the EBITDA. But this internal rate of growth will not continue year-over-year because it was primarily driven by our internal client base.

We will continue to see significant benefit from our new purchasing and our new contracts from our new employer base and new revenue and new member lives. But we will not expect the EBITDA range to stay, of course, in the range that it has been in the past. And we would direct EBITDA in the future to be more in line with revenue, member lives and adjusted scripts, both historic and future.

Moving on now to slide 10, I want to talk just a little bit more about the synergies here and the fact that we will see some very immediate synergies. In the near term, we are focused on and we have modeled around just strictly the cost synergies with year one coming in at a range of around $4 million to $6 million, certainly from reducing processing fees, from improved efficiencies and purchasing, et cetera. A three-year combined synergy on the cost side in the $20 million to $25 million range.

I do want to remind you those are just the cost synergies. We have not factored into here yet the substantial long-term revenue synergies, which we really believe to be paramount and exciting for us in our future growth. And those will come, of course, from our improved ability to deliver the new integrated care model that we will now have available to our clients; the specialty, mail-order, retail and PBM service offerings that now give Diplomat more options to sell and will offer our plan members more options; and the complementary services offerings of our combined business which we believe will drive both wins in the specialty pharmacy space, wins in the specialty infusion space, wins in our pharma services space and wins in particular with our PBM customer space.

Moving on to slide 11, I want to talk a little bit about the new state of Diplomat's PBM capabilities by adding LDI and NPS. As you'll see on the left-hand side, we're looking at a number of areas where we cross over into the selling side of this with self-funded employers and union groups, with Medicare Part D and with managed Medicaid, and with workers' comp and you'll see that we hit all three of those buckets with the two combined entities.

As we move down below and we look at the types of capabilities that we recognize are critical to the marketplace today to win new contracts, we have the ability for transparent pricing when it's the right model, traditional pricing which LDI has primarily been driving. We have our own adjudication platform which again Diplomat believes is critical for our long-term scalability and synergy. We have both a comprehensive and a competitive network through both of our partners, direct manufacturer rebates, and high-touch service across the range.

If we look at the scaled asset in the middle-market, you will see again that we are serving all of the key customer types with now around 855,000 lives and over 700 customers, a very, very strong customer base for us to continue to grow from; bringing best-in-class specialty pharmacy; bringing attractive partnership approaches to the industry; and bringing the high-touch services that have been so recognized by Diplomat throughout our history. We are differentiated clinically, and we will continue to leverage the proprietary technology platform that allows us to create the reporting and customized services that the middle-market is so desperately looking for today.

Moving on to our final slide, slide 12, I'd like to talk just a little bit more about the financial summary and sum up the terms of NPS and LDI together, and then talk a little bit about what this means in terms of a new Diplomat.

Looking at the deal value here, combining NPS's cost and LDI's adjusted costs, we see that Diplomat's overall play in the PBM space was a $587 million play with 2017 combined revenue for those two companies of $420 million, and very strong EBITDA and 2017 estimated EBITDA between NPS and LDI of $46 million. And I want to be clear, that is not including synergies at this time.

So, the deal multiple – but if we add synergies back into the deal multiple, you will see that LDI post synergies, post tax benefit, was 11.74 turns (sic) [11.7 turns] (16:15), NPS was 9.4 turns, and the combined PBM for Diplomat bringing all these assets to market with an 11.5 turns of, again, post synergy and post tax benefit.

Company Name: Diplomat Pharmacy Inc

Company Ticker: DPLO US

Date: 2017-11-15

Event Description: Acquisition of LDI Integrated
Pharmacy Services by Diplomat Pharmacy, Inc. Call

Market Cap: 1,313.40

Current PX: 19.07

YTD Change($): +6.47

YTD Change(%): +51.349

Bloomberg Estimates - EPS

Current Quarter: 0.159

Current Year: 0.814

Bloomberg Estimates - Sales

Current Quarter: 1157.100

Current Year: 4494.182

Let me move down now before I go to my final remarks and talk about the combined new Diplomat opportunity to compete in the marketplace. Incredibly excited to show that our pro forma 2017 excluding synergies would be Diplomat revenue of $4.9 billion and that would have given us an adjusted EBITDA for the year pro forma of $146.5 million. So, you can see this is an incredible opportunity for Diplomat to leapfrog ahead as a larger health care company and a much broader base for us to continue to grow from moving forward into the future.

