# Exhibit B



| Company: | DIPLOMAT PHARMACY, INC. |
|---|---|
| Document: | 10-K (FY 2017) • 3/1/2018 |
| Section: | Entire Document |
| File Number: | 001-36677 |
| Pages: | 138 |

12/9/2019 12:47:11 PM

Intelligize, Inc.        info@intelligize.com        1-888-925-8627

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 10-K

### ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
### THE SECURITIES EXCHANGE ACT OF 1934

**For the fiscal year ended December 31, 2017**

**Commission File Number: 001-36677**

---

# Diplomat Pharmacy, Inc.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Michigan** | **38-2063100** |
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification Number) |

**4100 S. Saginaw Street**
**Flint, Michigan 48507**
**(888) 720-4450**
(Address, including zip code, and telephone number,
including area code, of registrant's principal executive offices)

**Not Applicable**
(former name, former address and former fiscal year, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of Each Class** | **Name of Each Exchange on Which Registered** |
|---|---|
| Common Stock, no par value per share | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒          Accelerated filer ☐          Non-accelerated filer ☐          Smaller reporting company ☐

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the Registrant's common stock held by non-affiliates of the Registrant was approximately $709 million as of June 30, 2017 based on the reported last sale price as reported on the New York Stock Exchange on that date. Shares of the registrant's Common Stock held by executive officers, directors and holders of 10 percent or more of the Common Stock outstanding have been excluded from this calculation because such persons may be deemed affiliates of the registrant; such exclusion does not reflect a determination that such persons are affiliates of the registrant for any other purpose.

The Registrant had 74,069,226 shares of Common Stock outstanding as of February 27, 2018.

**DOCUMENTS INCORPORATED BY REFERENCE**

Certain portions, as expressly described in this report, of the Registrant's Proxy Statement for its 2018 Annual Meeting of Shareholders to be filed subsequently are incorporated by reference into Part III of this report.

Table of Contents

**DIPLOMAT PHARMACY, INC.**
**2017 ANNUAL REPORT ON FORM 10-K**
**INDEX**

|  | Page No. |
|---|---|
| Forward-Looking Statements | 3 |
| **PART I** | |
| Item 1 — Business | 5 |
| Item 1A — Risk Factors | 22 |
| Item 1B — Unresolved Staff Comments | 41 |
| Item 2 — Properties | 42 |
| Item 3 — Legal Proceedings | 42 |
| Item 4 — Mine Safety Disclosures | 43 |
| **PART II** | |
| Item 5 — Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 44 |
| Item 6 — Selected Financial Data | 46 |
| Item 7 — Management's Discussion and Analysis of Financial Condition and Results of Operations | 48 |
| Item 7A — Quantitative and Qualitative Disclosures About Market Risk | 60 |
| Item 8 — Financial Statements and Supplementary Data | 61 |
| Item 9 — Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 100 |
| Item 9A — Controls and Procedures | 100 |
| Item 9B — Other Information | 100 |
| **PART III** | |
| Item 10 — Directors, Executive Officers and Corporate Governance | 102 |
| Item 11 — Executive Compensation | 102 |
| Item 12 — Security Ownership of Certain Beneficial Owners and Management and Related Stockholders Matters | 102 |
| Item 13 — Certain Relationships and Related Transactions, and Director Independence | 102 |

Item 14 — Principal Accountant Fees and Services                                                                    102

**PART IV**

Item 15 — Exhibits and Financial Statement Schedules                                                          103

Item 16 — Form 10-K Summary                                                                                                107

Signatures                                                                                                                            108

