# Exhibit K



| | |
|---|---|
| **Company:** | DIPLOMAT PHARMACY, INC. |
| **Document:** | 8-K • 3/15/2019 |
| **Section:** | Entire Document |
| **File Number:** | 001-36677 |
| **Pages:** | 5 |

12/9/2019 12:52:24 PM

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **March 14, 2019**

# Diplomat Pharmacy, Inc.

(Exact Name of Registrant as Specified in its Charter)

| **Michigan** | **001-36677** | **38-2063100** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**4100 S. Saginaw St.**
**Flint, Michigan 48507**

(Address of Principal Executive Offices) (Zip Code)

**(888) 720-4450**

(Registrant's Telephone Number, Including Area Code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On March 15, 2019, Diplomat Pharmacy, Inc. (the "Company") publicly announced its financial results for the fourth quarter and year ended December 31, 2018 and provided its revised 2019 full year outlook. A copy of the Company's news release and a related supplemental slide presentation for the fourth quarter and year ended December 31, 2018 are attached hereto as Exhibits 99.1 and 99.2, respectively, each of which is incorporated herein by reference. The information in this Item 2.02 and the attached exhibits shall not be deemed filed for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), nor shall they be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act except as shall be expressly stated by specific reference in such filing.

**Item 5.02 Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On March 14, 2019, the Company appointed Dan Davison to serve as the Company's Chief Financial Officer and Treasurer, effective April 8, 2019 (the "Davison Effective Date"). Mr. Davison, age 59, has over 25 years of experience in the pharmacy benefit management ("PBM") and specialty pharmacy industries. Mr. Davison has deep expertise in pricing and business strategy, trade analytics, business development, financial planning and analysis, accounting and financial reporting and risk management. Prior to joining the Company, Mr. Davison served as Senior Vice President, PBM Finance of CVS Health (NYSE: CVS), one of the largest health care companies in the United States, from January 2014 to December 2018, where he managed the finance, planning and accounting functions for the CVS/Caremark and CVS/Specialty groups within the CVS Pharmacy Services Segment. Prior to this position, Mr. Davison served from 1994 to 2012 in a number of leadership roles at Medco Health Solutions, Inc., a provider of PBM and specialty pharmaceutical services (which merged with Express Scripts Holding Company, Inc. in April 2012), including as Senior Vice President of Financial and Strategic Planning from March 2008 to April 2012 and chief financial officer of the Health Plan division from April 2004 to March 2008. Mr. Davison received a B.B.A. in Accounting and a B.A. in Economics from Iowa State University and an M.B.A. in Finance from the New York University Leonard N. Stern School of Business.

On March 14, 2019, the Company and Mr. Davison entered into an employment agreement, effective the Davison Effective Date, which provides that Mr. Davison will serve as Chief Financial Officer of the Company for an initial term of two years, and such agreement automatically extends for successive one-year periods unless either party gives at least 90 days' notice prior to the end of the then-existing term.

Mr. Davison's base salary will be $450,000, which amount will be reviewed at least annually and may be adjusted by the Company's Board of Directors or the Compensation Committee at its discretion. He will be eligible for an annual cash bonus with a target amount of not less than 65% of his annual base salary (pro rata for 2019) pursuant to the terms and conditions of cash incentive programs generally applicable to senior executive officers of the Company. In addition, Mr. Davison will receive grants of equity awards consisting of: (a) inducement equity awards at a target amount of 222% of his annual base salary, comprised of (i) 50% performance-based restricted stock units ("PSUs") to be based on Company-wide financial goals, which track the annual equity award performance measures for PSUs; (ii) 25% time-based restricted stock units ("RSUs") and (iii) 25% time-based stock options and (b) an additional sign-on inducement equity award of 200,000 RSUs. Such grants will be made as of the Davison Effective Date. In his role as CFO, Mr. Davison will also be a participant in the Company's Executive Severance Plan, as contained in Exhibit 10.1 of the Company's Current Report on Form 8-K as filed with the SEC on March 13, 2019. Mr. Davison also will be entitled to participate with other senior executive officers in any of the Company's employee fringe benefit plans and he will be reimbursed for certain business expenses.

With respect to inducement equity awards (each agreement of which is incorporated herein by reference): (a) the PSUs will be awarded pursuant to the Form of Restricted Stock Unit Award Agreement (Performance-Based) Make-Whole Inducement Equity Award attached as Exhibit 10.3 of the Company's Form 10-Q for the quarterly period ended June 30, 2018 (the "Form 10-Q") as filed with the SEC on August 7, 2018; (b) the RSUs will be awarded pursuant to the Form of Restricted Stock Unit Award Agreement Make-Whole Inducement Equity Award attached as Exhibit 10.4 of the Form 10-Q; (c) the time-based stock options will be awarded pursuant to the Form of

2

Stock Option Award Agreement Make-Whole Inducement Equity Award attached as Exhibit 10.5 of the Form 10-Q; and (d) the sign-on inducement award of 200,000 RSUs will be awarded pursuant to the Form of Restricted Stock Unit Award Agreement Sign-On Inducement Equity Award attached as Exhibit 10.2 of the Form 10-Q.

Mr. Davison's bonus or incentive compensation is subject to clawback by the Company if the Company's Board of Directors or a committee thereof determines that any fraud, negligence, or intentional misconduct by Mr. Davison is a significant contributing factor to the Company having to restate all or a portion of its financial statements and certain other specified conditions are satisfied. The employment agreement contains customary confidentiality terms, as well as non-solicitation and non-competition provisions effective from the Davison Effective Date until the first anniversary following the termination date. If Mr. Davison violates any of the foregoing, the Company's payment obligations under the employment agreement, including the Executive Severance Plan, cease. In addition, Mr. Davison must sign a general form of release of claims against the Company in order to be eligible for severance.

