# Exhibit N

June 21, 2018
**OUTPERFORM**

Reason for report:
**PROPRIETARY INSIGHTS**

**David Larsen, CFA**
(617) 918-4502
David.Larsen@Leerink.com

**Matt Dellelo, CFA**
(617) 918-4812
Matt.Dellelo@Leerink.com



# DIPLOMAT PHARMACY, INC.

## New Leadership, Independent PBM, Specialty Growth; PT to $33

• **Bottom Line: We recently hosted a series of investor meetings with the management team of Diplomat Pharmacy (DPLO, OP). We come away from our meetings impressed with the depth of knowledge and experience that new CEO Brian Griffin brings to the business, we believe demand for DPLO's PBM CastiaRx is accelerating relative to previous years, the company is making investments into the sales force and its technology solutions, and the earnings potential from biosimilars, over the long run, may be greater than what we had been expecting. We are also positively surprised that the senior leadership team does not view President Trump's Blueprint plan as a significant risk. We are increasing our PT to $33 (from $27), and we reiterate our Outperform rating on DPLO.**

• **Senior Leadership Team Is Highly Capable.** We spent the day with DPLO's new CEO Brian Griffin, President Joel Saban, and CFO Atul Kavthekar. We are impressed with the depth of Mr. Griffin's experience, and we believe he has the right vision and skill set to bring DPLO to the next level. Mr. Griffin spent ~25 years at Medco Health Solutions, he has decades of experience selling and implementing PBM contracts, and he was the CEO of a large Blues plan which means he understands the needs of the MCO market. Mr. Saban and Mr. Kavthekar are also proven operators with decades of experience in the PBM market. We view the management team as being very strong, with extensive relationships and experience in the industry, which should facilitate sales activity.

• **The PBM Is Poised for Significant Growth.** Mr. Griffin highlighted that the reason he elected to move from Anthem (OP) and IngenioRx to Diplomat is because he believes DPLO is a rapidly growing company poised to take share. He highlighted that the large managed care and PBM transactions that are in process now may create some disruption for clients which DPLO can take advantage of. The number of Castia's RFPs are double what they were last year, and some managed care plans may view an independent PBM with robust specialty capabilities as being an attractive alternative to the "Big 3." Some plans may not want to contract with a PBM that will grow the earnings of plans that they compete with in the medical plan space.

• **CastiaRx Has Significant Advantages.** RxClaim will be the claims platform that DPLO's PBM uses going forward, which means that it is very scalable and can meet the demands of the vast majority of plan designs that exist in the market. We believe DPLO's PBM has significant advantages over its ~30 middle-market competitors including (1) a mail facility within legacy LDI, (2) a very robust specialty pharmacy, and (3) more limited distribution drugs than practically any other PBM.

| Key Stats: | (NYSE: DPLO) |
|---|---|
| **Sector:** | **HCIT & Distribution** |
| **S&P 500 Health Care Index:** | **979.24** |
| **Price :** | **$27.63** |
| Price Target: | $33.00 from $27.00 |
| Methodology: | 15.1x 2019E EV/EBITDA |
| 52 Week High: | $28.07 |
| 52 Week Low: | $14.24 |
| Shares Outstanding (mil): | 74.0 |
| Market Capitalization (mil): | 2,044.6 |
| Book Value/Share: | $10.19 |
| Cash Per Share: | $0.08 |
| Net Debt to Total Capital: | 38% |
| Dividend (ann): | $0.00 |
| Dividend Yield: | 0.0% |

Completion: June 21, 2018, 8:47PM EDT.
Distribution: June 21, 2018, 8:47PM EDT.



1 Year Price History/Ave. Daily Vol. (mil) for DPLO

Created by BlueMatrix

| Dec Yr | 1Q | 2Q | 3Q | 4Q | FY Rev | 1Q | 2Q | 3Q | 4Q | FY EPS | PE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2017A** | $1,078.7 | $1,126.5 | $1,125.0 | $1,155.1 | $4,485.2 | $0.19 | $0.25 | $0.25 | $0.18 | $0.84 | 32.9x |
| **2018E - New** | $1,342.5A | $1,479.0 | $1,480.0 | $1,513.5 | $5,815.0 | $0.20A | $0.24 | $0.26 | $0.25 | $0.95 | 29.1x |
| **2018E - Old** | $1,342.5A | $1,480.6 | $1,463.9 | $1,497.9 | $5,785.0 | $0.20A | $0.24 | $0.24 | $0.24 | $0.93 | NM |
| **2019E - New** | -- | -- | -- | -- | $6,415.0 | -- | -- | -- | -- | $1.20 | 23.0x |
| **2019E - Old** | -- | -- | -- | -- | $6,366.3 | -- | -- | -- | -- | $1.10 | NM |

*Source: Company Information and Leerink Partners LLC Research*
*Revenue in millions. Adjusted EPS figures exclude deal-related amortization only.*

**Please refer to Pages 19 - 21 for Analyst Certification and important disclosures. Price charts and disclosures specific to covered companies and statements of valuation and risk are available at https://leerink2.bluematrix.com/bluematrix/Disclosure2**

**DIPLOMAT PHARMACY, INC.** June 21, 2018



• **Management Indicates That Risks From Washington Are Minimal.** We were positively surprised to learn that management does not view the rhetoric coming from Washington as being a significant headwind. It may be difficult to alter the rebate system in place now, and it will be challenging to establish "fiduciary status" for PBMs. Even if rebates were eliminated, the new "net price" of each drug could be used to establish position on formulary, and DPLO could simply renegotiate the discounts off AWP that it charges clients. In addition, if rebates flow through to the members and not the plans, the result would be increases in plan premiums, which the member would ultimately pay. DPLO also suggested that if parts of Part B move into Part D, then this would be a benefit because under the "any willing provider" rules, DPLO could capture some of the volume that physician practices had been keeping for themselves. Given the decades of accumulated experience that the management team has, we view their comments as being highly relevant. We are more optimistic on the PBM business model following our discussions.

• **In the Long Run Biosimilars and Specialty Generics May Be More Profitable Than We Had Expected.** We were positively surprised to hear management say that in some cases biosimilars could be 50%+ more profitable to DPLO than the original product. Even though the discount in list price for some biosimilars is in the ~15-20% range, DPLO does not purchase based on "list price." There are a multitude of other discounts that can be negotiated into the rate that is actually paid for the drug itself, which means the spread for DPLO can be much greater than what we had expected. We do not believe biosimilars for Neupogen, Remicade, and Lantus will be large needle movers for DPLO, though management believes Humira and Enbrel eventually may be significant contributors.

• **Management Team Prepared to Maximize Shareholder Value.** When we asked the senior leadership team about its willingness to sell the business, should a bidder emerge, we got back the typical response, where the team will seriously consider all alternatives and ways to maximize shareholder value. However, management believes DPLO is poised for rapid growth. We believe it is unusual for publicly traded stand-alone specialty pharmacies to remain independent for long, and we believe that ultimately a large managed care plan would view DPLO as a good tuck-in deal. DPLO is still paying down debt, and it will seek to deploy capital in a prudent manner. We do not expect any mega deals to be announced in the near term as DPLO is still integrating LDI and NPS.

