# Exhibit T

# Better Business Bureau®

**« Complaints**

# Complaints



## Castia RX

📍 701 Emerson Rd Ste 301
Creve Coeur, MO 63141-
6754

🌐 [http://www.castiarx.com](http://www.castiarx.com)

📞 (314) 652-1121

---

**Complaint Type:** Billing/Collection Issues    **Status:** Answered

05/17/2019

CastiaRx is a mail order pharmacy that bought out \*\*\*, which is also a mail order pharmacy. We were told that nothing would change. Then, after several months of them taking over, I received a bill from them in the amount of somewhere around $200. I had no idea that I even had a bill, as they were supposed to be taking the co-pays out of my bank account automatically. The reason I didn't question the fact that I hadn't received a bill is because I am in the hospital quite often & had just assumed that I had reached my deductible. When I contacted them, they said that they didn't have my debit card information on file. No one ever called to let me know that I was accumulating a bill. Then, all of a sudden they refused to send me my medication until I paid them. I explained to them that I am not working, due to health issues & am waiting on a disability decision from the state. They insisted on payment before they would give me any meds. My husband had to end up calling them to set up a payment arrangement with them because none of the supervisors would speak to me. There have been times where we literally have no money to pay them & they will refuse to give me my medicine. The big problem is, I take several medications that I can not quit taking or I will become deathly ill, & one medication that I have to take or I can die. When I called them the last time, I was told that if I asked to speak with a manager or supervisor, they would not speak with me. Therefore, I can't even try to change the payment arrangement to something more affordable.

**Castia RX Response**                                                              05/28/...



History:

CastiaRx previously had an agreement the member would pay $25 per week to settle the balance she had accrued over the end of 2018.   We received weekly payments for 3 weeks straight in February/March.  After those payments, we did not receive payments with any regularity and multiple payments failed.   At that time, the account was placed on hold until we received additional payments.


New agreement:

On Saturday 05/18, the member came into the pharmacy and spoke with the Pharmacy Director.  They discussed the situation and began working on a new payment plan to assist this member as they are going through a financial hardship and to ensure they continue to receive their necessary medications.  On 05/21 a new agreement has been made in which the member will pay $25 every two weeks until the outstanding balance of $240.47 has been paid.   We will continue to work with this member as needed.


Please let me know if you need any additional information


Sincerely,

---

**Complaint Type:** Delivery Issues      **Status:** Unanswered

03/20/2019

I am a type 1 diabetic who, do to the insurance company my employer uses, have to order my insulin (humalog and Lantus) through a mail order pharmacy which is Castia Rx. Every few months I have to order my insulin, nothing but issues arise. Most recently, I placed an order for my 3 month supply of humalog and lantus insulin. I placed this order on March 4. On March 7, my lantus was delivered to my residence, my humalog was not. I had a sufficient amount of humalog left at this point so I decided to wait a few days before calling about it, as it's not unusual for my insulin to ship separately, or be delayed unfortunately with this company. On March 15 I still had not received my insulin. I called back to castia rx and talked to Bradley, he state that I had a co pay which I needed to be aware of before they could send my insulin. I have this co pay every time I order insulin and have instructed them several times to send a bill with the insulin and I will mail a check back, which I always do. No one called me to tell me about this co-pay, but instead waited until I called in about my order to tell me why my insulin hadn't shipped. He said my insulin would ship Monday and arrive Tuesday. Upon returning home from work Tuesday afternoon, no insulin had been delivered. I called castia rx Wednesday morning and spoke to ******, she said that orders take 2 business days to process so my insulin at the soonest would ship Wednesday March 20. I started that this wasn't sufficient and would be running out of insulin (my life depends on it, I can't just let it run out). She said a pharmacy override would be sent to my local pharmacy and I would be able to pick a pen up Wednesday (March 20). I just left my pharmacy 1 hour ago (5:45 pm March 20) empty handed as I was informed no one from castia rx had contacted my pharmacy to allow me one pen of humalog. I currently have 40 units of insulin left in my last humalog pen and am desperately worrying that the rest shows up tomorrow otherwise I will have to pay roughly $110 tomorrow for ONE humalog pen because this pharmacy has failed to process my order in a timely manner. It won't be the first time I've had to pay out of pocket for insulin because my order wasn't shipped on time either.

