# Exhibit W



| | |
|---|---|
| **Company:** | DIPLOMAT PHARMACY, INC. |
| **Document:** | 10-K (FY 2018) • 3/18/2019 |
| **Section:** | Entire Document |
| **File Number:** | 001-36677 |
| **Pages:** | 121 |

12/9/2019 12:52:22 PM

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-K
**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934**
**For the year ended December 31, 2018**
**Commission File Number: 001-36677**

## Diplomat Pharmacy, Inc.
(Exact name of registrant as specified in its charter)

| **Michigan** | **38-2063100** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**4100 S. Saginaw Street**
**Flint, Michigan 48507**
**(888) 720-4450**
(Address, including zip code, and telephone number,
including area code, of registrant's principal executive offices)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, no par value per share | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☒

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☒ | Accelerated filer ☐ |
|---|---|
| Non-accelerated filer ☐ | Smaller reporting company ☐ |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the Registrant's common stock held by non-affiliates of the Registrant was approximately $1,445 million as of June 30, 2018 based on the reported last sale price as reported on the New York Stock Exchange on that date. Shares of the registrant's Common Stock held by executive officers, directors and holders of 10 percent or more of the Common Stock outstanding have been excluded from this calculation because such persons may be deemed affiliates of the registrant; such exclusion does not reflect a determination that such persons are affiliates of the registrant for any other purpose.

The Registrant had 74,489,773 shares of Common Stock outstanding as of March 15, 2019.

**DOCUMENTS INCORPORATED BY REFERENCE**

Certain portions, as expressly described in this report, of the Registrant's Proxy Statement for its 2019 Annual Meeting of Shareholders to be filed within 120 days of December 31, 2018, are incorporated by reference into Part III, Items 10-14 of this report.

Table of Contents

**DIPLOMAT PHARMACY, INC.**
**2018 ANNUAL REPORT ON FORM 10-K**
**INDEX**

| | Page No. |
|---|---|
| **PART I** | |
| Item 1 — Business | 6 |
| Item 1A — Risk Factors | 23 |
| Item 1B — Unresolved Staff Comments | 46 |
| Item 2 — Properties | 46 |
| Item 3 — Legal Proceedings | 47 |
| Item 4 — Mine Safety Disclosures | 47 |
| **PART II** | |
| Item 5 — Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 48 |
| Item 6 — Selected Financial Data | 49 |
| Item 7 — Management's Discussion and Analysis of Financial Condition and Results of Operations | 51 |
| Item 7A — Quantitative and Qualitative Disclosures about Market Risk | 64 |
| Item 8 — Financial Statements and Supplementary Data | 65 |
| Item 9 — Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 113 |
| Item 9A — Controls and Procedures | 113 |
| Item 9B — Other Information | 115 |
| **PART III** | |
| Item 10 — Directors, Executive Officers and Corporate Governance | 116 |
| Item 11 — Executive Compensation | 116 |
| Item 12 — Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 116 |
| Item 13 — Certain Relationships and Related Transactions, and Director Independence | 116 |
| Item 14 — Principal Accountant Fees and Services | 116 |
| **PART IV** | |
| Item 15 — Exhibits and Financial Statement Schedules | 117 |
| Item 16 — Form 10-K Summary | 120 |
| Signatures | 121 |
| Exhibits | |

Table of Contents

specialty drug we distribute could materially and adversely impact our volumes, net revenues, profitability and cash flows. During the course of 2018, we experienced drug shortages that resulted in an increase in our cost of sales, instances in which we were required to limit the amount of a prescription dispensed and a decrease in our profit margin. Should this trend continue with other supplies our financial condition could deteriorate materially and our results of operations could be adversely affected.

***We are highly dependent on our senior management and key employees. Competition for healthcare employees is intense, and we may not be able to attract and retain the highly skilled employees that we need to support our business and our anticipated future growth or effectively plan for succession.***

Our success largely depends on the skills, experience and continued efforts of our management. We have recently appointed new key executives, including our chief executive officer, and we expect to hire or promote additional key management team members. Furthermore, we intend to grow the business, which will depend on our ability to attract, motivate and retain highly qualified individuals in key management, pharmacist, nursing and similar roles. Competition for senior management and other key personnel in the healthcare field is intense, and the pool of suitable candidates is limited. In addition, the realization of the expected benefits from our recent, and potentially future, acquisitions will depend to some extent on our ability to retain key employees from the entities we have acquired or may acquire in the future. If we fail to provide sufficient incentives to motivate and retain our key executives, our business and prospects may suffer. If we lose the services of one or more of our key employees, we may not be able to find a suitable replacement and our business could be materially adversely affected.

In June 2018, Brian Griffin was appointed chairman of the board of directors and chief executive officer. Furthermore, in January 2019 the Company and Joel Saban, our former president, mutually agreed that Mr. Saban would resign from his position as the Company's president. In addition, in March 2019 the Company and Mr. Kavthekar mutually agreed that Mr. Kavthekar would resign from his position as the Company's chief financial officer, effective April 5, 2019. Our ability to implement effective succession planning is a key factor for our long-term success. Failure to effectively transfer knowledge and facilitate smooth transitions for key employees could adversely affect our long-term strategic planning and execution, and the morale and productivity of the workforce could be disrupted, all of which may adversely affect our business, financial condition, operating results and prospects.

