**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IRON WORKERS LOCAL NO. 25 PENSION FUND, et al., | Case No. 1:19-cv-01735 |
| Plaintiffs, | Hon. Virginia M. Kendall |
| v. | |
| DIPLOMAT PHARMACY, INC., et al., | |
| Defendants. | |

**INDEX OF EXHIBITS TO DEFENDANTS' MOTION TO DISMISS
THE CONSOLIDATED COMPLAINT**

| EXHIBIT | DESCRIPTION |
|---|---|
| A | 11/15/2017 Call Transcript (cited in CC ¶¶ 44, 46–50) |
| B | 3/1/2018 Form 10-K (excerpt) (cited in CC ¶¶ 167–68), *available in full at* https://www.sec.gov/Archives/edgar/data/1610092 /000110465918014114/a18-1109_110k.htm |
| C | 2/26/2018 Call Transcript (cited in CC ¶¶ 13, 58, 63, 115, 117, 126–27, 130, 144) |
| D | 5/8/2018 Call Transcript (cited in CC ¶¶ 60, 63, 117, 131) |
| E | 8/6/2018 Call Transcript (cited in CC ¶¶ 13, 65, 67, 122, 144) |
| F | 9/12/2018 Conference Transcript (cited in CC ¶¶ 69, 71) |
| G | 9/5/2018 Conference Transcript (cited in CC ¶¶ 68, 71) |
| H | 11/6/2018 Call Transcript (cited in CC ¶¶ 14, 73–74, 80, 142) |
| I | 1/7/2019 Conference Transcript (cited in CC ¶¶ 15, 28, 84–85) |
| J | 2/22/2019 Form 8-K (cited in CC ¶¶ 16, 91–92, 134, 156) |

| EXHIBIT | DESCRIPTION |
|---|---|
| K | 3/15/2019 Form 8-K (excerpt) (cited in CC ¶ 135), *available in full at* https://www.sec.gov/Archives/edgar/data/1610092/000110465919015007/a19-6509_28k.htm |
| L | 2/26/2018 Form 8-K |
| M | 3/15/2019 Call Transcript (cited in CC ¶¶ 98–101, 122–23) |
| N | 6/21/2018 Analyst Report (cited in CC ¶¶ 121, 147) |
| O | 8/9/2019 Form 8-K (excerpt), *available in full at* https://www.sec.gov/Archives/edgar/data/1610092/000110465919045028/a19-16852_18k.htm |
| P | 11/12/2019 Form 8-K (cited in CC ¶¶ 17, 105–06, 108, 157) |
| Q | 12/9/2019 Form 8-K (excerpt), *available in full at* https://www.sec.gov/ix?doc=/Archives/edgar/data/1610092/000110465919070765/tm1924750d1_8k.htm |
| R | 2/7/2020 Schedule 14D-9/A |
| S | 5/7/2019 Call Transcript |
| T | CastiaRx Better Business Bureau Webpage (cited in CC ¶¶ 54–55) |
| U | Securities and Exchange Commission, Division of Corporation Finance, *Financial Reporting Manual* (excerpt) (last updated July 1, 2019), *available in full at* https://www.sec.gov/files/cf-financial-reporting-manual.pdf |
| V | Securities and Exchange Commission, *Management's Report on Internal Control Over Financial Reporting and Certification of Disclosure in Exchange Act Periodic Reports* (September 24, 2007) ("SEC 2007 FAQ") |
| W | 3/18/2019 Form 10-K (excerpt) (cited in CC ¶¶ 102–03, 139, 141–42, 161, 171), *available in full at* https://www.sec.gov/Archives/edgar/data/1610092/000110465919015644/a19-30111_110k.htm |
| X | Securities and Exchange Commission, *Management's Report on Internal Control Over Financial Reporting and Certification of Disclosure in Exchange Act Periodic Reports Frequently Asked Questions* (October 6, 2004) ("SEC 2004 FAQ") |