# Exhibit C

**Company Name:** Diplomat Pharmacy    **Market Cap:** 1,698.38    **Bloomberg Estimates - EPS**
**Company Ticker:** DPLO US    **Current PX:** 23.27    **Current Quarter:** 0.246
**Date:** 2018-02-26    **YTD Change($):** +3.20    **Current Year:** 1.024
**Event Description:** Q4 2017 Earnings Call    **YTD Change(%):** +15.944    **Bloomberg Estimates - Sales**
   **Current Quarter:** 1296.700
   **Current Year:** 5442.846

# Q4 2017 Earnings Call

## Company Participants

- Jeffrey G. Park
- Atul Kavthekar
- Joel Saban

## Other Participants

- Lisa C. Gill
- John C. Kreger
- Kevin Caliendo
- Brooks O'Neil
- David M. Larsen
- Erin Wilson Wright
- John W. Ransom
- Ricky R. Goldwasser
- Glen Santangelo

# MANAGEMENT DISCUSSION SECTION

## Operator

Hello and welcome to Diplomat's Fourth Quarter and Full Year 2017 Earnings Conference Call.

At this time, I would like to inform all participants that their lines will be in a listen-only mode. After the speakers' remarks, there will be a question-and-answer period. [Operator Instructions] Please note after the market closed earlier today, Diplomat issued its fourth quarter and full year 2017 earnings press release. Before we begin today, I need to read the following safe harbor statement.

As you know, some of the company statements made on this conference call will be forward-looking statements, which may include financial projections or other statements of the company's plans, objectives, expectations, or intentions. These matters involve certain risks and certainties.

The company's actual results may differ significantly from those projected or suggested in any forward-looking statement due to a variety of risks and uncertainties, which are discussed in detail in the company's Annual 10-K report and subsequent filings with the Securities and Exchange Commission. These statements speak only as of the date hereof or the date specified on the call. Except as required by law, the company does not undertake any obligation to update or otherwise release publicly any revisions to its forward-looking statements.

During this call, the company will also discuss non-GAAP financial measures. Please refer to the tables included in the company's earnings press release just issued for a reconciliation of these non-GAAP measures to the comparable GAAP measures and a related discussion thereof. A replay of the call is accessible through a link on the Investor Relations page of the company's website and it will be available for 90 days.

I will now turn the call to Jeff Park, Interim CEO of Diplomat. Jeff?

Company Name: Diplomat Pharmacy
Company Ticker: DPLO US
Date: 2018-02-26
Event Description: Q4 2017 Earnings Call

Market Cap: 1,698.38
Current PX: 23.27
YTD Change($): +3.20
YTD Change(%): +15.944

Bloomberg Estimates - EPS
Current Quarter: 0.246
Current Year: 1.024
Bloomberg Estimates - Sales
Current Quarter: 1296.700
Current Year: 5442.846

## Jeffrey G. Park

Thank you for joining us this evening. I'm joined by Atul Kavthekar, our CFO, and Joel Saban, our President.

In addition to reviewing our fourth quarter and full year 2017 results and our outlook for 2018, I want to spend some time providing an overview of our go-to-market strategies in each area: first, specialty; second, infusion services; and third, PBM. I will also touch on how we see these businesses growing together and delivering long-term sustainable value for our shareholders.

I would like to begin by noting how pleased we are with our results for the fourth quarter and the hard work of our team in 2017. Thanks to the commitment of our employees, to our patients, Diplomat is poised for growth in 2018 and beyond.

I have had the opportunity to work with many of our new team members across the organization since stepping into the role of Interim CEO. It's clear to me we have a deep bench of talent in place to lead and scale this organization as we grow and evolve. The board is continuing the search to identify a permanent CEO with the assistance of a leading independent executive search firm. The process is ongoing and the board is committed to moving diligently and swiftly.

Selecting the company's CEO is a responsibility the board takes very seriously and the board is committed to taking the necessary time to select the ideal candidate with the right experience and capabilities to lead Diplomat into the future. As the board conducts its search, my focus is on growing the company and delivering for our patients, members, partners, and shareholders.

Turning to our financial results, we had a strong finish to 2017 with revenues of $4.5 billion and adjusted EBITDA of $101.8 million. We are also restating our bullish outlook for 2018. We expect revenues to be in the range of $5.3 billion to $5.6 billion, representing an approximate 22% increase over 2017 results.

We expect adjusted EBITDA in the range of $164 million to $170 million, representing approximately 64% increase over our 2017 results. Our primary focus in 2018 is on growing specialty, infusion and our PBM businesses. This focus on growth reflects our determination to address the unmet needs of the many players in the healthcare industry, many of whom we work with every day through our complimentary services. Atul will expand on our results for the quarter, full year and outlook for 2018 in a few minutes.

Before turning it over to Atul to do that, I will outline where each of our go-to-market strategy stands and how we see them fueling our future growth.

At Diplomat, we have multiple growth drivers to take advantage of this changing landscape. First, the specialty pharmacy market is the largest and fastest growing segment in the pharmacy supply chain in the United States. In 2016, we spent $450 billion as a country on medication. Of that $450 billion, approximately 40% or $180 billion was in the specialty category and that figure is expected to grow to 50% of total spend or $300 billion of specialty drug spend by 2021.

Diplomat has built a strong footprint to expand in this dynamic space. By focusing on our patient and physician services, we have led the industry with the highest service levels for large specialty providers. We know patients and physicians need a partner helping ensure they receive these complex and costly treatments. Unlike the majority of the specialty pharmacies in the market, Diplomat is built on a business model based on patients and physicians choosing us because of our outstanding service.

We utilize our relationships with biotech and drug innovators to ensure we have access to virtually all limited distribution drugs. We bring the power of these manufacturers directly to our patients ensuring they have access to the medications, as well as clinical expertise and patient assistance. By bringing the manufacturer relationships directly to patients, we can help keep costs down for this expensive category.

At Diplomat, we know our role is not only to provide great service and access, but to ensure cost-effective products, such as specialty generics and biosimilars getting fully utilized. This is a huge opportunity for us, 64 patents for

Company Name: Diplomat Pharmacy
Company Ticker: DPLO US
Date: 2018-02-26
Event Description: Q4 2017 Earnings Call

Market Cap: 1,698.38
Current PX: 23.27
YTD Change($): +3.20
YTD Change(%): +15.944

Bloomberg Estimates - EPS
Current Quarter: 0.246
Current Year: 1.024
Bloomberg Estimates - Sales
Current Quarter: 1296.700
Current Year: 5442.846

specialty molecules and 73 patents for biologicals expire through 2021. This represents a $23 billion opportunity for generics and a $46 billion opportunity for biosimilars.

