# Exhibit D

**Company Name:** Diplomat Pharmacy　　**Market Cap:** 430.18　　**Bloomberg Estimates - EPS**
**Company Ticker:** DPLO US　　**Current PX:** 5.775　　**Current Quarter:** 0.071
**Date:** 2018-05-08　　**YTD Change($):** -7.685　　**Current Year:** 0.344
**Event Description:** Q1 2018 Earnings Call　　**YTD Change(%):** -57.095　　**Bloomberg Estimates - Sales**
　　**Current Quarter:** 1164.444
　　**Current Year:** 4823.500

# Q1 2018 Earnings Call

## Company Participants

- Jeffrey G. Park
- Benjamin C. Wolin
- Joel Saban
- Atul Kavthekar

## Other Participants

- Lisa C. Gill
- Erin Wilson Wright
- John C. Kreger
- Brooks O'Neil
- David Larsen
- Ricky R. Goldwasser
- Eric W. Coldwell
- Jamie Stockton
- Steve J. Valiquette
- James Auh

## MANAGEMENT DISCUSSION SECTION

### Operator

Hello, and welcome to Diplomat's First Quarter 2018 Earnings Conference Call. At this time, I would like to inform all participants that their lines will be in a listen-only mode. After the speakers' remarks, there will be a question-and-answer period. [Operator Instructions] Please note after the market closed yesterday, Diplomat issued its first quarter 2018 earnings press release. Before we begin today, I need to read the following Safe Harbor statement.

As you know, some of the company statements made on this conference call will be forward-looking statements, which may include financial projections or other statements of the company's plans, objectives, expectations, or intentions. These matters involve certain risks and certainties.

The company's actual results may differ significantly from those projected or suggested in any forward-looking statement due to a variety of risks and uncertainties, which are discussed in detail in the company's Annual 10-K report and subsequent filings with the Securities and Exchange Commission. These statements speak only as of the date hereof or the date specified on the call, except as required by law, the company does not undertake any obligation to update or otherwise release publicly any revisions to its forward-looking statements.

During this call, the company will also discuss non-GAAP financial measures. Please refer to the tables included in the company's earnings press release just issued for a reconciliation of these non-GAAP measures to the comparable GAAP measures and a related discussion thereof. A replay of the call is accessible through a link on the Investor Relations page of the company's website and it will be available for 90 days.

I will now turn the call over to Jeff Park, Interim CEO. Jeff, please go ahead.

| | | |
|---|---|---|
| Company Name: Diplomat Pharmacy | Market Cap: 430.18 | Bloomberg Estimates - EPS |
| Company Ticker: DPLO US | Current PX: 5.775 | Current Quarter: 0.071 |
| Date: 2018-05-08 | YTD Change($): -7.685 | Current Year: 0.344 |
| Event Description: Q1 2018 Earnings Call | YTD Change(%): -57.095 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1164.444 |
| | | Current Year: 4823.500 |

*final*

## Jeffrey G. Park

Thank you, operator. This morning I'm joined on the call by Joel Saban, our President, Atul Kavthekar, our CFO and Ben Wolin, Chairman of the Board of Directors.

Before we get started, I'll hand the call to Ben for opening remarks. Ben?

## Benjamin C. Wolin

Thank you, Jeff. This morning we announced that the board is in the final stages of its search process for a permanent CEO and is now focused on an external candidate. We look forward to naming Diplomat's next CEO by the end of this week.

We also announced that Jeff Park has resigned voluntarily as Interim CEO effective this Friday, but will remain a Director. On behalf of my fellow board members, I want to thank Jeff for his service and contributions to Diplomat as Interim CEO.

After Jeff steps down, Atul, our CFO will temporarily assume the additional responsibilities of the office of the CEO until the new CEO's appointment is effective. The company will not be commenting further on the search process until it is finalized.

With that said, let me hand it over to Jeff to discuss our performance for this quarter.

## Jeffrey G. Park

Thanks, Ben. On our last call, we spent time highlighting our growth position for 2018 and beyond. And Q1 shows we're off to a very good start. Our PBM integration is well underway and we delivered $1 million in synergies offsetting the quarter by cost to achieve these synergies. This is a great start, delivering already an annualized synergy of $4 million compared to the $4 million to $6 million in synergies we outlined for the full year 2018.

We successfully rebranded and just launched our new PBM name CastiaRx. CastiaRx represents the unique PBM offering for the small and mid-sized payers. We know PBM in healthcare is complex, opaque and can confuse patients and employers. The changing landscape of providers adds more complexity and fewer options to brokers, consultants and employers.

CastiaRx brings the clinical patient first approach, leveraging our deep expertise and complex costly specialty pharmacy to help treat, manage and care for these patients. With our clinical expertise, competitive pricing and patient centric service model, we believe we'll take advantage of the disruption and opportunities in the PBM space.

CastiaRx will be a growth engine for Diplomat by helping drive specialty and infusion services as well as savings to more patients and payers. Additionally, our increased scale will help us with our manufacturer partners continuing to position us for access to limited distribution products and driving more effective pricing for the drugs we acquire.

This is the winning combination. Our early discussions with brokers and PBM consultants have been very positive and we'll be keeping you apprised of our progress as we move through the year.

Specialty infusion also continues to be a unique driver for our business, focusing on chronic conditions that are best administered in the home versus one-time acute infusion done in a physician or hospital setting. This allows Diplomat to expand our relationships with patients, payers and physicians. We are an important part of the optimized cost of care model and instrumental on helping bend the cost curve for patients and payers.

Also I wanted to highlight our direct payer specialty sales that we rolled out in Q1. We now have a leadership team experienced in selling direct specialty distribution and management services to larger payers. Our focus is on regional health plans, state governments as well as union and employer groups who are looking to manage specialty pharmacy

**Company Name:** Diplomat Pharmacy
**Company Ticker:** DPLO US
**Date:** 2018-05-08
**Event Description:** Q1 2018 Earnings Call

**Market Cap:** 430.18
**Current PX:** 5.775
**YTD Change($):** -7.685
**YTD Change(%):** -57.095

**Bloomberg Estimates - EPS**
 Current Quarter: 0.071
 Current Year: 0.344
**Bloomberg Estimates - Sales**
 Current Quarter: 1164.444
 Current Year: 4823.500

and medical benefit drug costs more effectively.

The offering in addition to our infusion services are key components to helping customers manage the entire specialty drug benefit. With our scale and capabilities, we're well positioned with health plan looking for alternatives to their PBM owned specialty pharmacy providers.

