# Exhibit F

**S&P Global**
Market Intelligence

# Diplomat Pharmacy, Inc. NYSE:DPLO
# Company Conference Presentation

**Wednesday, September 12, 2018 4:40 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants ................................................................................ 3

Presentation ................................................................................ 4

Question and Answer ................................................................................ 5

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Atul Kavthekar**
*Former CFO & Treasurer*

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

**Joel Saban**
*Former President*

**ANALYSTS**

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*

**Unknown Analyst**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*
So my name is Ricky Goldwasser. I'm Morgan Stanley's Healthcare Services analyst, and it is my pleasure to introduce this next session. We have the Diplomat team here with me on stage. 2018 was a very eventful year for Diplomat. You guys changed your leadership team, you integrated 2 PBM acquisitions to create an integrated specialty in PBM platform.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*

So with that, Brian, you joined Diplomat with years of experience in the PBM world, spent time in Anthem, spent time at Medco. Can you just kind of like kick off the conversation with kind of like your vision for Diplomat?

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

So thank you, Ricky, and great to be here with you all. Yes, so to your point, I've been at this for a while. So Ricky was nice not to say how many years, but I guess, I've been in the PBM business for over 30 years. And yes, in terms of -- and this is essentially my reason for joining Diplomat is the vision that I'll outline here for you, but I think that from my vantage point, this has just been a great opportunity as a point in time. So if you think about what's happening in a macro level, with the significant vertical integrations that are taking place, and I think, the news over the last week would suggest that those transactions likely would...

[Audio Gap]

You're right. In terms of the PBM integrations, we -- the -- our acquisitions that took place in Q4 and we've been very busily focused on the integration of what was the legacy LDI business and NPS PBMs and that has been going very well. So the integration process I think has been managed extremely well. If you heard us during our earnings call, we talked a bit about our performance on expected synergies, and we're very happy with the way that that's developed. But we also importantly in terms of the vision, we believe that we can continue to expand into the middle market PBM business. So we're a small group PBM that's basically focused on anything from 100 to say 5,000 in terms of covered lives as our target market. That market, we estimate is about $100 billion market, and we've got less than 1% of it. So we're very excited about the opportunity to expand the core PBM business. Important to that, as you well know, is that we can continue to expand our core specialty business through that PBM platform. So both with respect to the existing PBM business as well as our future growth in the PBM business that also naturally grows our other 2 business segments, meaning core specialty and infusion. In terms of new markets for us and as part of this vision, we have really for the first time focused on 2 additional business segments. The health plan business segment, which is where I spent most of my career at Medco, really 25 years of my career, that is, I think, again, because of this unique point in time with the vertical integration and us being independent, I put -- I think that puts us in a unique position to go out into the health plan market as the independent specialty benefit management company with the legacy and reputation that we've got in the specialty market to create strategic partnerships. And you can imagine that evolving into sharing data and to be able to leverage pharmacy, specialty and medical data to close gaps in care with gaps in care programs. And so I think we've become a really interesting strategic partner for the health plan marketplace, and that's a new market for us. As you know, our traditional core specialty business has been done the old-fashioned way. That's been really been building relationships position by position, specialist by specialist and creating that deep relationship that I think we're known for and the high-touch patient care model that we've had associated with that core business, so it's new health plan. And then similar to that running kind of in parallel to that is our focus on the hospital system marketplace. Particularly, those hospital systems that have their own benefit offering, I guess, here in town, Northwell has historically had a health plan offering. So similar to what I just outlined on the health plan side, we can become a strategic partner for the hospital systems that have health plan offerings, and we can become that specialty benefit management strategic partner. So that's my vision. And I think, again, just given the timing with all of the vertical integration, it really creates a nice point in time opportunity for us to jump in and grab market share in those new markets for us.

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So we have a lot to dive into here. Starting with the clear cross-selling opportunity between the PBM, the existing clients that you have in the specialty business, could you help us quantify that cross-selling opportunity? Should we think it is simplistically as contracts, or 3-year contracts and every year, you're just going to convert the PBM clients? And what type of growth would that translate to?

