# Exhibit G

THOMSON REUTERS STREETEVENTS

# EDITED TRANSCRIPT

DPLO - Diplomat Pharmacy Inc at Robert W Baird Global Healthcare Conference

EVENT DATE/TIME: SEPTEMBER 05, 2018 / 1:40PM GMT

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.


THOMSON REUTERS

SEPTEMBER 05, 2018 / 1:40PM, DPLO - Diplomat Pharmacy Inc at Robert W Baird Global Healthcare Conference

## CORPORATE PARTICIPANTS

**Atul Kavthekar** *Diplomat Pharmacy, Inc. - CFO and Treasurer*

## CONFERENCE CALL PARTICIPANTS

**Eric Coldwell** *Robert W. Baird & Company, Inc. - Analyst*

## PRESENTATION

**Eric Coldwell** *- Robert W. Baird & Company, Inc. - Analyst*

Okay, good morning. My name is Eric Coldwell. I cover the healthcare services pharma supply chain names at Baird, and it is a pleasure to have everyone with us today.

I want to thank Diplomat again for coming to the conference, and Atul Kavthekar, the CFO, and of course, Terri Powers, my old friend in investor relations. I am really happy to have the Company here this year.

Unfortunately, a couple of executives got pulled away to some important business meetings. Atul promises me that means big bookings in the fourth quarter. That was a joke.

But Diplomat, for those of you who aren't familiar with the Company, and I suppose everybody probably is, but it is one of the largest specialty pharmacies, one of the biggest players in the infusion marketplace, and a newly minted PBM in the small and midsized market. And bringing all of these pharmaceutical services supply chain services together into really a new creation since the Company came public four-plus years ago.

So with that, I'm going to let Atul make a couple of brief comments and then we are going to jump straight into the fireside chat.

---

**Atul Kavthekar** *- Diplomat Pharmacy, Inc. - CFO and Treasurer*

Sounds great. Thanks, Eric. Good morning and thank you all for being here. I have a couple of slides here; I won't go through our disclaimers and our forward-looking statement statement, but I encourage you all to read this word for word later on.

And I think Eric already did a good job of putting our first slide into some context. We are, for those of you that are less familiar with the Company, the largest independent provider of specialty pharmacy services.

We are based on a core of specialty pharmacy solutions. So that's the DNA of the Company. It was founded over 40 years ago by our founder. And it drives a lot of our decision-making and a lot of our views on the marketplace.

And from that, we have expanded the business over the years. We have added a very successful infusion business, a very complementary one. And most recently, we have added on a couple of PBM acquisitions late last year.

And what we think of those as being a very, very symbiotic umbrella and organization of businesses we think that provides a very unique solution to the market -- the market, in this case, being for middle market employer groups, union plans -- to provide PBM and related specialty services as well as an increasing number of and an increasing focus on small payers and providers.

So with that, just to give a little bit of an introduction to our outlook. And so there is no new information here, but we have published our full-year outlook. And just to reiterate: we are forecasting and providing guidance of total revenue of between $5.5 billion and $5.9 billion for the year. Total adjusted EBITDA of $164 million to $170 million for the year, GAAP EPS of ranging from a loss of $0.15 a share to a gain of $0.01 a share for the year. And cash flow from operations of about $115 million to $130 million for the year.

2

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



So as well deleveraging, which has been a component of our story, continues to go forward. We most recently announced in our [send] of our second quarter a deleveraging to about 3.6 times trailing on a pro forma basis. And we have indicated to the market to be to our target leverage of between 2 times and 3 times sometime in 2019.

So with that, just to cover the bases, maybe, Eric, I will hand it back to you. And we can go through whatever questions you or the audience may have.

## QUESTIONS AND ANSWERS

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

Thank you very much. And if anybody has a question, feel free to send them up to the front. So Atul, I had wonderful questions for Brian. Of course, he had to go on this business trip, which I understand, but I'm going to ask you a question that I had for him and hopefully you can speak for him a little bit.

He joined the Company about three months ago formally. And I think there is always a couple of those big questions that investors have, which is number one: what do you see that you like? Number two: what is there that, when a new executive steps in, he takes a look and he comes to you, the CFO, and says oh my gosh, I can't believe we are not doing blank. What are those topics that Brian and you have talked about?

