# Exhibit I

**S&P Global**
Market Intelligence

# Diplomat Pharmacy, Inc. NYSE:DPLO
# Company Conference Presentation

**Monday, January 07, 2019 4:00 PM GMT**

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Table of Contents

Call Participants ........................................................................... 3

Presentation ........................................................................... 4

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

## ANALYSTS

**Lisa Christine Gill**
*JP Morgan Chase & Co, Research
Division*

## ATTENDEES

**Unknown Attendee**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Lisa Christine Gill**
*JP Morgan Chase & Co, Research Division*

Good morning, and welcome. My name is Lisa Gill. I'm the health care technology and distribution analyst with JPMorgan. It is with great pleasure this morning that I introduce Diplomat. With us this afternoon is CEO, Brian Griffin. We will take questions across the hall in the -- which room?

**Unknown Attendee**

Olympic Room.

**Lisa Christine Gill**
*JP Morgan Chase & Co, Research Division*

Olympic Room. With that, Brian?

**Brian Thomas Griffin**
*CEO & Chairman of the Board*

Thank you very much, Lisa. Good morning, everyone. Great to be with you here in San Francisco. So I've managed to catch -- you'd be surprised by this weather that I managed to catch a cold here over the last couple days.

I'm going to start with hopefully the part of the presentation that will -- you'll not view as my most exciting part of the presentation. So let me take the opportunity to remind you that I'll be making forward-looking statements and referring to GAAP and non-GAAP metrics that we use to assess our company performance. The related disclaimer language is on the slide which is -- can be found on our IR website.

So with that, again, thank you for joining us here at -- and your interest in Diplomat. As some of you know, I joined Diplomat just 6 months ago. And from a long tenure in both PBM and in health care, most recently, I was the head of the commercial division for Anthem, so that was basically their 14 Blue Cross plans across the country. In my last role, I stood up their in-house PBM, IngenioRx. So I spent 5 years with Anthem, but the prior 25 years of my career was at Medco where I headed a number of senior roles during the 25-year period. I ran their international division, and I also ran their $40 billion health plan division. So a long tenure with Medco as well.

So when I joined Diplomat, and I've shared with -- this with many of you in previous discussions, I indicated I did so because I thought it was a time of just tremendous opportunity for the company and really based on this innovative, high-touch patient care model that Diplomat has a very strong legacy around. I continue after 6 months of digging deep into the company and visiting all of our operating facilities, I continue to believe very strongly that the company is positioned for significant growth and that will be in the position and deliver meaningful value to our shareholders.

And importantly, from our perspective, in terms of key partners, increase benefits to our physician partners, pharma, payers and patients. So it's this Diplomat's specialty, high-touch patient care model that is absolutely unique in the market. It really serves as the foundation for us in terms of how we capitalize on some of these key macro trends in health care. And importantly, relative to specialty drug spend, it's projected to grow approximately 15% annually to $330 billion by 2021. And -- so that gives us just a tremendous competitive advantage in the way that we're able to go to market with a diversified set of solutions for our clients, and I'll talk more about that as we move forward.

So again, our competitive advantage is the Diplomat difference. And really what does that mean? It refers again to this high-touch patient care model where Diplomat employees are working in centers of excellence that are focused exclusively on therapeutic categories. So they've got deep domain knowledge in each one of the major therapeutic categories that we manage. And they work daily with our patients,

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

their prescribers and with payers to improve overall quality of care and also to reduce total health care costs.

Diplomat is the largest independent provider of specialty and infusion services. Today, we combine that with a full service PBM to manage the fastest-growing cost within health care, which is specialty pharmacy. Importantly, we have access to over 120 limited distribution drugs with more than 50 oncology drugs. We have deep clinical expertise, particularly in oncology, chronic inflammatory disease, MS, immunoglobulin and home nutrition support to name just a couple.

We combine these with our robust digital platform and LDD or limited-distribution drug access to manage cost for the pharmacy benefit and also to provide comprehensive benefit management for -- under the medical benefit, again a key competitive advantage. And we do that by driving through a site-of-care strategy that moves patients from the more affordable -- into the more affordable cost-effective home setting. And there we work to identify specialty gaps in care. So that is really the key to our competitive advantage in the marketplace.