Now, let me move into my final remarks so we can get into the Q&A that I'm sure the marketplace will be looking for. So, before I open the line for questions, I want to reiterate how excited we are to welcome LDI to the Diplomat family. And I feel very confident that expanding our payor services will position us well as we evolve to a broader-based health care company.

A recent article from Adam Fein of Drug Channels referenced the National Pharmaceutical Council's Toward Better Value article regarding PBMs. The article clearly stated the need for a disruptive PBM model with a strong focus on specialty pharmacy. We believe Diplomat's expanded model with its diversified services positions us well to meet this growing industry demand.

I want to emphasize that our entry into the PBM space, as well as our other strategic initiatives will ultimately benefit our patients. As we diversify, we're maintaining our historical focus on the pharmacy services that have shaped our industry. Our entire company including our payor-focused and pharma-focused businesses is driven by a relentless desire to make treatment as effective as possible and to help patients thrive. Patients will always serve as the motivation for all we do.

Please know that Atul Kavthekar, Diplomat's CFO; and Joel Saban, Diplomat's President will join me now in the open Q&A session.

With that, let's open the call to questions. Operator?

# Q&A

## Operator

[Operator Instructions] Your first question is from Lisa Gill with JPMorgan.

**<Q - Lisa C. Gill>**: Thanks very much. Phil, you went through all of that very quickly. I'm sure you need a breath now. Let me just – first, congratulations. Obviously, two back to back transactions. Do you feel that, combined between the two, you have everything that you need now to move forward with this strategy around PBM would be my first question.

And then secondly, you clearly walked through some of the differences between the two, one being a transparent model, another being more of a traditional model. Can you maybe just talk a little bit about logistics, is your plan to get to a single platform between these two acquisitions? And are you going to have both types of offerings in the marketplace or are you thinking that there is a need for disruption for there to be more of a transparent type of offering in the market for those LDI customers?

**<A - Philip R. Hagerman>**: Lisa, great questions and I'm going to answer the first half. Then I'm going to let Joel, who is really the expert in our space talking about the disruptive need because there's clearly a disruptive need for multiple and for hybrid models today.

But let's start at the top of your questions, kind of the back to back acquisitions. We do, Lisa, feel that we absolutely have all of the capabilities and resources we need today to both compete and thrive in the PBM market space. And I will tell you, Lisa, and I'll take one step back from the acquisitions, we put the pieces together for this long before we bought NPS and those pieces really included the executive management team. Between Joel and between a number of the executives you've seen us mention recently, we actually went deep into the PBM space, the people that had both PBM and specialty pharmacy experience with deep, deep roots and that was frankly what gave us the confidence and



Company Name: Diplomat Pharmacy Inc
Company Ticker: DPLO US
Date: 2017-11-15
Event Description: Acquisition of LDI Integrated
Pharmacy Services by Diplomat Pharmacy, Inc. Call

Market Cap: 1,313.40
Current PX: 19.07
YTD Change($): +6.47
YTD Change(%): +51.349

Bloomberg Estimates - EPS
Current Quarter: 0.159
Current Year: 0.814
Bloomberg Estimates - Sales
Current Quarter: 1157.100
Current Year: 4494.182

the desire to be able to put the two resources together.

We feel very good about these two resources. It's interesting. They don't really compete. They sell somewhat into different marketplaces today. And to your point about a platform, NPS has its own proprietary claims processing platform, LDI does not. LDI has, as you can tell, the very, very large book of profitable business. And so, what we'll be able to do here is we'll be combining assets from both of these organizations, but the strong leadership team here between Joel – internally here between the resources that NPS brings on board, very, very strong leadership and management at NPS that will come on board as executive leaders across the larger operation, and the significant talent that the LDI overall leadership brings puts us in position right now to really go out and, again, have everything we need for the market.

Let me hand this over to Joel a little bit to talk a little bit about the traditional marketplace and the transparent marketplace.

**<A - Joel Saban>**: Great. So, as we integrate the two PBM assets, we're looking to create a single platform that allows choice for our clients. As you know, in the RFP process, many clients require or ask for different models and we'll be able to offer a variety of different models. We're really looking at this as more of a hybrid type of offering. And most of all, we are looking to meet the client needs and thus meet their needs through our offerings today.