Exhibits

2

Table of Contents

**PBM Industry**

We believe the key market factors that influence spending on PBM solutions and services by participants in the pharmaceutical supply chain are the amount spent on prescription drugs and the associated volume of prescription drugs dispensed and insurance claims processed each year. We estimate that the current market opportunity for our PBM solutions and services in this industry is significant, and is growing due to an aging population and increased prescription drug spend. In particular, the U.S. population age 65 and older is expected to reach 92 million by 2060, representing one in five U.S. residents, with a commensurate increase in prescription drug spend which is estimated to be 19.3 percent of U.S. gross domestic product by 2023. We believe the increase in prescription spending, faster projected economic growth and the aging of the population will drive demand for senior-focused clinical programs and benefit plans, as well as information technology decision support tools to facilitate the on-line analytical assessment of specific population trends, and address the PBM needs of an aging population. In addition, rising drug prices and a growth in specialty drug spend should further amplify this trend, with specialty drug spending expected to surpass traditional drug spending in 2018 and health spending projected to grow at an average rate of 5.7 percent through 2023, driven primarily by price inflation and the introduction of new products. This, coupled with the trend in the marketplace to shift coverage of these drugs from the medical benefit to the pharmacy benefit, is expected to lead to an increase in demand for benefit design and clinical and reimbursement management strategies. In addition, as demand for Medicare Part D programs continue to increase, the demand for pharmacy benefit management and information technology should increase concomitantly, as our customers are required to update their systems, and will continue to require support to maintain these systems.

**PBM Business**

In late 2017, we entered the PBM business through our December 2017 acquisition of LDI Holding Company, LLC, doing business as LDI Integrated Pharmacy Services ("LDI") and our November 2017 acquisition Pharmaceutical Technologies, Inc., doing business as National Pharmaceutical Services ("NPS"). We are a business provider of PBM services, which are marketed under the LDI and NPS brands and include electronic point-of-sale pharmacy claims management, retail pharmacy network management, mail pharmacy claims management, specialty pharmacy claims management, Medicare Part D services, benefit design consultation, preferred drug management programs, drug review and analysis, consulting services, data access, and reporting and information analysis. Our PBM services include owning and operating a network of mail order pharmacies. Our customers include managed care organizations, self-insured employer groups, unions, and third-party healthcare plan administrators and worker's compensation payers.

**PBM Products and Services Offered**

Our PBM service offering consists of a broad suite of customizable services that provide a flexible and cost-effective alternative to traditional PBM offerings typically employed by health plans, government agencies and employers. We provide our customers with increased control of their pharmacy benefit dollars and maximized cost control and quality of care through a full range of pharmacy spend management services, including:

- *Formulary Administration* — Provide support for customers' existing formularies and preferred drug lists or collaborate to create best-in-class models supported by formulary predictive modeling and impact analysis. Pharmacist, physician and member-focused intervention protocols provide quality controls to drive generics, preferred drug products and appropriate use. Formularies are administered based on specific plan designs.

- *Benefit Plan Design and Management* — Accommodate and support any benefit plan design option or variation required. We specialize in applying data-driven insights to help customers understand the medical risk drivers within their population and take a strategic approach to plan design. We provide benefit design configuration and support to customers in accordance with mutually developed processes.

- *Drug Utilization Review ("DUR")* — Pre-dispensing DUR edit checks are performed on an online, real-time basis between mail and retail pharmacies to encourage appropriate drug utilization, enhance member outcomes, and reduce drug costs. All prescriptions are checked for member eligibility and plan design features and are then compared against previous histories of prescriptions filled by the same pharmacy, by other participating retail network pharmacies and by the mail service pharmacy.

14

Table of Contents

- ***Clinical Services and Consulting*** — Clinical and technical expertise are used to develop, deploy and support our clinical programs. Customers have the option of using selected or the full-suite of our clinical programs, which incorporate complete prescription drug information to reduce prescription drug costs and increase the quality of care and member safety. We offer comprehensive clinical management strategies which help reduce undesirable events, increase medication compliance, decrease medication waste and promote plan member well-being.

- ***Mail Order Pharmacy Services*** — In addition to the specialty pharmacy services we provide, as previously described (See *Item 1 Business — Specialty Pharmacy Industry — Our Services)*, we offer mail order services to our PBM members. Mail service gives members flexibility, privacy and easy access to their maintenance medications while offering significant plan savings to the customer. To provide a higher standard of service and to assert greater control over outcomes for clients, we offer members access to full-service mail service pharmacies that provide high quality service, member support and convenient, easy-to-use mail service delivery throughout the U.S. Projected savings for mail service are dependent on plan design features, including co-payments and incentives and utilization patterns.