The foregoing summary is qualified in its entirety by reference to the employment agreement attached hereto as Exhibit 10.1 and incorporated herein by reference.

*Resignation of Atul Kavthekar and Separation and Release Agreement*

On March 14, 2019, the Company and Atul Kavthekar mutually agreed that Mr. Kavthekar would resign from his position as the Company's Chief Financial Officer and Treasurer effective April 5, 2019.

On March 14, 2019, the Company and Mr. Kavthekar entered into a separation and release agreement (the "Separation Agreement"), which includes a general release of any claims, and becomes irrevocable, for the benefit of the Company, and provides the terms on which Mr. Kavthekar will resign from his position as the Company's Chief Financial Officer and will provide certain Transition Services (as defined in the Separation Agreement) until April 12, 2019 (the "Kavthekar Effective Date"). During the transition period, Mr. Kavthekar will continue to receive his annual base salary to be paid in accordance with the Company's normal payroll practices and shall be entitled to participate in any of the Company's employee fringe benefit plans.

The Separation Agreement further provides that the Company shall pay Mr. Kavthekar a lump-sum payment of $112,500 within 15 days of the Kavthekar Effective Date. Any unvested option awards, unvested time-based RSUs and earned but unvested performance-based RSUs held by Mr. Kavthekar will terminate immediately following the Kavthekar Effective Date. Any vested options held by Mr. Kavthekar will be exercisable for a period of 90 days following the Kavthekar Effective Date. Any portion of Mr. Kavthekar's 2018 bonus payment remains subject to the bonus plan's clawback policy, and the performance-based RSUs may remain subject to forfeiture and/or recovery under any compensation recovery policy that the Company may adopt from time to time.

Pursuant to the surviving terms of his Severance Benefits Agreement, as contained in Exhibit 10.1 of the Company's Current Report on Form 8-K as filed with the SEC on July 27, 2018: (1) Mr. Kavthekar remains subject to confidentiality requirements and (2) Mr. Kavthekar is subject to non-competition and non-solicitation requirements that extend for 12 months following termination of his employment with the Company.

The foregoing summary is qualified in its entirety by reference to the Separation Agreement attached hereto as Exhibit 10.2 and incorporated herein by reference.

A copy of the Company's news release announcing the foregoing matters is attached hereto as Exhibit 99.3 and is incorporated herein by reference.

3

**Item 9.01**      **Financial Statements and Exhibits.**
**(d)**      **Exhibits**

| No. | Description |
| --- | --- |
| 10.1 | Employment Agreement, dated March 14, 2019, effective April 8, 2019, by and between the Company and Dan Davison |
| 10.2 | Separation and Release Agreement, dated March 14, 2019, by and between the Company and Atul Kavthekar |
| 99.1 | Company news release dated March 15, 2019 concerning financial results. |
| 99.2 | Supplemental slide presentation for the fourth quarter and year ended December 31, 2018. |
| 99.3 | Company news release dated March 15, 2019, concerning the Company's Officers. |

4

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Diplomat Pharmacy, Inc.**

By: /s/ Brian T. Griffin

Brian T. Griffin

Chief Executive Officer

Date: March 15, 2019

**Exhibit 99.1**



**Diplomat Announces 4ᵗʰ Quarter and 2018 Year End Financial Results; Provides Revised 2019 Guidance**

*4ᵗʰ Quarter Revenue of $1,361 Million, an increase of 18%, Net (Loss) Income Attributable to Diplomat of $(298.0) Million, compared to $6.5 Million, Adjusted EBITDA of $43.5 Million, an increase of 63%*

*Full Year Revenue of $5,493 Million, an increase of 22%, Net (Loss) Income Attributable to Diplomat of $(302.3) Million, compared to $15.5 Million, Adjusted EBITDA of $167.8 Million, an increase of 65%*

FLINT, Mich., March 15, 2019 — Diplomat Pharmacy, Inc. (NYSE: DPLO), the nation's largest independent provider of specialty pharmacy and infusion services, announced financial results for the quarter and year ended December 31, 2018. All comparisons, unless otherwise noted, are to the quarter or year ended December 31, 2017. The Pharmacy Benefit Management ("PBM") segment comparisons are impacted by the timing of the Company's acquisitions, which occurred in late 2017. Prior period financials have been recast to include certain direct expenses as part of cost of sales instead of selling, general and administrative ("SG&A") expense for our Specialty segment. This is a reclassification change only and has no impact on overall results.

Fourth Quarter 2018 Highlights include:

- Revenue of $1,361 million, compared to $1,155 million, an increase of 18%
    - Specialty segment revenue of $1,192 million, compared to $1,143 million
    - PBM segment revenue of $179 million, compared to $12 million
- Specialty segment total prescriptions dispensed of 229,000, compared to 224,000
- PBM segment total volume, adjusted to 30-day equivalent, of 1,936,000, compared to 764,000
- Gross margin of 6.9% versus 6.3%
    - Specialty segment gross margin of 5.7% versus 6.0%
    - PBM segment gross margin of 14.3% versus 32.8%
- EPS of $(4.00) per diluted common share versus $0.09 per diluted common share
- Adjusted EBITDA of $43.5 million, compared to $26.6 million
    - Adjusted EBITDA margin of 3.2% versus 2.3%
- Net cash provided by operating activities was $1.8 million, compared to $41.6 million
- Net Debt; defined as total debt including contingent consideration less cash and equivalents, decreased to $638.2 million, from $646.7 million at September 30, 2018