• **Increasing Forward Estimates.** Management highlighted that the specialty, infusion, and PBM businesses all continue to grow at steady rates. DPLO is largely past the challenging Hepatitis C comp, we believe script volume growth will accelerate as we move beyond the 1Q re-set for high deductible plans, and it sounds as if the PBM is poised for more rapid growth. We are increasing our forward estimates on a better outlook for both the PBM and specialty pharmacy business, and we increase our earnings estimates slightly on better margin assumptions. We also increase our price target to $33 and we maintain our OP on DPLO.

*570*

**Diplomat Pharmacy, Inc.**
June 21, 2018

**LEERINK**

## INVESTMENT THESIS

Diplomat Pharmacy, Inc. (Diplomat) operates the ~fourth largest specialty pharmacy (SP) in the U.S. and the largest independent specialty pharmacy by scripts. We believe the specialty pharmacy industry will continue to benefit from several key trends, including: (1) price inflation, (2) new specialty drug launches and expanded indications for existing drugs, (3) the potential for an acceleration of biosimilar specialty drugs, (4) an aging population, and (5) competitive strengths that Diplomat provides to its clients. Additionally, we believe Diplomat is uniquely positioned to capitalize on limited distribution specialty agreements and has a substantial runway to grow market share for specialty drugs administered through the pharmacy and medical benefits. We also expect Diplomat to focus on M&A opportunities within the infusion market which should benefit EBITDA margins, and expansion into new and existing therapeutic categories. We view DPLO's recent PBM acquisitions favorably as it gives DPLO the ability to sell its own solutions and not be beholden to the larger PBMs for price. We are also encouraged that CMS seems to be paying closer attention to the DIR fee challenges that some of the larger PBMs have brought to the smaller specialty pharmacies, that DPLO will be lapping the difficult Hepatitis C comp. in early 2018, we believe that DPLO will extract incremental value from its relationship with AmerisourceBergen (ABC, OP), and we believe that smaller publicly traded PBMs and specialty pharmacies typically sell to larger enterprises. While we do not think a deal is imminent, we do believe that the current management team is more open to a transaction than was the previous team, which was led by founder Phil Hagerman. Given these positive developments, we rate shares of Diplomat (DPLO) Outperform.

## Excellent Positioning in an Expanding Market

### DPLO Is Poised for Growth

We recently travelled with the leadership team of Diplomat Pharmacy, (DPLO, OP). We met with new CEO Brian Griffin, President Joel Saban, CFO Atul Kavthekar, and Vice President of Investor relations Terri Anne Powers. We come away from our meetings more positive on the stock. We believe that Brian Griffin is an excellent addition to the leadership team, and we believe that his decades of experience at IngenioRx, Anthem, and Medco Health Solutions bring a deep level of expertise and capability that should enable DPLO to take full advantage of any medium-term disruption that is going on in the PBM space due to all of the transactions. We also expect DPLO to benefit from cross-selling efforts between the PBM and the specialty pharmacy, and we believe that growth in the specialty industry itself should drive both top- and bottom-line growth. CastiaRX is seeing a significant y/y increase in the number of RFPs that it is working through this year, we believe DPLO has a significant advantage over the ~30 middle market PBMs in existence today, management does not believe the rhetoric coming from Washington D.C. poses a major risk to the model, DPLO has access to more limited distribution drugs than any of the other major specialty pharmacies in the market, and we believe that growth in the specialty market will be a rising tide that lifts all high quality boats. We remain positive on Diplomat, and we increase our PT to $33.

3

**Diplomat Pharmacy, Inc.**
June 21, 2018

**LEERINK**

### Brian Griffin Is the Right Man for the Job

We were able to spend the day with Brian Griffin, newly appointed CEO of Diplomat. We come away from the day impressed with the depth of Brian's knowledge, experience, and expertise. Mr. Griffin spent 25 years at Medco, he was the CEO of a Blues Plan in New York, and he has extensive knowledge about negotiating PBM deals with clients, understanding how to extract value from the manufacturers, and he has broad knowledge about PBM and health plan operations. Mr. Griffin highlighted that he "likes start-ups" and he seems to enjoy building assets or companies within larger organizations. He was the Chief Sales Officer for Medco, he has experience with European pharmacy operations, and we believe Diplomat fits in well with his background and experience.

### Growth Potential in the PBM Is a Motivator

When we asked Mr. Griffin why he would leave IngenioRx and Anthem to lead Diplomat, he responded that he believes Diplomat is in an unusual position in the market in that it is poised to take share and enjoy rapid growth. The combined specialty and PBM asset gives DPLO a significant advantage over other middle market PBMs that DPLO will be competing with. We believe that some managed care plans may be concerned about IngenioRx's relationship with AET (MP) and CVS and even ANTM, and many prospective plans may view Diplomat as being a good "independent" option that is not owned or aggressively aligned with another competing managed care plan. We believe that Mr. Griffin views the consolidation activity in the space as an opportunity for DPLO to take share. With regards to the integrated model, Mr. Griffin highlighted that in some cases there can be value in a combined medical solution, and it generally depends on what is brought to the client and market that determines savings potential.

Mr. Griffin highlighted that the core value of DPLO's offering is the specialty asset, and it's his goal to drive share in the middle market space. NPS and LDI are being integrated into a common platform, and the goal is to extend the model into the health plan market. Management highlighted that typically the "mega players" do not focus on the middle market, and the "Big 3" tend to be focused on states and larger, Fortune 500 accounts. DPLO will focus on 500-5,000 life accounts, and given DPLO's ~115 limited distribution products and deep specialty capabilities, we believe the firm's reputation should enable it to win share. Typically the middle market plan sponsors want flexibility and attention, and this can be where DPLO can differentiate itself from the "Big 3."

### PBM Asset Likely to Grow and Take Share

Management seems excited about the PBM asset, CastiaRx, and the growth opportunities that it brings to DPLO. We believe that Castia's capabilities, including specialty, are likely deeper than what many of the ~30 middle market PBMs offer to clients. Prime is strong but the JV with Walgreens (WBA, MP) is what brings the strength in specialty to Prime. We believe that as stand-alone entities DPLO's capabilities are more advanced than many middle market competitors. We like how DPLO has access to ~115+ limited distribution products, DPLO has proven to manufacturers that they can actually get patients on the products that they bring to market, and we like how DPLO is truly independent. We believe that Mr. Griffin will be very focused on the

**4**

*572*

health plan market with regards to new PBM sales, and it's possible that IngenioRx may be facing some resistance from plans that are seeking an independent option. According to management the number of RFPs that DPLO's PBM is working through has doubled this year relative to last year.

**RxClaim Will Be the Go-Forward Platform**

Management highlighted that RxClaim will be the PBM's go-forward technology solution and platform, and they will not be using the customized platform that NPS functions on. RxClaim is a good, well-run solution that supports Optum (the Health Services platform of UNH [OP]), Ingenio and CVS (OP). In our view it is a wise move to use RxClaim, and not a home-grown solution, because the amount of customization needed to administer a PBM is vast, especially given all of the rules related to Part D plan designs, growth in high-deductible plans, and the complexity of new formulary designs. We also believe that DPLO will be able to mine data from RxClaim more readily than it would have been able to from the home-grown NPS platform.