**Complaint Type:** Billing/Collection Issues     **Status:** Unanswered

03/12/2019

I have a copay for medication I have to take for diabetes of $100.00, I have a RX card from ***** which reduces the copay to $25.00. They keep charging me $100.00 for the Trulicty. I paid a payment of $100.00 2/14/2019 and $100.00 2/18/2019. They refunded $75.00 back to my card 02/27/2019 for one of them for my husband's discount card, but not he other one charged on my RX. I have sent letters trying o resolve and made multiple calls, still no resolution.

**Complaint Type:** Billing/Collection Issues     **Status:** Answered

02/06/2019

I continue to get poor service from this company. Time and time again we are short medication from our prescriptions and the billing is often incorrect as well. I call to ask why I am being double billed and they are rude on the phone stating their records don't show the same amount my paper invoice does.

**Castia RX Response**                                              02/27/2019

We are in receipt of the complaint referenced above regarding patient ***** ******** *** ***** receives maintenance medications from our pharmacy, CastiaRx Pharmacy (formerly *** ********).

In reference to the complaint, we processed and shipped the medications we received from her prescriber.   She does have more than one prescription filled by our pharmacy at the same time, however in this instance we only received one medication.   We did reach out after the fact to obtain new prescriptions for the other medications in question.

In the past we have also received notification from the member they did not receive the full amount of their medication.  The records we have, including a picture of what was filled and shipped showed we filled the entire amount.   Even though we did show we filled the entire amount, we did reship the additional tablets requested by the member.

We will be sending out a new member statement showing the amount currently due on her account. This will be sent out today.

Please let us know if you have additional questions regarding this matter. I may be reached at ************* ********* ****.

**** ******

**Complaint Type:** Billing/Collection Issues     **Status:** Answered

08/17/2018

LDI/Castia charged 2 different co-payments on the same medication, this was confirmed by them on the telephone when I called to get a price for a third refill. All three times the costs have been significantly different with the 2nd refill being 4 times more than the 1st prescription. I have called 3 times in the course of a week and I have yet to receive a call back which I was promised. I asked to speak to *******, who I was told would call me back. Two of the 3 times I called were directly to ******* at extension #**** and she was out of the office both times. An individual I spoke with on the second call said they could see notes in the computer that had been forwarded to *******'s supervisor. I cannot confirm prices I'm being charged because not all medications dispensed show up on-line when I check my account. On another occasion they dispensed 2 ninety day prescriptions only 1 month apart and another time I received another persons medication with mine. I called to notify them and they said I could keep it or throw it away -- they didn't seem concerned about risking someone else's privacy.

**Castia RX Response**                                             08/27/2018

*******  *appreciates the opportunity to respond to member's complaint.  Pharmacies at times offer copay assistance programs via manufacturers for certain pharmaceuticals. The member called and spoke to our representative to discuss pricing, however the representative does not have access to copay assistance information that was utilized by the pharmacy.  The medication in question was filled in December 2017 at no charge to the patient utilizing copay assistance.  The next time it was dispensed in April, the copay assistance card was not applied.  We have tried to submit the claim from April to copay assist, but the claim is now too old.  The patient can likely fill out a reimbursement form on the manufacturer's website and receive a portion of his copay back.*

*We apologize that member did not receive a call back from the representative regarding this matter. Management has spoken with employees about the importance of following-up on member concerns and we will continue to train staff to fulfill service standards for customers.  We will provide member with a claim history report per his request.*

*Thank you,*

*Grievance Support*

**Customer Response**                                             08/31/2018

Complaint: ********

I am rejecting this response because:

My response to ******** is in red.