***Our cost savings and restructuring initiatives may be disruptive to our workforce and operations and adversely affect our financial results.***

In response to the business environment and to accomplish our strategic objectives, we are undertaking certain cost savings and restructuring initiatives across all sectors of our business. To the extent such initiatives involve workforce changes, such changes may temporarily reduce workforce productivity, which could be disruptive to our business and adversely affect our results of operations. In addition, we may not achieve or sustain the expected cost savings or other benefits of our restructuring plans, or do so within the expected time frame.

***A disruption in our operations could hurt our relations with our constituents and significantly impact our results of operations.***

Our business is dependent on a number of different operations, products and processes, many of which involve third parties. A disruption in our business operations could result from, among other things, contamination of drugs or a failure to maintain appropriate shipment and storage conditions, including maintenance of our coolers for products that require refrigeration, an error in order processing, the unavailability of services provided by our suppliers, vendors or shipping carriers, labor strikes, or unanticipated disruptions at our dispensing facilities, call centers, data centers, or corporate facilities, which could have a material adverse effect on our business and results of operations. Furthermore, we are in the process of implementing a new operating system within our specialty segment. Should we experience any issues or delays with its implementation, we may be unable to appropriately record and track revenue, costs of sales, accounts receivable and inventory, adjudicate claims or otherwise process and dispense prescriptions; as a result, our business could be materially adversely affected.

***We have identified a material weakness in our internal control over financial reporting. If we fail to remediate this material weakness, our ability to produce accurate and timely financial statements could be impaired, which could adversely affect investor views of us and the value of our common stock.***

As a public company, we are required to comply with the standards adopted by the Public Company Accounting Oversight Board in compliance with the requirements of Section 404 of the Sarbanes-Oxley Act of 2002, as amended, regarding internal control over financial reporting. In connection with our evaluation of compliance, we identified a

30

Table of Contents

material weakness in our internal control over financial reporting during the fourth quarter of 2018. A "material weakness" is a deficiency, or a combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of our annual or interim financial statements will not be prevented or detected on a timely basis. We identified that effective internal controls over financial reporting were not implemented at two of our recently acquired subsidiaries, LDI acquired in December 2017, and NPS acquired in November 2017. Specifically, we did not maintain effective revenue controls to ensure:

- adequate review of initial client set up or monitoring of subsequent changes to customer contract terms;
- adequate review of revenue reconciliations and related billings;
- adequate review of rebate accruals and reconciliations;
- adequate review of performance guarantees;
- adequate review over the completeness and accuracy of reports and spreadsheets used in the operation of certain internal controls over financial reporting for revenues; and
- adequate review of user access administration and program change reviews to revenue applications.

The remediation actions we are taking, and expect to take, include: assessment of the management resources in various departments, including finance and accounting, at LDI and NPS to ensure there is the appropriate level of knowledge, experience and training as well as the appropriate reporting structure to establish and maintain adequate internal controls over financial reporting; enhancement of the management review controls over revenue reconciliations, particularly the depth of review regarding reconciling revenue items; enhancement of the LDI and NPS quality assurance review process over initial contract pricing setup and ongoing changes and implementation of documentation procedures to evidence the management review controls and monitoring of client performance. However, these steps will take time to fully integrate and confirm, and until the remediation steps are fully implemented and tested, the material weakness will continue to exist.

If we fail to remediate the identified material weakness or identify further material weaknesses, we may not be able to accurately report our financial results, prevent fraud, or file our periodic reports in a timely manner, which may cause investors to lose confidence in our reported financial information and may lead to a decline in our stock price. In addition, our failure to timely file our periodic reports could eventually result in the delisting of our common stock from the New York Stock Exchange, regulatory sanctions from the SEC, and/or the breach of the terms contained in our credit facility, or any preferred equity or debt securities we may issue in the future, any of which could have a material adverse impact on our operations and your investment in our common stock.

***We are a decentralized company, which presents certain risks.***

The Company operates in a relatively decentralized structure. As a result, this decentralization places significant control and decision-making powers in the hands of local management. This presents various risks, including the risk that we may be slower or less able to identify or react to problems affecting our businesses than we would in a more centralized environment. In addition, the decentralization may cause us to be slower to detect compliance related problems, make our design of effective internal controls more challenging, and lead to difficulties in implementing "company-wide" business initiatives, such as the integration of disparate information technology systems. Each of these challenges may be more costly to implement, and the risk of failure potentially higher, than would be the case in a more centralized structure. Depending on the nature of the problem or initiative in question, the failure to implement company-wide initiatives could materially adversely affect our business, financial condition or results of operations.

***Investment in new business strategies and initiatives could disrupt the Company's ongoing business and present risks not originally contemplated.***

The Company has invested, and in the future may invest, in new business strategies or initiatives, including with respect to its data and analytics capabilities. Such endeavors may involve significant risks and uncertainties, including distraction of management from current operations, lack of expertise to effectively execute such strategies or initiatives, insufficient revenue to offset liabilities assumed and expenses associated with the strategy, inadequate return of capital, and unidentified issues not discovered in the Company's due diligence. These new ventures are inherently risky and may not be successful. Even if successful they may not have the projected or actual impact that