As outlined in our press release last week, our programs to drive utilization of new generics and biosimilars save patients thousands per month. At Diplomat we've rolled out enhanced programs, which make sure patients and physicians are confident with the new treatment and the side effects, saving up to 50% of the cost for patients and payors on these initial fills. Having a model aligned to patients and payor savings versus pushing for unnecessary utilization or backend hidden rebating allows us to keep our model aligned with our clients' interests.

Turning to our infusion solutions; we have continued to see a strong demand with patients and payors who are looking to have specialty infusion done in a lower cost home setting rather than hospitals or clinics and realizing the savings of this more effective delivery model.

Demand is also driven by patients who are looking for more convenience and comfort having their care delivered where it's best for them, including at their homes. At Diplomat, our focus is on chronic care. This offers us the opportunity to work with patients and their caregivers on an ongoing basis. As a result, we have longer, deeper relationships with our patients and physicians.

Now let's turn to our PBM solutions. In the final days of 2017, we completed the acquisition of LDI. Our integration is off to a strong start. We have a team of executives who have been part of the majority of PBM acquisition transaction over the past two decades. Acquisition integration is a core competency for us, and we are following a battle-tested program. We are executing our integration with a few key priorities in mind.

First, our guiding principle is to make the process as seamless as possible for our members and clients. Second, we are applying best practices to drive a consistent and superior operating process. And third, we have brought to market our suite of specialty pharmacy and infusion services to our new small and middle market PBM clients. This is being well-received in our initial discussions with clients and consultants, who are looking for alternatives to the established models. Entering the PBM market is critical to our growth strategy and a perfect complement to our specialty business. There are no middle market PBMs that have our specialty scale, service and full portfolio of limited distribution drugs. This is a clear differentiator for our PBM offering.

In addition to capturing the specialty growth opportunities, we now have the ability to provide PBM services and capabilities to consultants and employers in the middle market, which we define as 500 to 5,000 employees. We are bringing to the middle market our patient and clinical services to help drive better patient outcomes at a lower cost.

With our PBM acquisitions, we now have access to almost $800 million in new drug spend through our PBM to target patients and physicians who would be better served by our high-touch specialty model.

With 80% of healthcare costs driven by 20% of the population, our model is to target and build programs that support high-cost patients and help deliver them the best care. I know you agree the PBM and health plan market has undergone some rapid consolidation, leaving the middle market and smaller employers looking for better services for the value they pay.

Additionally, with some large players continuing to consolidate, we expect this activity will accelerate the middle and small market employers who are wrapped into these large providers to look for more customized, cost-effective solutions than they currently have. As a market disruptor, we benefit from large changes and transformations in this industry. It creates churn and churn creates market share gains.

Looking at the big picture, patients continue to be the center of everything we do and the opportunities in front of us are particularly exciting from the patient perspective. Individually, our go-to-market strategies across specialty, infusion and PBM have strong growth drivers. However, these businesses together will allow Diplomat to grow even faster. Together, they are greater than the sum of their parts.

At our stage and size, we have the market in front of us and the law of small numbers on our side. We are positioned to take share through 2018 and position Diplomat strongly for both our near and long-term growth prospects.

Company Name: Diplomat Pharmacy
Company Ticker: DPLO US
Date: 2018-02-26
Event Description: Q4 2017 Earnings Call

Market Cap: 1,698.38
Current PX: 23.27
YTD Change($): +3.20
YTD Change(%): +15.944

Bloomberg Estimates - EPS
Current Quarter: 0.246
Current Year: 1.024
Bloomberg Estimates - Sales
Current Quarter: 1296.700
Current Year: 5442.846

With that, I'll turn the call over to Atul. Atul?

## Atul Kavthekar

Thank you, Jeff, and thank you everyone for joining us this evening. This has been an exciting year for Diplomat. We've made a number of important changes and worked hard to lay the foundation to support future growth.

Today I will review our fourth quarter and full year 2017 results and provide some additional color on our outlook for 2018. As Jeff stated, we are very pleased with the way we ended the year and with our Q4 results.

Revenue for the fourth quarter 2017 was $1.155 billion. This increase included $48 million from new acquisitions offset by year-over-year decline in hepatitis C volumes and termination of unprofitable contracts in late 2016. Hep C continues to be a decreasing part of our business, representing less than 5% of specialty revenues in the quarter. We expect hep C to impact year-over-year comps through the first quarter of 2018.

As a reminder, our PBM acquisitions, which were only included in our results for the final days of the year, were indicated to generate approximately $420 million in revenues in 2017 on a pro forma basis, which after adjusting for known client changes, will generate revenues of approximately $90 million to $120 million on a quarterly basis moving forward. These revenues are expected to follow a quarterly pattern typical of PBMs, with the lowest quarter being Q1, due to members paying directly more to pharmacies due to their deductibles, and the highest being Q4.

I continue to be quite pleased with the progress our new leaders and various teams have made in a relatively short period of time. Not only have they been impactful around our cost of goods, but also in building stronger relationships with our clients and creating opportunities around reimbursement. As such, gross profit in the fourth quarter of 2017 was $93 million and generated an 8.1% gross margin, versus $84 million and 7.3% in the quarter last year. And gross profit dollars per script increased to $353 from $342 a year ago.

In the quarter, we incurred approximately $1.4 million in interest expense associated with one-time adjustments for the refinancing of our prior debt. Going forward, we expect first quarter interest charges to be in the range of $10 million to $12 million. Our net income was $6.5 million in the quarter compared to a loss of $1.1 million in the fourth quarter 2016.

There were two noteworthy items that impacted our net income this quarter. The first was income tax. Income tax for the quarter was a benefit of $8.2 million compared to an expense of $1.8 million for the fourth quarter in 2016. With the passage of the Tax Cut (sic) [Tax Cuts] and Jobs Act just days after we closed the LDI acquisition, we restated all deferred tax asset and liabilities based on the new statutory rate. Since after giving effect to the LDI acquisition, we carried a net deferred tax liability at the time of passage. This resulted in a one-time gain for the company.