So in short, we're well positioned for growth in 2018 and beyond. I'd like to take a few moments to highlight our investments and advancements in the area of innovation. Diplomat since its inception has been a recognized leader in innovation from our new clinical offerings, connected to innovative products as well as our ability to engage patients and physicians to help drive better health outcomes, our size, flexibility and focus on engaging the patient is a key tenet innovation at Diplomat.

Today, we're excited to announce that we are working with Fitbit, the leader in global wearables to develop a more intuitive way to engage patients with chronic and rare diseases to manage their therapy regimen.

We believe our relationship recognizes our commitment to developing innovative tools and ties into our digital health strategies which focus on engaging patients and caregivers anytime, anywhere through apps, wearables, video consultations or other methods.

These solutions help patients onboard and adhere to therapy. We know healthcare is very personal and using every available resource to help drive better outcomes is our focus. Additionally, I'd like to highlight some of the innovative analytics and physician engagement tools that are clinical and technology teams have been deploying.

Physicians choose Diplomat to help manage their complex patients ensuring they can find and access third-party financial assistance if required to stay on prescribed medication. Additionally, we leverage our deep expertise in oncology, immunology, neurology and infusion services. These are centers of excellence and they are recognized by physicians, pharma, patients and payers. Our direct connection with specialists has helped us build an improved tools and data analytics. These help physicians better understand compliance and persistency as well as monitoring side effects. This is well beyond providing prior authorization assistance and dispensing status.

Part of Diplomat's unique value proposition is our strong access to limited distribution products. Diplomat is the fifth largest specialty distributor in the market, but our access in market penetration of limited distribution products are even more significant. The vast majority of new specialty products are introduced to the market as limited distribution drugs. Our centers of excellence in particular make us well positioned to be a partner to pharma because of our expertise in these clinically complex conditions.

We offer patients, physicians, pharma a unique ability to work together to help patients access therapy quicker and stay on therapy once they've started. We provide support for patients for their conditions, any side effects and even patient assistance programs when this expertise is tied to Diplomat's reporting and analytics, we have a very complete offering.

Diplomat is recognized as an innovative industry leader with patients, payers and manufacturers. This is important when pharma is selecting Diplomat for its limited distribution panels. Revenue from the dispensing of limited distribution drugs represents over 60% of our Specialty segment revenues, so we have a big footprint. We closed 2017 with access to over 100 limited distribution products. And in Q1 alone we added another 15 limited distribution products that will be coming to the market in the future.

The new LDD panels we have added are not expected to be large contributors to our near-term financial results as some of the LDD are for products that are not yet in the market. However, access to LDD products is an important part of our physician relationships. This access is also significant because of the growth that comes when limited distribution products are approved for expanded indications, meaning future increased utilization.

I know many of you are beginning to better understand the positive impact of biosimilars and specialty generics. Over $70 billion of branded products are going to be subject to competition over the next five years and Diplomat's ability to help drive utilization of these products will help patients and payers save significant money.

Company Name: Diplomat Pharmacy
Company Ticker: DPLO US
Date: 2018-05-08
Event Description: Q1 2018 Earnings Call

Market Cap: 430.18
Current PX: 5.775
YTD Change($): -7.685
YTD Change(%): -57.095

Bloomberg Estimates - EPS
Current Quarter: 0.071
Current Year: 0.344
Bloomberg Estimates - Sales
Current Quarter: 1164.444
Current Year: 4823.500

At this point on the call, I'd like to ask Joel Saban to give his perspective on the biosimilar and specialty generic opportunity and outlook and his perspective on the PBM integration. Joel?

## Joel Saban

Thanks, Jeff. Biosimilars and specialty generics offer increased affordability and accessibility to both payers and patients. At Diplomat, we are well positioned to help drive utilization of these new to market products. As Jeff mentioned, over $70 billion of brand and specialty drugs are positioned to have a competition introduced in the next five years.

In the next several quarters with the launch of key oral oncology and multiple sclerosis generics, Diplomat and our unique relationship with physicians prescribing in patients using these medications will help us drive these cost savings. I'd like to spend a moment to outline how these releases of competitive products help us.

First, unlike a traditional medication with multiple generic competitors, a biosimilar or specialty generic is often the only competitive alternative. This means pricing can look more like a single source generic and these discounts can usually be matched by the branded product. Every product is different, but this can reduce price by at least 10% to 15% over the referenced brand product, stock price inflation, improved price affordability and access for certain patients and increase our profitability products by 50% or greater.

Separately because biosimilars are not AB rated and followed the biosimilar approval pathway, our role is to engage physicians in the new product availability and their ability to be good, cost effective solutions for the patient and payer.

Diplomat is well positioned to assist payers, prescribers and patients with a transition from a reference brand to a biosimilars or a specialty generic product. The pipeline for biosimilars and specialty generics is currently constricted by litigation and complexity of the FDA approval process.

In a recent speech by Scott Gottlieb, the FDA Commissioner, he was focused on the FDA's ability to speedup approval for these new biosimilar products which we think would help go a long way to help better control the price inflation and reduce the cost of specialty products and increase product choice in the marketplace.

I would also like to quickly add to Jeff's comments on the PBM integration. We're off to a very strong start, ensuring our patient and client experiences are strong and bring to bear the full complement of cost, specialty, clinical and technology solutions to all our 600,000 plus members.

I would personally like to recognize the Diplomat and CastiaRx team for their hard work and dedication to high customer service and operational excellence. And finally, on the behalf of my fellow team members and as a friend, I want to thank Jeff for his hard work, dedication and contribution he made here at Diplomat during his tenure as Interim CEO.

With that, I'll hand the call over to Atul. Atul?

## Atul Kavthekar

Thanks, Joel. The first quarter has been a solid start to the year for us and our financial results reflect some of the great work the teams have done thus far. Today I'll review our first quarter results and provide some color on our expectations to the rest of the year.