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

So relative to the core PBM, yes, I think you're looking at it the right way. It's -- it is within our small group marketplace. It's typically 3-year contract terms. And specifically, the specialty opportunity within that, I think as part of the integration process, the team has done a really nice job, not only executing on the integration. So we're -- basically, we're taking 2 legacy PBMs and we're putting them on to a single platform and that's been going extremely well. But to your point, the other opportunity within it was to convert specialty prescriptions and to leverage our core specialty position and capture the specialty scripts within the PBM business. So I'd say that, that we've been very successful with that as well, and we've captured the specialty spend within our PBM, particularly on the LDI side, which had more of the specialty orientation relative to legacy NPS. So I'd say that very successful penetrating the legacy LDI with more opportunity actually to more deeply penetrate the NPS business.

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*

And then as we think about the -- expanding into the middle markets, I think in July, you talked about the fact that RFP volumes are double the levels that you've seen last year. How is the selling season progressing? What's your win rate to date?

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

Yes, so we don't really have visibility at this point. Naturally, we'd love to be in the position to provide visibility on that. But to your point, during the earnings call, I think we actually pointed the fact that RFP volume activity is up double relative to the legacy businesses. So we don't know yet how that translates into win rates. As you know, for the small group market, unlike the big 3 that tend to be more focused on the mega market, the jumbo account marketplace, the selling season for the small group marketplace really extends into December. Actually, my experience having been with the health plan is sometimes you're getting business in from the broker community after January 1, and you're retroactively implementing it for 1/1. So that is just a function of the fact that we're so -- we're exclusively focused on the commercial small group marketplace. So this will extend in through December, so we'll have better visibility as we get obviously into Q1.

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*

And if you can talk a little bit more about the opportunity with the health plan? I mean, obviously, we're seeing kind of like vertical integration on the large plan side. What type of conversations you're having with the smaller plans? And how should we think about the appetite?

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

Yes, so a great question. I -- and this is -- I should have noted relative to the PBM opportunity, which I don't think I completed your question on, we look at that as $100 billion marketplace, and so we have less than 1% share in that $100 billion dollar marketplace. So to your point, in terms of the vertical integrations that are occurring, we're expecting just like it has been historically, anytime there is any significant combination, there is a level of disruption. So we are expecting to see a kind of a higher level of churn into the future particularly now that there's -- we're getting better clarity that those deals are going to ultimately be approved. That will play out in the market here in the near term. So with respect to PBM, that represents an opportunity for us. Then specifically to your question on health plans and specialty specifically, the conversation has been the idea of creating a strategic relationship with the health

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

plan focused on specialty benefit management. So I think we're -- I would argue highly regarded in the industry with the high-touch patient care model that we've had historically within specialty. The idea that we can become that independent partner, in effect creating an enabling platform for them to compete with the newly vertically integrated companies, I think is a significant strategic advantage that we've got. So that's been the conversation to date. This is I -- as I indicated earlier, this is all relatively new for us in terms of our focus on the health plan and hospital system universe. So to be determined here in the near term, but the conversations have been around creating that level of strategic partnership. I should also add that a new trend that we're seeing develop and this is within some of the major national consulting firms issuing specialty-only RFPs. So I think everybody in the room knows that specialty here in the near-term, in the next several years, is going to represent over 50% of total pharmaceutical spend. With that, we're in the position where we can leverage our legacy competitive advantage in specialty and further penetrate the PBM market as a result of that positioning, but then in addition to that enter into these new markets of health plans and hospital systems.

### Rivka Regina Goldwasser
*Morgan Stanley, Research Division*

Branded drug pricing and potential changes to rebates, obviously, have been top of mind for the industry and for the investment community. From your perspective, based on your experience over the years, what programs have you tested in the market to date that you think would have kind of like the most merit or the most potential to build upon if rebates do go away. So what would be your vision? What would the new payment model look like?