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

Yes, and I am not going to say anything that he hasn't already said. But I think some of the things that he -- there is always pluses and minuses, as you point out.

And I think some of the positives that he has expressed is really can be boiled down to two things. One is I think he has been very pleased -- and this is not a plug for the management team. But I think he has been pleased at the completeness of the existing management team, i.e., no other -- no immediate and obvious gaps in skill sets. I think he is pleased with the ability of the management team to scale and grow the business, so on and so forth.

I think he is also probably -- and this is not uncommon to a lot of people that visit Flint. I think people have a lot of preconceived notions on businesses based out of Flint, Michigan, of what that really means. And I think after you sift through a lot of the clutter that clouds the marketing for the city, I think he found that it is actually a very great place to start a business and to run a business. And particularly one where cost and cost management is as important as it is. I don't think he has ever expressed any great concern or alarm at anything that he has seen so far.

I think one of the things that Brian brings to the organization, and I think it's maybe not as fully appreciated, is his relationship and experience on the provider side of the world. And his ability to see what an operation like ours and envision that at scale.

And I think he sees a lot of opportunity for us to get a lot bigger, to get a lot more -- even more professionalized than we are. And I think establish all of the groundwork that we need to grow the business at a scale and at a level that we would like it to be.

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

That's great. I am going to jump over to the PBM. Obviously, that's the newer bigger piece of the story here recently, Castia. So with last quarter you upgraded your synergy targets for the year. It looks like the integration -- it sounds like it has gone very well, at least as well as expected.

3

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



THOMSON REUTERS

## SEPTEMBER 05, 2018 / 1:40PM, DPLO - Diplomat Pharmacy Inc at Robert W Baird Global Healthcare Conference

You cited a number of reasons: contracts, PBM services, manufacturer discounts, and others. Of the $8 million to $10 million synergy that you now see for the year, I'm curious how much of that might if any relate to your ability to sell your limited distribution drugs into Castia's patient population, where you didn't have a lot of exposure before?

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

Great question. Yes, I think hats off to the team that managed that integration, or I should say is managing that integration. I don't think we can declare that it's completed yet, but it is definitely approaching its last innings of the game. I think we are quite pleased and we hadn't expected it would be anything other than successful. I think we have been quite pleased at its progress.

The increased and the elevated view on synergies I think is sourced from across the board, and you named the big ones. And our ability to cross-sell the limited distribution drugs is a part of that. It's an important part of that and I think going forward, especially, it is going to be a very relevant part of the opportunity and the offering for the business. But I think even then, I think we are still at relatively early stages of being able to capture some of those scripts inside of the organization.

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

My understanding is that the business, because of its mix, which happens to be more smaller employers, very small health plans, but maybe a younger population, maybe a healthier population in general than what some of the larger traditional PBMs would see, my experience or my sense is that this business maybe has a little lower specialty mix than the market norm. Could you talk about that and could you talk about how you might see that shifting over time as you look to expand this business?

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

It's a great question. And you are right: it is -- and I believe we have made this comment before, although I could be wrong. We may not have disclosed this yet -- but it is true. The contracts and the customer base that we acquired as part of the acquisition does tend to underindex a bit relative to the broader industry, what you would think of as a normalized distribution of spend between specialty spend and non-specialty spend.

So going forward, there is an expectation that we will, as is always the case, revert back to the mean. And as the business grows, we expect to have contracts that are more normalized, and therefore, you know, more of a normal distribution.

And that normal distribution includes a larger portion of special than we see today. And to the earlier question you asked, it gives us an opportunity to capture some of that. The magnitude of it and the timing of it is going to be determined, but clearly there's an opportunity there.

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

Yes, that's great. And you have been very public about -- with the two acquisitions, NPS, LDI, that there were I think a couple of larger but very low margin accounts that are winding down. And something that you expected; you have been open about that.

You have talked about a slight revenue decrease in the third quarter. I am curious -- we have an accounting change, we have two acquisitions, we have a new management team, accounting 606 accounting going to gross revenue, etc. There's a lot of moving pieces here.