So for those of you who are on the call, on Slide 5, if I can get this to flip. Our business is really comprised in 2 segments. Our specialty segment includes our specialty pharmacy business, our core specialty pharmacy, our specialty infusion business as well as a smaller pharma services business. Our PBM segment consists of our newest business, which is CastiaRx. As many of you know, Diplomat entered the PBM space at the end of 2017 with the acquisition of NPS and LDI. The combined businesses were rebranded under the name CastiaRx. And really through that, we created a new PBM player into the market, squarely focused on leveraging Diplomat's legacy of focusing on the specialty benefit and providing middle market clients. Again, we're focused on the small to middle market with the unique value-added PBM value proposition or offering, again focused on the part of the health care cost that is growing at the highest level, which is obviously specialty pharmacy.

So through these acquisitions, Diplomat was able to provide traditional PBM services with flexible business models to meet the needs of that special small to midsize segment. So that gives quite a bit of flexibility also in terms of the way that we manage the patient, ranging from a high-touch patient care approach all the way through to self-service, and that's based on the patient's stage of illness, their clinical status and their preferences.

We can also anticipate member needs to improve adherence and avoid gaps in care to create the best outcome for each patient. Again, a key advantage for Diplomat. Our PBM enables us to provide, again, a combined solution with both our specialty pharmacy as well as our infusion, and that provides payers access to a broad limited distribution portfolio and it addresses the need to -- for drug trend covered under the medical benefit, and we do that by upselling nationwide access to home infusion services, associated site of care and to our PBM clients. So in 2018, we completed the acquisition and integration of the acquired businesses and moved those businesses onto a single claims processing platform. And at this point, we're expecting to deliver ongoing synergies at the high end of our $8 million to $10 million targeted full year synergy range.

In addition, we saw strong traction in the Castia brand and the value proposition, which resulted in $35 million in new name business already awarded to us just for 1/1/2019 effective dates. As a reminder, in the small and midsized group marketplace, that selling season really goes through the entirety of the year, unlike the large group market.

So all said, we've been -- we've certainly seen some challenges in this business. I think if you listen to our last quarter earnings call, we referenced $200 million in lost business in the Medicare Part D area, and that was primarily connected to 2 large accounts, one of which was an account, an MA account, Medicare Advantage account, that was bid out under the legacy company and didn't, as a result, wasn't able to leverage the Diplomat cost of goods and our pricing position. And for those of you who are close to the Medicare bidding process, you know that that's really 15 to 18 months out in advance of the effective date. SO unfortunately, we weren't able to leverage the Diplomat pricing position there. And the second one was through acquisition. So we had a regional health plan, Medicare Advantage plan, and it was acquired by a major national health plan.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So however, further losses since our last call were primarily the result of poor execution on client retention. This has been a drag on the company and it's been painful. And certainly allowing it is unacceptable from both a management perspective and from a shareholder perspective, and we're taking decisive steps to address it. The steps include some important organizational changes and investments that we believe will yield positive results. So as part of these efforts, we announced this morning 2 important management changes effective immediately: Joel Saban, Diplomat's President; and Albert Thigpen, President and Chief Operating of the CastiaRx PBM division are leaving the company. They contributed much to Diplomat over the years, and we wish them the very best as they explore future opportunities.

So going forward, I'll personally be leading the CastiaRx business on an interim basis where we're evaluating our options relative to permanent leadership for that business division. I'm focused obviously on finding the right talent to grow that business and to maximize the value that we deliver to patients, payers and certainly to shareholders. In addition, we're executing in a plan to expand our sales and account management teams to drive better client retention rates and to be more responsive to the unique needs of this middle market set of clients. We're also working to improve our key broker targeting and increasing resources to support strategic sales efforts and to capitalize on the industry consolidation that's occurring today.

So as the PBM market continues to evolve, we believe that there's clearly an opportunity for us to continue with the momentum that we've got to grow in the small to midsize marketplace. Based on the major PBMs that are going through a vertical integration with managed care organizations, we think that, that will provide further opportunities for us to grow the business.

So we're still in middle of the selling season and we're taking, again, aggressive steps to rebuild our client base in 2019 and 2020. But while we're still seeing positive signs in terms of the traction that we've got in the market, we must and we will continue to look at this business really closely. 2019, I'd say, is a critical year for CastiaRx to demonstrate positive momentum.

So as part of the continuing broader operational review of the business, including CastiaRx, in Q4, I engaged an external consultant with deep PBM experience. The person was responsible for operations for 2 of the largest PBMs in the country, to focus on implementing and ongoing operational performance improvement initiative across the entire enterprise. This is the first time I think within Diplomat's history that we're going through a deep operational review to drive for operating efficiencies. And we certainly expect meaningful operational efficiencies, and in fact, we bake some of that into our 2019 plan, and we'll be providing more color around that as we move forward.