**<Q - Lisa C. Gill>**: Yes...

**<A - Philip R. Hagerman>**: Lisa, I'll end there with said – yes, if you've got another question, that's great. The article that I referenced by Adam Fein in Drug Channels and you can Google the National Pharmaceutical Council's Toward Better Value really speaks very clearly to the need for a more disruptive model in the PBM space that very acutely manages and deals with the specialty space. We believe that we are as well positioned as anybody in the marketplace and better to handle that.

But, did you have another question?

**<Q - Lisa C. Gill>**: Yeah. I just have another question. Phil, obviously, I've been following your company for some time and I think a few years ago, you talked about the opportunity as the independent player to be more disruptive towards the PBMs and now coming full circle back around this way. Is it because the medication management is becoming that much more complex that you really do need to have that integrated model between the two and that you're seeing that or do you think that you're really bringing something that's new and different to the market as you've seen the market change and evolve over the last few years?

**<A - Philip R. Hagerman>**: Yeah. I think it's both, Lisa. And I want to be clear that while we've been an independent specialty pharmacy for a long time, we were very focused on the independence of these PBMs that allows them to be able to compete and create that nimble entrepreneurial model. And so, it's a perfect fit for Diplomat, we'll still be independent in that way.

But the point is for Diplomat right now is we see the market changing and we've always been an entrepreneurial company that continues to need to move in that direction. I always expected Diplomat would be in the PBM space, but I did not expect that to happen until probably 2019 or 2020 as the law of large numbers continue to get harder to grow the business in the teen percentages and more, but we believe that the market dynamics are such that have shifted that cost containment is critical to the marketplace today and really the only way to totally optimize all the levers around cost containment is to be able to work symbiotically and seamlessly across the PBM and the specialty pharmacy and the specialty infusion space.

We now have the ability to do that and so, we've now got the runways to continue to grow our business in the pure-plays – specialty pharmacy and specialty infusion plays, but also as we continue to bring more lives on onboard, continue to be able to affect the market pace for the clients that want a disruptive and an aggressive change model.

**<Q - Lisa C. Gill>**: That's helpful. I'll let someone else ask a question. Thanks so much.

**<A - Philip R. Hagerman>**: Thanks, Lisa.



Company Name: Diplomat Pharmacy Inc

Company Ticker: DPLO US

Date: 2017-11-15

Event Description: Acquisition of LDI Integrated

Pharmacy Services by Diplomat Pharmacy, Inc. Call

Market Cap: 1,313.40

Current PX: 19.07

YTD Change($): +6.47

YTD Change(%): +51.349

Bloomberg Estimates - EPS

Current Quarter: 0.159

Current Year: 0.814

Bloomberg Estimates - Sales

Current Quarter: 1157.100

Current Year: 4494.182

## Operator

Your next question is from John Kreger with William Blair.

**<A - Philip R. Hagerman>**: Hi, John.

**<Q - John C. Kreger>**: Hi, thanks very much. Hey, so, maybe just a couple of detail questions. Thanks for the financial background on LDI. I'm guessing you've got pretty good visibility on 2018 for that asset, can we assume kind of 10% to 15% growth next year?

**<A - Philip R. Hagerman>**: Yeah. John, I think that feels like a reasonable range based on history. Now, remember, I want to be very clear here that the PBM sales cycle, as everybody knows, is long, it's 12 to 18 months. So, our ability to dramatically accelerate growth here is something that will come from us as we put service offerings into the marketplace that'll be more future based.

I would say, it's reasonable to think in the 10% to 15% range is an area where they've had historic growth, as I had mentioned before, around lives and around scripts. And I think that's a fair place to kind of consider, John.

**<Q - John C. Kreger>**: Great, thanks. And Atul, could you just let us know what are the terms on the new credit line?

**<A - Atul Kavthekar>**: Well, John, we are going to be launching the syndication in a few days. So, we are going to finalize those terms over the course of, say, the next 30 days between here and the closing. But, right now, what we are contemplating is – as you saw on the note, it's a $795 million facility, a couple of points on that we're going to include a revolver that's going to have substantial amount of growth for us – of room to grow for us, it's going to be a $250 million facility, it's going to be something priced probably in the LIBOR plus 250 basis points range.

The balance is going to be financed with Term Loan B from the Term Loan B market, probably somewhere in the LIBOR plus 400 basis points range. We think that that's the right structure to have for the company at this time. And going forward, our strategy is going to be very clearly focused on repaying – and debt repayment and reduction of our overall leverage. I think if you saw, there's some stats that we've included in the document. Our expectation is to get that back into sort of a normalized range sometime in the middle of 2019.