- ***Medicare Part D*** — As a full-service PBM, we support a variety of Medicare Part D Plan Sponsors. We provide prescription benefit management support including implementation of specific Medicare Part D plan designs, creation and maintenance of Medicare Part D formularies, CMS reporting requirements and consultative, proactive account management.

**PBM Competition**

We compete with numerous companies that provide the same or similar PBM services. Our competitors range from large publicly traded companies to several small and privately owned companies which compete for a significant part of the market. The principal competitive factors are quality of service, scope of available services and price. The ability to be competitive is influenced by our ability to negotiate prices with pharmacies, drug manufacturers and third-party rebate administrators. Market share for PBM services in the U.S. is highly concentrated, with a few national firms, such as Express Scripts, CVS Caremark. and OptumRx, a UnitedHealth Group Company, controlling a significant share of prescription volume. Some of our competitors have been in existence longer and are better established. Some of them also have broader public recognition and substantially greater financial and marketing resources. In addition, some of our customers and potential customers may find it desirable to perform for themselves those services now being rendered by us.

The payer and pharmaceutical supply chain markets require solutions which address the unique needs of each constituent. Our customers require robust and scalable technology solutions, as well as the ability to ensure cost efficiency for themselves and their customers. Others require extensive clinical solutions and member-centric services. Our ability to attract and retain customers depends substantially on our capability to provide competitive pricing, efficient and accurate claims management, utilization review services and related reporting and consulting services.

**Governmental Regulation**

The healthcare industry is subject to extensive regulation by several governmental entities at the federal, state and local level. The industry is also subject to frequent regulatory change. Laws and regulations in the healthcare industry are extremely complex and, in many instances, the industry does not have the benefit of significant regulatory or judicial interpretation. Moreover, our business is impacted not only by those laws and regulations that are directly applicable to us, but also by certain laws and regulations that are applicable to our managed care and other clients.

**Professional Licensure**

Pharmacists, nurses and certain other healthcare professionals employed by us are required to be individually licensed or certified under applicable state law. We perform criminal, government exclusion and other background checks on employees and take steps to ensure that our employees possess all necessary licenses and certifications, and we believe that our employees comply, in all material respects, with applicable licensure laws.

15

Table of Contents

***Our ability to grow our specialty pharmacy business could be limited if we do not expand the number of drugs and treatments we offer or if we lose even a small percentage of our existing patients.***

Our specialty pharmacy business focuses on complex and high cost medications that serve a relatively small patient population. Due to the limited patient populations utilizing the medications that our specialty pharmacy business handles, our future growth relies, in part, on expanding our base of drugs or penetration in certain treatment categories. Further, given our relatively high net sales and gross profit per prescription dispensed, a small percentage decrease in our patient base or reduction in demand for any reason for the medications we dispense could have a material adverse effect on our business.

**Risks related to the PBM Industry**

***The PBM marketplace is very competitive, which could compress our margins and impair our ability to attract and retain clients. Our failure to effectively differentiate our products and services from those of our competitors could magnify the impact of the competitive environment.***

Significant competition in the PBM marketplace generates greater client demand for lower pricing, increased revenue sharing and enhanced product and service offerings. These competitive factors apply pressure on operating margins and cause many PBMs to reduce the prices charged for core products and services while sharing with clients a greater portion of the rebates and related revenues received from pharmaceutical manufacturers.

In this regard, we maintain contractual relationships that provide for purchase discounts and/or rebates on drugs dispensed by pharmacies in our retail network and by our specialty and mail order pharmacies (all or a portion of which may be passed on to clients). Rebates from manufacturers often depend on a PBM's ability to meet contractual market share, formulary or other requirements, including in some cases the placement of a manufacturer's products on the PBM's or client's formularies. If the discounts or rebates provided by pharmaceutical manufacturers decline, our business and financial results could be adversely affected. In addition, we also maintain contractual relationships with participating pharmacies that provide for discounts on retail transactions for generic and brand name drugs dispensed by pharmacies in our retail network. If we lose our relationship with one or more of the larger pharmacies in our network, or if the retail discounts provided by network pharmacies decline, our business and financial results could be adversely affected.