Full Year 2018 Highlights include:

- Revenue of $5,493 million, compared to $4,485 million, an increase of 22%
    - Specialty segment revenue of $4,791 million, compared to $4,473 million
    - PBM segment revenue of $729 million, compared to $12 million
- Specialty segment total prescriptions dispensed of 918,000, compared to 886,000
- PBM segment total volume, adjusted to 30-day equivalent, of 8,171,000, compared to 764,000
- Gross margin of 6.8% versus 6.1%
    - Specialty segment gross margin of 5.9% versus 6.0%
    - PBM segment gross margin of 13.1% versus 32.8%
- EPS of $(4.07) per diluted common share versus $0.23 per diluted common share
- Adjusted EBITDA of $167.8 million, compared to $101.8 million
    - Adjusted EBITDA margin of 3.1% versus 2.3%
- Net cash provided by operating activities was $35.0 million, compared to $135.3 million

Brian Griffin, Chairman and CEO of Diplomat, commented "While our 2018 financial results were strong, market conditions in 2019 are significantly more challenging than expected in our specialty and PBM businesses. 2019 is a rebuilding year, and we continue to focus on driving additional volumes to Diplomat by creating partnerships with health plans and hospital systems to meet the demand for better clinical outcomes and management of specialty spend. We are also committed to rebuilding our PBM business."

"The Company's cost structure is no longer supported by the current business environment and we are accelerating operational efficiency initiatives.

I remain confident that Diplomat is making the right investments and executing the right strategy and operational initiatives to leverage our competitive strengths and position Diplomat for future growth and profitability," said Griffin.

**Fourth Quarter Financial Summary:**

Revenue for the fourth quarter of 2018 was $1,361 million, compared to $1,155 million in the fourth quarter of 2017, an increase of $206 million or 18%. Our Specialty segment revenue amounted to $1,192 million, compared to $1,143 million in the prior year quarter, while revenue from our PBM segment amounted to $179 million, compared to $12 million in the prior year quarter. The increase in our Specialty segment was driven by manufacturer price increases and an increase in our oncology and infusion volumes, partially offset by reimbursement compression to maintain contractual relationships with certain payers and a volume decrease in certain therapy classes, including immunology and multiple sclerosis. The increase in our PBM segment is due to timing of our PBM acquisitions late in the fourth quarter of 2017 versus a full quarter impact in the fourth quarter of 2018.

Gross profit in the fourth quarter of 2018 was $93.9 million and generated a 6.9% gross margin, compared to $72.6 million gross profit and a 6.3% gross margin in the fourth quarter of 2017. Gross profit from our Specialty segment was $68.2 million, compared to $68.5 million in the prior year quarter, while gross profit from our PBM segment was $25.6 million, compared to $4.1 million in the prior year quarter. The gross margin increase in the quarter was due to the impact of our PBM acquisitions, partially offset by reimbursement compression in our Specialty segment.

SG&A expenses for the fourth quarter of 2018 were $79.9 million, an increase of $10.2 million, compared to $69.7 million in the fourth quarter of 2017. This increase is primarily driven by a $4.6 million increase in employee cost, including employee cost for our acquired entities, and a $0.6 million increase in share-based compensation. Also contributing to the SG&A expense increase was a $5.9 million increase in amortization expense from definite-lived intangible assets, inclusive of capitalized software for internal use, associated with our acquired entities. We also experienced increases in other SG&A expenses; including, rent due to the addition of our Chandler, Arizona facility, Information Technology ("IT") expense due to the implementation of a new operating system, travel, consulting and professional fees, as well as other miscellaneous expenses. These increases were partially offset by a $2.2 million decrease in acquisition related expenses.

Net (loss) income attributable to Diplomat for the fourth quarter of 2018 was $(298.0) million compared to $6.5 million in the fourth quarter of 2017. This decrease was primarily driven by a $262 million non-cash impairment charge related to goodwill and definite-lived intangible assets associated with our PBM segment due to the effects of client losses and a reduced financial forecast, on our annual impairment analysis, as well as a $46 million non-cash goodwill impairment charge related to our Specialty segment due to the effects of a reduced financial forecast, on our annual impairment analysis. Income from operations for the fourth quarter of 2018, excluding the non-cash impairment charges, was $13.9 million, compared to $2.9 million in the fourth quarter of 2017. We experienced a $6.0 million increase in interest expense due to the outstanding debt required to fund our PBM acquisitions in the fourth quarter of 2017. Our income tax benefit decreased $2.4 million due primarily to a $64.5 million increased tax benefit at statutory rates offset by a $9.8 million impact due to the impairment of our non-deductible goodwill relating to our prior stock acquisitions and a $48.7 million valuation allowance made in the fourth quarter of 2018 on deferred tax assets due to a cumulative loss position driven by the impairment charges. Income taxes were also impacted in the prior year by the passage of the Tax Cuts and Job's act which, after taking into account the provisions of the Tax Cuts and Jobs Act, caused our net deferred tax liabilities to be re-remeasured for a one-time benefit of approximately $7.9 million. Adjusted EBITDA for the fourth quarter of 2018 was $43.5 million compared to $26.6 million in the fourth quarter of 2017, an increase of $16.9 million.

Earnings per share for the fourth quarter of 2018 was $(4.00) per basic/diluted common share, compared to $0.09 per basic/diluted common share for the fourth quarter of 2017.