**We Expect Significant Margin Growth in the PBM**

We estimate that LDI has ~$40M of EBITDA, and we estimate NPS has ~$5M of EBITDA. We believe that NPS has ~475,000 lives and LDI has ~380,000 lives. While NPS probably won't get up to LDI's total EBITDA given the differences in profitability in the mixes of business, we do believe that significant margin expansion potential exists. DPLO will likely continue to offer both spread-based and fee-for-service based pricing models to clients. We believe that many plan sponsor clients prefer the spread-based model because the guarantees can be deeper, and the ability for the plan sponsor to manage spend and trend as a percentage of the overall business can be greater than a fixed-fee model. We believe that NPS will convert many contracts over to a spread model, and some earnings leverage should be realized as a result. However, we do not believe that NPS will get up to ~$40M of EBITDA long term, given the differences in the mixes of business between LDI and NPS. We believe the data analytics capabilities of LDI are robust, and we would expect DPLO to upsell clinical programs to both LDI and NPS clients going forward. Management highlighted that the LDI analytics platform is very good, it has a strong team managing the assets, and the pharmacy patient care model is effective.

**Biosimilars May Be More Profitable Than Expected**

We were positively surprised to hear management say that biosimilars can be 50%+ as profitable as the original product, despite just a 15-20% discount in list price. The ~15-20% discount in list price understates the actual savings that can be realized when DPLO purchases biosimilar products because the list price discount does not include all of the other rebates and fees that DPLO can capture when actually buying the products. Management highlighted that they have robust and deep relationships with physicians in their networks, and given these relationships they can move patients and members to the biosimilar products at a more aggressive rate relative to some peers.

**PBM Selling Season Sounds Promising**

Management highlighted that the level of RFP activity in 2018 is double the activity that they saw in 2017. The PBM "re-branding" to CastiaRx was rolled out in April, and the PBM asset should be

5

*573*

a good contributor to specialty growth. While the selling season is still somewhat early, we believe that the pipeline is very active. DPLO recently hired a few very senior sales executives from Medco, and the health plan sales effort is ramping up. Infusion and specialty sales efforts also continue to ramp. Our sense is that at the top-end of the market, plan sponsors are taking a "wait and see" approach given the large pending deals, but in the middle market, DPLO highlighted that the selling season is active. Management highlighted that with the Express Scripts and Cigna (CI, OP) deals the NEWCO will be on a combination of Optum, Argus, and the legacy ESRX platform. The disruption that may occur with system conversions can lead to an opportunity for DPLO to take share. We also like how DPLO has its own mail-order capabilities. Management indicated that the size of the middle market is roughly ~$100B, that is not controlled by the "Big 3" and DPLO has under 1% market share within this space. DPLO expects to differentiate itself through (1) the speed to therapy, (2) keeping the patients on therapy once they start, and (3) reporting adherence, volume and efficacy data back to the manufacturer. We believe that DPLO should be able to grow organically in the double-digit range. The pipeline is dominated by specialty and oncology, and the PBM is a differentiator. The PBM sell-cycle is typically 12-18 months, and the level of RFP activity within the PBM is up significantly.



*Source: company documents*

**Margins Are Higher in the Middle Market**

Management highlighted that middle market margins tend to be higher than other large accounts. The "middle market" margins within DPLO would be similar to middle market margins within Caremark (CVS, OP) or Express Scripts (ESRX, MP). Initially, in the first year, margins will be their leanest and over time the margins can expand. LDI initially had fairly high margins given that several clients had extensive and aggressive pharmacy management programs in place. For example some had very aggressive formulary, mail, and specialty solutions in place. We believe that the mix of clients and aggressive spend management programs in place within LDI is what

**Diplomat Pharmacy, Inc.**                                   June 21, 2018

has caused the margins in LDI to be so much higher than NPS. While DPLO does not have the same buying scale as "the Big 3," management stressed the fact that DPLO is very competitive in the middle market. DPLO has more access to limited distribution products, typically DPLO has access to any drug a physician may need, DPLO has the ability to get patients on therapy at a more rapid rate than peers, and the level of customer service and data analytics relative to peers is very robust.

Management highlighted that ~2% of the patient population can drive ~40-50% of total drug spend. We believe that plan sponsors put a high priority on specialty spend and, from a supply chain perspective, specialty is one of the most profitable areas of the market. We also believe that some of the larger plans would like to expand their specialty capabilities.

**Technology Investments Into Platform Continues**

DPLO also continues to invest in technology solutions, and various self service capabilities. For example, there is a smart-phone solution that allows the member to look up an order and determine where exactly it is in the delivery process. This "pizza tracker" type of solution is being developed. Text messaging solutions are also being created and implemented across the PBM and specialty pharmacy.



*Source: company documents*

**Infusion Business Also Continues to Grow**

Management highlighted that ~12-15% of the business is infusion. Growth in the business sounds stable. DPLO is "mostly through" the challenging Hepatitis C comp, and the fairly low script volume growth on a y/y basis in 1Q:18 was largely due to a focused effort on the part of

**7**

management to increase volumes of higher profit scripts while reducing volumes of lower margin therapies. The reset in deductibles is also a headwind at the start of each year. Site of care also matters. If hospitals try to pull infusion services into their facilities, this will typically result in an uptick in overall costs. If DPLO through the PBM and specialty asset can shift care to lower cost settings, then the total cost of care for plans can improve.



**OUR FOCUS**
Specialty infusion care in the home setting to reduce the cost to patients.

*Source: company documents*

**Positively Surprised at Views on Washington**

We were positively surprised at management's views on President Trump's Blueprint and the overall threat coming from Washington D.C. DPLO highlighted that it believes it will be very difficult to "undo ERISA" and as a result, making PBMs a fiduciary to plan sponsors may be very difficult to implement. In our view, while CMS may be able to impact the "safe harbor" provision within the Medicare programs, it may be difficult for CMS and Washington to change these rules in the commercial market. Even if Congress and Washington can somehow make rebates illegal, we believe that a "discounted net price" can easily be negotiated by a PBM and that net price could then be used to determine formulary placement. If the rebates had to flow to the member at the point of sale, and not the plan, management indicated that the plan would then simply increase premiums and the member would ultimately be the one to pay the higher cost. Management highlighted that even if the rebate structure changes, ultimately the net price or amount charged by the PBM would also change. We were positively surprised at how convinced management sounded about "rebates not going away" and at how confident management sounded with regards to reform coming from Washington D.C. not having an overly material unfavorable effect on the business.

We were also positively surprised to hear that any movement from Part B into Part D would likely be a good thing for DPLO. According to management, infusion services are typically provided in the physicians' offices, and the physicians are the ones that generally keep the earnings and money from those services. If some of those "Part B" services move into "Part D," then under the any willing provider rules, DPLO could start to receive those referrals and fill Part D scripts. Management also highlighted that just 10% of their infusion revenue, (which is ~12-15% of total

**Diplomat Pharmacy, Inc.**
June 21, 2018

**LEERINK**

revenue) is related to Part B. In our view this means that just ~1-2% of DPLO's total revenue is infusion related Part B revenue. As a result, changes to Part B likely would not have a material negative impact on DPLO's results.

Management time and again indicated that they believe that rebates ultimately will not "go away" as government plans and the Fortune 500s are the largest recipients of rebates. Per management, even if the role of rebates declined, then DPLO would simply adjust the discounts off AWP that it charges the plan sponsors, and it's unlikely there would be a "huge negative event" if there were changes to rebate regulations.