*Complaint:*

******** appreciates the opportunity to respond to member's complaint.  Pharmacies at times offer copay assistance programs via manufacturers for certain pharmaceuticals. The member called and spoke to our representative to discuss pricing, however the representative does not have access to copay assistance information that was utilized by the pharmacy. *This does not excuse* ******** *for never calling me back as I was told they would. I still have not received any correspondence until I filed a complaint with BBB. Why?* The medication in question was filled in December 2017 at no charge to the patient utilizing copay assistance. *This statement is extremely misleading The reason there was no charge is because I met my deductible for the year.*  The next time it was dispensed in April, the copay assistance card was not applied. ******** *is now on record saying  that they made an error by not applying the copay assistance.* ******** *has all the necessary information for copay assist because they applied it 3 previous times prior to 12/17.* We have tried to submit the claim from April to copay assist, but the claim is now too old. ******** *acknowledges their error and is now on record by this statement. Why was I not notified of this until now? My call about this issue was 3-4 weeks ago, I was promised a call back and still have not received one I attempted to call* ****** *twice and she was never available. It feels very excessive for me to have to go to this length just to find out this information.*  The patient can **likely** fill out a reimbursement form on the manufacturer's website and receive a portion of his copay back. *Since* ******** *made the error I feel that they should reimburse me. I have already spent a lot of time on the phone with them and with our benefits office attempting to get this matter rectified.*

*In May, August and October my copay was $82.82. In April of 2018 I paid $408.42 . I feel that on only honorable thing to do is refund me the difference of $325.41.*

**** ********

**Castia RX Response**

**Business Response** - 09/10/2018

Copay assistance cards are provided by the manufacturer of the medication. ******** does not proactively seek out the programs and add them to a patient profile as they are between patient and manufacturer and information must be provided by patient. The patient was enrolled in auto-refill for the medication, generating the April order. The program does not hold previous secondary billing attachments to a prescription. In this instance the patient would have received an invoice in the order detailing the copay amount paid. The patient also recieved an outbound call on April 12, informing him of the copay amount. Call notes indicate that patient approved the copay and gave authorization for credit card on file to be charged. Patient did not request copay be looked into until August 10 call. On September 6, ******** emailed patient the manufacturer reimbursement form as well as a copy of the receipt to supply for reimbursement regarding this claim. ******** will supply and support patient with information he may need to obtain manufacturer reimbursement for this claim.


Thank you,


******** Grievance Support

**Consumer Response** - 09/13/2018

Complaint: ********

I am rejecting this response because:

See the attached documentation.

I was promised a phone call back and I have never received one even after calling them 12 times. I'm sure that this has to be a violation of some sort. Its ethically wrong. I noticed that they come up with a lot of excuses in there responses but there is no excuse that they can come up with that will excuse them of there obligation to call customers back.

******** has the worst customer service that I have ever experienced in my life. My phone records indicate that I have called them 12 times about this issue and to this day I have never received a call back. I was promised a call back after each phone call. As far as I'm concerned there is absolutely no excuse for this. This could have been resolved very easily by a returned phone call and a reimbursement of $325.41 for their error in failing to submit the claim as they had done 3 times in 2017. My next step is to contact the department of health complaint division in addition to all board members of *** unless this gets resolved.


Sincerely,

**** ********

**Complaint Type:** Problems with Product/Service     **Status:** Answered

08/14/2018

I placed an online order through Castriarx/LDI and they "lost" my order. I called them to see why my order hadn't shipped and that is when they told me there was a disconnect between their online ordering and filling the order. I informed them I was now out of medicine and wanted it shipped overnight. The lady said that wasn't available at this time

and that more pressing orders took precedent. I'm sorry but their screw up led me to running out of medicine and I've been out for a few days when I ordered in plenty of time to prevent this. They were no help and didn't seem to care. When I placed the order I received an email confirmation. I received the email confirmation on August 7th 2018 and it is now the 14th and I will not receive my medicine until the 16th. This is simply uncalled for and downright dangerous.