Second, we recognized incremental amortization and one-time expenses related to the PBM acquisitions. Going forward, we expect total depreciation and amortization, inclusive of our PBM acquisitions, to be between $95 million and $97 million in 2018, roughly evenly split in each quarter.

Adjusted EBITDA for the quarter came in at $26.6 million, which, as mentioned earlier, includes a few days of de minimis contribution from LDI. To remind you, we indicated our PBM acquisitions would add approximately $46 million in pro forma 2017 EBITDA.

Additionally, we expect to achieve $4 million to $6 million in synergies over 2018. As we think about quarterly EBITDA going forward, we'd expect synergy achievement to grow throughout 2018. Our GAAP diluted earnings per share for the fourth quarter was $0.09 a share versus a loss of $0.02 a share a year ago, and diluted non-GAAP adjusted earnings per share was $0.18 compared to $0.08 a year ago.

Now to full year highlights.

Overall, 2017 was a successful rebuilding year for Diplomat and reflects our leadership team's ability to drive necessary changes, execute on our priorities and set a strong foundation for future growth. For the full year 2017,



| | | |
|---|---|---|
| Company Name: Diplomat Pharmacy | Market Cap: 1,698.38 | Bloomberg Estimates - EPS |
| Company Ticker: DPLO US | Current PX: 23.27 | Current Quarter: 0.246 |
| Date: 2018-02-26 | YTD Change($): +3.20 | Current Year: 1.024 |
| Event Description: Q4 2017 Earnings Call | YTD Change(%): +15.944 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1296.700 |
| | | Current Year: 5442.846 |

revenue was $4.485 billion and represents an increase of roughly 2% year-over-year, adjusted EPS was $0.84 compared to $0.75 from the year before. Adjusted EBTIDA was $101.8 million, which is the upper end of our guidance range.

During 2017, we generated strong cash flows from operations of $135 million. This allows us to rapidly repay debt as we go forward. We ended the year with $654 million of net debt, which represents approximately 3.8 times the high end of our 2018 adjusted EBITDA range. We expect to continue to be a strong cash generator, which will allow us to be below 3 times EBITDA in 2019.

Let me now update you on our outlook for 2018, which really reflects our confidence in the growth potential of our go-to-market strategies, and our unique position in the markets we're in. As you know, we made a number of investments last year both organic and inorganic to facilitate growth across the enterprise.

The strategy that Jeff outlined earlier are aligned towards the goal of accelerating our top-line and adjusted EBITDA growth, as well as improving our cash flow. In line with our double-digit growth expectations; and as we announced in early January, we expect revenue between $5.3 billion and $5.6 billion, an increase of approximately 24% based on the high end of this range. Included in these assumptions are growth for all parts of our business in excess of the industry specialty spend trend of 4% to 6%.

Our guidance incorporates assumptions around a reimbursement environment, including DIR, consistent with last year's results, as well as traction in the second half of the year from our investments in our sales organizations.

As we outlined in November, our PBM revenue accounting includes an estimated $388 million of acquired gross revenue and $32 million of net revenue, each contract is reviewed for the proper treatment under the new rules for revenue recognition in 2018.

In addition, our client teams are actively pursuing additional services to deliver to each of our PBM clients, which may change this classification for some or all net revenue contracts. We will keep you apprised moving forward.

We expect adjusted EBITDA to be in the range of a $164 million to $170 million, representing an approximately 67% increase based on the high end of this range. As well, our EBITDA margin at the midpoint is approximately 3.1% or roughly 80 basis point expansion over 2017 margins. This reflects the contribution of our higher margin PBM business, combined with sustained or expanded margins across the other businesses as we continue to yield favorable results on our drug purchase initiatives.

Net income is expected to be between $4.5 million and $13 million. Here we've assumed an effective net tax rate of 24% to 27% for the year. Diluted EPS is expected to be between $0.06 and $0.17 a share, while adjusted EPS is expected to be between $0.87 and $0.97 a share. The Diplomat team is excited about the growth driven from each of our go-to-market strategies. As we head into 2018 as we begin to realize the results from our initiatives and our PBM synergy plan, we will keep you updated as progress is made.

We are also focused on generating free cash flow and paying down our debt to target leverage of under 3 times trailing EBITDA. We expect each of our go-to-market strategy to be strong generators of free cash flow, and we intend to use that cash to expeditiously pay down debt, which will unlock EPS growth.

Given the strengthening of our balance sheet over time, we will continue to take an aggressive but disciplined approach and act on the best opportunities that make the most sense for us and for our stakeholders. We look forward to keeping you updated on our progress.

I'll now hand it back to Jeff.

## Jeffrey G. Park

Thank you, Atul.

| Company Name: Diplomat Pharmacy | Market Cap: 1,698.38 | Bloomberg Estimates - EPS |
| Company Ticker: DPLO US | Current PX: 23.27 | Current Quarter: 0.246 |
| Date: 2018-02-26 | YTD Change($): +3.20 | Current Year: 1.024 |
| Event Description: Q4 2017 Earnings Call | YTD Change(%): +15.944 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1296.700 |
| | | Current Year: 5442.846 |

We believe we are well-positioned in a dynamic industry to capture the growth opportunities laid out today. All of the hard work our team did in 2017 laid the foundation and set us up well to hit the ground running and execute on our strategic priorities. We'll continue to position the company for further growth and profitability as we deliver on our commitments to all our stakeholders.

With that, we'll open up for Q&A. Operator?

# Q&A

## Operator

[Operator Instructions] Our first question is line of Lisa Gill from JPMorgan

<Q - Lisa C. Gill>: Thanks very much and good afternoon. Atul, let me start with the growth rates on the core side when I think about 2018. So if I can do the math correctly, it looks like maybe you're looking for maybe 8% to 11% core growth. Can you or Jeff maybe walk through what's some of the key drivers are on that? And is drug price inflation part of your expectation? I know historically Diplomat has talked about how drug price inflation flows from the gross profit to the bottom line. I'm just curious as to how that plays into 2018, and then I have a follow-up.

<A - Jeffrey G. Park>: Lisa, this is Jeff. Thanks for your question. I think we've got – I think you're thinking about the growth percentages relatively clearly. We've got opportunities to exceed what we'd say market growth would be, this 4% to 6% aggregate spend increase, which would include in some extent drug price inflation. When you look across the different parts of our business, from a specialty perspective, our growth opportunities are not only to continue to drive better service for patients, but also to access these new PBM lives, which really won't drive any top-line growth as you would expect but will drive margin growth and EBITDA growth for us. So that's one of the key drivers for specialty.