But before I begin, I want to highlight a few changes to the presentation form of our GAAP financial results that we think will benefit our analysts and investors. First, we're reporting the financial results in two segments. The Specialty segment, which includes historical Diplomat businesses of specialty pharmacy and specialty infusion and the PBM segment, which includes the results of our two recent PBM acquisitions, we believe this provides our investors with substantially greater clarity into our results and helps stakeholders better understand and model the business going forward.



| | | |
|---|---|---|
| Company Name: Diplomat Pharmacy | Market Cap: 430.18 | Bloomberg Estimates - EPS |
| Company Ticker: DPLO US | Current PX: 5.775 | Current Quarter: 0.071 |
| Date: 2018-05-08 | YTD Change($): -7.685 | Current Year: 0.344 |
| Event Description: Q1 2018 Earnings Call | YTD Change(%): -57.095 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1164.444 |
| | | Current Year: 4823.500 |

The second change involves the application of a new revenue recognition policy ASU 606 for the PBM segment. Starting with the first quarter, revenue from all PBM contracts previously discussed on a net revenue basis will be recognized on a gross revenue basis.

This will enable analysts and investors to better understand the buying power of our PBM and be consistent with public comparables. Additionally, as we break out the PBM segment to the gross profit level, we have included cost of goods and other cost of service to more fully reflect the cost of delivery of this revenue.

As you know, the PBM costs include more than simply the cost of drugs, but would also include our member and clinical services, transaction costs et cetera. We feel these changes implemented as we launch our PBM segment best reflect the financial information that is most helpful for investors. These changes have no impact on how we measure or track adjusted EBITDA but did drive the increase in PBM revenue expectations for the year.

We also plan to consider our presentation of cost of service for the Specialty segment in the coming quarters. Our intention is to provide the most useful financial information to investors, but again any such changes will not impact how adjusted EBITDA is measured.

Now on to the quarter results and I'll start with the Specialty segment. Revenues from our Specialty segment were $1,153 million in the quarter or about 7% above the prior year. Our gross profit was $93 million or about 9% above the prior year.

Oncology and infusion continue to be strong with 13% and 26% revenue growth year-over-year, respectively. Our gross profit per dispensed script was $396, representing a strong sequential and year-over-year improvement and reflects our focus on improving our purchase economics and shift into products that can help us support the high level of patient care we deploy.

The Specialty segment gross margin improved around 20 basis points over the prior year to 8.1%. This improvement was impacted by two primary things. First, our higher margin specialty infusion business grew to represent a greater percentage of our specialty revenues. The second, as we've spoken about in the past is that our ability to drive – to purchase drive has continued to improve relative to reimbursement.

Specialty segment volume for the quarter was 223,000. It was a modest increase from the prior year and reflects our focus on reimbursement and higher value products as evidenced in part by – from improved gross profit per prescription. In addition, it also recognized the unfortunate reality that the increase in high deductible plans has shifted a significant financial burden to patients particularly in the first quarter of a new plan year.

Many patients are faced with the inability to pay for their required medications and in the first quarter Diplomat has worked with our patients, pharma and payers to drive assistance to these patients in need of help.

Over 40 million of patient assistance programs were accessed in the quarter. Looking ahead, our investments in sales leadership over the prior two quarters is also starting to bear fruit. And Jeff just outlined some additional focus replacing on driving sales volume from managed care.

Our PBM segment now branded as CastiaRx generated revenues of $191 million in the first quarter. If presenting revenues consistently with historical results in which certain contracts were presented on a net revenue basis, revenues would have been $92 million which is consistent with our comments on the previous call.

Gross profit for the segment were $18 million, a gross margin of 9.2%, these results lay a solid foundation and is the result of the team's strong leadership during the integration process. We're definitely pleased with the progress made and certainly excited about the earlier reception to CastiaRx's new branding and go-to-market strategy.

With ASU 606, we now expect the PBM's on top-line to have a contour that is relatively flat for Q2 and slightly lower in Q3 and Q4 as a few small and low margin clients exit the legacy NPS business.

Adjusted EBITDA in quarter was strong and in line with our expectations of $40 million. With our continued investment in people and systems, this forms a solid foundation for our 2018 outlook. Incorporated in this amount was



| Company Name: Diplomat Pharmacy | Market Cap: 430.18 | Bloomberg Estimates - EPS |
| Company Ticker: DPLO US | Current PX: 5.775 | Current Quarter: 0.071 |
| Date: 2018-05-08 | YTD Change($): -7.685 | Current Year: 0.344 |
| Event Description: Q1 2018 Earnings Call | YTD Change(%): -57.095 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1164.444 |
| | | Current Year: 4823.500 |

around $1 million of realized synergies annualizing it nearly $4 million for the year. We're very confident in our ability to achieve the $46 million of net synergies over the course of the year and are fully focused on achieving and exceeding this range. In the quarter, below the adjust EBITDA line, we took $3.3 million in one-time M&A, in severance and integration expenses for our acquisitions.

Our net loss of $0.5 million in the quarter was impacted by severance and integration expenses I mentioned as well as our increased stock-based compensation of $3.2 million, consistent with our ongoing investment in top talent. You'll note that in our full year guidance, we've also made minor adjustments to these items.

We generated strong cash flow from operations in the quarter of nearly $50 million. This was enhanced by a strong albeit seasonal first quarter improvement in our working capital balances. Going forward, we expect our cash flow from operations to moderate and fall back in line with the previously indicated $115 million to $130 million over the course of the year.

But the generation of cash in the quarter combined with cash on hand as well as a relatively like $3 million of CapEx in the quarter, which we expect to be around $20 million for the full year, allowed us to reduce our debt substantially.

We ended the quarter with net debt of $602 million or roughly 3.8 times our trailing pro forma adjusted EBITDA, a $123 million reduction of our nominal debt balance since the start of the year. Given our reduced debt, we have reduced our interest expense expectations for the full year and as a reminder our long-term goal is to bring our overall leverage to below 3 times trailing adjusted EBITDA in 2019.

In addition, we've recently entered into an interest rate forward swap arrangement that starts in early 2019 and we'll hedge floating rate risk on approximately $300 million or roughly half of our current debt.

As for the remainder of the year, we have made a few tweaks to the guidance estimates to account for the new revenue standards, interest expense and stock compensation, all of which have no net impact on adjusted EBITDA or EPS guidance. In this regards, we have taken increase of revenue of $200 million to $300 million to our range.

Our updated guidance for 2018 is now revenues of $5.5 billion to $5.9 billion versus previously $5.3 billion to $5.6 billion, adjusted EBITDA of $164 million to $170 million, net income of $4.5 million to $13 million, GAAP EPS of $0.06 to $0.17 per share, adjusted EPS of $0.87 to $0.97 per share.

Thank you again for your time and attention, and I'll now turn the call back over to Jeff. Jeff?