### Brian Thomas Griffin
*CEO & Chairman of the Board*

Yes, also a great question. I -- from my vantage point and this may be counterintuitive, just given all the public attention over the last month, and I'm anxious to hear what the secretary says here, I won't be able to attend that session, but I'm anxious to see what the positioning is on that. In our market, in the small group market, this really has not been the subject of discussion at a client level. Now that's likely -- that may be different in the jumbo market, call it the Fortune 500 market. But in our market, it really has not become an issue yet. So we are anticipating that we'll continue to play the way that we have historically in the market relative to the model of rebates. I think you're aware that as you look at our legacy businesses in NPS and LDI, the NPS business historically was a pass-through model on rebates, the legacy LDI business is -- has been more of a traditional model that has rebate retention as a component of it. So you need to think about it as a blend of the 2 now. But we -- in terms of our go-to-market position, we've been in the market with the options ranging from fully pass-through all the way through traditional models and anywhere in between. So that really ultimately becomes a planned sponsor decision in terms of the model. To answer the next piece of your question about the vision for the future because I think for those of you who have tracked the PBM industry, you're not necessarily as long as I've been in it, but even over the last 10 to 15 years, I think you've seen that the PBM industry has flexed its business model, the economic model and obviously, have done pretty well in terms of -- in growth over time by doing that. I think that, that's going to continue to be the case. My vision, however, is I can certainly imagine similar to what I just outlined as I was talking about our opportunity within health plan strategic partnerships, I can clearly envision a model where we go to market with a value proposition that cuts across total health care costs, meaning that either through partnership or us going out to the market, the ability to leverage integrated data, so traditional pharmacy, specialty and medical data and go-to-market with a value proposition based on a gaps in care model. So for example, the idea of us being able to identify at the retail pharmacy setting, gaps in care opportunities for our patients certainly with us being the specialty pharmacy, dispensing the medication in our high-touch patient care model, a continued focus on closing gaps in care there. And you could imagine that becoming part of a new value proposition that we bring to the market.

### Rivka Regina Goldwasser
*Morgan Stanley, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

When we think about, to your point, your market segment is not very focused on rebates. But what type of flexibility do you have within your organization, within the contracts that you have to adjust if there are potential changes in the future?

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

Yes, yes. So within our existing contracts across both legacy businesses, we have the ability to renegotiate the agreement. If there is a change in law that affects our ability to execute under the agreement, we have the ability to go and renegotiate the agreement. That's true for us. It's true in my experience, it's been true across the PBM industry, so we've got that. In addition to that, as you know, just on contract renewal naturally, we have the ability to renegotiate the agreement. And I think the industry, as I said earlier, the industry has I think been very successful in flexing its business model over time and continuing to grow EBITDA. So I'm not concerned about that, and we have the contractual protection as well.

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*

Obviously, related to rebate is just the topic of drug pricing and the whole gross to net controversy. If we think about your specialty business, in the past, you guys guided to some exposure to branded inflation. I know it's too early to know what January price increases will bring, but what's the sensitivity of the model? So if we were in a world where there are no price increases next year, what does it mean? [indiscernible].

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

Yes, so I'll start and then I'll maybe ask Atul and/or Joel to add some color to it as well. To your point, as you know, the majority of the brand increases go into effect starting January 1 historically, and in our earnings call, we pointed to the fact that through the back half of the year here, we can assume some moderating level really hard to understand what the -- what one is going to bring. But I mean if you just look at the public statements to date, from my perspective, from pharma, it doesn't provide clarity as to brand increases. I think Ian Read from Pfizer was out -- he was the initial statement, and he indicated that they were going to wait to get better clarity to the blueprint, right? And I think other pharma followed, and they made statements around specific products that in my mind didn't have significant impact just given the size of the products and the overall impact. So hard to tell for the remainder of '18 what some of pharma may do in terms of continued reaction there. But I'll ask Atul to share his perspective as well.

**Atul Kavthekar**
*Former CFO & Treasurer*

Sure. And so you asked with regards to sensitivity to the model, I think, so in this year, at the beginning of the year, we sort of gave some indication that our expectations around inflation were going to be relatively consistent with historical patterns, and we call that out to sort of the 5 to 7. So the fluctuation next year I think we will -- we'll have a better view on, but I think at this point, we're not in a position to really say. But as far as -- just remember that the impact on our P&L comes from 2 components. There is the profit that we get from just simple adjustment in pricing assuming a relatively consistent margin, and then as well as changes to inventory on hand. And so those are factors that are variable. And at this point, we really don't have a determination on what our optimum inventory levels are going to be next year. But clearly, that's going to be a component of the '19 forecast that we provided.