I guess a couple of quick questions to level set. When we are talking about a slight revenue decrease, obviously without much of an earnings impact, but is this single digits? Is that your definition of slight? Is this 3%, 5%, 7% kind of decrease, or could you be a little more prescriptive for us so we make sure we are not setting you up for a disappointment going into this third quarter when this happens?

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

Yes, and you pointed out a lot. You would never think that accounting would be quite so interesting as it has been for the Company, and it's been something we have factored in. But yes, you are right, Eric. That is magnitude that we are talking about. We are not talking about anything overly meaningful other than in the small single-digit type of percent.

---

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

Okay. As expected. And then do these contracts -- I don't know the exact timing, but do they carry -- is it an annual event, a 12-month event, such that you will have that revenue headwind from these events into the second quarter of 2019? Or is there something unique about them that the comps actually would normalize later this year for some reason?

---

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

We would expect that to be sort of the run rate going forward.

---

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

Okay. And then jumping off that, you have talked a lot about a very strong pipeline; seen a tremendous increase in opportunities. I think the number thrown out on the call was almost a doubling year over year in terms of the pipeline.

The problem is that those were -- or the problem for many analysts, an outside analyst's perspective, is those were small companies, they were private companies. And I just don't have the history of what their pipelines look like, what their hit rates look like, what growth meant. If you achieved a 1.5 on historic bookings, does that translate to X dollars of revenue, X percentages of growth.

Can you give us any kind of a framework to be smarter as we think about this? I know you don't know what the bookings are until the year closes, but what happens if you have a hit rate of 2x the prior year? What does that mean for growth?

---

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

Yes, so let me provide some context here. And unfortunately, I am probably not going to give you the precision and specificity you are looking for, but I will try and be constructive here.

One of the hypotheses that we held when we acquired the businesses is that this collection of assets was going to be received in the marketplace and viewed in the marketplace as something materially different than exists today. The ability to combine a specialty pharmacy and integrate it at a much deeper level with a PBM infusion with a PBM and provide that set of services to the middle market, the much smaller client base that we focus on. That was something that was going to be unique and it was going to be recognized.

I think that, without being, again, overly specific at the numerical quality of the pipeline, what we are trying to give is some sort of an early indication that indeed there is demand. There is a recognition in the marketplace by that small payer group that this is something unique and there is an inquiry and an interest level that is new versus a year ago. So on a comparative basis, it is something that seems to be resonating with the business.

---

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

Due to the nature of the client base that you are dealing with, I think on average their book of business closes later in the year then, say, a United Optum or a CVS Caremark, for example. So do you see bookings go all the way into the December month? Is this a pretty normal event?

5

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

It is. And again, it is one of the unique characteristics of this marketplace, as you point out. A lot of the decision-making is done by people whose primary job is not necessarily making decisions on PBMs.

And so they are balancing running a business in many cases or managing an employer group in many cases with the decisions and the imperfections around it. And they work with brokers and they help with these types of decisions, but the fact of the matter is the decisions aren't typically made until much, much later in the year.

And so it creates a set of challenges, not an insurmountable of challenges. It's more of you just really just don't have the visibility of what 2019 is going to look like on a net basis until really deep into the year.

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

So two follow-ups and then I am going to move -- shift gears. Number one: from a Wall Street perspective, I think you can appreciate the challenges we have, which is a lot of the excitement about the stock hinges on how you do with this selling piece. And then is it a 50% increase in awards, 100% increase in awards year over year?

And you won't really be able to communicate that to us until 2019. So we have a bit of a waiting process this first year. I'm curious if you have an idea that you are going to do an Investor Day or maybe you're going to preannounce before a big conference in January next year this is what happened so we are not waiting until February to find out how to think about what happened in 2018.

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

Yes, and I'm glad you asked. I think this is something we are also sensitive to. I think it is our -- it is not our preference to wait until very late into the year to give guidance. And I don't necessarily think it is going to come to that.

Without being overly committed, I think that it would be our preference and I think very practical that we are able to give some guidance early January and perhaps before that. The sooner the better I think is the way we are thinking about it.