Onto Slide 6. And this is -- obviously, we're very excited about our new payer strategy. And with that, we remain confident in the symbiotic relationship between both the PBM and the core specialty and infusion businesses. But as many of you know, and this just past year in the last 6 months, we've launched a new payer sales strategy, which is focused on creating value to our payer partners. And with that, we have the ability to leverage our specialty and infusion assets to provide comprehensive clinical management of both the specialty benefit under the pharmacy benefit and the medical benefit.

So we're focused on improving patient outcomes, closing specialty gaps in care and obviously reducing total health care costs as a result. And we think we're well positioned to create efficiencies through some technology solutions, certainly home infusion services and site-of-care management. Again, driving patients appropriately into the most cost-effective setting, into the home. We can do that by closing gaps in care through clinical program implementation. That helps patients manage adverse events, improve adherence and improve quality of life.

I can turn -- in turn, reduce Hospital ER visits, which obviously are the most expensive costs within the health care system in addition and through the site-of-care management solutions for chronic medications and our infusion services, and that, again, is a true differentiator for us, and it can drive significant savings by moving the treatment to the home obviously, and it's more convenient for the patient. So it reduces cost for both the payer as well as the patient.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Onto Slide 7. So our new payer sales strategy, again, is gaining traction, and we're focused on mid-tier and large health plans 2 million to 4 million lives. And we believe there's a market within there, within that segment that are dissatisfied with their current specialty benefit management. I think some of the promised savings from competitors that are really more focused on unit cost have fallen -- failed to rein in on the specialty drug trend. So we're focused on a different business model, focused on the reduction of total health care costs. And we're seeing a significant shift in demand among payers toward this more comprehensive clinical care model. And in fact, we're seeing a significant increase in the number of specialty carve-out RFP in terms of volume.

So Diplomat is the only independent player to offer a integrated specialty and infusion solution that can reduce costs, again, on the pharmacy and medical benefit, drive improved clinical outcomes, and our limited distribution portfolio of 120 products provides a competitive advantages for us to offer payers either a full or a partial specialty pharmacy carve-out program or wraparound clinical program. So again, we think that gives us significant flexibility.

This morning, we announced 2 contract awards in conjunction with our JPMorgan announcements that clearly demonstrate that the payer sales strategy and the value proposition is gaining traction in the marketplace. We were selected by hospital -- excuse me, Hospitality Rx for an exclusive provider of specialty pharmacy services for the UNITE HERE HEALTH plan membership, that's a multi-employer union that provides health benefits to approximately 250,000 members across the country. So as part of the agreement, Diplomat will be providing, again, exclusive specialty pharmacy services, which is product fulfillment, reimbursement support, clinical assistance and comprehensive care management as well as data and reporting.

We also announced a partnership with CSI Specialty Group, and they are a globally recognized specialty pharmacy consulting firm. And Diplomat will provide limited-distribution drugs as well as specialty care solutions to CSI's health system clients. In addition, CSI also partners with Intalere, which is a leading health care group purchasing organization, which is majority-owned by Intermountain Healthcare. So the partnership with CSI provides access to Intermountain Healthcare's network. And Diplomat will be a key participating provider in that.

So this partnership obviously will continue to allow us to grow within our health systems, customer base and position us really as the specialty pharmacy of choice for those health systems. And there, we'll be providing, again, comprehensive clinical care and specialty patient care management. So we continue to see RFPs for both full or partial specialty carve-out or wraparound care management services, and we expect that our unique value proposition will allow us to gain even more traction as we go into the selling season, deeper into the selling season.

So we're positioned to expand our business here in both the health plan and the hospital system marketplace. And we're expecting here in the near term to be announcing some additional awards in the coming months. So again, I think that it's important only from the perspective that I think we're now in the position to demonstrate that this new sales strategy that we've introduced this past year is resonating and gaining traction in the marketplace.

On Slide 8, we talk about our Specialty Infusion Group, which we refer to as DSIG. This is a fast-paced organization, fast-growing organization. It's a nationwide provider of specialty home infusion services, focused on chronic conditions and long-term therapy. DSIG is supported by a nationwide network of more than 300 nurses, and they come to the patient's home to administer therapies for chronic conditions, including immune deficiency, hereditary angioedema and hemophilia, just amongst others. And again, we've got a differentiated clinical expertise, this deep domain clinical expertise focused on each of these specialty therapeutic categories along with clinical support programs that provide patient care.