**<Q - John C. Kreger>**: Great, thanks. And one last one. Phil, do you think about running your specialty pharmacy kind of core any differently now that you've got these PBM assets and, I guess, what I'm getting at is, do you start to run that business more as a cost center as opposed to a revenue and profit maximizing entity? Anything you could add on that would be helpful.

**<A - Philip R. Hagerman>**: Yeah. John, we've always been highly focused on the patient, or offering customized solutions to the marketplace. I would say that we're not going to be running the program differently in terms of philosophy in that what we are going to have the ability and the luxury to do differently both in the traditional specialty business and in our specialty infusion business is have a very aggressive opportunity to both up-sell and cross-sell around those services in the lives that we have now that we'll have control over, but more importantly I think to get very aggressive about datasets and things.

The whole idea of a disruptive new model is going to require very aggressive cost containment and it's difficult to do that if you're just an outside partner. But when you control multiple levers, it goes back to Lisa's question, the market really is requiring more multiple levers to be able to be managed and we believe specialty pharmacy is in the quarterback position to be able to do it. The ability for us to unbundle and bundle PBM services allows us to be a very strong player. But, John, I wouldn't call the fact that we're going to run the business differently, it's going to be one patient at a time and the focus there will remain the same.

**<Q - John C. Kreger>**: Great, thank you.

**Company Name:** Diplomat Pharmacy Inc

**Company Ticker:** DPLO US

**Date:** 2017-11-15

**Event Description:** Acquisition of LDI Integrated Pharmacy Services by Diplomat Pharmacy, Inc. Call

**Market Cap:** 1,313.40

**Current PX:** 19.07

**YTD Change($):** +6.47

**YTD Change(%):** +51.349

**Bloomberg Estimates - EPS**

**Current Quarter:** 0.159

**Current Year:** 0.814

**Bloomberg Estimates - Sales**

**Current Quarter:** 1157.100

**Current Year:** 4494.182

## Operator

Your next question is from Kevin Caliendo with Needham & Company.

**<Q - Kevin Caliendo>**: Thanks, guys, and thanks for taking my call. Couple of questions. One on the customer base, I notice there is no health plan business with LDI, and NPS, obviously, did have some health plan business. So, if you can talk about how you might be able to better take the two assets and get into the health plan business, because I think that's probably a big part of the opportunity here.

**<A - Joel Saban>**: Hi, this is Joel Saban, and we definitely are positioning ourselves to continue to grow the PBM and take the advantages and the learnings and the client base that NPS have with the LDI clients and we are definitely looking and have some prospects as we speak in the health plan business. I think that the one thing that Diplomat brings to the table is we've had a long-time relationship with a lot of the health plans, servicing health plans and their patients and we have a very strong sales force in the hospital area for Diplomat. And we're going to use all of our resources to triangulate back to the need for the health plans and create opportunities for sales in the current prospects, as well as continue to grow the business and prospect other health plans.

**<A - Philip R. Hagerman>**: Yeah. And one more thing I'll mention here, Kevin, is on a couple of the last investor meetings that Atul and I talked to, we talked at length at some of the restructuring that we've done with our executive leadership team and one of those was bringing in a new EVP of Payor Strategy and Sales. And we actually for the very first time at Diplomat have aligned our hospital space where, as Joel says, we've got a significant amount of some of the nation's largest hospital health systems, which almost all have their own health plans within them and we've aligned the hospital space, our managed market sales space and our traditional physician sales space for the very first time at Diplomat. We think this is going to create an efficiency, and this was done in advance in expectation of this new opportunity around the PBMs.

**<Q - Kevin Caliendo>**: Okay, great. I got two quick ones for Atul. With the tax benefit that we talk about in this transaction, I'm guessing it's going to have a positive impact on 2018's tax rate. We talked about it moving up pretty materially next year. Will all of the benefit come through in 2018 or is that something that will be spread out over a period of time? How should we think about that?

**<A - Atul Kavthekar>**: No. It'll be spread out over 15 years. I mean, this is a step up in tax deductible amortization. So, we'll get the benefit out over time which is why we've applied there is a growth of, the estimate is $94 million. But for computation of some of these tax affected multiples, we've applied a present value to account for that.