To succeed in the highly competitive PBM marketplace, we must differentiate our products and services by demonstrating enhanced value to our clients. Unless we can attract new clients and demonstrate enhanced value through innovative product and service offerings to retain and cross-sell additional products and services to our existing clients, we may be unable to remain competitive.

If we fail to identify and implement new ways to mitigate pricing pressures or maintain positive trends, this could negatively impact our ability to attract or retain clients or sell additional services, which could negatively impact our margins and have a material adverse effect on our business and results of operations.

***The possibility of client losses and/or the failure to win new business.***

PBM businesses generate revenues primarily by contracting with clients to provide prescription drugs and related healthcare services to plan members. PBM client contracts often have terms of approximately three years in duration. In some cases, however, PBM clients may negotiate a shorter or longer contract term or may require early or periodic renegotiation of pricing prior to expiration of a contract. Our PBM clients can easily move between our competitors and often seek competing bids prior to expiration of their contracts. In addition, the reputational impact of a service-related incident could negatively affect our business. These factors, either individually or in the aggregate, together with the impact of competitive pressures, could make it difficult for us to attract new clients, retain existing clients and cross-sell additional services, which could result in an adverse effect on our business and financial results.

Furthermore, the PBM industry has been impacted by consolidation activity that may continue in the future. In the event one or more of our PBM clients is acquired by an entity that obtains PBM services from a competitor, we may be unable to retain all or a portion of our clients' business. Because of this, we continually face challenges in competing for new PBM business and retaining or renewing our existing PBM business.

26

Table of Contents

There can be no assurance that we will be able to win new business or secure renewal business on terms as favorable to us as the present terms. The loss of business, or a material change in the terms, could adversely impact our business, profitability or financial results.

***Entry into disadvantageous contracts for our claims processing or clinical services could negatively impact our business.*** We provide claims processing and clinical services to clients on either a fixed amount per transaction or percentage of expenditure basis. When contracting for these services, we may not be able to contract at rates that ensure such transactions will be profitable. In the event of errors in services provided, Diplomat may have exposure in excess of the value to Diplomat of the claim processed. Should we enter into a significant number of unprofitable contracts or experience sizeable errors in providing our services, this may have an adverse impact on our profitability and results of operations.

***If significant changes occur within the pharmacy provider marketplace, or if other issues arise with respect to our pharmacy networks, including the loss of or adverse change in our relationship with one or more key pharmacy providers, our business and financial results could be impaired.***

The entry of one or more large pharmacy chains into the PBM business in addition to the current pharmacy chain competitors, the consolidation of existing pharmacy chains or increased leverage or market share by the largest pharmacy providers, could increase the likelihood of negative changes in our relationship with such pharmacies. Changes in the overall composition of our pharmacy networks, or reduced pharmacy access under our networks, could have a negative impact on our claims volume and/or our competitiveness in the marketplace, which could cause us to fall short of certain guarantees in our contracts with clients or otherwise impair our business or results of operations.

**Risks related to our Business**

***We may not be able to effectively execute our acquisition strategy or successfully integrate acquired businesses.***

We have completed several significant acquisitions in recent years. The success of an acquisition, will depend, in part, on our ability to successfully combine and integrate. It is possible that any integration process could result in any of the following risks which, individually or in aggregate, may have a material adverse effect on our business, affect our ability to achieve, or result in difficulties in realizing, the anticipated financial or strategic benefits and cost savings of an acquisition: the loss of key employees; higher than expected costs; diversion of management attention or capital from other uses; disruption of ongoing businesses or inconsistencies in standards, controls, procedures and policies; impairment of existing relationships with our employees, distributors, suppliers, customers, or other constituents or those of the acquired companies; difficulty in integrating acquired operations, including restructuring and realigning activities, personnel, technologies, information and data security and products; and assumption of known and unknown liabilities, some of which may be difficult or impossible to quantify. In addition, acquiring entities and the integration in to our operations may require significant capital expenditures, increased indebtedness and non-cash impairment charges relating to acquired assets. If we experience difficulties with the integration process, the anticipated benefits of an acquisition may not be realized fully, or at all, or may take longer to realize than expected. These integration matters could have an adverse effect during any transition period and on the combined company for an undetermined period after completion of an acquisition.