**Full Year 2018 Financial Summary:**

Revenue for 2018 was $5,493 million, compared to $4,485 million in 2017, an increase of $1,007 million or 22%. Specialty segment revenue amounted to $4,791 million, compared to $4,473 million in 2017, while revenue from our PBM segment amounted to $729 million compared to $12 million in 2017. The consolidated revenue increase was principally driven by the full year impact of our 2017 acquisitions, including our PBM acquisitions, and the impact of manufacturer price increases in our Specialty segment. These increases were partially offset by reimbursement compression and by a volume decrease in our immunology, hepatitis C, and multiple sclerosis business categories, as well as other lower margin business categories, including human immunodeficiency virus and osteoporosis, compared to the prior year.

Gross profit in 2018 was $376.0 million and generated a 6.8% gross margin, compared to $274.1 million and a 6.1% gross margin in 2017. Gross profit improved $101.9 million, or 37%, compared to the prior year period. Gross profit from our Specialty segment was $280.6 million, compared to $270.1 million in the prior year, while gross profit from our PBM segment was $95.4 million compared to $4.1 million in the prior year. The gross margin increase was primarily due to the impact of our PBM acquisitions, partially offset by reimbursement compression in our Specialty segment.

SG&A expenses for 2018 were $335.7 million, an increase of $80.1 million, compared to $255.6 million in 2017. Of this increase, $40.4 million related to employee cost, including employee cost for our acquired entities, a $10.9 million increase in share-based compensation, and a $1.7 million increase in severance and related expenses. Also contributing to the SG&A expense increase was a $27.5 million increase in amortization expense from definite-lived intangible assets, inclusive of capitalized software for internal use, associated with our acquired entities. We further experienced increases in other SG&A expenses including consulting and professional fees; rent due to the addition of our Chandler, Arizona facility; IT expense due to the implementation of a new operating system; recruiting primarily related to our CEO search; travel; as well as other miscellaneous expenses.

Net (loss) income attributable to Diplomat for 2018 was $(302.3) million compared to $15.5 million for 2017. This decrease was primarily driven by a $262 million non-cash impairment charge related to goodwill and definite-lived intangible assets associated with our PBM segment due to the effects of client losses and a reduced financial forecast, on our annual impairment analysis, as well as a $46 million non-cash goodwill impairment charge related to our Specialty segment due to the effects of a reduced financial forecast, on our impairment analysis. Our 2018 income from operations excluding the non-cash impairment charges, was $40.4 million, compared to $18.6 million in 2017. We also experienced a $30.9 million increase in interest expense due to a significant increase in outstanding debt to fund our PBM acquisitions, and a $2.1 million decrease in income tax benefit due to the same factors impacting the fourth quarter 2018. Adjusted EBITDA for 2018 was $167.8 million versus $101.8 million for 2017. Earnings per share for 2018 was $(4.07) per basic/diluted common share, compared to $0.23 per basic/diluted common share for 2017.

**Revised 2019 Financial Outlook**

For the full-year 2019, we provide financial guidance as follows:

- Revenue between $4.7 and $5.0 billion, versus the previous range of $5.6 to $5.8 billion
  - Specialty segment revenue between $4.4 and $4.6 billion, versus the previous range of $5.1 to $5.3 billion
  - PBM segment revenue between $0.3 and $0.4 billion, versus the previous range of $0.45 to $0.5 billion
- Net (loss) income attributable to Diplomat between $(37) and $(26) million
- Adjusted EBITDA between $110 and $116 million, versus the previous communication of "flat to low single digit percent year over year growth"
- Diluted EPS between $(0.50) and $(0.34)

Our EPS expectations for 2019 assume approximately 75,300,000 weighted average common shares outstanding on a diluted basis and a tax rate of (21)% and (18)%, for the low- and high-end of the range, respectively, for the full year 2019, each of which could differ materially.

**Earnings Conference Call Information**

As previously announced, the Company will hold a conference call to discuss its fourth quarter and full year performance this morning, March 15, 2019, at 8:00 a.m. Eastern Time. Shareholders and interested participants may listen to a live broadcast of the conference call by dialing 833-286-5805 (647-689-4450 for international callers) and referencing participant code 2672528 approximately 15 minutes prior to the call. A live webcast of the conference call and associated slide presentation will be available on the investor relations section of the Company's website for approximately 30 days at ir.diplomat.is.

**About Diplomat**

Diplomat (NYSE: DPLO) is the nation's largest independent provider of specialty pharmacy and infusion services. Diplomat helps people with complex and chronic health conditions in all 50 states, partnering with payers, providers, hospitals, manufacturers, and more. Rooted in this patient care expertise, Diplomat also serves payers through CastiaRx, a leading specialty benefit manager, and offers tailored solutions for healthcare innovators through EnvoyHealth. Diplomat opened its doors in 1975 as a neighborhood pharmacy with one essential tenet: "Take good care of patients and the rest falls into place." Today, that tradition continues—always focused on improving patient care. For more information, visit diplomat.is.

**Non-GAAP Information**

We define Adjusted EBITDA as net (loss) income attributable to Diplomat before interest expense, income taxes, depreciation and amortization, share-based compensation, change in fair value of contingent consideration and other merger and acquisition-related expenses, restructuring and impairment charges, and certain other items that we do not consider indicative of our ongoing operating performance (which are itemized below in the reconciliation to net (loss) income attributable to Diplomat). Adjusted EBITDA is not in accordance with, or an alternative to, GAAP. In addition, this non-GAAP measure is not based on any comprehensive set of accounting rules or principles. You should be aware that in the future we may incur expenses that are the same as or similar to some of the adjustments in the presentation, and we do not infer that our future results will be unaffected by unusual or non-recurring items.