**Specialty Is Growing Nicely**

Management highlighted that specialty also continues to grow nicely. There are typically three ways in which specialty can grow, including (1) direct to consumer, (2) referrals from physicians, and (3) receiving revenue from the payers. Management highlighted that the majority of their business comes from referrals. While most large managed care plans have their own pharmacies, in the middle market, plans and PBMs typically do not have specialty capabilities. Management highlighted that specialty spend is ~40-45% of total prescription drug spend and this is expected to increase to ~55% over the next few years.



*Source: company documents*

**Diplomat Has Significant Advantages Over Other Middle Market PBMs**

DPLO has some advantages over other middle market PBMs and specialty pharmacies. We estimate that DPLO has access to the most limited distribution products of any specialty pharmacy, the company customizes many of its programs to meet the needs of smaller mid-sized plans, and programs such as DPLO's "split fill program" can save costs and improve access to certain products. DPLO's access to product is vast which is important because when a doctor

**9**

*577*

**Diplomat Pharmacy, Inc.** June 21, 2018

**LEERINK**

sends a prescription to DPLO, the physician can be assured that the script is typically available and in stock. DPLO's patient assistance programs are also important features as they are key to getting the prescription paid for, which is an important criteria when considering fill rates and compliance. In many cases the biggest block to adherence is cost.

Across the market the "abandonment rate" is typically fairly significant. Management has indicated that the "abandonment rate" can be as high as 10%+ and in some cases ~25%, and if DPLO's patient assistance programs can actually cover a significant piece of the copay or deductible, then fill rates and abandonment rates can improve. An increase in the prevalence of biosimilars should improve access and cost.

### Plenty of M&A Opportunities

With regards to capital deployment and potential acquisitions, management highlighted that there are "plenty of opportunities," and DPLO will be "opportunistic but disciplined." We believe there are ~30 middle market PBMs, though many are small. Joel Saban, President, has integrated over 14 different PBMs in the past while working at Catamaran, so integration risk should be manageable in our view. In 1Q:18 DPLO's debt / EBITDA ratio was ~3.8x, and the goal is to improve this ratio to 2-3x EBITDA. Management highlighted that they are not committing to a specific strategy on M&A but rather, different pieces of the business will require investments at different periods of time. Management will need "flexibility" in determining how best to grow and build and invest in the business over the long term.

### Minimal Risk From Copay Accumulators

Management highlighted that copay accumulators are not a significant headwind or risk for the business, and it can be difficult for plans and PBMs to monitor and count how much patient assistance has "accumulated" over a period of time if that PBM member goes to a non-affiliated pharmacy. For example, if a Caremark member fills a prescription at DPLO, not a CVS site, the amount of "assistance" received can be difficult to track. While it may be difficult to track total copayment and deductible amounts, we believe that the coordination and execution of accumulators can vary depending on the plan, product, and technology systems in place. We also believe that many plans simply do not enforce or use copay accumulator systems mainly because they want to ensure that the member actually gets access to the drugs that are needed.

### DPLO Is Investing Into Its Sales Force

Management has invested fairly heavily into its sales force leadership, and the firm has brought in some significant talent from Medco. There are sales team members that focus on specialty and some focus on the PBM asset. The teams identify opportunities for each other, and we believe that the cross-sell opportunity between the PBM and specialty pharmacy is significant. We believe that within the pharmacy asset total sales depend on the reach and frequency of contacts whereas with PBM sales, a much more effective and aggressive approach may be necessary in order to close deals. Based on commentary from management, it sounds to us that hunters typically fit well with the PBM approach and gatherers fit well with the specialty pharmacy asset.

*578*

**Diplomat Pharmacy, Inc.** June 21, 2018

**LEERINK**

# DPLO Takeout Remains a Possibility

**At Some Point DPLO Could Be a Willing Seller**

When we asked Mr. Griffin if he would ever consider selling DPLO to a larger entity, the response was a typical one, in that the team would seek to maximize shareholder value. We believe that the current management team would review any offer to buy the business very seriously; however, we also believe that management views DPLO as being at the early stages of a high-growth runway. While we do not think a deal is imminent, we do believe that the current management team is more open to a transaction than was the previous team, which was led by founder Phil Hagerman. We also note that it is very unusual for high quality specialty pharmacies and middle market PBMs that are publicly traded, to remain independent. For example, Catamaran was acquired by Optum, Medco acquired Accredo, Express acquired Priority, SXC Health acquired Catalyst, and Walgreens acquired Option Care. While we do not believe that DPLO is up for sale today, we do believe that within the next ~5 years the business could be acquired by a larger firm such as Optum, CVS, Walgreens, or Express Scripts.

We believe an acquisition based on our current NTM estimates could occur in the $30-34 range providing an additional ~10-25% upside on the rally already enjoyed by investors.

**PBM & Specialty Pharmacy Deals**

| Date | Acquirer | Target | Price ($M) | EV/Sales LTM | EV/EBITDA LTM | EV/Sales NTM | EV/EBITDA NTM |
|---|---|---|---|---|---|---|---|
| **PBMs:** | | | | | | | |
| Mar-15 | UnitedHealth | Catamaran | | | 16.9x | | |
| Feb-15 | RiteAid | EnvisionRx | | | 16.1x | | |
| Apr-12 | SXC | Catalyst | | | 23.6x | | |
| Jul-11 | Express Scripts | Medco | | | 10.7x | | |
| Apr-09 | Express Scripts | NetRx | | | 11.7x | | |
| Nov-06 | CVS | Caremark | | 0.6x | 13.3x | | |
| **Specialty Pharmacies:** | | | | | | | |
| Jun-16 | Diplomat Pharmacy | TNH Advanced Pharmacy | $76 | 0.2x | | | |
| Aug-05 | MedCo | Accredo | $2,429 | 1.4x | 15.5x | 1.1x | 14.5x |
| Jan-04 | Express Scripts | CuraScript Pharmacy | $335 | 0.8x | 16.0x | | |
| Average | | | | 0.7x | 15.5x | | |

*Source: FactSet, company documents*

**11**

*579*

**Diplomat Pharmacy, Inc.** June 21, 2018

**LEERINK**

**DPLO Takeout Scenarios**

|  | Bear | Base | Bull |
|---|---|---|---|
| NTM EBITDA | $176 | $176 | $176 |
| EV/EBITDA Multiple | 13.0x | 15.0x | 17.0x |
| Enterprise Value | $2,288 | $2,640 | $2,992 |
| minus debt | $456 | $456 | $456 |
| plus cash | $6 | $6 | $6 |
| Equity value | $1,838 | $2,190 | $2,542 |
| shares | 74 | 74 | 74 |
| **Takeout Price** | **$24.83** | **$29.59** | **$34.35** |
| *vs. current* | *(10.0%)* | *7.2%* | *24.4%* |
|  |  |  |  |
| NTM Sales | $5,939 | $5,939 | $5,939 |
| EV/Sales Multiple | 0.40x | 0.50x | 0.60x |
| Enterprise Value | $2,376 | $2,970 | $3,564 |
| minus debt | $456 | $456 | $456 |
| plus cash | $6 | $6 | $6 |
| Equity value | $1,925 | $2,519 | $3,113 |
| shares | 74 | 74 | 74 |
| **Takeout Price** | **$26.02** | **$34.05** | **$42.07** |
| *vs. current* | *(5.7%)* | *23.4%* | *52.4%* |

*Source: Leerink estimates, company documents, FactSet*

# Current Valuation Looks Reasonable

**On a P/E and EV/EBITDA basis, DPLO is slightly above its historical averages.** Two-year charts of DPLO follow, showing NTM P/E and NTM EV/EBITDA multiples. In both cases we can see the market has awarded DPLO considerable multiple expansion since the PBM deals were announced in November 2017 and management began meeting with investors to explain the strategic shift.