**Castia RX Response**                                                     08/27/2018

CastiaRx appreciates the opportunity to address member complaint.  In reviewing the matter, the customer service representative was unable to locate the order by the confirmation number member had provided.  Our internal system did not show a placed order.  The customer service repped entered a new order on 8/13 and advised the member that it may take 3 business days to arrive.  The member did request it be overnighted to him.  The customer service representative advised that it could not be shipped via overnight delivery.  The representative explained to the member than an override could be provided if he wanted to go to a local retail pharmacy to obtain his medication right away prior to order arriving.  CastiaRx apologizes for the inconvenience this member experienced. We will continue to work to improve service to gain customer satisfaction.

Thank you,

Grievance Support

**Customer Response**                                                     08/29/2018

Complaint: ********

I am rejecting this response because:
  I received an email confirmation when I placed the order online. Their line about not seeing an order placed is unacceptable. This was blood pressure medicine and it was an extremely dangerous mistake. Castia simply saying that they will work to improve service is not an acceptable outcome. Their online ordering system in highly dangerous.

Sincerely,

**** ******

**Complaint Type:** Delivery Issues     **Status:** Answered

07/02/2018

THE ISSUES IS WITH THE PHARMACY, CUSTOMER SERVICE AND DELIVERY. EVERY MONTH I HAVE TO SPEND COUNTLESS HOURS ON THE PHONE WITH THIS COMPANY TO JUST GET MY ROUTINE PRESCRIPTIONS. THIS MONTH I HAVE RAN OUT OF TWO MEDICATIONS BECAUSE OF THE PHARMACY JUST NOT DOING THEIR JOB. I AM NOW GOING TO RUN OUT OF A THIRD MEDICATION AS OF THIS EVENING BECAUSE THE PHARMACY WILL NOT SEND OUT MY PRESCRIPTIONS IN TIMELY FASHION. I HAVE ASK TO SPEAK TO MANAGERS AND I HAVE BEEN TOLD THERE ARE NONE AVAILABLE. TODAY I ASKED TO SPEAK TO A MANAGER AND WAS GIVEN A SUPERVISOR - WHO APPARENTLY CANNOT ASSIST ME PROPERLY AND I HAVE TO WAIT FOR A CALL BACK. MY MEDICATIONS THAT WERE PROMISED TO BE SHIPPED ON FRIDAY ARE READY TO SHIP TODAY AND I AM OUT OF MEDICINE TONIGHT. I AM DEMANDING THAT THEY DELIVER THIS MEDICATION TODAY. I WAS ON THE PHONE WITH THEM ALL LAST WEEK. AT LEAST 5 TIMES, ONLY TO BE WITHOUT MY MEDICATION. THIS IS A REOCCURRING EVENT EVERY SINGLE MONTH MY ANXIETY AND STRESS LEVEL IS CONSTANTLY BEING INCREASED, CAUSING MORE DAMAGE TO MY HEALTH ISSUES. THIS COMPANY NOW KNOWN AS CASTIARX SAME CONTACT INFO.

**Castia RX Response**                                                    07/10/2018

We are in receipt of the complaint referenced above regarding patient ******* ***************. Ms. ****************' complaints surrounding three medications were recently filed by CastiaRx Pharmacy (formerly LDI Pharmacy).

On the last several orders of ******* (dated 5/22/18, 6/27/18), quantities less than 30 days' supply were authorized by the prescriber (60 capsules and 30 capsules, respectively). This required multiple interventions from the pharmacy to the prescriber. The order requested in May was sent to the same prescriber as the previous prescription. There was no indication a new prescriber needed to be contacted. The most recent order, dated 6/27 with UPS confirmed delivery date of 7/3, was not received according to the patient's call on 7/5. A new order was received and sent the same day with delivery on 7/6.