From an infusion perspective, we've been successful at really building out these relationships with physicians and patients in their chronic care. We're expecting to continue to see good dynamic growth in that particular part of our business. And really the PBM from a positioning perspective, it's a greenfield opportunity. The middle market, we think is open for a dominant player like Diplomat with a strong specialty footprint. It's certainly open from what consultants are looking for. We're seeing an opportunity to really start to take share in that middle market.

I'll let Atul answer anything with respect to the guidance perspective and how to I think about it differently.

<A - Atul Kavthekar>: Yeah. Lisa, I think that you have it generally correct. We have plans in place and initiatives in flight for all of the parts of our business. We expect them to gain traction and we have reflected that in our outlook for 2018.

<Q - Lisa C. Gill>: Okay, great. And then my follow-up just with – Jeff, when you talk about the $800 million of spend, so I understand that – is that current PBM clients that could also buy specialty, or is that kind of looking at your book overall of, hey, when we look at those we're serving on the specialty side and we don't have PBM or PBM and don't have specialty, that's how we think about this market opportunity. I just want to better understand how to think about that $800 million of spend that you talked about.

<A - Jeffrey G. Park>: Yeah. Lisa, it's Jeff. Absolutely. It's relatively straightforward. If you look at the gross revenues of the two PBMs we acquired, that's how you get to $800 million. So we see the opportunities for us to target specialty spend inside that book with some new upsell opportunities to bring really our specialty to that – both the LDI platform and the NPS platform.

<Q - Lisa C. Gill>: Okay, very helpful. Thank you.

## Operator

**Company Name:** Diplomat Pharmacy
**Company Ticker:** DPLO US
**Date:** 2018-02-26
**Event Description:** Q4 2017 Earnings Call

**Market Cap:** 1,698.38
**Current PX:** 23.27
**YTD Change($):** +3.20
**YTD Change(%):** +15.944

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.246
**Current Year:** 1.024
**Bloomberg Estimates - Sales**
**Current Quarter:** 1296.700
**Current Year:** 5442.846

And our next question is from the line of John Kreger from William Blair.

**<Q - John C. Kreger>**: Hey, Jeff. Could you maybe give us a sense about – on a pro forma basis, what sort of underlying claims processing – what the claims process will be in 2018 do you think and what sort of organic growth that would represent?

**<A - Jeffrey G. Park>**: Sure, John. It's Jeff. The claim systems we have right now are functioning effectively to really support the services for both these books of business. We will be looking to make sure that irrespective of whether we've migrated from one platform to another that there's no disruption to our member book of business.

When we look at just generally claims processing opportunities from a growth perspective, is your question what do we see claims growth to be or do we see claims processing sales as an opportunity? I wasn't sure [indiscernible] (00:25:51) the last part.

**<Q - John C. Kreger>**: Sure, sure. The essence of the question is, what the underlying unit growth of both the PBM businesses on a pro forma basis and also what sort of dispensing growth you expect in the core specialty pharmacy?

**<A - Jeffrey G. Park>**: I see. Well, we've tried to take a very thoughtful approach to looking forward. I'm not sure that our crystal ball is much better than most of the industries, but the industry data would point to the fact that general claims volumes are going to be relatively flat, 2% to 3% in aggregate. When you look at how pricing is affecting the aggregate drug spending trend with specialty spend really 2x that, more closer to the 4% to 6%. So that's really what we've tried to reflect in the 2018 outlook.

**<Q - John C. Kreger>**: Great. Thanks. And then, you touched on this at the beginning, if you just think about when you acquired the PBM businesses and how that relates to the selling season, what do you think about when you could start to see some perhaps growth improvement in those core PBMs? Should that really be rolling into 2019 and what sort of goals do you have for new business capture in that business?

**<A - Jeffrey G. Park>**: Yeah. John, this is Jeff. Thanks for the question. From a PBM sales perspective, the majority of the business as you – I know you know, John, you're familiar with the PBM selling process. Generally speaking, in broad terms, Q2 and Q3 where RFPs are coming out to market, Q4 from the small to medium employers and small PPAs are making those decisions really in the fourth quarter.

So as we look at the sales activities in the PBM, really it's heading into building the platform for 2019 growth. But our near-term opportunities are really to talk to the clients that we've built these relationships with from our PBM and bring to bear a specialty footprint claims – and infusion services that they may not had access to in the past. So we think we've got opportunities in year from a selling perspective that will obviously have an impact on 2019, but our net natural new PBM sales will really be heading into 2019. So we'll give you a better update on that on the Q2 or Q3 call how that's shaping up.

**<Q - John C. Kreger>**: Very helpful. Thank you.

## Operator

And our next question is the line of Kevin Caliendo from Needham & Company.

**<Q - Kevin Caliendo>**: All right. Thanks, guys. Question on just total scripts and how we should be thinking about modeling it. How many scripts did the PBM do last year if we were thinking about the sort of growing our models? We know what the scripts were, but there wasn't a lot of benefit from the PBM in the fourth quarter, so just thinking about as we try to model out the new revenues and everything for 2008, what should we be thinking about in terms of total scripts?

**<A - Atul Kavthekar>**: Yeah. Hi, Kevin. This is Atul. So we are actually not going to be providing that information, but here is a way that you can kind of get into it. If you look at in 2017 on a pro forma basis, we talked about roughly $800 million of gross billings at the PBM related to scripts. That can give you an idea just based on average price of per

**Company Name:** Diplomat Pharmacy
**Company Ticker:** DPLO US
**Date:** 2018-02-26
**Event Description:** Q4 2017 Earnings Call

**Market Cap:** 1,698.38
**Current PX:** 23.27
**YTD Change($):** +3.20
**YTD Change(%):** +15.944

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.246
**Current Year:** 1.024
**Bloomberg Estimates - Sales**
**Current Quarter:** 1296.700
**Current Year:** 5442.846

script to give you some sense of that.

But as we go forward, just given the complexities and the uniqueness of the middle market and the number of revenue line items that we have as part of our business, those metrics tend to be a little bit difficult and potentially misleading. So that's kind of why we provided a lot more detail than we may not – have otherwise provided with regards to revenue expectation for the PBM going forward into 2018.

**<Q - Kevin Caliendo>**: Understood, I got it. Thank you. One question about cash flow, the operating cash flow last year $135 million was a big number and the CapEx was only – roughly around $6 million or so.

**<A - Atul Kavthekar>**: Yeah, yeah.

**<Q - Kevin Caliendo>**: Are those decent run rates to think about like is CapEx – will there be a higher CapEx to the PBM? It's just typically not a big CapEx type of business, but in terms of operating cash flow and CapEx expectation for 2018?

**<A - Atul Kavthekar>**: Yeah. Kevin, it's a great question. So let me just address sort of the generation in 2017 first. In Q4, there was – you will see when the 8-Ks or excuse me, when the 10-K is published, you'll see that there was a fairly healthy amount of cash flow from operations. And let me refer to it in cash flow from operations first, rather than free cash flow. It was actually rather healthy in Q4 and that may have been a bit of a timing issue. We had some payments and you'll also see – in the early part of the year, which we needed to set up for and you may see an offsetting increase in the cash balance at the end of the year.

But going forward, we do expect to see very sort of stable working capital assumptions, and we do expect to see a pretty substantial amount of cash flow from operations. We do anticipate a slight increase in CapEx going forward. We do not envision an extraordinary amount but something significantly more than 2017, which was relatively light. And the reason for that is we may, as we go through our integration process, find some really interesting opportunities. We've got a few identified already, where it makes a lot of sense to invest into the operations just for sake of increasing our efficiency going forward.

**<Q - Kevin Caliendo>**: Great. Thanks, guys.

**<A - Jeffrey G. Park>**: Thanks, Kevin.

## Operator

And our next question is from the line of Brooks O'Neil from Lake Street Capital Markets.

**<Q - Brooks O'Neil>**: Good afternoon. I have a couple of questions. First, like to take a big picture look at the industry. It seems to me with United owning one of the big PBMs, Jeff and Atul, and CVS and Aetna combining to control another one, I'm curious if you have any thoughts about what the 500 other health plans in the United States and related employers, unions, et cetera, might be thinking about their PBM services.

**<A - Jeffrey G. Park>**: Hey, Brooks. It's Jeff. I'm going to – appreciate your question. I'm going to give you a little bit of a flavor and then I'm going to ask Joel to add if he's got anything to add to it as well. I do think that there is an opportunity here for us to really sort of differentiate on how we provide service. A lot of the large health plans have been good at and have partnered with other large specialty providers. This is a tried and true path for them.

Our opportunities to grow our specialty business and our PBM business is not to try to go into the [ph] teeth (00:33:00) of the largest providers, but rather target the middle market. And although many people would think that those large health plans and the large PBMs as they come together and have continued to drive mergers and consolidation, it actually is made up of many small employers books – of small employers and medium-sized employers as part of the large health plan business. These are the ones that aren't seeing the same levels of service. They're not seeing the service in price and they're really having their populations being forced into using a specialty provider.



**Company Name:** Diplomat Pharmacy

**Company Ticker:** DPLO US

**Date:** 2018-02-26

**Event Description:** Q4 2017 Earnings Call

**Market Cap:** 1,698.38

**Current PX:** 23.27

**YTD Change($):** +3.20

**YTD Change(%):** +15.944

**Bloomberg Estimates - EPS**

**Current Quarter:** 0.246

**Current Year:** 1.024

**Bloomberg Estimates - Sales**

**Current Quarter:** 1296.700

**Current Year:** 5442.846

Our business and our opportunities and what we're expanding and building in in 2018 to deliver direct payor relationship, so targeting some of these mid-sized and larger health plans with our specialty expertise. We're good at it. We've got a great footprint. We have access to the limited distribution medications, and we think there's an unmet need here. So is there anything, Joel, you wanted to add to that?

**<A - Joel Saban>**: Yeah, Jeff. Thanks. This is Joel. Just to add a couple of things. We've had some early discussions with our clients and industry consultants, and they've been very positive. In the small and middle market, no one has our clinical and specialty services strength. This is what differentiates us. In short, we are excited to bring a clinically strong specialty-centric PBM to the middle market. We feel this is a huge game changer.

**<A - Jeffrey G. Park>**: Thanks, Brooks.

**<Q - Brooks O'Neil>**: Great. Can I ask you another question? I'm just curious, I've heard the term specialty benefit management, it's kind of a new sort of hybrid approach that plays off the biosimilar development you alluded to earlier, Jeff. Could you talk about whether you see that opportunity in the marketplace today and how that might play into your strengths?

**<A - Jeffrey G. Park>**: Yeah. Thanks, Brooks. When you think about what's different about Diplomat and our PBM offering is we are a specialty benefit provider. We start and build around our core capabilities, 80% of the costs are driven by 20% of the population. They are the sickest patient population. They're taking expensive medications. And as you would know, the majority of the solutions in the market are built to serve all of the populations and the most expensive, high cost treatments have multiple touchpoints and aren't always managed effectively.

We're going at it the reverse. We're targeting those expensive patient population and really focusing clinical services to bring down their costs.

If you sit in front with large employers, small employers, health plans, anybody who's managing and looking at drug spend, their top question is about specialty spend. Their next question is about specialty spend. Their third question is about specialty spend. So, the opportunity is to really focus more importantly on some of these new items, whether it's biosimilars or generics, is one of the price tools we can use to make sure we're better utilizing those medications.

**<Q - Brooks O'Neil>**: That's perfect. I have just one more. I have some sense that you may have an opportunity to improve purchasing as a large specialty acquirer. Could you just talk about what you see there and how that might play out in 2018 and beyond?

**<A - Joel Saban>**: Great. Thanks, Brooks. This is Joel. Yes. We continue to look at all facets of our business. We are looking at how we buy drugs, where we buy drugs from, and also what it costs us to deliver drugs. I'll remind you that we are currently in the last three quarters of our wholesaler contract, at the end of September of this year we will be entering into a new or different wholesale contract, and anticipate to have a benefit for the final quarter of the year through that.

**<Q - Brooks O'Neil>**: Great. Well, thank you very much. Look forward to the year.

**<A - Jeffrey G. Park>**: Thanks.

## Operator

And our next question is from the line one of David Larsen from Leerink.

**<Q - David M. Larsen>**: Hi. Congratulations on a good quarter. Can you talk about the response that you've seen so far from manufacturers with regards to your LDI and NPS acquisitions? Are you still gaining the same access to limited distribution drugs that you have in the past, and what has been their response generally? Thanks.

**<A - Jeffrey G. Park>**: Great. David, it's Jeff. I'll open it up and then I'll ask Joel for his perspective. First of all, when we work with our drug manufacturers, what makes it unique is we have clinical services and patient information and



| Company Name: Diplomat Pharmacy | Market Cap: 1,698.38 | Bloomberg Estimates - EPS |
| Company Ticker: DPLO US | Current PX: 23.27 | Current Quarter: 0.246 |
| Date: 2018-02-26 | YTD Change($): +3.20 | Current Year: 1.024 |
| Event Description: Q4 2017 Earnings Call | YTD Change(%): +15.944 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1296.700 |
| | | Current Year: 5442.846 |

care that really help them better understand how their patients are utilizing these medications.

As we look at and as we've talked to them about our expansion into the PBM, it really provides us with even more leverage around the discussions and negotiations of access as well as the ability to ensure we've got the best pricing available. So those would be some of the biggest pieces of the PBM components of the story. Joel?

**<A - Joel Saban>**: Great. And let me now expand on that. Our direct relationship with drug manufacturers and innovators has been important into our growth and continued scale; gaining access to both limited distribution panels as well as patient assistance programs. Manufacturers look at us for our high level of patient service and deep relationships with specialists and particularly with the 18,000 oncologists in the U.S. and our ability to provide flexibility and unique reporting on their patient population. Our increased scale and capabilities in both specialty distribution and now PBM services increases our value to the manufacturers and drug innovators. We are looking to leverage these relationships on a going forward basis and help bring more value and value-based outcome contracting to our patients and payors. Thanks.

**<Q - David M. Larsen>**: That's great. And then can you just please remind me, why did you acquire both LDI and NPS? Why not acquire just one of them like how do these PBMs complement each other to give you sort of a full solution that you may need on the PBM side? Thanks.

**<A - Jeffrey G. Park>**: Yeah. Hey, Dave, it's Jeff. Thanks for your question. First of all, as you would probably agree, being able to target and approach middle market PBMs, there's a certain array of middle market PBMs, and we're assessing them for really three different criteria. One we're looking for strategic fit; two, we want to make sure we can see synergy and accretion; and third, it's really value and turn, so what the pricing, how does it fit.

When you look at what we see in NPS and with LDI, individually they're unique in the relationships they have with their clients. Both have long, durable relationships with their customers. That is a huge value proposition, both – the big part of the value for each of those companies. LDI from a size and scale is certainly a lot larger. It allows us to have more opportunities to really have a more fulsome and developed PBM offering that we can compete with and bring the purchasing power of the combined LDI and NPS businesses together to allow us to drive better pricing, better profits, and better synergy opportunities. So we're going to continue to see opportunities in all three areas of our business: specialty, infusion and PBM, but we'll look to continue to evaluate PBM businesses as they make sense, David. Thanks.

**<Q - David M. Larsen>**: Okay. And just last one real quick. If Part B moves into Part D, what impact would that have on your business overall at a high level and then how much of your revenue is infusion? Thanks a lot.

**<A - Jeffrey G. Park>**: Well, that's a good question, Dave. I'll have to probably give you a perspective on, it but I'm not sure I can give you a total answer. First of all, when you look at where the infusion piece is, that's where really a lot of the Part B to Part D, some of the changes that occurred in the last year, so there's nothing new with respect to how we outlooked in infusion for 2018 based on view of Part B to Part D.

The other piece that that's really impactful is in how we ultimately are servicing – the majority of our patients in specialty are open market, any willing provider legislation, many of them are in Part D, and so as those patients – as we see more patients moving from Part B into Part D, it will create increased number of patient populations for us to service and support. So, that's really the perspective I'd give you, Dave, but I'll spend more time to answer more appropriately with you after the call perhaps.

**<Q - David M. Larsen>**: Sure. Thanks.

**<A - Jeffrey G. Park>**: Yeah.

## Operator

And our next question is from the line of Erin Wright from Credit Suisse.

Company Name: Diplomat Pharmacy
Company Ticker: DPLO US
Date: 2018-02-26
Event Description: Q4 2017 Earnings Call
Market Cap: 1,698.38
Current PX: 23.27
YTD Change($): +3.20
YTD Change(%): +15.944
Bloomberg Estimates - EPS
Current Quarter: 0.246
Current Year: 1.024
Bloomberg Estimates - Sales
Current Quarter: 1296.700
Current Year: 5442.846

**<Q - Erin Wilson Wright>**: Great. Thanks for taking my questions. I guess you mentioned a ramp-up in the synergy realization over the course of the guidance year and as we think about sort of modeling, can you discuss a little bit more, quantify a little bit more in the sense of timing for synergies? Thanks.

**<A - Atul Kavthekar>**: Yeah. Erin, this is Atul. Thanks for the question. The way to think about it is Q1, we are really in our early days of the integration. Things are going really well. The teams are very engaged and they're treating it with the level of seriousness that we would expect. And so, we're pleased with the way that's going. The team is – they are being pretty methodical about their approach, and as such the synergies that we are expecting are going to feather in, probably starting more in Q2 and throughout the year as opposed to seeing a lot of it in Q1. But I do think that we are still quite confident in our ability to get the range of synergies that we have described over the course of the year, and honestly we'd like to find a way to achieve it – to exceed it.

**<Q - Erin Wilson Wright>**: Great. And then in terms of capital deployment, when do you think you'd be back in the market from an M&A perspective [ph] post (00:43:26) some deleveraging here? And should we think about the latest PBM acquisitions as representative of the types of acquisitions we should be seeing going forward?

**<A - Jeffrey G. Park>**: Hey, Erin. It's Jeff. I'm going to take the second part of the question and I'll let Atul talk to the leverage and the pieces. As you know, Diplomat has always been a pretty active participant in finding opportunities both organically and inorganically. And we don't expect that strategy is going to change at all. Like I mentioned a little earlier, we look at all these opportunities in the space would really fit synergies and value, and we're currently focused on our first order of business, which is the integration of the PBM business, and we're going to continue to be active in evaluating all the opportunities in the space. There's really a lot of opportunities, and we're continuing to go through them.

Given the strengthening balance sheet and as we expect to go through 2019, we'll take an aggressive but disciplined approach on those targets and those ones – the ones that make the most sense for us and our stakeholders. I'll ask Atul to really give perspective on the cash flow and the debt positions. Go ahead.

**<A - Atul Kavthekar>**: Yeah, Erin. And I'll just add on to the comments I made during Kevin's earlier question. We are anticipating a significant cash flow out of the business this year. The bulk of that – the vast majority of that is going to be directed towards the repayment and the reduction of our debt. We've already begun that in the first quarter. We've made some permanent reductions in some of the term debt that we have, for example, and that is really where we're focused. We're focused on that and we probably will be through a good part of the year until we feel that we have the integration process under control to the point where we think that we may be open to that idea. And I think that that's just going to be a matter of until we get there we'll – we're going to stay focused on what we said, which is debt reduction.

**<Q - Erin Wilson Wright>**: Great. Thank you so much.

## Operator

And our next question is from the line of John Ransom from Raymond James.

**<Q - John W. Ransom>**: Hey, guys. Just some quick ones for me here. When you look at your two PBMs in 2017, do you know what their actual drug trend was?

**<A - Jeffrey G. Park>**: Hey, John, it's Jeff. No, if you look at their historical drug trend, there's really not much of a story to say. They've generally been relatively consistent from a spend perspective. We've not seen a lot. When we went through the diligence over the previous years, there's not really been a significant change in their business or their business models from a cost perspective. As we bring forward some of these new services, specialty services and our improved scale and purchasing, we'd expect to really help continue to drive their trends down.

**<Q - John W. Ransom>**: So, you're saying like Express and Caremark are now in the – for 2017 were in the 1% to 2% range, you're saying these PBMs were higher than that?

Company Name: Diplomat Pharmacy
Company Ticker: DPLO US
Date: 2018-02-26
Event Description: Q4 2017 Earnings Call

Market Cap: 1,698.38
Current PX: 23.27
YTD Change($): +3.20
YTD Change(%): +15.944

Bloomberg Estimates - EPS
Current Quarter: 0.246
Current Year: 1.024
Bloomberg Estimates - Sales
Current Quarter: 1296.700
Current Year: 5442.846

**<A - Jeffrey G. Park>**: If you look at where the industry is on trend, there's really a couple of major indicators that are driving trend, right. So one, the generic utilization is already largely built through in most of these books of business, so generic is not really one of the major trends. It's really the ability to effectively use specialty management and rebating solutions to help improve the performance. So, we're looking to help some of these small- to mid-sized health plans really take better advantage of specialty footprint. Most of them haven't had managed specialty at all in their books of business. And so, we know we're going to have an immediate impact on their trend.

**<Q - John W. Ransom>**: So, again – I feel like we're talking past each other, so you're telling me, I mean, just yes or no, is the – that they were not able to hold their clients' drug spend at the current levels of Express and Caremark? So there's something – as Express and Caremark [ph] hold 1% to 2% (00:47:23) in 2017 their number was higher than that, so is that – I think that's what I'm hearing.

**<A - Jeffrey G. Park>**: No, John, you're not hearing that from me. What you're hearing is we're not giving you information on where their drug trend has been. And so, what I I'm trying to do is give you a sense...

**<Q - John W. Ransom>**: Okay, I got you. I got you.

**<A - Jeffrey G. Park>**: Okay.

**<Q - John W. Ransom>**: Okay. Second question is hemophilia, there's some new therapies. Are you seeing that start to – I mean, the hemophilia factor spread business is still a pretty good business, is that – are you starting to see any early signs that maybe these new drugs are starting to supplant the traditional factor [ph] of (47:59) therapy?

**<A - Joel Saban>**: This is Joel. We continue to see the current demand for hemophilia to be consistent. There are some new products out in the marketplace. We don't see any one winner or incremental changes. The one thing about the hemophilia community, it's a very loyal community to their drugs and very skeptic of changes. So we don't believe in any one drug. Currently, we'll have a wild change in the drug mix. But we do see opportunity for some of the future drugs to get a foothold.

**<Q - John W. Ransom>**: And just so thinking about this right, I mean, normally, a company like yourself does better on older therapies than they would on expensive branded new therapy, so that would be a bad guy to the extent those therapies take share, or is that not correct?

**<A - Joel Saban>**: That's not necessarily correct. We continue to create relationships with drug manufacturers, [ph] where their (00:49:12) new biotech manufacturers to the marketplace or existing manufacturer for product that's been around for years. We continue to leverage what we do and how we deliver our services and drugs to the patients. So, it is a cycle that as manufacturers lose market share, they tend to be a little bit more aggressive in discounting. New products coming into the marketplace to get market share also need to be aggressive in discounting. So, it's really about working all; and at the end of the day, we're trying to bring the best value to both our patients and our payors.

**<Q - John W. Ransom>**: Right. And just lastly, we look at, for example, the MS market and biosimilar – one of the biosimilars has not got as much traction as people thought. And the reason we understand that's the case is that the branded competitors have just cranked up the rebate dollars.

Now as a PBM, you're a hub for those rebate dollars, you retain some of them. But just – if we're thinking about your business model, would you rather see generic Copaxone at 60% share, or are you happier with a bunch of manufacturers using aggressive rebating strategy to try to take shelf space?

**<A - Joel Saban>**: I think it all depends for us; again, we try to provide the best value for our patients and our payors. So, I would say that we've actually seen some very good uptake of generic Copaxone, both the 20 milligram and 40 milligram today. And we expect in the MS category, as you can imagine, to actually having a negative trend due to these new products coming out to the marketplace that will either be a biosimilar or generic for existing products in the marketplace. So we've actually seen very good uptake of the generic products, and we'll continue to utilize whatever product creates the best value, again, for our patients and our payors.

**Company Name:** Diplomat Pharmacy
**Company Ticker:** DPLO US
**Date:** 2018-02-26
**Event Description:** Q4 2017 Earnings Call

**Market Cap:** 1,698.38
**Current PX:** 23.27
**YTD Change($):** +3.20
**YTD Change(%):** +15.944

**Bloomberg Estimates - EPS**
**Current Quarter:** 0.246
**Current Year:** 1.024
**Bloomberg Estimates - Sales**
**Current Quarter:** 1296.700
**Current Year:** 5442.846

**<Q - John W. Ransom>**: Yeah. And that's a great answer. But I guess my – is it for – just thinking partisan way about Diplomat, what's better for you, is it higher generic penetration in Copaxone? I think what we're all struggling with is how are biosimilars the same, different? I mean, we all understand generics are wonderful for everybody in the value chain. But as a PBM who trades off rebates versus pushing generic Copaxone through their pharmacy, it's a struggle for me to figure out; although the generic – maybe the rebate dollars make a decline and different and maybe you're kind of six one, half dozen the other, but that's the hard thing for us to figure out, which is better for you or is it just too hard to generalize?

**<A - Joel Saban>**: So I wouldn't say that it's too hard to generalize, but in general, generic products are better for us and for our patients and for the payors. In certain times, there is an opportunity to use branded products as the transition to generics, but for us, in general, it's better for the generic products.

**<Q - John W. Ransom>**: Okay, very good.

**<A - Jeffrey G. Park>**: Thanks, John.

**<Q - John W. Ransom>**: Thank you.

## Operator

And our next question is from the line of Ricky Goldwasser from Morgan Stanley.

**<Q - Ricky R. Goldwasser>**: Hi. Thank you for taking my call. So if we exclude the known client change, and we think about the $360 million to $480 million in revenues for 2018, what type of organic growth are you modeling for the PBM revenue, right within the context of $420 million in 2017 versus the $360 million to $480 million in 2018?

**<A - Atul Kavthekar>**: Yeah. Hey, Ricky, this is Atul. We are modeling – I think this is consistent with what we've been signaling since the time of the acquisition. We are expecting low double-digit growth in that part of the business. These are businesses that are run extremely well. They're very well organized. They have a lot of in-flight initiatives. We've invested in sales in all of these organizations. We are expecting double-digits, that's what we've modeled it.

**<Q - Ricky R. Goldwasser>**: Okay. And then one follow-up that ties into kind of like that rebate question and you referred to gross spend, the $800 million opportunity, so how should we think about at gross spend, as it flows through your top-line? In the past we didn't have to think about rebates within the context of Diplomat, but now that the PBM is an important piece of business, how should we think about that gross spend versus what you realized in revenues?

**<A - Jeffrey G. Park>**: Hey, Ricky, it's Jeff. The information that was provided is effectively net of current rebates. So that was the information that was put forward from the acquisition models that were described to you in November. So it's a net number currently.

**<Q - Ricky R. Goldwasser>**: Okay. That's helpful. Thank you. And then one last question, when you think about where kind of like the greatest opportunities for you, is it for middle market employers that currently are carving in specialty within their PBM relationship, or employers that are already carving out?

**<A - Jeffrey G. Park>**: This is Jeff, Ricky. When you think about it, most of the – some of the middle market PBMs and small PBMs just don't have specialty as a dominant footprint. So, they've left it largely unmanaged. So, being able to target those mid-sized employers, with a specialty model that suits their services is a big opportunity for us. But we're agnostic. We're going after all of the opportunities, if someone is not prepared to carve specialty out specifically and they want to leave it open, that's no problem, we can start our PBM relationship with them in that regard. And then similarly, separately, directly targeting payors, small to mid-sized employers, as well as mid-sized health plans with the special – with a managed specialty spend tool. So, really all avenues. Thank you.

## Operator

| | | |
|---|---|---|
| Company Name: Diplomat Pharmacy | Market Cap: 1,698.38 | Bloomberg Estimates - EPS |
| Company Ticker: DPLO US | Current PX: 23.27 | Current Quarter: 0.246 |
| Date: 2018-02-26 | YTD Change($): +3.20 | Current Year: 1.024 |
| Event Description: Q4 2017 Earnings Call | YTD Change(%): +15.944 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1296.700 |
| | | Current Year: 5442.846 |

And our next question is from the line of Glen Santangelo from Deutsche Bank.

**<Q - Glen Santangelo>**: Yeah. Thanks for taking my question. Atul, I just wanted to follow up on the gross margins a little bit. They came in a little bit stronger than what we would have expected, and I hear the explanation that maybe the acquisitions helped a little bit and you exited some less profitable businesses. I think that's what you sort of put in the press release. I think, you maybe – take that apart for a little bit for us and sort of help us think about maybe how gross margins trended in the core and maybe how much of that benefited from price inflation and maybe what your expectations are as we look into 2018 with respect to price inflation and how that may ultimately impact gross margins?

**<A - Atul Kavthekar>**: Yeah. Yeah, Glen, it's a great question. Now, let me address it from a frame of reference rather than year-over-year, where there's a lot of noise. Let me just reference it from like a Q3 to Q4.

So, if you were to look at gross margin on an overall basis, Q3, it was something like 7.6%. We just announced 8.1%. So, a lot of that noise honestly is just a matter of product mix. There's some natural noise within the operations that – and within the dispenses that drive some of that fluctuation.

In addition, we have had some benefits and some improvements in our – and I referenced this earlier with the team that is out buying drugs and they have done a great job. But going forward we think that those margins, not only in the core but in the infusion side, they're generally going to remain stable going forward. We think that, for example, even in the core side of the business, and Joel referenced a change in our contract for our prime vendor agreement in the fourth quarter, we actually do anticipate a little bit of pickup, so stable and potentially improving.

**<A - Joel Saban>**: Yeah. Glen, this is Joel. One of the expertise that I've had and brought to all the organizations that I've been participating in is cost of goods management, and we've brought some folks in that understand how to buy, where to buy and how to improve the cost of goods for this type of organization. So we started in late Q3 and Q4, really started to see some fruit of that work. So I think that you can count on having us continue to manage that part of the business and that's, again, part of that margin expansion. Thanks.

**<Q - Glen Santangelo>**: And any view on price inflation trend?

**<A - Atul Kavthekar>**: This is Atul again. Yeah, we've just modeled in consistency in the entire rebate – excuse me – the entire reimbursement picture, the entire environment we expect to be relatively consistent; that is inclusive of price inflation as well as a number of other components.

## Operator

And at this time, I'm showing no further questions. Presenters, I turn it back to you.

## Jeffrey G. Park

Great. Well, this is Jeff Park. Thank you very much for joining us today and we look forward to spending more time with you in the future. Thank you.

## Operator

Thank you for joining. This concludes today's conference call. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall*



**Company Name:** Diplomat Pharmacy
**Company Ticker:** DPLO US
**Date:** 2018-02-26
**Event Description:** Q4 2017 Earnings Call

**Market Cap:** 1,698.38
**Current PX:** 23.27
**YTD Change($):** +3.20
**YTD Change(%):** +15.944

**Bloomberg Estimates - EPS**
  **Current Quarter:** 0.246
  **Current Year:** 1.024
**Bloomberg Estimates - Sales**
  **Current Quarter:** 1296.700
  **Current Year:** 5442.846

*have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2018, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*