## Jeffrey G. Park

Thanks, Atul. In summary, I'm pleased with our first quarter results from revenue and adjusted growth. We're focused on continuing the strong execution of our strategy and operating plan and look forward to growing our business and propelling our future growth.

And with that, I'll now turn the call back over to the operator for questions. Operator?

## Q&A

## Operator

[Operator Instructions] Your first question comes from Lisa Gill of JPMorgan. Your line is open.

<Q - Lisa C. Gill>: Thanks very much, and good morning. Jeff, sad to see you leave as the CEO position and I know that you're not making other comments, but can I just understand the process of handing the CEO role to Atul, if the board is going to plan to make a decision and name someone else. Is it that that person they're going to name is currently employed somewhere else. I just want to understand the process and then I had a question around Castia.

<A - Jeffrey G. Park>: Thanks, Lisa, this is Jeff. I will ask Ben to take the first part of that question.



**Company Name:** Diplomat Pharmacy     **Market Cap:** 430.18     **Bloomberg Estimates - EPS**
**Company Ticker:** DPLO US     **Current PX:** 5.775     **Current Quarter:** 0.071
**Date:** 2018-05-08     **YTD Change($):** -7.685     **Current Year:** 0.344
**Event Description:** Q1 2018 Earnings Call     **YTD Change(%):** -57.095     **Bloomberg Estimates - Sales**
    **Current Quarter:** 1164.444
    **Current Year:** 4823.500

**<A - Benjamin C. Wolin>**: Sure thing. Thanks, Jeff. So Lisa, as noted in the prepared remarks, the company won't be commenting further on the search process until it is finalized. It is nearing completion by the end of this week and we look to spend the rest of the call focusing on financial and operating results.

**<Q - Lisa C. Gill>**: Right, understood. On CastiaRx, talking about it being a growth engine to Diplomat, a unique asset in that most small PBMs don't have a specialty pharmacy. So can you maybe just give us initial thoughts around this year's selling season and traditionally, if we think about the middle market, the selling season starts a little bit later. So will we get more color as we move into the summer? Are you starting to see interest? Any color that you can give us around the initial interest on the overall offering on CastiaRx, would be great?

**<A - Jeffrey G. Park>**: Yeah great. Lisa, this is Jeff. Thanks so much. You understand the business. You certainly know how the ebbs and flows work for RFPs as well as the large markets and then in the small market, so you have it right. With respect to what we're hearing in our reception so far, consultants and payers are looking for alternatives. Now of course consultants get paid to provide options to clients, but the small and mid-sized clients are not getting the service levels they deserve, nor the focus on specialty cost and patient management. They need to manage the rising cost of their healthcare. It's still early to the point you were asking and what I'm just saying, the RFP volumes are picking up really mostly for the back half of the year.

Mostly what will happen for the small to medium marketplace is the consultants are working with their clients in the second quarter, come to market with RFP opportunities in the third quarter for fourth quarter decisions? Some of the smallest employers who are working through TPAs, brokers and consultants, can even be later than that. In the small end of the market as you know, it's not even unusual to get clients coming to market in December or for January 1 go live. But that's the place that we're in.

We are excited about our positioning. The consultants are interested in how we're bringing a new offering to market. That's really centered on specialty management and our clinical care model. It's the most important part of the cost driver, whether you're a small employer, a large employer or a large health plan. What specialty spend was is the first question, what happened and what specialty spend will be is the second question. So we know this is a unique offering in the marketplace. And the consultants are responding well to our branding and our positioning and we're excited about the opportunities this year.

With respect to some of dislocation...

**<Q - Lisa C. Gill>**: [indiscernible] (00:26:18)

**<A - Jeffrey G. Park>**: I'm sorry?

**<Q - Lisa C. Gill>**: No, I was just...

**<A - Jeffrey G. Park>**: ...with respect to some of the dislocation – yeah go ahead. Go ahead, Lisa.

**<Q - Lisa C. Gill>**: No, no, I understand dislocation; I understand a lot of what's happening in the marketplace. Is there a way though to quantify what the opportunities are? Whether we think about the number of RFPs or we think about the relative size of Castia rate, so if you're on a roughly $200 million run rate, you're talking about $800-ish million of drug spend this year. Is there any way to maybe quantify what the potential opportunities are in the market for 2019?

**<A - Jeffrey G. Park>**: Sure. Well I'll give you a perspective of what the market sizing looks like. I won't give you a comment around 2019. We're not giving 2019 guidance at this point. But if you look at the majority of the small and medium size employers across the United States are being serviced by three large PBMs. And so for us, what we're targeting is really that $100 billion of market, available market that's not being addressed by the largest players.

Certainly when you look at our market positioning, we think we're well positioned to access that and with some of the disruption and dislocation that's occurring, we think that that's going to create even more churn in the marketplace.

So we like how we're positioned, but we're not going to be giving an outlook on our 2019 selling season. But stay tuned more to come as we come through the next quarter or two.

| | | |
|---|---|---|
| **Company Name:** Diplomat Pharmacy | **Market Cap:** 430.18 | **Bloomberg Estimates - EPS** |
| **Company Ticker:** DPLO US | **Current PX:** 5.775 | **Current Quarter:** 0.071 |
| **Date:** 2018-05-08 | **YTD Change($):** -7.685 | **Current Year:** 0.344 |
| **Event Description:** Q1 2018 Earnings Call | **YTD Change(%):** -57.095 | **Bloomberg Estimates - Sales** |
| | | **Current Quarter:** 1164.444 |
| | | **Current Year:** 4823.500 |

**<Q - Lisa C. Gill>**: Okay great. Thank you.

**<A - Jeffrey G. Park>**: Thanks, Lisa.

## Operator

Your next question comes from Erin Wright of Credit Suisse. Your line is open.

**<Q - Erin Wilson Wright>**: Great. Thanks. Can you speak to kind of the longer-term profit profile for the PBM unit kind of as you potentially scale up that business? I was just trying to think about it in the context of Catamaran and kind of what we saw there and maybe, Jeff, you can give some perspective kind of on that. Thanks.

**<A - Atul Kavthekar>**: Erin, hi, this is Atul. Let me give you a little bit a sense of how to think about the PBM segment. And I'm going to reference it and I gave you some comments around the revenue profile for the year. But I think it's helpful to think about the gross profit contribution to the P&L.

If you look at that segment over the course of the year, we actually do think that's going to be generally very, very stable. That tends to be a very stable, very predictable business. So I think the results that we saw in Q1 are going to be very typical through the quarters of the year.

Potentially some upside is as we get further into the year as we see progress in the business, but for the most part, I would just presume it's going to be a stable outlook for the remainder of the year.

**<A - Jeffrey G. Park>**: Thanks, Erin?

**<Q - Erin Wilson Wright>**: Okay. And then I guess I would ask also kind of how do you view sort of the potential M&A pipeline here. Obviously there's some focus on deleveraging, but what sort of size of opportunities that are potentially out there. Should we anticipate any sort of major shift in strategy kind of with the CEO transition or where does the strategy stand now. Thanks.

**<A - Jeffrey G. Park>**: Erin, thanks. This is Jeff. Diplomat's always been an active participant finding opportunities to grow, both organically and inorganically. That strategy hasn't changed and will not change. The company is evaluating these opportunities with really three criteria; first is assessing fit; second is synergies and accretion; and third is obviously price and terms. We're focused this year on integration of our PBM business and we're continuing to actively evaluate opportunities that are using those three criteria.

So as Atul mentioned in his opening remarks, we've continued to see an improvement in our cash flows and strengthening balance sheet. And we're going to take an aggressive but really a disciplined approach to act on these opportunities that makes sense for us and the shareholders.

**<Q - Erin Wilson Wright>**: Okay, great. Thank you.

## Operator

Your next question comes from John Kreger from William Blair. Please go ahead.

**<Q - John C. Kreger>**: Hi. Thanks very much. My question relates to patient access. So if you think about your PBM, are you starting to actively try to steer members into Diplomat specialty pharmacy or is that sort of a longer term process. And I guess the related question to that is, if you think about other payers that you work with, are you seeing any efforts to maybe steer patients away from Diplomat into their own in-house specialty pharmacy capabilities? Thanks.

**<A - Jeffrey G. Park>**: Hey, John. Thanks, this is Jeff. First of all, the industry has already largely taken their opportunities to try to steer their specialty spend into the largest PBM. So that's not, as you know, a new phenomenon.



| | | |
|---|---|---|
| Company Name: Diplomat Pharmacy | Market Cap: 430.18 | Bloomberg Estimates - EPS |
| Company Ticker: DPLO US | Current PX: 5.775 | Current Quarter: 0.071 |
| Date: 2018-05-08 | YTD Change($): -7.685 | Current Year: 0.344 |
| Event Description: Q1 2018 Earnings Call | YTD Change(%): -57.095 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1164.444 |
| | | Current Year: 4823.500 |

The industry's done very well at driving that. The majority of Diplomat's book of business is based in the open market any willing provider where we compete on our ability to provide great service. Obviously that is why we've been able to grow our business to the scale and size that we have. If they would have been able to carve us out, they've worked to do that.

So as you look at really the opportunities for us to continue to see growth, we are excited about the PBM for a few reasons. One, it allows us improved scale and purchasing leverage, but also it does provide us, to your question, with an opportunity to target specialty medications and patients that would be better suited by our cost model and our service model inside the current PBM book of business. And so we've been actively working through that already. The team's aggressively approaching these areas where we can drive better cost and better clinical models for our patients and our clients. And it's really the core tenet of our PBM specialty offering.

Thanks, John.

**<Q - John C. Kreger>**: Thanks and maybe just a follow-up perhaps for Joel. Are you guys going to be developing your own kind of internal formulary and rebate strategy or will you be working with an external partner for that?

**<A - Joel Saban>**: We are and have developed an internal process. We continue to try to develop and provide the most aggressive and the most flexible set of offering. So it's going to be a combination between partners as well as internally. So we're very happy with what we've developed to-date and we will continue to develop our new and unique offerings to all types of clients.

**<Q - John C. Kreger>**: Great. Thanks.

## Operator

Your next question comes from the line of Brooks O'Neil from Lake Street Capital. Please go ahead.

**<Q - Brooks O'Neil>**: Good morning. I have several questions. So my first one, I'm sure a lot of people watched 60 Minutes on Sunday and I would characterize the segment I'm referring to as criticizing Express Scripts for its complicity in the drug price debacle. Do you believe that criticism is justified and if not, why not?

**<A - Jeffrey G. Park>**: Hey, Brooks, this is Jeff. I'm going to let Joel answer that, but before we do. First of all, we don't want to get in discussing any particular company, but we certainly have a perspective on the topic, but we won't be talking about any particular company. Go ahead, Joel.

**<A - Joel Saban>**: Great. Thanks, Brooks. Just as a note, I grew up in Rockford, Illinois, so it was kind of surreal for me. But I think what the news really pointed out is really the opportunity for us. If you look at that particular client, that was a small client with only a couple of thousand members and they were part of a PBM that maybe didn't meet their needs.

And the way that we look at it from our perspective is that specialty medications aren't managed well for small clients and the opportunity for us is to be able to bring our specialty capability into these smaller clients and provide a different approach and the ability to help them manage their medication in a different way than they've been offered before. So what we would like to point out is that this is a great opportunity for us to point out that the need in the marketplace is really there and we really bring a different approach to the market that others don't.

**<Q - Brooks O'Neil>**: That's great. I really appreciate that perspective, Joel. Second question I had, obviously in the typical industry model, it has normally been a PBM building out as specialty business. In your case, it's a little bit backward I guess I'd say not that that's a criticism, but just a directional thing. You guys are building a PBM on top of your specialty business. Can you talk about whether you see that as an advantage, a disadvantage or how it opens opportunities for Diplomat?

**<A - Jeffrey G. Park>**: Brooks, this is Jeff. I'll start with that. When you think about what's really changed in the PBM industry over the last 10 years, it's not even just looking at the last five years, with the advent of – and now complete

Company Name: Diplomat Pharmacy
Company Ticker: DPLO US
Date: 2018-05-08
Event Description: Q1 2018 Earnings Call

Market Cap: 430.18
Current PX: 5.775
YTD Change($): -7.685
YTD Change(%): -57.095

Bloomberg Estimates - EPS
Current Quarter: 0.071
Current Year: 0.344
Bloomberg Estimates - Sales
Current Quarter: 1164.444
Current Year: 4823.500

utilization of branded oral products to generics which was one of the principal drivers for the PBM model, really, the only large category and the category that's growing the quickest, the category that's attracting the most investment from manufacturers and new products is specialty. It's the number one and the number two question for every PBM buyer of services – of PBM services.

So the directional point you mentioned, I think is really a function of we've developed and built expertise in helping manage specialty drugs effectively, getting access to the products, getting relationships with physicians to ensure that their patients are healthy, get on product that they want them prescribed towards and stay on therapy effectively. And so being able to build a differentiated PBM model by centering in on that specialty expertise is a unique differentiator for us. And so, we think it's the right way to go at it and why it's part of the natural evolution at Diplomat.

**<Q - Brooks O'Neil>**: Great. That's very helpful. And then the last question I had, I just have a sense that the specialty market, I think you've described it and others have is growing in the low-double-digits. I think Atul mentioned that the specialty business grew 7% this quarter. Could you just provide some perspective on what is going on there? Thanks a lot.

**<A - Jeffrey G. Park>**: Yeah. No problem, Brooks. This is Jeff. Just look at the – if you look at the broad industry dynamics, specialty currently represents around 40% of total drug spend in the United States, so $450 billion of drug spend, 40% of it is in specialty and that category is expected to grow to 50%. So this is a pretty significant amount of growth in a category.

As I mentioned, the overall traditional medication, some are basically flat from a trend perspective and specialty is continuing to grow. The only thing that's really softening or has an opportunity to soften those high growth rates that are projected is really the advancements of biosimilars and specialty generics. And so those are really the principal pieces for what's driving the industry trends.

**<Q - Brooks O'Neil>**: Okay. Thanks a lot.

## Operator

Your next question comes from David Larsen from Leerink. Please go ahead.

**<Q - David Larsen>**: Hi. Do you have any thoughts on what Trump might be discussing, I think later this week during a speech that may focus on drug pricing, and then in the PBM division, any sense for what percentage of the gross profit or operating income is routine rebates. And if Trump does focus on rebates, what sort of steps can we take to mitigate the impact to your earnings? Thanks.

**<A - Jeffrey G. Park>**: David, it's Jeff. I'll take the first part of the question. We are carefully watching, really the multitude of discussions that impact healthcare and pharmacy pricing and pharmacy specifically. Those that are really most adjacent to our businesses which include legislation targeted at narrow networks, not the heart of your question. Regulations that are focused on increased rebate transparency, easing up the FDA approval process for brand competitors and really price controls on branded product price inflation.

With our increased scale here at Diplomat and our diversification of services, we don't feel we're heavily tied to any one of these items and we are aligned with legislation and regulations that drive better pricing to our patients. In specialty, the cost of the drug or sometimes even just the fact that it's got such a high co-payment amount that really make it too costly for patients to access care at all.

So whether it's putting a point of sale rebates at the point of dispensing to help patients look after that higher co-pay payments and otherwise, we think those are good trends for the industry and certainly for our patients, anything that can help drive down the costs. I'll let Atul answer really the second part of your question.

**<A - Atul Kavthekar>**: Yeah and David, this is Atul. Answering the question is a little bit difficult. Obviously, we don't know what is going to be proposed and how specific and what that means in terms of specific policies. But I think the aspect in looking at it as just one line item is a little bit misleading, because I think that there are number of factors

**Company Name:** Diplomat Pharmacy
**Company Ticker:** DPLO US
**Date:** 2018-05-08
**Event Description:** Q1 2018 Earnings Call
**Market Cap:** 430.18
**Current PX:** 5.775
**YTD Change($):** -7.685
**YTD Change(%):** -57.095
**Bloomberg Estimates - EPS**
**Current Quarter:** 0.071
**Current Year:** 0.344
**Bloomberg Estimates - Sales**
**Current Quarter:** 1164.444
**Current Year:** 4823.500

that are other than just the rebates in the PBM business.

If there are policy changes that improve access for patients to get drugs more effectively, more cheaply, that obviously benefits the specialty pharmacy, so there's a number of secondary and tertiary aspects, so it's a little difficult to give you any real concrete sort of guidance on sensitivity around one particular line item around rebates for the business.

**<Q - David Larsen>**: I appreciate it. Thank you. And just one last one, I think you mentioned, Atul, with the change in the revenue recognition net to gross, there was no impact to EBITDA. Is that correct?

**<A - Atul Kavthekar>**: That's correct. It's just a presentation for top-line.

**<Q - David Larsen>**: Okay. Thank you.

## Operator

Your next question comes from Ricky Goldwasser of Morgan Stanley. Your line is open.

**<Q - Ricky R. Goldwasser>**: Yeah, hi, good morning. First question is...

**<A - Jeffrey G. Park>**: Good morning.

**<Q - Ricky R. Goldwasser>**: ...on organic growth in the quarter both for revenue and EBITDA. And are the 15 LDD drugs that you mentioned that were added in the quarter but not launched yet, are they included – were they included in guidance previously?

**<A - Atul Kavthekar>**: Hey Ricky, this is Atul. Let me give you just some thoughts around Q1 and I should just remind everybody on the line that Q1 is a peculiar quarter only because it's the start of the new plan year. A lot of patients they do tend to pull some volume from Q1 into Q4 before their planned years end in 2017 and before their deductibles restart.

And in the quarter as I mentioned earlier, you do have some pressure on patients that are now coming out of pocket and so you do normally see a little bit lower volume in the first quarter. That being said and one additional point I think we've also been mentioning on some prior calls that hep C was going to be a drag on comps for this quarter.

But all of that said, if you look at the oncology and infusion part of the business, the areas in which we are principally focused, we think we're among the top leaders in the industry and those grew at about 18% on a year-over-year basis. And if you were to even look at it on an organic basis as you'd asked, that is still in about 11% year-over-year growth on an organic basis. So we think that's actually quite strong and we're quite pleased with that. We're always looking for more growth, but we think that's a great start to the beginning of the year. And the second part of your question was around organic EBITDA growth and that becomes a very difficult question to answer.

Mostly because of the commingling of the businesses, it is really difficult to separate EBITDA from what is contributed from a new acquisition let alone the businesses themselves. So we really don't have a construct that we can give you a credible guide to that.

**<A - Joel Saban>**: Ricky, this is Joel Saban. Just to comment on the 15 drugs that we've got access in the first quarter, a few of them were drugs that were already out on the market. A few of the drugs were drugs that were being launched in the quarter and the rest of the drugs were drugs that would be launched in the future once they were granted access by the FDA.

The drugs that came out, the majority of them are in our plan. To note these drugs usually come out with a very small indication, so small patient population that access these drugs.

The other piece to just remind everybody that the increase or the expansion of indication for the drugs that we already have on panel or they we already have access is really what's most exciting for us as these drugs continue to gain indications the patient populations that they serve continues to grow. So in short, these drugs have been planned for and

**Company Name:** Diplomat Pharmacy
**Company Ticker:** DPLO US
**Date:** 2018-05-08
**Event Description:** Q1 2018 Earnings Call
**Market Cap:** 430.18
**Current PX:** 5.775
**YTD Change($):** -7.685
**YTD Change(%):** -57.095
**Bloomberg Estimates - EPS**
Current Quarter: 0.071
Current Year: 0.344
**Bloomberg Estimates - Sales**
Current Quarter: 1164.444
Current Year: 4823.500

some of them will actually be coming in the future.

**<Q - Ricky R. Goldwasser>**: And my second question is around kind of like the step up in rebate transparency, narrative that we've seen last week and this week coming out of Washington. So just, Jeff, do you see any change – potential change in government business, potentially spilling over to commercial.

And when we think about kind of like your PBM business, I understand that you're not commenting on the contribution of rebates, but how should we think about the business model and kind of like the mix between kind of like transparent contracts versus pass-throughs.

**<A - Jeffrey G. Park>**: Ricky, this is Jeff. Thanks for the question. It's certainly very topical. If you look at it from the broadest perspective and your comments about focusing on rebate transparency in the government segment and what it may mean to the commercial segment.

I'd start with making the point that if you think about it in the United States, the largest payer by a large margin is the federal and state governments. So they are the largest recipient of rebating. And rebate programs or the components that go along with it beat just by the nature of being the largest provider.

The ability to drive transparency on rebating is really one of the tools to drive down costs. So rebates network access and costs as well as clinical programs to manage what medications are available, they're really taken in tandem.

The largest players in the industry have business models built on historically leveraging rebates as one of the principal components of their profit using formulary and formulary decisions and driving rebate approaches.

What's unique about CastiaRx and our position in the marketplace is that we're not beholden to any particular business model tied to a legacy footprint. We're looking for market churn and this type of discussion around how do you drive better pricing for patients whether at the point of sale or more transparency around where profits are being made that are really going to be clearer for the people who are paying the bills whether it's payers or the patients is good for us.

As a smaller industry participant, market churn is an advantage for us. Market change is an advantage for us. We're looking to take share. So these discussions and conversations are sometimes asked very uncomfortably to incumbent PBMs and to be candid, that's what we like. So hopefully that helps give you some perspective on where we see rebates.

**<Q - Ricky R. Goldwasser>**: And, Jeff, to your comment that the federal government is the largest payer when you think about your book of business, what percentage is commercial versus government?

**<A - Jeffrey G. Park>**: So for our specialty business, we've got – a big part of our business is in the open market. $4.5 billion or so of specialty spend and open market business means it's paid for by payers managing Part D and other networks. So – but as a pharmacy, the rebate is not a part of a profit model. So it really doesn't have any effect.

From the PBM perspective, we do have a small Part D book of business. It's booked and priced on a transparent basis. It really doesn't have any impact to our business whether there is a change in business model around transparency or not for us in that regard. Does that help, Ricky?

**<Q - Ricky R. Goldwasser>**: Yes. Thank you.

**<A - Jeffrey G. Park>**: Thank you.

## Operator

Your next question comes from Eric Coldwell of Baird. Your line is open.

**<Q - Eric W. Coldwell>**: Hey, thanks very much. Just curious what is the average number of pharmacies in your book of limited distribution programs? I don't know if you have that number or maybe you could just talk about how that's trended over the last couple of years?



**Company Name:** Diplomat Pharmacy

**Company Ticker:** DPLO US

**Date:** 2018-05-08

**Event Description:** Q1 2018 Earnings Call

**Market Cap:** 430.18

**Current PX:** 5.775

**YTD Change($):** -7.685

**YTD Change(%):** -57.095

**Bloomberg Estimates - EPS**

**Current Quarter:** 0.071

**Current Year:** 0.344

**Bloomberg Estimates - Sales**

**Current Quarter:** 1164.444

**Current Year:** 4823.500

And then on these newer – 15 newer drugs that you've got limited distribution access to, those that were already in the market. Can you give us a sense on how many pharmacies are included in those programs? And how much of those manufacturers might have increased the number of pharmacies that now have access? Thanks very much.

**<A - Joel Saban>**: Great. Thanks. This is Joel. The – we have a variety of different participants in the panel. We have some drugs that we are the only pharmacy that's available and we have some drugs that they could be upwards of maybe 20 available pharmacies. So every drug coming out has a different look. I would say that the average is between 6 and 10. We saw that the current drugs that came out or that we got access to that's also came out in around the 8 to 10 mark and the drugs that we gained access that were already out in the market were again in the low double-digits maybe a 12 to 15 pharmacies that are participating. I think the important part is really once you have access, how much market share you're able to gain and it goes to our ability to be up in the provider offices and be able to gain market share.

So even with pharmacies – with 20 pharmacies being part of the panel, we're able to gain upwards of 15%, 16% of the marketplace. So I think we've been very successful once we get access and really the amount of pharmacies helps at the beginning but really our access to the providers' offices with our sales force is really what drives the volume for those limited distribution drug.

**<A - Jeffrey G. Park>**: And Joel – I think what's important to add to Joel's point is that why we get selected for these limited distribution drugs to begin with. We're being measured on how we can get these patients on therapy and keep them on therapy and irrespective of whether there's three, five, seven different pharmacies, we're top mark scorer in those categories which is why we can drive a disproportionate share of those limited distribution products even when we're one of many others on the panel. Thanks.

**<Q - Eric W. Coldwell>**: That's great. Thanks very much guys.

**<A - Jeffrey G. Park>**: Thanks, Eric.

## Operator

Your next question comes from Jamie Stockton of Wells Fargo. Your line is open.

**<Q - Jamie Stockton>**: Hey, good morning, maybe just real quick. The effort that you guys talked about building up the more direct sales force to small and medium size health plans. Can you talk about how much you were able to leverage, maybe the existing infrastructure that LDI and NPS kind of brought to the table versus we had to go out and staff up.

**<A - Jeffrey G. Park>**: Jamie, this is Jeff. First of all the go to market from a specialty pharmacy benefit perspective only to the larger payers that I was outlining was not built off of the LDI, NPS acquisitions, so it was building and investing in a team internally here. We've brought on experts in the area. If you look at our press releases about seven months or so ago, we brought in a person name Robyn Peters. She's been a great addition and helped in recruit and bring in a series of other individuals that we can really help target and focus on that part of the market.

So from a growth perspective, we really have a few key pieces. One, we want to drive and execute the synergies. We're off to a great start on that regard already with $4 million of annualized synergies from a growth perspective. Two, we've got access and opportunities with respect to the PBM business and CastiaRx which we've covered off. And third to your point, thank you for bringing it up again, was really around the ability to drive specialty benefit management to these largest health plan and where they're looking for alternatives and so this is an exciting leg of the growth stool for us. Thanks for your question, Jamie.

**<Q - Jamie Stockton>**: Sure. And then maybe just one other quick one. This is probably going to be the last quarter where hep C as a headwind will be an issue right?

**<A - Joel Saban>**: That's right. So hep C versus Q4 and versus 2017 Q1 is down and we believe that going forward it's stabilized too from a patient perspective.



**Company Name:** Diplomat Pharmacy    **Market Cap:** 430.18    **Bloomberg Estimates - EPS**

**Company Ticker:** DPLO US    **Current PX:** 5.775    **Current Quarter:** 0.071

**Date:** 2018-05-08    **YTD Change($):** -7.685    **Current Year:** 0.344

**Event Description:** Q1 2018 Earnings Call    **YTD Change(%):** -57.095    **Bloomberg Estimates - Sales**

**Current Quarter:** 1164.444

**Current Year:** 4823.500

**<Q - Jamie Stockton>**: Okay. Thank you.

**<A - Jeffrey G. Park>**: Thank you.

## Operator

Your next question comes from Steven Valiquette of Barclays. Your line is open.

**<Q - Steve J. Valiquette>**: Great. Thanks. Good morning, everyone. And Jeff, I enjoyed reconnecting during this process, just wanted to mention that as well.

**<A - Jeffrey G. Park>**: Thanks, Steve.

**<Q - Steve J. Valiquette>**: I guess as far as my question is around just even with the full grossing up of PBM revenues this quarter under the new accounting rules, your PBM gross margins are still higher than gross margins reported by other publicly traded PBM assets which is I mean that's obviously a good thing for Diplomat. So I was just curious if there's any additional color on what you think is really driving that. Is it primarily just a mix difference with perhaps more small to mid-sized customers for you guys and maybe fewer large customers or are there other factors on your very powerful PBM gross margin? Thanks.

**<A - Atul Kavthekar>**: Yeah. Thanks for the question. This is Atul speaking, and I think you hit it exactly on the head. The business, the makeup of the PBM business is a) it caters to a different part of the market, a different segment of the market which does tend to have margins more consistent with what we're demonstrating and unlike the bigger ones and also there is a broad set of services that we bring to bear in the marketplace. And we're doing more things; we have more revenue opportunities with a given member. And that's exactly what you're seeing.

**<Q - Steve J. Valiquette>**: Okay, maybe one just real quick one. Within your PBM segment I'm guessing you still have some mail order business for traditional brand and generic drugs that obviously do not fall into the specialty bucket. So with that assumption, do you have just a rough approximation of where your mail penetration rate is within your PBM books? Just need a rough number, just kind of for a frame of reference? And also do you have a specific definition for the overall company on determining which mail order drugs fall into traditional PBM mail versus specialty pharmacy just on a go forward basis? Thanks.

**<A - Joel Saban>**: Yes, this is Joel. So we do have traditional mail order. It is – when you combine the businesses of NPS and LDI, it's fairly low, less than 10% and we do have a list that we publish for our clients that spells out which drugs are specialty drugs and which ones are mail order and that list is published for our clients.

**<Q - Steve J. Valiquette>**: Okay, that's helpful. And great, thanks.

**<A - Jeffrey G. Park>**: Thanks, Steven.

## Operator

Your last question comes from Charles Rhyee of Cowen. Your line is open.

**<Q - James Auh>**: Hi this is James on for Charles. When the LDI acquisition was announced, it was noted that a relatively small percentage of LDI customers use LDI's specialty pharmacy and has that penetration changed since the closing of the deal. And where do you think that penetration could ultimately go to?

**<A - Jeffrey G. Park>**: James, this is Jeff. So first of all when you look at what we've got to reset the component for you, we've got really $800 million worth of drugs then that runs through the PBM plus or minus. And it's 20% or less is really in specialty category. When you look at what the crossover is, it's been relatively minor at the acquisition point. Our focus since the integration began in January was to work with our clients and their patient populations to identify which ones will be best served from a service and a price perspective with our specialty pharmacy distribution



| | | |
|---|---|---|
| Company Name: Diplomat Pharmacy | Market Cap: 430.18 | Bloomberg Estimates - EPS |
| Company Ticker: DPLO US | Current PX: 5.775 | Current Quarter: 0.071 |
| Date: 2018-05-08 | YTD Change($): -7.685 | Current Year: 0.344 |
| Event Description: Q1 2018 Earnings Call | YTD Change(%): -57.095 | Bloomberg Estimates - Sales |
| | | Current Quarter: 1164.444 |
| | | Current Year: 4823.500 |

capabilities. And we've already been able to drive some good progress in that.

With the brand launch of CastiaRx and really the focus of bringing this specialty offering into that small to medium market, we expect to continue to drive that here in the second and third quarter. So we'll give you a little bit more update on it, but it's certainly a big focus of the integration.

**<Q - James Auh>**: Okay great. And you mentioned that Diplomat drives utilization of biosimilars. How are you able to drive utilization and how does Diplomat's utilization rate compare to the overall market?

**<A - Joel Saban>**: Great. That's a great question. So obviously as a pharmacy, we have the direct lines of communication and direct interaction with the physicians and the patients. So at a traditional generic we – if it's AB rated, we make the switch and form the physician and form the patient. And for biosimilars those that do not have AB ratings, we actually make the call to the physicians, consult with them and with the patients. So traditionally, where you would see low penetrations of generics, we will see higher generic dispensing rates specifically if you look at some of our MS drugs specifically Copaxone. We can see 80% to 90% generic substitution in that specialty drug. And we continue to have opportunities with biosimilars. And we can have a fairly good amount of penetration with those drugs also.

**<Q - James Auh>**: Great.

## Jeffrey G. Park

Thanks James. This is Jeff. Thank you all for taking the time and look forward to talking to you further. Thank you.

## Operator

This concludes today's conference call. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2019, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*