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*

You know when I think about the opportunity for you, you're in a unique position right now, and even if there is some headwinds on inflation given that you're integrating the business, there is some opportunity for synergies. So if you think about the synergies and you think about the levers that you have to potentially mitigate any headwinds that could come from branded inflation. What's kind of like that optionality that you have when you think about your cost structure? And how much more room also you

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

have kind of like on that margin? You've already kind of like shown us a pretty nice step up in margin expansion very quickly. So how should we think about it for the future?

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

Great question, and it's a -- that's a great one for me to give to Atul. So I think you've obviously in our earnings call, we were happy to report that we had accelerated synergy value that we were able to realize into the quarter, and obviously, we'll continue to focus on driving incremental synergies. I'll let actually either Joel or Atul add more color to it.

**Atul Kavthekar**
*Former CFO & Treasurer*

I'll throw in a couple. Just in a broader sense of what levers we have, and we've talked a little bit about this actually on the last call. So I mean, when you think about our cost structure, it's obviously it's -- the cost of goods, the drug acquisition cost, but it's also the variable components of labor in the fulfillment of scripts as well as SG&A. I think the target and the benefits that are going to come as a result of the investment that we talked about are going to show themselves going forward in some of those aspects of our ability to deliver more efficiently. The new facility we're talking about opening up, the added investments and just process on our ability to deliver, for example, making the tasks around delivery in our infusion side of the business, the burden on the nurses, more streamlined and easier. I think those are all different types of, effectively, levers that can offset. And those are things that we're going to do anyway, but I think those are things that you need to factor in as well as whatever the price of inflation is going to wind up being.

**Joel Saban**
*Former President*

And I'll add just one more point that when the blueprint came out, obviously there is some talk -- specific talk about rebates, but some of the other items in the blueprint, specifically around generics and biosimilars that we expect to see positive impact. So any time that we get more drugs being approved by the FDA to compete with existing drugs, specifically in specialty, the new pathway, the potential new pathways for biosimilars, more new biosimilars coming out and then just generics in general coming out for specialty medications, we expect to see that be a huge influence to our overall profitability at Diplomat.

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*

Can we pause here and see if we have any questions? Just one question over there.

**Unknown Analyst**

[indiscernible] around the co-pay accumulator program?

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

Okay. If I heard it, it was...

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*

Can you repeat the question? We didn't hear that.

**Atul Kavthekar**
*Former CFO & Treasurer*

Co-pay accumulator.

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Yes. So the impact of co-pay and accumulator, I mean, so that -- as you know, that's been kind of in the industry as a key component of the benefit design for the last 5 to 10 years, right? And so I don't see, in my mind, an incremental impact tied to co-pay and accumulator relative to specifically, I think your question was around our specialty business.

**Unknown Analyst**

Yes. I guess, I -- well, I guess, I was wondering more if you're seeing any growth in the uptake of co-pay accumulator program?

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

Oh, I see. Well, I think the industry has, yes, I think there has been some incremental growth over the last several years. And this is just the growth within high deductible health plans. I think it's one of the factors that contributes toward the growth in accumulator program. So yes, there has been some incremental growth there. Yes.

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*

You talked about, Brian, the integrated model and kind of like really the importance of investing in that model. When -- part of the Morgan Stanley's house view is that companies that actually invest in technology are starting to be rewarded by the market. So can you talk a little bit to it as how you think about the opportunity to kind of like invest in technology to improve the consumer experience, but also to bring in kind of like more efficiencies on the back end?

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

Great question. And there are a number of initiatives that we've already got underway, specifically investments in technology. Joel and the team during the course of their planning for '18 have us investing in our core specialty operating platform, that's going to drive significant operating efficiencies as we implement that, which is occurring at the tail end of this year and into next year. The other investment that we are making is in a new facility in Chandler, Arizona, and Chandler is going to be a combined dispensing pharmacy as well as a member service platform, and that will drive efficiencies as well. The other significant investment and this is kind of continued investment in that deep relationship with the physician community is -- has been an investment that we've made in the physician portal, just making it easier for them to do business with us. So we've become -- we've grown our business based on that relationship with the physician, and a key component of that is we're very easy to work with. And so continuing to invest in that portal I think is going to continue to be important for us. Relative to the consumer, similarly we've been investing in digital technology to drive adherence, messaging. So I think there is a lot of opportunity for us to continue to drive an improved consumer experience. So the investment that we made into the core specialty operating platform I think also has an impact on the consumer experience. And certainly, the digital investments that we've made in consumer-facing technology are going to drive a very different patient experience as well. All of those coming together, as we talk about the possibility of a more integrated offering I think will put us in a position of driving a different value prop to the market.

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*

And when we think about the customer mix, commercial versus Medicare, can you talk a little bit about your difference versus some of the other players out there? How does it tie into the business model? There is a lot of noise out there around spread pricing and on different initiatives. So if you can just help us kind of like -- what's kind of like myth, what's reality that relates to your story?

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**DIPLOMAT PHARMACY, INC. COMPANY CONFERENCE PRESENTATION | SEP 12, 2018**

Yes. So we're -- and I'll ask Joel to add some color this as well. But as we think about the legacy businesses, it's -- we really are a commercially focused small group player. And obviously, we've been able to drive significant growth in that area. We're going to continue to be focused in that area. The operating platform that we use to support that business is I'd argue the best in the industry. So it's very scalable. So that market opportunity that I referenced earlier, that $100 billion dollar market opportunity in small group, we can -- with our existing platform, without further investment, in other words, we can scale into that market and grow it. So our focus will continue to be to grow that commercial marketplace. I think you've heard us talk a little bit during our second quarter earnings call that our -- the legacy NPS business had some government business in it. On a move forward basis, that is not going to be a significant component of our business. And I'll ask Joel to add any commentary.

**Joel Saban**
*Former President*

Yes. And the only thing I would add from a pricing mechanism of what we offer to our PBM clients, we have a variety of pricing available, that's anywhere from a complete pass-through fee based all the way to complete traditional take the risk of pricing for ourselves. So we've been very flexible with our clients. And I think that what makes us successful in the small, medium market is the ability to bring a variety of solutions to what the client is looking for, and that's I think what's been lacking with the larger PBMs in that same market where they pretty much bring a one-size-fits-all to them.

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*

We have a minute. So last question to close. How you think about M&A for remainder of the year or even on the long term? And are there areas that you still see as high priority? Or do you believe that you now have all the required parts that you need in order to drive a vision forward?

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

Yes, great question. So I think yes -- the answer to the latter part of your question is, yes. So I think we today have the operating assets to be able to grow into the market the way that I just described, meaning continued growth in the small, midsize group market, commercial group market on the PBM side and to develop those relationships with the health plans and hospital systems we're building out and effect an integrated relationship. I think we've got those assets today. So in terms of how I think about prioritizing M&A, the company has been very acquisition focused in its history. I think they have integrated -- we just talked about the integration of the legacy PBMs, I think they've executed very well. And unlike a lot of other organizations, I think I've seen in health care, they've actually integrated the business onto their platform, which I think is a significant operating advantage. But as I think about operating -- excuse me, M&A here in the near term, I -- candidly, I don't know that I would be as focused on the PBM space. I'm not sure that here in the near term, I'd be rewarded for that. I think based on how things develop with the blueprint, that could bring greater clarity to that. That would maybe change our prioritization. I do think that there are some interesting assets out there. And I think just based on the last several months here, I think valuations could be attractive. So I wouldn't rule them out. But from a prioritization perspective, I think we'd probably look at infusion and investing in our infusion network as maybe a higher priority, and there, as you may have heard us articulate kind of the criteria that we used to think about that investment. But where we've got membership, where we may not be as deeply penetrated, we would likely think about investments in that area. So that's continued growth in a specific market that we're in or alternatively, just to round out our national infusion footprint to invest in areas -- pockets where we may not have a current presence. And part of what we would drive that is some of the strategic partnerships that we'll build with health plans would inform the way that we would think about making those investments.

**Rivka Regina Goldwasser**
*Morgan Stanley, Research Division*

Great. Thank you very much.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Brian Thomas Griffin**
*CEO & Chairman of the Board*
Thank you. Thank you very much. Thanks for your time.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**DIPLOMAT PHARMACY, INC. COMPANY CONFERENCE PRESENTATION | SEP 12, 2018**

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.