But I think we have to balance that with the reality, which is there may be just a lot of unknowns at that point. So we will try to be as communicative with the market, understanding the point that you just made and balancing that out with the unknowns at the time.

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

Last one for now and I am going to shift gears to the other businesses. In the past when PBMs have had big selling seasons, they have also had expensive go-lives. You have a big increase; you are finding out customer awards into the month of December.

Is this something that you would send any kind of a cautionary tale to the Street: okay, the better we do, the harder Q1 is going to be from a profit perspective? Or do you really feel like you have a handle on this at this point?

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

I think we will know a lot more about it in the coming months. And I think when we do provide guidance for 2019, it is absolutely going to encompass the view of startup costs. And you are right. I think that there is -- it should not be gone unnoticed that there will be some costs and some expenses that we would incur to ramp up new clients.

6

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



But you know what? In the end of the day, that is a good thing. If we are winning a lot of business and starting a lot of new clients, I think that would be fine. We will just have to make sure we have a good handle, to your point, on what those costs actually look like on a net basis and make sure that we factor that in so that we are not surprised by anything.

**Eric Coldwell** *- Robert W. Baird & Company, Inc. - Analyst*

That makes sense. I want to talk about infusion. You said yourself it has gone really well so far. I think based on disclosures to date, I would estimate that the top is $700 million of revenue this year; it has got a really good growth rate to it. Probably a top four -- top three, four, five player I'm guessing in the market at this point. There has been a lot of consolidation.

You don't carve the business out beyond the revenue mix, but I know if I look historically at the aggregation of the acquisitions that got you into the business and what was reported by those companies on those dates, the combination would have had a market-weighted or a business-weighted margin of around 11% EBITDA.

I suspect a lot has changed. There is a lot of investments you have to make, mix changes, etc., maybe some highfliers in hep C that aren't as profitable as they used to be. Or in certain markets that aren't as profitable -- I will come back to hep C -- but aren't as profitable as they used to be.

I'm curious if you can give us any sense on the relative profitability of the business. And how entirely off-base we would be to simply add up the past margins of prior companies and say this might be the weighted average today?

**Atul Kavthekar** *- Diplomat Pharmacy, Inc. - CFO and Treasurer*

So if you were to look at it that way on an historical basis, you would not be -- I don't think that's an unreasonable way to think about the business. But I think there is some, of course, and is always the case, nuances to the business.

One of the reasons that the business has been very successful is an immediate focus on the integration, particularly on the selling season. We have acquired a lot of these businesses through structures that involved, for example, earnouts. So there is an alignment of the existing management teams. That's not a small part of the success story and a reason for it.

It creates some challenges on the backend when you are looking for integration and synergies and all the cost stuff that we wind up trying to do. But that has been very helpful, not just for growth in terms of the absolute growth rates, but also the opportunity to gain efficiencies in terms of drug purchasing, for example. So that has been a good guy to the margin story.

The bad guy, as I think you point out, a lot of these companies are relatively small. Some of them were operating -- I will give you -- just to illustrate the point. They run their back office using QuickBooks. Not something you would call Sarbanes-Oxley compliant.

And that requires investment and effort on our part to bring those smaller organizations up to the speed and up to the standard that is expected of us as a publicly traded company. So there is even some dissynergies there.

So there is some nuances, there is some color around it, but again, to your basic point, I don't think that that's a ridiculous assumption. Of course, in addition to all of those just bringing the operations up to speed and the dissynergy we talked about, there is still the overhead and the operating costs of being a publicly traded company.

**Eric Coldwell** *- Robert W. Baird & Company, Inc. - Analyst*

Of course.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

That's got to be factored in.

---

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

That's a great answer. And you really have been I think almost unusually successful in the integration so far. This is a space where there have been mixed quality of companies acquired and then mixed outcomes by some of your peers who have been acquisitive.

You seem to have done a pretty consistently good job here. What's the secret sauce? How are you finding this integration approach is working? Management team staying with you or maybe not so much anymore? I would love any inside chat on that.

---

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

No, it's a great question. And I don't think we are seeing any reason not to think that we have been very pleased with the overall progress of the business. At its foundation, it's a very well-run business, as I think I have commented before.

But I think the secret sauce is there is no specific secret sauce. But I think there's a combination of a few things that have helped the business be successful. One I just mentioned earlier; I think the structure of a lot of the acquisitions involve an earnout. So there is an aligned incentive from day one where the existing management team is very motivated to realize the benefits of bringing, for example, new limited distribution drugs to their client base, the acquired client base.

There is an interest in bringing an expansion of scope to the business that is -- so for example, bring specialty drugs to those particular payer groups that they are involved with. So those are all in enhancements.

The general immediacy of the integration I think is also a big driver of it. Beyond that, I think we have a slightly unique approach to the way we have built that business. We have brought in, for example, patient care coordinators. And that has been something that has been very helpful in managing our business and managing the continuation of patients on their drugs and managing fall-off from just general attrition factors.

And then the last thing is that I think that the business has also been very successful in repositioning into subsectors that have been growing more rapidly than others. Nutrition, IVIG, those are rapidly growing as opposed to, say, hemophilia, which has been a relatively flat low growth marketplace.

So repositioning the business in combination with a lot of things we think has really, to your point, has really shown itself. And we have been really pleased and we want to do more of that.

---

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

That's great. I am going to do a couple of rapid fires, if you don't mind, because I have two more big topics. Then I'm going to check and see if anybody in the audience has a question. Please send it up.

Specialty pharmacy limited distribution drugs. At last count, you were somewhere around 123, give or take, with a nice increase year to date. I'm curious in your mind -- and I don't know how much analysis you do with deals and mix shift, you even pay attention to it the way I think about it. But have you seen your hit rate on newly approved drugs improve, stay the same, or deteriorate year to date?

---

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

I think they have been at least the same, if not a little bit better.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

It feels better right with 23. But it has been a big approval year as well.

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

It has. But we have also invested in the teams that manage that. Our investor -- excuse me, the other IR -- our industry relations group has been very effective. We have upgraded that talent pool and they have done a fantastic job of getting us into drugs that we may not have had the bandwidth to approach before. So it has been helpful.

It is really a big differentiator, I think, in the marketplace as opposed to, say, a 2018 financial impact event. It's really been an indicator and a proof of concept to physicians that refer us -- referred to us to know that we are a one-stop shop and able to access all the drugs that they need their patients to be.

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

So you also -- some of these new LDDs that you have are drugs that were previously approved. Some of them date back a few years. And if you are being added to those panels, I have to -- the supposition would be that you are on panels from 5, 10 years ago where your competitors maybe are also getting added to drugs. And you become instead of one of four, you are one of five now. Are you seeing that as a trend as well?

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

It's a little of a mixed bag; it's a little bit of both. In some cases, we are being added to a panel, so there is an incremental add, which may be driven by an increased penetration in the market or an expanded indication.

Or alternatively, in some cases, we are replacing. There has been some consolidation. And I think we have done a better job in general of being able to tell a more compelling story of our ability for data aggregation, data reporting, analytics to the manufacturers for whom that's very important and who make those decisions based on that ability.

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

I want to, again, hit on a couple of topics here. And I hate to end on a sour one, so hopefully we can finish fast. Drug pricing: I mean, it's been a really big topic.

As of last count around, around 15 pharmas had come out in the summer months and said we are either going to roll back price hikes or we are not going to take significant or any price hikes. One cut prices on a small basket of drugs.

Drug price inflation has been a driver of your revenue growth and a component of profitability. I am hoping you can give us a few more color comments after the second quarter, because I know that was sort of a tight reporting season. And Pfizer had just rolled back prices; you had a little more time to think about this. I'd love your perspective on drug pricing and how it impacts your model.

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

Well, on the last call, and you are right to point it out. On the last call we did bring it up and mentioned that we are anticipating a more muted environment. We are anticipating a more muted environment for the back half of the year.

9

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



The fact of the matter is a lot of the public announcements have been what I would personally characterize as somewhat superficial. They have not been meaningful from an economic standpoint for anybody.

But, I mean, clearly, there is some pressure. And I think it's really something we need to take a step back and let the situation play out and observe what happens in the back half of the year. From there, we will have a much better assessment and an opportunity to take a position on 2019. And which, of course, we will factor that into our guidance as we prepare that.

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

Last one. I think it is a topic you are excited about. I want to give you a chance to run with it. We will wrap up with this. You have recently talked, and you mentioned it loosely today, the specialty sales force.

And what is your specialty sales force strategy? How is this changing? And how are you targeting health plans, hospitals, some of these channels where, frankly, we've seen a lot of noise in the marketplace. And it feels like you have an opportunity that hasn't been capitalized on in the past.

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

Great question. We have made some investments and it has been primarily in leadership team and the organization. Very quickly, and I know we are running out of time, but very quickly.

We had two separate organizations historically pre-IPO and even post-IPO up until relatively soon after I started. Two different organizations. One that called on physicians and one that called on the provider network.

What we have done is we have combined at that under one leadership team. And what that enables us to do is coordinate that effort. So very simply put: we are able to call on a provider network and have a dialogue with them, a provider, and have a dialogue with them that incorporates our relationships and references our relationships with the providers, the physicians that are within and associated with that particular payer.

So we are able to have a much more of a triangular relationship and a coordinated relationship between the provider -- excuse me, the payer and the physician and bring specialty pharmacy into that fold. And so that allows us a lot of opportunity to bring in new products, have new dialogue, create new value.

**Eric Coldwell** - *Robert W. Baird & Company, Inc. - Analyst*

That's great. Well, I have plenty more questions. Unfortunately, we don't have any more time. So with that, if everybody could join me in thanking Atul and Terri for being with us today.

**Atul Kavthekar** - *Diplomat Pharmacy, Inc. - CFO and Treasurer*

Thank you for having us.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.



**THOMSON REUTERS**

## SEPTEMBER 05, 2018 / 1:40PM, DPLO - Diplomat Pharmacy Inc at Robert W Baird Global Healthcare Conference

**DISCLAIMER**

Thomson Reuters reserves the right to make changes to documents, content, or other information on this web site without obligation to notify any person of such changes.

In the conference calls upon which Event Transcripts are based, companies may make projections or other forward-looking statements regarding a variety of items. Such forward-looking statements are based upon current expectations and involve risks and uncertainties. Actual results may differ materially from those stated in any forward-looking statement based on a number of important factors and risks, which are more specifically identified in the companies' most recent SEC filings. Although the companies may indicate and believe that the assumptions underlying the forward-looking statements are reasonable, any of the assumptions could prove inaccurate or incorrect and, therefore, there can be no assurance that the results contemplated in the forward-looking statements will be realized.

THE INFORMATION CONTAINED IN EVENT TRANSCRIPTS IS A TEXTUAL REPRESENTATION OF THE APPLICABLE COMPANY'S CONFERENCE CALL AND WHILE EFFORTS ARE MADE TO PROVIDE AN ACCURATE TRANSCRIPTION, THERE MAY BE MATERIAL ERRORS, OMISSIONS, OR INACCURACIES IN THE REPORTING OF THE SUBSTANCE OF THE CONFERENCE CALLS. IN NO WAY DOES THOMSON REUTERS OR THE APPLICABLE COMPANY ASSUME ANY RESPONSIBILITY FOR ANY INVESTMENT OR OTHER DECISIONS MADE BASED UPON THE INFORMATION PROVIDED ON THIS WEB SITE OR IN ANY EVENT TRANSCRIPT. USERS ARE ADVISED TO REVIEW THE APPLICABLE COMPANY'S CONFERENCE CALL ITSELF AND THE APPLICABLE COMPANY'S SEC FILINGS BEFORE MAKING ANY INVESTMENT OR OTHER DECISIONS.

©2018, Thomson Reuters. All Rights Reserved.

THOMSON REUTERS STREETEVENTS | www.streetevents.com | Contact Us

©2018 Thomson Reuters. All rights reserved. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is prohibited without the prior written consent of Thomson Reuters. 'Thomson Reuters' and the Thomson Reuters logo are registered trademarks of Thomson Reuters and its affiliated companies.