So as many of you know, within our Specialty Infusion Group, roughly half of the revenue is generated by products that are typically covered under medical benefit. The other half is covered under the pharmacy benefit. And the specialty infusion business is key to our payer strategy that I referenced earlier, again, because we are the only independent player to offer combined specialty and specialty infusion services, again to focus on total health care costs.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So in the environment where hospitals continue to consolidate, they continue to buy physician groups and attempt to move care to the more cost-effective outpatient settings, Diplomat's site-of-care strategy, again, is focused on taking these chronic therapies from the hospital outpatient center back into the home and that obviously can help payers and patients save money. And again, we can assure strong clinical care for those patients and reduce the overall cost of care of administration by more than 50% while at the same time making medication administration more convenient for the patient.

So while it's key to our payer sales strategy, we also expect our infusion business to continue to drive strong growth on its own, as a result of its national -- nationwide presence, strong clinical programs and high-touch patient care.

So looking at the company in total, we believe that we're well positioned to drive growth and to capitalize on these very attractive market trends. The middle market, from our perspective, is underserved when it comes to specialty. And we can provide a holistic solution to manage the specialty benefit with additional cross-selling opportunities with our PBM and our payer client base, which should help drive growth as well in our specialty and in our infusion business. And looking at the markets in which we operate, we see a lot of opportunities to grow the business. We see strong underlying specialty and infusion growth. So while they represent only 2% to 3% of prescriptions, as many of you know, specialty drugs are projected to grow to 55% of total drug spend by 2021, and that implies an approximate 15% annual growth.

Again, Diplomat has access to more than 120 limited-distribution drugs, and that drives one of our key competitive advantages, and we estimate that about 70% of the drugs in the pipeline will be distributed through a limited-distribution process. And again, I think we're going to be able to leverage our long-standing relationships with pharma to be able to capture some of those limited-distribution products. In addition, I should note that almost 30% of the pipeline is comprised of oncology drugs, which is an area of strong clinical expertise for Diplomat.

In the interest of time, and I'm looking down at the bottom, I'm going to go directly into our financials. So if you go to Slide 10, again, looking into financial outlook. As you've seen, this morning, we issued press release revising our full year outlook for 2018 and providing preliminary 2019 outlook. We now expect 2018 revenue to be within the range of $5.5 billion to $5.6 billion versus the prior range of $5.5 billion to $5.7 billion. 2018 adjusted EBITDA is expected to be at the upper half of our previous guidance range. So we're updating that range now to be from $167 million to $170 million, that's at least a 64% increase based on the low end of the 2018 range versus 2017.

Diluted GAAP EPS 2018 is expected to range from negative $0.08 to 0. Net debt, including contingent consideration at December 31, 2018, is expected to be approximately $630 million. So during a year of numerous changes in health care and other headwinds within the segment, I'd say in 2018, the Diplomat team remained very focused on executing on its company strategy and building on the very strong momentum in the specialty business and investing for future growth and stability.

Moving to Slide 19 and turning to our 2019 outlook. Diplomat expects revenue in the range of $5.6 billion to $5.8 billion, representing an approximate 3% year-over-year increase compared to the midpoint of our 2018 guidance. Our PBM revenue is expected to be within the range of $450 million to $500 million. This assumes, again, the approximately $200 million in previously disclosed Medicare Part D contract losses, an additional $120 million combined revenue impact and those are from additional client losses impacting 2019 as well as the pricing impact of contract renewals for 2019 effective dates. It also includes $35 million in January 1, 2019, new business as well as future awards based on a very strong pipeline that we got for the remainder of 2019.

So adjusted EBITDA is expected to be flat to low single digit, year-over-year percentage growth, compared to the midpoint of 2018 guidance. The company remains committed to reducing debt and achieving a leverage ratio below 3x by the end of 2019. Built into these estimates are, again, anticipated investments throughout the year. We've referenced our new state-of-the-art Chandler, Arizona, distribution and patient call center, our new end-to-end specialty pharmacy platform, which is called ScriptMed. And investments in data and analytics pharma services and improvements in our sales and account management organizations, the teams across the country.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So in conclusion, we're excited about what we're building, and we think we've got a unique value proposition that we're bringing into the market. In 2019, we'll continue to focus on executing on our growth plan, gaining traction in the market while actively executing on operational improvement initiatives. And through these initiatives, we firmly believe that we're establishing a powerful platform for future success, both for our customers and for our shareholders.

So thank you, and with that...

**Lisa Christine Gill**
*JP Morgan Chase & Co, Research Division*

To the Olympic Room.

**Brian Thomas Griffin**
*CEO & Chairman of the Board*
We're going to the Olympic Room, and we'll manage questions in the Olympic Room. Thank you.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.