**<Q - Kevin Caliendo>**: Okay. I got it. And one last thing for you is, the PBM business looks like it's going to be about one – this would be pro forma one-third of the EBITDA of the company. Are you going to break that out in terms of, I think, this came up on the last call? How do we model this going forward? It becomes difficult, right, for us to try to build models out. Are you going to break out the PBM revenues and PBM EBITDA, or do anything like that to sort of help us build our models?

**<A - Atul Kavthekar>**: Yeah. Kevin, look, the short answer is we're going to try and do as much as we can to help you, and I realize it's a little bit of a different business to model. But I think we are still – we've had a lot of internal discussions of exactly what is going to be the reporting and the data dissemination as we go forward. I think we're trying to strike that proper balance between being adequately descriptive and informative, so that you can have a better sense of where the business is and where it's going with – obviously, with managing sort of the competitive issues that we need to manage.

But I think we are committed to trying to maximize the visibility to the extent that we're able to. But, certainly, there will be – going forward, we'll certainly have enough description that I think that you'll find that we'll be able to kind of inform you of where the business is at, as I said. But more to come on that for sure.

**<Q - Kevin Caliendo>**: Great. Guys, thanks so much.

**<A - Philip R. Hagerman>**: Thanks, Kevin.



**Company Name:** Diplomat Pharmacy Inc  
**Company Ticker:** DPLO US  
**Date:** 2017-11-15  
**Event Description:** Acquisition of LDI Integrated Pharmacy Services by Diplomat Pharmacy, Inc. Call

**Market Cap:** 1,313.40  
**Current PX:** 19.07  
**YTD Change($):** +6.47  
**YTD Change(%):** +51.349

**Bloomberg Estimates - EPS**  
**Current Quarter:** 0.159  
**Current Year:** 0.814  
**Bloomberg Estimates - Sales**  
**Current Quarter:** 1157.100  
**Current Year:** 4494.182

## Operator

Your next question is from David Larsen with Leerink.

**<Q - David M. Larsen>**: Hi. Congratulations on the deal. Can you talk about the in-sell...

**<A - Philip R. Hagerman>**: Thanks, David.

**<Q - David M. Larsen>**: Yeah. Can you talk about the in-sell opportunity that you have on the specialty side? So, when we think about the plan sponsor clients of LDI and NPS, who are they using for specialty pharmacies now and any sense for what's the in-sell opportunity for Diplomat? Thanks.

**<A - Philip R. Hagerman>**: Yeah. That's great, Dave, and that's where we've actually talked about some of – where we've said immediate or very early synergy opportunities. LDI does have its own specialty pharmacy. Although it certainly isn't near as robust as Diplomat, they've done a nice job in their space. They don't have any of the limited distribution drugs that are relevant. They are not a major player in the oncology space. And so, there's an immediate opportunity for us to roll over all of the LD drugs that they've been farming out to anybody in the marketplace. There is also a significant opportunity for us to immediately be able to work with them and over time kind of merge the very, very high end and best-in-class capabilities of Diplomat across the LDI network.

NPS is a little bit different. They did not have their own specialty pharmacy and had a very, very small mail-order pharmacy. So NPS will immediately have access to a full, integrated and efficient automated mail-order pharmacy that LDI has. And then they will also have the capabilities of bringing on Diplomat's high-touch services around – again, immediately around the limited distribution drugs which is a day one win, frankly.

And secondarily, as we reviewed the contracts and look at opportunities to up-sell the contracts, NPS had a lot of their business that was leaking through the traditional retail channel and some of their specialty services where they did have a specialty contract were going to some of the other market competitors for Diplomat. So it will be very quick opportunity for us to review those on a contract-by-contract basis and bring Diplomat's capabilities onboard with new contracts and immediately win the business on the LD side. So exciting spot for us.

**<Q - David M. Larsen>**: Would you estimate that like 80% of LDI's customers were using LDI's specialty pharmacy or was it closer to 90% or was it maybe 50%, any sense within that?

**<A - Philip R. Hagerman>**: Yes. Far less than the 80% and 90%, I'm not going to call out 50%, because I'm not quite sure. I don't have information in front of me right now, David. But what happens is the small to mid-size PBMs, even the ones that have their own specialty pharmacies have a difficult time really locking in that business. Remember, at Diplomat, 60% of my revenue now is coming from limited distribution drugs. They don't even have any limited distribution drugs. And the model on more and more of the space in oncology, for example, is LD. So they immediately start behind the eight ball because they lose all of the LD drugs.

Well, here's what happens, Dave, if you don't have the LD drugs, the doctors aren't going to send you the traditional drugs. So in oncology, for example, where maybe 60% of the spend is LD and 40% is traditional, small to mid-size PBMs with their own specialty pharmacies historically don't do very well because they can't convince the doctors to use them for a third of the business. And it's even more so with NPS that didn't have their own specialty pharmacy. So there was not a real [ph] captive (36:29) of them out there. And again, we'll believe that to be a nice upside.

**<Q - David M. Larsen>**: Okay. That's great. And then just quickly for LDI, what is roughly the client mix, is it maybe like a third health plans, a third self-insured employers and a third, I don't know, government entities, any general sense?

**<A - Philip R. Hagerman>**: Yeah. Joel, why don't you give us a little background there?

**<A - Joel Saban>**: Yeah. So the client mix is 60% self-funded employers and 40% union. So there is, at this point, actually very few to no health plan business at LDI.

**Company Name:** Diplomat Pharmacy Inc
**Company Ticker:** DPLO US
**Date:** 2017-11-15
**Event Description:** Acquisition of LDI Integrated
Pharmacy Services by Diplomat Pharmacy, Inc. Call

**Market Cap:** 1,313.40
**Current PX:** 19.07
**YTD Change($):** +6.47
**YTD Change(%):** +51.349

**Bloomberg Estimates - EPS**
Current Quarter: 0.159
Current Year: 0.814
**Bloomberg Estimates - Sales**
Current Quarter: 1157.100
Current Year: 4494.182

**\<A - Philip R. Hagerman\>**: Now I do want to share that was a fairly high focus because those are groups that really want high-touch services. Self-funded employers, this is partly, again, why they've got such a large client base, and we're really excited. We certainly looked at other PBMs in the marketplace and we saw other assets out there with very, very high concentration in their largest client and very high concentration in their top five clients. We have a pretty small concentration here even in the top 10 and 20 clients and partly that is because this particular client base that they've looked at needs a lot of services. Self-funded organizations don't have the ability to do a lot of these things internally and that's why this can be a very solid book of business for us, because we can offer services across a number of areas and those services can create revenue as we save these self-funded employers money by supplying a long host of services for them. It's a fairly lucrative marketplace and that's why the focus has been on this area.

NPS's focus has been significantly different and now we've got the opportunity to play on all ends of the spectrum.

**\<Q - David M. Larsen\>**: Okay. And then just one last one. What has been the reaction of the market, like from your clients with regards you getting into the PBM space, and then also any reaction from CVS and Express? Thanks.

**\<A - Philip R. Hagerman\>**: Yeah. I'll start with our pharmaceutical manufacturers because we have always been a patient-centric company and we've always felt that some of the bigger players out there, some people are payor-centric, some people are pharma-centric, we're patient-centric. And we believe very strongly that what is one business for us from the manufacturers in the past has been our high-touch patient care model, and that won't change. We've, of course after NPS, queried a number of our key partners on the manufacturer side with great support and in fact, the manufacturers know that as the market looks for a more disruptive model, they need to be able to work closely with the PBMs and they need to be able to work closely around utilization management. So we feel very well positioned on that area.

In terms of the larger players in the marketplace, David, I want to be clear that we're really looking at Middle America. You know this is a meat and potatoes kind of business for us, and we are very, very much focused on this small patient population and the small employer group. Again, if you look at the number of clients we have now between the two of these, with 700 clients these are fairly small clients across the country and not generally the bulge bracket clients that the big guys are playing with. We believe very clearly that our limited distribution drug portfolio, our ability to be a strong partner for the largest players in the country will continue to allow us to work closely with them.

**\<Q - David M. Larsen\>**: Thank you.

## Operator

Your next question comes from Ricky Goldwasser with Morgan Stanley.

**\<Q - Ricky R. Goldwasser\>**: Yeah. Hi, thank you and good evening. So just a few questions here. Phil, you talk about this new disruptive model. Can you give us a little bit more context on how you think about this new business model? I mean, obviously, the large PBMs today have already specialty pharmacies. Some of them have infusion capabilities. So how do you think about doing things differently and differentiating? That's one.

And second, you mentioned in your prepared comments the direct manufacture rebates. The rebates have been kind of like an area with a lot of focus on recently and something that could change in the future. So again, what would be your approach to that now that you actually own a PBM?

**\<A - Philip R. Hagerman\>**: Yeah, let me talk a little bit about the disruptive model and then I'll offer Joel an opportunity here. And so maybe I'll just start for a second on the rebates and I'll let him kind of reach in there as well. The rebate models, certainly there's been some visibility around it lately and it could change. But one of the reasons that Diplomat believed that we needed to accelerate our movement into the PBM space was we really saw more and more focus on the gross to net spread model.

And Diplomat as we continue to be a major player across health care, we want to be able to play in all the verticals and we want to be able to move all the levers to better benefit our clients and our patients. And we believe that the changing

| | | |
|---|---|---|
| Company Name: Diplomat Pharmacy Inc | Market Cap: 1,313.40 | Bloomberg Estimates - EPS |
| Company Ticker: DPLO US | Current PX: 19.07 | Current Quarter: 0.159 |
| Date: 2017-11-15 | YTD Change($): +6.47 | Current Year: 0.814 |
| Event Description: Acquisition of LDI Integrated | YTD Change(%): +51.349 | Bloomberg Estimates - Sales |
| Pharmacy Services by Diplomat Pharmacy, Inc. Call | | Current Quarter: 1157.100 |
| | | Current Year: 4494.182 |

marketplace required us to move into the PBM space a little sooner.

Regarding the disruptive model, Ricky, when we think of disruption, we basically think of data. We think of technology and again, that was one of the reasons that NPS was our first acquisition. Many people might have thought, boy, Diplomat really started with a fairly small acquisition in terms of EBITDA, but the reality was NPS had over 400 clients and they had a very, very robust transaction claims processing engine and that allowed them to do some unique clinical programs and unique clinical capabilities.

And when you read the article, this Towards Better Value (sic) [Toward Better Value] (41:45), what you really read and see is that many of the client and employer groups and health plans, they don't have the confidence that the PBM is pulling all the levers in today's model to really control costs and that's what we're really talking about with disruption is to try and find a new model where we're using data, where we're getting the right patient on the right drug for only the right length of time, where we're perhaps doing more genetic testing to make sure that we aren't putting patients that aren't going to get effect of a $15,000 drug on that drug. And we're using every lever that the market is offering to make sure that we're only using these incredibly expensive drugs in the right way to get the right kind of outcome. Joel, do you want to add anything on disruption?

<A - Joel Saban>: Yes. And I would say that, when we talk to clients out in the PBM market space, one of the questions and one of the concerns and one of the highlights for all clients is really the trend and cost for specialty medications.

In this day and age where generic dispensing rate is higher than 80% and mail order is fairly commoditized between the mail-order pharmacies that exist today and the retail 90-day prescriptions, the single focus that many of our clients and payors have is in the specialty drug management.

We believe, as a result [indiscernible] (43:13) manage specialty medication than us. Managing specialty medication requires an intimate relationship with the patient and having access to limited distribution drug is a key benefit in order to manage this particular category.

With us having our own technology platform, we're looking to bring unique programs to our clients, specifically revolving around the management of specialty medications. And we believe that the overall market is looking for a solid answer and a unique answer in this category.

So we believe that our specialty assets put together with the technology will be able to bring unique offering not only to the middle-market PBM – not only to the middle-market clients through our PBM assets but as a program across all payors.

<A - Philip R. Hagerman>: Ricky, to carry on with what Joel is talking about, the middle-market and the small to mid-market PBM space has been a robust marketplace right now with many of the players showing significant growth. But none of the players in that marketplace have the specialty pharmacy capabilities that Diplomat has. None of them have even a fraction of any of the limited distribution drugs that we have. And very, very few of them have anywhere near the years of experience in managing one of the most complex areas of health care. We believe that combining our specialty pharmacy and specialty infusion capabilities with very strong middle-market PBM capabilities is, we're an end of one in that space right now. We feel very good about our competitive position.

<Q - Ricky R. Goldwasser>: And just one follow-up in terms of integrating the two platforms. When you think about the salespeople, can you give us a sense, if they haven't heard it before on just how many salespeople you have and are you thinking of kind of like integrating them or keeping it as it is?

<A - Philip R. Hagerman>: Yeah. Ricky, we're very much a growth phase company here right now and so the cost synergies that we're looking at on there are really opportunities for us to kind of take cost out of drug distribution and et cetera. We're not in the first past year committing to payroll cost because we believe that combining these opportunities will create some strong runways for us. And so I'm not going to speak specifically for the sales team for example at NPS and LDI, but I will tell you that the Diplomat's sales teams that are selling in the managed market space will be very aggressively crossing over into this space and we'll make sure that at any time we are selling our specialty



| | | |
|---|---|---|
| **Company Name: Diplomat Pharmacy Inc** | **Market Cap: 1,313.40** | **Bloomberg Estimates - EPS** |
| **Company Ticker: DPLO US** | **Current PX: 19.07** | **Current Quarter: 0.159** |
| **Date: 2017-11-15** | **YTD Change($): +6.47** | **Current Year: 0.814** |
| **Event Description: Acquisition of LDI Integrated** | **YTD Change(%): +51.349** | **Bloomberg Estimates - Sales** |
| **Pharmacy Services by Diplomat Pharmacy, Inc. Call** | | **Current Quarter: 1157.100** |
| | | **Current Year: 4494.182** |

pharmacy services and our specialty infusion services. We have significant crossover in this space and there would be great integration there.

**<A - Joel Saban>**: Yeah. And I will add, Phil, when we talked to both NPS and LDI, seldomly they actually cross in finalist meetings or on the sales cycle with the different clients that they serve. So here, we have the opportunity to take both sales forces, take the best learnings and the best techniques from each and apply it to a wider variety of opportunities.

But most of all, what I hope that you can understand and see from our plan is we are investing in sales. We're investing in sales on the specialty pharmacy area, as you can see with our recent hires and announcements and we're going to invest in sales, in the PBM sales area. So we're definitely looking to create organic growth and grow the business through our sales force.

**<A - Philip R. Hagerman>**: Thanks, Ricky. Anything else. You all set.

**<Q - Ricky R. Goldwasser>**: Thank you. Thank you.

**<A - Philip R. Hagerman>**: Okay. Thank you.

## Operator

[Operator Instructions] The next question is from Charles Rhyee with Cowen and Company.

**<Q - James Auh>**: Hi. It's James on for Charles. So based on the financials you've provided, LDI has adjusted EBITDA margin about 10.5% which is considerably higher than CVS and Express. Can you help us understand LDI's higher margin profile, is it largely just due to client mix?

**<A - Philip R. Hagerman>**: It's certainly due to client mix, but I would call it really a little bit more due to the kind of customization of strategy. Small and mid-market America and small employer groups and things, they really want services and if you look across the overall mix of our clients between NPS and LDI, you'll see that our average client is a little over 1,000 lives and so these are not 2 million, 3 million, 4 million life plans and these smaller populations really need customized services and those customized services are really beneficial for us.

And of course, some of that margin we saw particularly and the EBITDA margin that was LDI shared in the last year, I talked a little bit about the fact that there were some one-time efficiencies. Over the last couple of years, they've gone back across their entire client base and they've been able to bring in some new contracts that significantly save money for their clients and also brought some significant and valuable margin to LDI.

We do expect the margin profile here to be solid. We do think that in the small to mid-market PBM, there's historically a higher margin profile than there is in the bulge bracket because your client doesn't have 3 million lives and so there's an efficiency of that.

**<Q - James Auh>**: Okay. And you mentioned that you don't expect adjusted EBITDA in 2018 to grow as quickly as the last couple of years. So should that grow more in line with the 10% to 15% top line growth that you noted was reasonable, excluding the synergies?

**<A - Philip R. Hagerman>**: Yeah. We think that's a pretty good proxy right now. We're clearly excited about the opportunity, but we wanted to be very transparent about the fact that some of the growth came from some very, very sophisticated one-time re-contracting. And I think you're right on the spot where you should be right now as you look at 2018.

**<Q - James Auh>**: All right. Great. Thank you.

**<A - Philip R. Hagerman>**: Thank you.

Company Name: Diplomat Pharmacy Inc
Company Ticker: DPLO US
Date: 2017-11-15
Event Description: Acquisition of LDI Integrated
Pharmacy Services by Diplomat Pharmacy, Inc. Call

Market Cap: 1,313.40
Current PX: 19.07
YTD Change($): +6.47
YTD Change(%): +51.349

Bloomberg Estimates - EPS
   Current Quarter: 0.159
   Current Year: 0.814
Bloomberg Estimates - Sales
   Current Quarter: 1157.100
   Current Year: 4494.182

## Operator

And there are no further questions at this time. This concludes today's conference call. You may now disconnect.

## Philip R. Hagerman

Thank you.

## Joel Saban

Thanks, everyone.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2017, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*