We will continue to review strategic acquisition opportunities that will enhance our market position, expand our services, expertise and drug access, add value to our constituents, and/or provide sufficient synergies. Strategic transactions, including the pursuit of such transactions, often require significant up-front costs and require significant resources and management attention. These significant up-front costs relate to the assessment, due diligence, negotiation and execution of the transaction. We may also incur additional costs to retain key employees as well as transaction fees and costs related to executing our integration plans.

***Sales of shares of our common stock after the expiration of the LDI acquisition lock-up period may cause the market price of our common stock to fall.***

In connection with the acquisition of LDI, we issued 4,113,188 shares of our common stock upon the closing of the transaction. We are required to file a registration statement with the Securities and Exchange Commission for the benefit of the sellers with respect to the resale of such common stock. The sellers entered into a subscription agreement which restricts them from selling or otherwise transferring (subject to limited exceptions) our common stock acquired

27

Table of Contents

**ITEM 8. FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA**

**MANAGEMENT'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING**

We are responsible for establishing and maintaining adequate internal control over financial reporting. Our Company's internal control over financial reporting includes those policies and procedures that pertain to the Company's ability to record, process, summarize and report a system of internal accounting controls and procedures to provide reasonable assurance, at an appropriate cost/benefit relationship, that the unauthorized acquisition, use or disposition of assets are prevented or timely detected and that transactions are authorized, recorded and reported properly to permit the preparation of financial statements in accordance with generally accepted accounting principles in the United States of America and receipt and expenditures are duly authorized. Management of the Company is required to assess the effectiveness of the Company's internal control over financial reporting as of December 31, 2017.

As allowed pursuant to guidance from the Securities and Exchange Commission (which states that management may omit an assessment of an acquired business' internal control over financial reporting from its assessment of internal control over financial reporting for a period not to exceed one year), our assessment of and conclusion on the effectiveness of internal control over financial reporting did not include the internal controls of the entities that were acquired by the Company during 2017 (the "2017 Acquisitions"), which are included in the consolidated balance sheet of Diplomat Pharmacy, Inc. as of December 31, 2017, and the related consolidated statements of operations, cash flows and changes in shareholders' equity for the year then ended. The 2017 Acquisitions' net sales represented approximately 2 percent of consolidated net sales for the year ended December 31, 2017. As of December 31, 2017, the 2017 Acquisitions' total assets and net tangible assets represented approximately 45 percent of consolidated total assets and approximately 18 percent of consolidated net tangible assets.

We conducted an assessment of the effectiveness of our internal controls over financial reporting based on the criteria set forth in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 Framework). This evaluation included review of the documentation, evaluation of the design effectiveness, and testing of the operating effectiveness of controls. Our system of internal control over financial reporting is enhanced by written policies and procedures and a written Code of Conduct adopted by our Company's Board of Directors, applicable to all employees of our Company. In addition, we have an internal Disclosure Committee, which performs a separate review of our disclosure controls and procedures. There are inherent limitations in the effectiveness of any system of internal controls over financial reporting.

Based on our assessment, we concluded that the Company's internal control over financial reporting was effective as of December 31, 2017.

BDO USA, LLP, the Company's independent registered public accounting firm, audited the Company's consolidated financial statements included in this Annual Report on Form 10-K and also audited the Company's system of internal control over financial reporting. The accompanying reports of BDO USA, LLP are based upon audits conducted in accordance with the standards of the Public Company Accounting Oversight Board (United States).