We consider Adjusted EBITDA to be a supplemental measure of our operating performance. We present Adjusted EBITDA because it is used by our Board of Directors and management to evaluate our operating performance. Adjusted EBITDA is also used as a factor in determining incentive compensation, for budgetary planning and forecasting overall financial and operational expectations, for identifying underlying trends, and for evaluating the effectiveness of our business strategies. Further, we believe it assists us, as well as investors, in comparing performance from period-to-period on a consistent basis. Other companies in our industry may calculate Adjusted EBITDA differently than we do and their calculation may not be comparable to our Adjusted EBITDA

metric. A reconciliation of Adjusted EBITDA, a non-GAAP measure, to net (loss) income attributable to Diplomat can be found below.

**Forward Looking Statements**

This press release contains forward-looking statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Forward-looking statements give current expectations or forecasts of future events or our future financial or operating performance, and may include Diplomat's expectations regarding revenues, net (loss) income attributable to Diplomat, Adjusted EBITDA, EPS, market share, new business and contract wins, the expected benefits and performance of acquisitions, business and growth strategies, introduction of new limited-distribution drugs and biosimilars, key employee searches, impact of operational improvement initiatives and results of operational and capital expenditures. The forward-looking statements contained in this press release are based on management's good-faith belief and reasonable judgment based on current information. These statements are qualified by important risks and uncertainties, many of which are beyond our control, that could cause our actual results to differ materially from those forecasted or indicated by such forward-looking statements. These risks and uncertainties include: our ability to adapt to changes or trends within the specialty pharmacy industry; a significant increase in competition from a variety of companies in the health care industry; possibility of client losses and/or the failure to win new business; declining gross margins in the PBM industry; shifts in pharmacy mix toward lower margin drugs; supply disruption of any of the specialty drugs we dispense; potential for contracting at reduced rates to win new business or secure renewal business; the dependence on key employees and effective succession planning and managing recent turnover among key employees; potential disruption to our workforce and operations due to cost savings and restructuring initiatives; disruption in our operations as we implement a new operating system within our Specialty segment; our ability to expand the number of specialty drugs we dispense and related services; maintaining existing patients; increasing consolidation in the healthcare industry; significant and increasing pricing pressure from third-party payors; complying with complex and evolving requirements and changes in state and federal government regulations, including Medicare and Medicaid; current or proposed legislative and regulatory policies designed to manage healthcare costs or alter healthcare financing practices, including as it relates to the PBM industry's retention of rebates; the amount of direct and indirect remuneration fees, as well as the timing of assessing such fees and the methodology used to calculate such fees; the outcome of material legal proceedings; our relationships with wholesalers and key pharmaceutical manufacturers; bad publicity about, or market withdrawal of, specialty drugs we dispense; revenue concentration of the top specialty drugs we dispense; managing our growth effectively; our ability to drive volume through a refreshed marketing strategy in traditional specialty pharmacy; our capability to penetrate the fragmented infusion market; the success of our strategy in the PBM industry; failure to effectively differentiate our products and services in the PBM market place; our debt service obligations; our inability to identify and remediate any present or future material weaknesses in our internal control over financial reporting, which could impair our ability to produce accurate and timely financial statements; the effect of any future impairments to our goodwill or other intangible assets on our net income and EPS; our ability to effectively execute our acquisition strategy or successfully integrate acquired businesses, including any delays or difficulties in integrating the combined businesses, and the ability to achieve cost savings and operating synergies and the timing thereof; and the additional factors set forth in "Risk Factors" in Diplomat's most recent Annual Report on Form 10-K and in subsequent reports filed with or furnished to the Securities and Exchange Commission. Except as may be required by any applicable laws, Diplomat assumes no obligation to publicly update such forward-looking statements, which are made as of the date hereof or the earlier date specified herein, whether as a result of new information, future developments, or otherwise.

CONTACT:

Terri Anne Powers, Vice President Investor Relations

312-889-5244 | tpowers@diplomat.is

**DIPLOMAT PHARMACY, INC.**
**Consolidated Balance Sheets**
**(dollars in thousands)**

| | December 31, | |
|---|---|---|
| | **2018** | **2017** |
| | **(unaudited)** | |
| **ASSETS** | | |
| Current assets: | | |
| Cash and equivalents | $ 9,485 | $ 84,251 |
| Receivables, net | 326,602 | 332,091 |
| Inventories | 210,573 | 206,603 |
| Prepaid expenses and other current assets | 9,596 | 11,125 |
| Total current assets | 556,256 | 634,070 |
| Property and equipment, net | 34,525 | 38,990 |
| Capitalized software for internal use, net | 30,506 | 36,520 |
| Goodwill | 609,592 | 832,624 |
| Definite-lived intangible assets, net | 240,810 | 392,011 |
| Other noncurrent assets | 4,670 | 6,208 |
| Total assets | $ 1,476,359 | $ 1,940,423 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY** | | |
| Current liabilities: | | |
| Accounts payable | $ 308,084 | $ 384,719 |
| Rebates payable to PBM customers | 23,264 | 28,744 |
| Borrowings on line of credit | 176,300 | 188,250 |
| Short-term debt, including current portion of long-term debt | 11,500 | 11,500 |
| Accrued expenses: | | |
| Compensation and benefits | 13,348 | 9,584 |
| Contingent consideration | 5,075 | 8,100 |
| Other | 21,014 | 20,560 |
| Total current liabilities | 558,585 | 651,457 |
| Long-term debt, less current portion | 438,369 | 521,098 |
| Deferred income taxes | 2,781 | 14,367 |
| Contingent consideration | 1,820 | 4,000 |
| Derivative liability | 4,292 | — |
| Deferred gain | 5,175 | — |
| Other | 253 | — |
| Total liabilities | 1,011,275 | 1,190,922 |
| Commitments and contingencies | | |
| Shareholders' equity: | | |
| Preferred stock (10,000,000 shares authorized; none issued and outstanding) | — | — |
| Common stock (no par value, 590,000,000 shares authorized; 74,474,677 and 73,871,424 shares issued and outstanding at December 31, 2018 and 2017, respectively) | 629,411 | 619,235 |
| Additional paid-in capital | 50,544 | 38,450 |
| (Accumulated deficit) retained earnings | (210,579) | 91,816 |
| Accumulated other comprehensive loss | (4,292) | — |
| Total shareholders' equity | 465,084 | 749,501 |
| Total liabilities and shareholders' equity | $ 1,476,359 | $ 1,940,423 |

**DIPLOMAT PHARMACY, INC.**
**Consolidated Statements of Operations (Unaudited)**
**(dollars in thousands, except per share amounts)**

| | Three Months Ended December 31, | | Year Ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| Net sales | $ 1,360,628 | $ 1,155,069 | $ 5,492,524 | $ 4,485,230 |
| Cost of sales | (1,266,772) | (1,082,490) | (5,116,515) | (4,211,085) |
| Gross profit | 93,856 | 72,579 | 376,009 | 274,145 |
| Selling, general and administrative expenses | (79,945) | (69,713) | (335,650) | (255,580) |
| Goodwill impairments | (224,966) | — | (224,966) | — |
| Impairments of definite-lived intangible assets | (82,678) | — | (82,678) | — |
| (Loss) income from operations | (293,733) | 2,866 | (267,285) | 18,565 |
| Other (expense) income: | | | | |
| Interest expense | (10,652) | (4,682) | (41,650) | (10,716) |
| Impairment of non-consolidated entities | — | — | (329) | — |
| Other | 571 | 102 | 1,956 | 213 |
| Total other expense | (10,081) | (4,580) | (40,023) | (10,503) |
| (Loss) income before income taxes | (303,814) | (1,714) | (307,308) | 8,062 |
| Income tax benefit | 5,789 | 8,227 | 5,039 | 7,126 |
| Net (loss) income | (298,025) | 6,513 | (302,269) | 15,188 |
| Less net loss attributable to noncontrolling interest | — | (23) | — | (322) |
| Net (loss) income attributable to Diplomat Pharmacy, Inc. | $ (298,025) | $ 6,536 | $ (302,269) | $ 15,510 |
| (Loss) income per common share, basic and diluted | $ (4.00) | $ 0.09 | $ (4.07) | $ 0.23 |
| Weighted average common shares outstanding: | | | | |
| Basic | 74,430,430 | 69,701,266 | 74,244,520 | 68,130,322 |
| Diluted | 74,430,430 | 70,324,702 | 74,244,520 | 68,780,053 |

**DIPLOMAT PHARMACY, INC.**
**Consolidated Statements of Operations, Inclusive of Reportable Segment Breakout (Unaudited)**
**(dollars in thousands, except per share amounts)**

| | Three Months Ended December 31, | | | | Year Ended December 31, | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | 2018 | | 2017 | | 2018 | | 2017 |
| Net sales - Specialty | $ | 1,191,814 | $ | 1,142,696 | $ | 4,790,837 | $ | 4,472,857 |
| Net sales - PBM | | 179,307 | | 12,373 | | 729,455 | | 12,373 |
| Inter-segment elimination | | (10,493) | | — | | (27,768) | | — |
| Net sales | | 1,360,628 | | 1,155,069 | | 5,492,524 | | 4,485,230 |
| Cost of sales - Specialty | | (1,123,609) | | (1,074,171) | | (4,510,262) | | (4,202,766) |
| Cost of sales - PBM | | (153,656) | | (8,319) | | (634,021) | | (8,319) |
| Inter-segment elimination | | 10,493 | | — | | 27,768 | | — |
| Cost of sales | | (1,266,772) | | (1,082,490) | | (5,116,515) | | (4,211,085) |
| Gross profit - Specialty | | 68,205 | | 68,525 | | 280,575 | | 270,091 |
| Gross profit - PBM | | 25,651 | | 4,054 | | 95,434 | | 4,054 |
| Gross profit | | 93,856 | | 72,579 | | 376,009 | | 274,145 |
| Selling, general and administrative expenses | | (79,945) | | (69,713) | | (335,650) | | (255,580) |
| Goodwill impairments | | (224,966) | | — | | (224,966) | | — |
| Impairments of definite-lived intangible assets | | (82,678) | | — | | (82,678) | | — |
| (Loss) income from operations | | (293,733) | | 2,866 | | (267,285) | | 18,565 |
| Other (expense) income: | | | | | | | | |
| Interest expense | | (10,652) | | (4,682) | | (41,650) | | (10,716) |
| Impairment of non-consolidated entities | | — | | — | | (329) | | — |
| Other | | 571 | | 102 | | 1,956 | | 213 |
| Total other expense | | (10,081) | | (4,580) | | (40,023) | | (10,503) |
| (Loss) income before income taxes | | (303,814) | | (1,714) | | (307,308) | | 8,062 |
| Income tax benefit | | 5,789 | | 8,227 | | 5,039 | | 7,126 |
| Net (loss) income | | (298,025) | | 6,513 | | (302,269) | | 15,188 |
| Less: net loss attributable to noncontrolling interest | | — | | (23) | | — | | (322) |
| Net (loss) income attributable to Diplomat Pharmacy, Inc. | $ | (298,025) | $ | 6,536 | $ | (302,269) | $ | 15,510 |
| (Loss) income per common share, basic and diluted | $ | (4.00) | $ | 0.09 | $ | (4.07) | $ | 0.23 |
| Weighted average common shares outstanding: | | | | | | | | |
| Basic | | 74,430,430 | | 69,701,266 | | 74,244,520 | | 68,130,322 |
| Diluted | | 74,430,430 | | 70,324,702 | | 74,244,520 | | 68,780,053 |

**DIPLOMAT PHARMACY, INC.**
**Consolidated Statements of Cash Flows (Unaudited)**
**(dollars in thousands)**

| | Year Ended December 31, | |
| --- | ---: | ---: |
| | 2018 | 2017 |
| **Cash flows from operating activities:** | | |
| Net (loss) income | $ (302,269) | $ 15,188 |
| Adjustments to reconcile net (loss) income to net cash provided by operating activities: | | |
| Depreciation and amortization | 97,112 | 66,566 |
| Goodwill impairments | 224,966 | — |
| Impairments of definite-lived intangible assets | 82,678 | — |
| Share-based compensation expense | 18,172 | 7,281 |
| Net provision for doubtful accounts | 8,660 | 9,424 |
| Amortization of debt issuance costs | 4,733 | 2,655 |
| Changes in fair value of contingent consideration | 3,364 | 3,675 |
| Contingent consideration payments | (4,239) | — |
| Deferred income tax benefit | (11,847) | (10,795) |
| Impairment of non-consolidated entities | 329 | — |
| Other | (73) | 1 |
| Changes in operating assets and liabilities, net of business acquisitions: | | |
| Accounts receivable | (2,333) | 7,735 |
| Inventories | (3,932) | 13,813 |
| Accounts payable | (80,412) | 23,088 |
| Rebates payable | (5,479) | 1,238 |
| Other assets and liabilities | 5,612 | (4,615) |
| Net cash provided by operating activities | 35,042 | 135,254 |
| **Cash flows from investing activities:** | | |
| Payments to acquire businesses, net of cash acquired | (1,139) | (623,067) |
| Expenditures for property and equipment | (10,474) | (6,652) |
| Expenditures for capitalized software for internal use | (13,070) | (3,505) |
| Capital investment in non-consolidated entity | — | (100) |
| Net proceeds from the sale of property and equipment | 13,448 | 5 |
| Net cash used in investing activities | (11,235) | (633,319) |
| **Cash flows from financing activities:** | | |
| Net (payments) proceeds from line of credit | (11,950) | 148,995 |
| Proceeds from long-term debt | — | 575,000 |
| Payments on long-term debt | (85,500) | (136,000) |
| Payments of debt issuance costs | (891) | (21,507) |
| Proceeds from issuance of stock upon stock option exercises | 4,098 | 7,875 |
| Contingent consideration payments | (4,330) | — |
| Net cash (used in) provided by financing activities | (98,573) | 574,363 |
| Net (decrease) increase in cash and equivalents | (74,766) | 76,298 |
| Cash and equivalents at beginning of year | 84,251 | 7,953 |
| Cash and equivalents at end of year | $ 9,485 | $ 84,251 |
| *Supplemental disclosures of cash flow information:* | | |
| Cash paid for interest | $ 37,851 | $ 7,327 |
| Cash paid for income taxes | 3,520 | 5,876 |

**Adjusted EBITDA**

The table below presents a reconciliation of net (loss) income attributable to Diplomat Pharmacy, Inc. to Adjusted EBITDA for the periods indicated.

| | For the three months ended December 31, | | For the year ended December 31, | |
| --- | --- | --- | --- | --- |
| | 2018 | 2017 | 2018 | 2017 |
| | (dollars in thousands) (unaudited) | | | |
| Net (loss) income attributable to Diplomat Pharmacy, Inc. | $ (298,025) | $ 6,536 | $ (302,269) | $ 15,510 |
| Depreciation and amortization | 24,565 | 17,753 | 97,112 | 66,566 |
| Interest expense | 10,652 | 4,682 | 41,650 | 10,716 |
| Income tax (benefit) expense | (5,789) | (8,227) | (5,039) | (7,126) |
| EBITDA | $ (268,597) | $ 20,744 | $ (168,546) | $ 85,666 |
| Contingent consideration and other merger and acquisition expense | $ 1,136 | $ 3,322 | $ 6,836 | $ 7,455 |
| Share-based compensation expense | 2,401 | 1,794 | 18,172 | 7,281 |
| Employer payroll taxes - option repurchases and exercises | 1 | 13 | 193 | 231 |
| Restructuring and impairment charges | 307,644 | — | 307,973 | — |
| Severance and related fees | 357 | 648 | 3,086 | 1,428 |
| Other items | 528 | 72 | 45 | (301) |
| Adjusted EBITDA | $ 43,470 | $ 26,593 | $ 167,759 | $ 101,760 |

**2019 Full Year Guidance: GAAP to Non-GAAP Reconciliation**

The tables below present a reconciliation of net (loss) income attributable to Diplomat Pharmacy, Inc. to Adjusted EBITDA for the year ended December 31, 2019.

**Reconciliation of GAAP to Adjusted EBITDA**

(dollars in thousands) (unaudited)

| | Range | |
| --- | --- | --- |
| | Low | High |
| Net (loss) income attributable to Diplomat Pharmacy, Inc. | $ (37,289) | $ (25,503) |
| Depreciation and amortization | 80,000 | 78,000 |
| Interest expense | 43,000 | 40,000 |
| Income tax (benefit) expense (1) | (9,911) | (5,597) |
| EBITDA | $ 75,800 | $ 86,900 |
| Contingent consideration and other merger and acquisition expense | $ 2,000 | $ 1,000 |
| Share-based compensation expense | 27,000 | 25,000 |
| Employer payroll taxes - option repurchases and exercises | 200 | 100 |
| Restructuring and impairment charges | 1,000 | 500 |
| Severance and related fees | 3,500 | 2,000 |
| Other items | 500 | 500 |
| Adjusted EBITDA | $ 110,000 | $ 116,000 |

(1) Assumes a tax rate of (21) and (18) percent, for the low- and high-end, respectively.

**Exhibit 99.3**



<table>
<tr><td><strong>FOR IMMEDIATE RELEASE:</strong></td><td><strong>CONTACT:</strong></td></tr>
<tr><td>Mar. 15, 2019</td><td>Terri Anne Powers, Vice President of Investor Relations<br>312.889.5244 | tpowers@diplomat.is</td></tr>
</table>

**Diplomat Appoints Daniel Davison as Chief Financial Officer**

*The company's board of directors has appointed Dan Davison as chief financial officer and treasurer effective April 8, succeeding Atul Kavthekar.*

**FLINT, Mich. — March 15, 2019 — Diplomat Pharmacy, Inc. (NYSE: DPLO),** announced today that the company's board of directors has appointed Dan Davison as chief financial officer and treasurer effective April 8, succeeding Atul Kavthekar.

Mr. Davison will report to Brian Griffin, Diplomat's chairman and CEO, and will lead the company's finance function, which is expected to be streamlined under Davison's direction. Mr. Kavthekar will remain with the company through a brief period to ensure a smooth transition of responsibilities.

"I want to thank Atul for his many contributions to Diplomat and wish him all the best in his future endeavors," said Griffin. "Today's announcement is part of a natural progression of our business. It represents another step forward in positioning Diplomat to execute on our health plan and hospital systems payer sales strategy and drive future revenue growth and profitability. Dan's extensive finance experience, deep knowledge of our industry and strong operating experience in the PBM space make him the ideal person to lead our finance organization in this rapidly evolving healthcare environment."

Davison is a PBM and specialty pharmacy industry expert with deep expertise in pricing and business strategy; trade analytics; business development; financial planning and analysis; accounting and financial reporting; and risk management. Most recently, he served as senior vice president of PBM Finance of CVS Health where he ran the finance, planning and accounting functions for the more than $130 billion revenue CVS Pharmacy Services Segment, including the CVS/Caremark and CVS/Specialty groups. Before CVS, Davison held leadership roles at Medco Health Solutions, including senior vice president of financial and strategic planning and chief financial officer of the health plan division.

"Diplomat's unique position as an independent specialty pharmacy services provider, its high-touch patient care model and its ability to drive better health outcomes create a platform for long-term growth," said Davison. "I am excited to work closely with Brian and the rest of the leadership team to accelerate growth in Diplomat's specialty pharmacy and PBM businesses,

implement operating efficiency initiatives and create lasting value for physicians, pharma, payers, patients, and our shareholders."

Davison holds a master's of business administration degree in finance from the New York University Leonard N. Stern School of Business. He earned bachelor's degrees in accounting and economics from Iowa State University.

To learn more about Diplomat, visit diplomat.is.

**Forward-Looking Statements**

This press release contains forward-looking statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Forward-looking statements give current expectations or forecasts of future events or our future financial or operating performance and include Diplomat's expectations regarding the new chief financial officer appointment and related transition, the expected benefits and performance of business and growth strategies and impact of operational improvement initiatives. The forward-looking statements contained in this press release are based on management's good-faith belief and reasonable judgment based on current information. These statements are qualified by important risks and uncertainties, many of which are beyond our control, that could cause our actual results to differ materially from those forecasted or indicated by such forward-looking statements. These risks and uncertainties include: our ability to adapt to changes or trends within the specialty pharmacy industry; the dependence on key employees and effective succession planning and managing recent turnover among key employees; potential disruption to our workforce and operations due to cost savings and restructuring initiatives; disruption in our operations as we implement a new operating system within our Specialty segment; managing our growth effectively; and the additional factors set forth in "Risk Factors" in Diplomat's most recent Annual Report on Form 10-K and in subsequent reports filed with or furnished to the Securities and Exchange Commission. Except as may be required by any applicable laws, Diplomat assumes no obligation to publicly update such forward-looking statements, which are made as of the date hereof or the earlier date specified herein, whether as a result of new information, future developments, or otherwise.

**About Diplomat**

Diplomat (NYSE: DPLO) is the nation's largest independent provider of specialty pharmacy and infusion services. Diplomat helps people with complex and chronic health conditions in all 50 states, partnering with payers, providers, hospitals, manufacturers, and more. Rooted in this patient care expertise, Diplomat also serves payers through CastiaRx, a leading specialty benefit manager, and offers tailored solutions for healthcare innovators through EnvoyHealth. Diplomat opened its doors in 1975 as a neighborhood pharmacy with one essential tenet: "Take good care of patients and the rest falls into place." Today, that tradition continues — always focused on improving patient care. For more information, visit diplomat.is.

###