*580*

**Diplomat Pharmacy, Inc.** June 21, 2018

**LEERINK**



*Source: FactSet*

**On a FCF basis, DPLO appears cheap relative to history and expensive compared to CVS and ESRX.** The company posted FCF of $125M in 2017A. As mostly a specialty pharmacy business (~87% of 2018E revenue), the PBM comparisons below may be misleading, but we can see that DPLO is cheap relative to its history over the past two years. We note that on a 5-year basis, the average is skewed and not meaningful, but in the following chart we can still see that the stock is cheap compared to the past.

| | Price/Free Cash Flow | | |
|---|---|---|---|
| | NTM | FY1 | FY2 |
| DPLO - current | 14.9x | 15.4x | 14.3x |
| DPLO 2 yr avg. | 33.5x | 16.1x | 24.6x |
| CVS | 9.5x | 10.5x | 8.6x |
| ESRX | 7.3x | 7.4x | 7.2x |

*Source: FactSet*

13

**Diplomat Pharmacy, Inc.** June 21, 2018

**LEERINK**



Source: FactSet

**14**

*582*

**Diplomat Pharmacy, Inc.**
June 21, 2018

**LEERINK**

## Specialty Revenue Mix

| Description | 1Q18 Revenue ($000's) | % Total |
|---|---|---|
| Oncology (Specialty) | 686,897 | 51% |
| Specialty Infusion (Specialty) | 165,717 | 12% |
| Immunology (Specialty) | 135,599 | 10% |
| Other (Specialty) | 164,766 | 12% |
| PBM | 191,468 | 14% |
| Inter-segment | (1,963) | 0% |
| **Total** | **1,342,484** | **100%** |

*Source: company documents*

## VALUATION

Diplomat shares are trading at ~13.0x our 2019E EV/EBITDA which includes the incremental debt for the NPS and LDI deals. This is higher than the group average of 8.9x. We believe that a premium is deserved given DPLO's growth profile, the potential for DPLO to be acquired by a larger enterprise, good positioning in a rapidly growing specialty market and improving sentiment. Over the next 12 months we expect DPLO to trade at $33 (up from $27) which is 15.1x our 2019E EV/EBITDA estimate. Given stabilization of the DIR fee challenge, the Hepatitis C environment, and the ability for DPLO to win new business through its PBM, as well as its potential for a takeout, we rate the stock Outperform.

## RISKS TO VALUATION

**Competition Is High:** The specialty pharmacy industry is highly competitive and currently dominated by three players (ESRX (MP), CVS (OP), and WBA (MP)). Given rapid specialty market growth that is spurred by new drug approvals and drug price inflation, we expect the specialty market to remain attractive with new entrants and market participants. Diplomat also has several retail partnerships and PBM relationships, and if these customers develop or acquire their own specialty pharmacy, it may result in customer losses for Diplomat.

**Reimbursement Pressures Could Impact Growth and Profitability:** Specialty drug spend is being scrutinized by payors, including government payors (Medicare & Medicaid) and legislative bodies. As pressure mounts to limit reimbursements and runaway costs for specialty drugs, it could put downward pressure on pricing trends that could adversely impact Diplomat's growth or require Diplomat to deliver additional value added services to payors.

**Limited Distribution Agreement and Drug Access:** The emergence of limited distribution models by specialty drug manufacturers represents an opportunity for Diplomat, but also a risk if the company is no longer able to secure limited distribution agreements or loses access to drugs

15

from a specific manufacturer. Diplomat currently relies on CELG for a significant portion of its drugs, and in 2013, 57% of Diplomat's revenue came from 10 specialty drugs.

**M&A Integration and Rapid Expansion:** As Diplomat incorporates more tuck-in acquisitions to complement organic growth, there is a risk associated with the integration of customers, technology, services and distribution. While Diplomat has excess facility capacity that positions the company to absorb volume increases, its successful growth also relies on hiring new employees given the high-touch service component associated with specialty pharmacies as well as retaining key employees and management members.

**Litigation Risks:** Diplomat handles sensitive patient information and relies on information technology systems that could become compromised through a security breach, which could result in lawsuit exposure. The company also provides limited compounding services that could expose the company to certain litigation risks.

**Diplomat Pharmacy, Inc.** June 21, 2018

**Diplomat Pharmacy**
Income Statement Model for Fiscal Years ending December ($MM)

| | 2016A | Q1A | Q2A | Q3A | Q4A | 2017A | Q1A | Q2E | Q3E | Q4E | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Specialty Revenue** | $4,410.4 | $1,078.7 | $1,126.5 | $1,125.0 | $1,155.1 | $4,485.3 | $1,153.0 | $1,291.0 | $1,292.0 | $1,325.5 | $5,061.4 | $5,633.0 |
| y/y growth | NA | NA | NA | NA | NA | NA | +7% | +15% | +15% | +15% | +13% | +11% |
| PBM sales | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $191.5 | $190.0 | $190.0 | $190.0 | $761.5 | $791.9 |
| y/y growth | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | +4.0% |
| Inter-segment elimination | NA | NA | NA | NA | NA | NA | ($2.0) | ($2.0) | ($2.0) | ($2.0) | ($7.9) | ($10.0) |
| **Grand Total Revenue** | $4,410.4 | $1,078.7 | $1,126.5 | $1,125.0 | $1,155.1 | $4,485.2 | $1,342.5 | $1,479.0 | $1,480.0 | $1,513.5 | $5,815.0 | $6,415.0 |
| y/y growth | +31% | +8% | +3% | (5%) | +1% | +2% | +24% | +31% | +32% | +31% | +30% | +10% |
| COGS - Specialty | NA | NA | NA | NA | NA | NA | 1,059.9 | 1,187.7 | 1,186.0 | 1,215.4 | 4,649.1 | 5,161.1 |
| % of sales | NA | NA | NA | NA | NA | NA | 91.9% | 92.0% | 91.8% | 91.7% | 91.9% | 91.6% |
| COGS - PBM | NA | NA | NA | NA | NA | NA | 173.9 | 172.3 | 172.1 | 172.0 | 690.3 | 716.7 |
| % of sales | NA | NA | NA | NA | NA | NA | 90.8% | 90.7% | 90.6% | 90.5% | 90.7% | 90.5% |
| Inter-segment elimination | NA | NA | NA | NA | NA | NA | (2.0) | (2.0) | (2.0) | (2.0) | (7.9) | (10.0) |
| COGS | 4,085.6 | 993.7 | 1,041.6 | 1,039.7 | 1,061.6 | 4,136.6 | 1,231.9 | 1,358.1 | 1,356.2 | 1,385.4 | 5,331.5 | 5,867.8 |
| % of sales | 92.6% | 92.1% | 92.5% | 92.4% | 91.9% | 92.2% | 91.8% | 91.8% | 91.6% | 91.5% | 91.7% | 91.5% |
| Gross profit - Specialty | NA | NA | NA | NA | NA | NA | 93.1 | 103.3 | 105.9 | 110.0 | 412.3 | 471.9 |
| % margin | NA | NA | NA | NA | NA | NA | 8.1% | 8.0% | 8.2% | 8.3% | 8.1% | 8.4% |
| Gross profit - PBM | NA | NA | NA | NA | NA | NA | 17.6 | 17.7 | 17.9 | 18.1 | 71.1 | 75.2 |
| % margin | NA | NA | NA | NA | NA | NA | 9.2% | 9.3% | 9.4% | 9.5% | 9.3% | 9.5% |
| Gross Profit | $324.8 | $85.0 | $84.8 | $85.3 | $93.5 | $348.7 | $110.6 | $120.9 | $123.8 | $128.1 | $483.4 | $547.1 |
| Gross Margin % | 7.4% | 7.9% | 7.5% | 7.6% | 8.1% | 7.8% | 8.2% | 8.2% | 8.4% | 8.5% | 8.3% | 8.5% |
| y/y growth | +23% | +7% | +2% | +9% | +12% | +7% | +30% | +43% | +45% | +37% | +39% | +13% |
| y/y bps expansion | (45) | (7) | (12) | 94 | 77 | 41 | 36 | 65 | 78 | 37 | 54 | 22 |
| SG&A | $277.8 | $76.5 | $80.0 | $83.0 | $90.6 | $330.1 | $101.9 | $108.0 | $109.5 | $115.0 | $434.4 | $474.7 |
| % of sales | 6.3% | 7.1% | 7.1% | 7.4% | 7.8% | 7.4% | 7.6% | 7.3% | 7.4% | 7.6% | 7.5% | 7.4% |
| y/y growth | +28% | +41% | +15% | +8% | +18% | +19% | +33% | +35% | +32% | +27% | +32% | +9% |
| Operating Income | $47.1 | $8.5 | $4.8 | $2.3 | $2.9 | $18.6 | $8.7 | $13.0 | $14.3 | $13.0 | $49.0 | $72.4 |
| % margin | 1.1% | 0.8% | 0.4% | 0.2% | 0.2% | 0.4% | 0.6% | 0.9% | 1.0% | 0.9% | 0.8% | 1.1% |
| y/y growth | +2% | (66%) | (65%) | +68% | NM | (61%) | +2% | +168% | +519% | NM | +164% | +48% |
| y/y bps expansion | (30) | (172) | (84) | 9 | (35) | (65) | (15) | 45 | 76 | 61 | 43 | 29 |
| Interest (Expense) Income | (6.6) | (2.0) | (1.9) | (2.1) | (4.7) | (10.7) | (10.4) | (9.5) | (8.5) | (8.0) | (36.4) | (30.0) |
| Change in fair value of redeemable common | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Termination of existing stock redemption | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Equity (Loss) non-Consol. Entity | (4.7) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 0.4 | 0.0 | 0.0 | 0.0 | 0.1 | 0.2 | 0.4 | 0.4 | 0.4 | 0.4 | 1.7 | 0.0 |
| Subtotal "Other" | (10.9) | (2.0) | (1.9) | (2.0) | (4.6) | (10.5) | (10.0) | (9.1) | (8.1) | (7.6) | (34.8) | (30.0) |
| Pre-tax Income | 36.2 | 6.5 | 2.9 | 0.3 | (1.7) | 8.1 | (1.3) | 3.9 | 6.2 | 5.5 | 14.2 | 42.4 |
| Income Tax Expense (benefit) | 11.2 | 2.3 | (0.5) | (0.7) | (8.2) | (7.1) | (0.9) | 1.0 | 1.6 | 1.4 | 3.2 | 10.6 |
| % tax rate | 30.9% | 35.3% | -18.5% | -221.4% | 480.0% | -88.4% | 65.9% | 26.0% | 26.0% | 26.0% | 22.3% | 25.0% |
| GAAP Net Income | $25.0 | $4.2 | $3.5 | $1.0 | $6.5 | $15.2 | ($0.4) | $2.9 | $4.6 | $4.0 | $11.1 | $31.8 |
| y/y growth | 1% | -72% | -58% | -66% | NM | -39% | -111% | -17% | 377% | -38% | -27% | 188% |
| less Net income (loss) attrib to NCI | (3.3) | (0.1) | (0.1) | (0.1) | (0.0) | (0.3) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Net Income attrib to Diplomat | 28.3 | 4.4 | 3.6 | 1.0 | 6.5 | 15.5 | (0.4) | 2.9 | 4.6 | 4.0 | 11.1 | 31.8 |
| Allocation to Pref'd Shareholders | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| GAAP Net Income Allocable to Common | $28.3 | $4.4 | $3.6 | $1.0 | $6.5 | $15.5 | ($0.4) | $2.9 | $4.6 | $4.0 | $11.1 | $31.8 |
| y/y growth | 10% | -72% | -58% | -81% | -695% | -45% | -110% | -20% | 352% | -38% | -29% | 188% |
| **GAAP Diluted EPS** | $0.42 | $0.06 | $0.05 | $0.01 | $0.09 | $0.23 | ($0.01) | $0.04 | $0.06 | $0.05 | $0.15 | $0.42 |
| y/y growth | 4% | -72% | -58% | -81% | -665% | -45% | -109% | -27% | 313% | -43% | -36% | 183% |
| **Non-GAAP EPS:** | | | | | | | | | | | | |
| GAAP pre-tax Income | $36.2 | $6.5 | $2.9 | $0.3 | ($1.7) | $8.1 | ($1.3) | $3.9 | $6.2 | $5.5 | $14.2 | $42.4 |
| Pro-forma taxes | 11.2 | 2.3 | (0.5) | (0.7) | (8.2) | (7.1) | (0.9) | 1.0 | 1.6 | 1.4 | 3.2 | 10.6 |
| pro-forma tax rate % | 31% | 35% | -18% | -221% | 480% | -88% | 66% | 26% | 26% | 26% | 22% | 25% |
| Pro-Forma Net Income | 25.0 | 4.2 | 3.5 | 1.0 | 6.5 | 15.2 | (0.4) | 2.9 | 4.6 | 4.0 | 11.1 | 31.8 |
| NCI | ($3.3) | ($0.1) | ($0.1) | ($0.1) | ($0.0) | ($0.3) | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 | $0.0 |
| Allocation to Pref'd Shareholders | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Pro-forma Net Income to Common | 28.3 | 4.4 | 3.6 | 1.0 | 6.5 | 15.5 | (0.4) | 2.9 | 4.6 | 4.0 | 11.1 | 31.8 |
| Intangible amortization (acquired) | 40.0 | 12.3 | 12.9 | 13.0 | 13.2 | 51.5 | 19.2 | 19.4 | 19.4 | 19.4 | 77.4 | 76.0 |
| Change in contingent consideration | 0.7 | 0.0 | 0.0 | 3.0 | 3.3 | 6.3 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Impairment of non-consolidated entities | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Merger and acquisition related expenses | (7.3) | 0.5 | 0.6 | 0.0 | 0.0 | 1.1 | 2.0 | 0.8 | 0.8 | 0.8 | 4.4 | 4.0 |
| less tax impact of adjustments | 10.3 | 4.5 | 0.4 | (0.1) | 10.7 | 15.5 | 5.7 | 5.3 | 5.3 | 5.3 | 21.5 | 20.0 |
| Non-GAAP Net Income | $51.4 | $12.7 | $16.7 | $17.2 | $12.3 | $59.0 | $15.0 | $17.8 | $19.5 | $19.0 | $71.4 | $91.8 |
| y/y growth | 13% | -19% | 6% | 20% | 119% | 15% | 19% | 7% | 14% | 54% | 21% | 29% |
| **Adjusted Diluted EPS** | $0.75 | $0.19 | $0.25 | $0.25 | $0.18 | $0.84 | $0.20 | $0.24 | $0.26 | $0.25 | $0.95 | $1.20 |
| y/y growth | 4.5% | -18.5% | 5.6% | 19.4% | 107.6% | 11.8% | 8.6% | -2.6% | 4.0% | 42.7% | 12.9% | 25.9% |
| Basic Shares (MM) | 66.0 | 66.9 | 67.5 | 68.4 | 69.7 | 68.1 | 74.0 | 74.6 | 75.2 | 75.8 | 74.9 | 76.5 |
| Diluted Shares (MM) | 68.0 | 67.8 | 68.2 | 68.8 | 70.3 | 68.8 | 74.0 | 74.6 | 75.2 | 75.8 | 74.9 | 76.5 |
| Non-GAAP NI (pro-forma shares & tax) | 51.4 | 12.7 | 16.7 | 17.2 | 12.3 | 59.0 | 15.0 | 17.8 | 19.5 | 19.0 | 71.4 | 91.8 |
| Non-GAAP Basic EPS (Pro-Forma shares) | $0.78 | $0.19 | $0.25 | $0.25 | $0.18 | $0.87 | $0.20 | $0.24 | $0.26 | $0.25 | $0.95 | $1.20 |
| **Non-GAAP Diluted EPS (Pro-Forma shares)** | $0.75 | $0.19 | $0.25 | $0.25 | $0.18 | $0.86 | $0.20 | $0.24 | $0.26 | $0.25 | $0.95 | $1.20 |
| Pro-Forma Basic Wt Avg Shares (MM) | 66.0 | 66.9 | 67.5 | 68.4 | 69.7 | 68.1 | 74.0 | 74.6 | 75.2 | 75.8 | 74.9 | 76.5 |
| Pro-Forma Diluted Wt Avg Shares (MM) | 68.0 | 67.8 | 68.2 | 68.8 | 70.3 | 68.8 | 74.0 | 74.6 | 75.2 | 75.8 | 74.9 | 76.5 |

Source: Company documents, Leerink Partners LLC estimates

*585*

**Diplomat Pharmacy, Inc.**
June 21, 2018

**Diplomat Pharmacy**
Income Statement Model for Fiscal Years ending December ($MM)
**Diplomat Pharmacy**
Income Statement Model for Fiscal Years ending December ($MM)

| | 2016A | Q1A | Q2A | Q3A | Q4A | 2017A | Q1A | Q2E | Q3E | Q4E | 2018E | 2019E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | $28.3 | $4.4 | $3.6 | $1.0 | $6.5 | $15.5 | ($0.4) | $2.9 | $4.6 | $4.0 | $11.1 | $31.8 |
| Depreciation & Amortization | 50.0 | 15.4 | 16.5 | 16.9 | 17.8 | 66.6 | 24.0 | 24.0 | 24.0 | 24.0 | 95.8 | 96.0 |
| Interest Expense | 6.6 | 2.0 | 1.9 | 2.1 | 4.7 | 10.7 | 10.4 | 9.5 | 8.5 | 8.0 | 36.4 | 30.0 |
| Income Tax Expense | 11.2 | 2.3 | (0.5) | (0.7) | (8.2) | (7.1) | (0.9) | 1.0 | 1.6 | 1.4 | 3.2 | 10.6 |
| EBITDA | $96.1 | $24.1 | $21.5 | $19.3 | $20.7 | $85.7 | $33.1 | $37.3 | $38.6 | $37.4 | $146.5 | $168.4 |
| Adjustments: | | | | | | | | | | | | |
| Share based comp | $5.4 | $1.0 | $2.8 | $1.7 | $1.8 | $7.3 | $3.2 | $3.5 | $3.5 | $3.5 | $13.7 | $19.8 |
| Restructuring & Impairments | 7.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Change in fair value of redeemable common | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Termination of existing stock redemption | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Equity loss of non-consol entity | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Severance & Related fees | 1.1 | 0.7 | 0.0 | 0.1 | 0.6 | 1.4 | 1.3 | 1.1 | 1.1 | 1.1 | 4.6 | 2.0 |
| M&A Related Fees & Expenses | (7.0) | 0.5 | 0.6 | 3.0 | 3.3 | 7.5 | 2.0 | 1.5 | 1.0 | 0.5 | 5.0 | 0.0 |
| Philanthropy | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Tax Credits & Other | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.2 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 4.5 | 0.4 | 0.1 | (0.9) | 0.1 | (0.3) | 0.1 | 0.1 | 0.1 | 0.1 | 0.3 | 2.0 |
| **Subtot Adjustments** | **11.3** | **2.7** | **3.7** | **3.9** | **5.8** | **16.1** | **6.6** | **6.2** | **5.7** | **5.2** | **23.6** | **23.8** |
| **Adjusted EBITDA** | **$107.4** | **$26.8** | **$25.2** | **$23.2** | **$26.6** | **$101.8** | **$39.6** | **$43.5** | **$44.3** | **$42.6** | **$170.1** | **$192.2** |
| % growth y/y | 13.0% | -7.6% | -15.1% | 2.5% | 2.0% | -5.2% | 47.8% | 73.0% | 91.2% | 60.1% | 67.1% | 13.0% |
| % margin | 2.4% | 2.5% | 2.2% | 2.1% | 2.3% | 2.3% | 3.0% | 2.9% | 3.0% | 2.8% | 2.9% | 3.0% |
| y/y bps expansion | (39) | (43) | (49) | 15 | 2 | (17) | 47 | 71 | 93 | 51 | 66 | 7 |

*Source: Company documents, Leerink Partners LLC estimates*

**18**

*586*

**DIPLOMAT PHARMACY, INC.**                    June 21, 2018



## Disclosures Appendix

## Analyst Certification

I, David Larsen, CFA, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.

## Risks to Valuation

**Competition Is High:** The specialty pharmacy industry is highly competitive and currently dominated by three players (ESRX (MP), CVS (OP), and WBA (MP). Given rapid specialty market growth that is spurred by new drug approvals and drug price inflation, we expect the specialty market to remain attractive with new entrants and market participants. Diplomat also has several retail partnerships and PBM relationships, and if these customers develop or acquire their own specialty pharmacy, it may result in customer losses for Diplomat.

**Reimbursement Pressures Could Impact Growth and Profitability:** Specialty drug spend is being scrutinized by payors, including government payors (Medicare & Medicaid) and legislative bodies. As pressure mounts to limit reimbursements and runaway costs for specialty drugs, it could put downward pressure on pricing trends that could adversely impact Diplomat's growth or require Diplomat to deliver additional value added services to payors.

**Limited Distribution Agreement and Drug Access:** The emergence of limited distribution models by specialty drug manufacturers represents an opportunity for Diplomat, but also a risk if the company is no longer able to secure limited distribution agreements or loses access to drugs from a specific manufacturer. Diplomat currently relies on CELG for a significant portion of its drugs, and in 2013, 57% of Diplomat's revenue came from 10 specialty drugs.

**M&A Integration and Rapid Expansion:** As Diplomat incorporates more tuck-in acquisitions to complement organic growth, there is a risk associated with the integration of customers, technology, services and distribution. While Diplomat has excess facility capacity that positions the company to absorb volume increases, its successful growth also relies on hiring new employees given the high-touch service component associated with specialty pharmacies as well as retaining key employees and management members.

**Litigation Risks:** Diplomat handles sensitive patient information and relies on information technology systems that could become compromised through a security breach, which could result in lawsuit exposure. The company also provides limited compounding services that could expose the company to certain litigation risks.

*587*

**DIPLOMAT PHARMACY, INC.**                                   June 21, 2018



| Distribution of Ratings/Investment Banking Services (IB) as of 03/31/18 | | | IB Serv./Past 12 Mos. | |
|---|---|---|---|---|
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| **BUY [OP]** | **110** | **71.0** | **49** | **44.5** |
| **HOLD [MP]** | **44** | **28.4** | **1** | **2.3** |
| **SELL [UP]** | **1** | **0.6** | **0** | **0** |

## Explanation of Ratings

**Outperform (Buy):** We expect this stock to outperform its benchmark over the next 12 months.

**Market Perform (Hold/Neutral):** We expect this stock to perform in line with its benchmark over the next 12 months.

**Underperform (Sell):** We expect this stock to underperform its benchmark over the next 12 months.

The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.

For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.

20

*588*

**DIPLOMAT PHARMACY, INC.**                                June 21, 2018



## Important Disclosures

This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. This is provided for information purposes only and should not be regarded as an offer to sell or as a solicitation of an offer to buy any product to which this information relates. The Firm, its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this report. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. Additional information is available upon request by contacting the Editorial Department at One Federal Street, 37th Floor, Boston, MA 02110.

Like all Firm employees, analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, and Investment Banking. Analysts, however, are not compensated for a specific investment banking services transaction or contributions to the Firm's investment banking activities.

MEDACorp is a network of healthcare professionals, attorneys, physicians, key opinion leaders and other specialists accessed by Leerink and it provides information used by its analysts in preparing research.

For statements of valuation and risk for covered companies, clients should refer to https://leerink2.bluematrix.com/bluematrix/Disclosure2 or send a request to Leerink Partners LLC Editorial Department, One Federal Street, 37th Floor, Boston, MA 02110.

For price charts, statements of valuation and risk, as well as the specific disclosures for covered companies, client should refer to https://leerink2.bluematrix.com/bluematrix/Disclosure2 or send a request to Leerink Partners Editorial Department, One Federal Street, 37th Floor, Boston, MA 02110.

Member FINRA/SIPC. ©2018 Leerink Partners LLC. All rights reserved. This document may not be reproduced or circulated without our written authority.

The recommendation contained in this report was produced at June 21, 2018, 8:47PM EDT. and disseminated at June 21, 2018, 8:47PM EDT.

**21**



| LEERINK PARTNERS LLC EQUITY RESEARCH | | | |
|---|---|---|---|
| **Director of Equity Research** | **John L. Sullivan, CFA** | (617) 918-4875 | john.sullivan@leerink.com |
| **Associate Director of Research** | **James Kelly** | (212) 277-6096 | jim.kelly@leerink.com |
| **Director** | Jean Roberts, Ph.D. | (212) 277-6093 | jean.roberts@leerink.com |
| **Director of Therapeutics Research** | **Geoffrey C. Porges, MBBS** | (212) 277-6092 | geoffrey.porges@leerink.com |
| **Large-Cap Biotechnology** | **Geoffrey C. Porges, MBBS** | (212) 277-6092 | geoffrey.porges@leerink.com |
| | Bradley Canino, CPA | (212) 277-6158 | bradley.canino@leerink.com |
| | Sheldon Fan, Ph.D. | (212) 277-6074 | sheldon.fan@leerink.com |
| | Gerard Smith, M.D., M.B.A. | (212) 277-6145 | gerard.smith@leerink.com |
| **Mid- and Small-Cap Biotechnology** | **Jonathan Chang, Ph.D., CFA** | (617) 918-4015 | jonathan.chang@leerink.com |
| | **Geoffrey C. Porges, MBBS** | (212) 277-6092 | geoffrey.porges@leerink.com |
| | **Joseph P. Schwartz** | (617) 918-4575 | joseph.schwartz@leerink.com |
| | Dae Gon Ha, Ph.D. | (617) 918-4093 | daegon.ha@leerink.com |
| **Specialty Pharmaceuticals & Generics** | **Ami Fadia** | (212) 277-6047 | ami.fadia@leerink.com |
| | Eason Lee | (212) 277-6070 | eason.lee@leerink.com |
| **Life Science Tools & Diagnostics** | **Puneet Souda** | (212) 277-6091 | puneet.souda@leerink.com |
| | Mitchell S. Kapoor | (212) 277-6079 | mitchell.kapoor@leerink.com |
| **Medical Devices, Cardiology** | **Danielle Antalffy** | (212) 277-6044 | danielle.antalffy@leerink.com |
| | Rebecca Wang | (212) 277-6087 | rebecca.wang@leerink.com |
| | Dylan J. Gantley | (212) 277-6095 | dylan.gantley@leerink.com |
| **Medical Devices, Orthopedics** | **Richard Newitter** | (212) 277-6088 | richard.newitter@leerink.com |
| | Jaime L. Morgan | (212) 277-6073 | jaime.morgan@leerink.com |
| | Dylan J. Gantley | (212) 277-6095 | dylan.gantley@leerink.com |
| **Healthcare Services, Managed Care & Facilities** | **Ana Gupte, Ph.D.** | (212) 277-6040 | ana.gupte@leerink.com |
| | John Sourbeer | (212) 277-6139 | john.sourbeer@leerink.com |
| **Healthcare Technology & Distribution, Digital Health** | **David Larsen, CFA** | (617) 918-4502 | david.larsen@leerink.com |
| | Jonathan McGraw Bentley | (617) 918-4887 | jonathan.bentley@leerink.com |
| | Matt Dellelo, CFA | (617) 918-4812 | matt.dellelo@leerink.com |
| **Sr. Editor/Supervisory Analyst** | Mary Ellen Eagan, CFA | (617) 918-4837 | maryellen.eagan@leerink.com |
| | Randy Brougher | | randy.brougher@leerink.com |
| **Supervisory Analysts** | Robert Egan | | bob.egan@leerink.com |
| | Amy N. Sonne | | amy.sonne@leerink.com |
| **Editorial Associate** | Emily Singletary | (212) 277-6115 | emily.singletary@leerink.com |

**BOSTON**
**One Federal St., 37th Fl.**
**Boston, MA 02110**
**(800) 808-7525**

**NEW YORK**
1301 Avenue of the Americas, 12th Fl.
New York, NY 10019
(800) 778-1653

**CHARLOTTE**
227 West Trade St., Ste. 2050
Charlotte, NC 28202
(704) 969-8944

**SAN FRANCISCO**
255 California St., 12th Fl.
San Francisco, CA 94111
(415) 905-7200