****** was also processed on 6/27 in response to a prescription received from the prescriber. This order was shipped along with the ******* order, with delivery date of 7/3. There has been no indication from the patient that this order was not received.

********* was ordered on 6/25 and required authorization from the prescriber. This order shipped on 6/29 with delivery on next UPS business day, 7/2.

In order to make orders flow more smoothly, I have removed the copay authorization flag from the patient's account. This process can delay orders and slows down the mail order process. The patient may also place orders in multiple methods to ensure prompt service: IVR ordering, online, via our customer service team, or opting in to the automatic refill program.

**Complaint Type:** Delivery Issues      **Status:** Answered

05/01/2018

My insurance forces us to use LDI as my pharmacy. Within the last 6 months the service has changed there drastically. My doctor has now resorted to calling in my scripts 10 days ahead of time and I still do not receive my prescription until days after it is due to be refilled. For example: my refill was due Friday (4/27) and today (5/1) they're saying it wont be delivered until Thursday (5/3). That puts me 6 days without my medication. I call daily to make sure it will be shipped and they always assure me yes, but it never happens. My doctor is almost monthly having to call me in a week script to the local pharmacy just so I don't run out of my meds. This is a serious matter. They are playing with people's health.

**Castia RX Response**05/07/2018

See attached

**Complaint Type:** Problems with Product/Service     **Status:** Answered

03/27/2018

Two weeks ago I was informed that my prescriptions had been denied at my local pharmacy and that I would have to receive all medications via mail order. I called the ***** ********* ******* ****** and they sent a request to LDI Rx asking for assistance with the issue. They called multiple times and received no response. I went ahead and called three times and was on hold for a total of 40 minutes. When I was finally able to speak to a representative, they sent my prescriptions to my local pharmacy, but failed to give me sufficient information to manage my mail order account. They also still have yet to return ****'s calls. I requested an account number and when I attempted to sign up for an online account, I received an error message for the AR number. I was given 6 digits instead of 5. I can never get a representative when I need important information. I am required to call again in a few weeks when my medication is close to running out and I fear that I will be able to reach them and get my medication in time. I have left multiple requests for someone to return my call but have not received any response.

**Castia RX Response**                                                                04/02/2018

We are in receipt of the complaint referenced above, regarding patient Dineen *****.  in reviewing this complaint, please note the following timeline:

1.  3/19/18 - Ms. ***** called due to prescription claims rejecting at a local pharmacy.  Ms. *****'s benefit plan requires members to use the mail service pharmacy for certain medications.  An LDI representative in the benefits call center contacted ****'s account representative for override approval to allow Ms. ***** to have her prescription filled at the local pharmacy.  Ms. ***** also established a profile for mail order and was instructed to contact LDI Pharmacy when down to 7-10 days of medication remaining on hand.  The patient was notified the overrides were approved and the medications may be processed at the local pharmacy.  The representative also provided Ms. ***** with her account number for online access and notified the patient this is a refill portal.  However, the representative was not explicit in detailing to the patient that enrollment is not an option using the online refill portal until a patient receives their first prescription from the mail pharmacy.

2.  3/27/18 - a LDI supervisor contacted Ms. ***** to discuss the issues detailed in the complaint.  It was reiterated that the account number provided (6 digits) was appropriate but cannot be used until at least one order has been processed through LDI Pharmacy.  Prescriptions were also obtained from the patient's prescriber and have been set up to process when she is due for her next refill.  The patient acknowledged understanding of the mail order process and next steps at the end of this call.

3.  The patient was provided a direct extension for contact at the time of the call on 3/27/18, ensuring the desired settlement requested in the complaint has been met.

Please let u know if you have additional questions regarding this matter.  I may be reached at ************ ********* *****

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

© 2019, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved.