# Exhibit O



| | |
|---|---|
| **Company:** | DIPLOMAT PHARMACY, INC. |
| **Document:** | 8-K • 8/9/2019 |
| **Section:** | Entire Document |
| **File Number:** | 001-36677 |
| **Pages:** | 4 |

12/9/2019 12:52:08 PM

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported): **August 6, 2019**

# Diplomat Pharmacy, Inc.

(Exact Name of Registrant as Specified in its Charter)

| **Michigan** | **001-36677** | **38-2063100** |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**4100 S. Saginaw St.**
**Flint, Michigan 48507**
(Address of Principal Executive Offices) (Zip Code)

**(888) 720-4450**
(Registrant's Telephone Number, Including Area Code)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (*see* General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, no par value per share | DPLO | New York Stock Exchange |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 1.01 Entry into a Material Definitive Agreement.**

The Information set forth under Item 2.03 of this Report is incorporated herein by reference.

**Item 2.02 Results of Operations and Financial Condition.**

On August 9, 2019, Diplomat Pharmacy, Inc. (the "Company") publicly announced its financial results for the second quarter ended June 30, 2019 and revised its guidance for 2019. A copy of the Company's news release and a related supplemental slide presentation for the quarter are attached hereto as Exhibits 99.1 and 99.2, respectively, each of which is incorporated herein by reference. The information in this Item 2.02 and the attached exhibits shall not be deemed filed for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), nor shall they be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act except as shall be expressly stated by specific reference in such filing.

**Item 2.03 Creation of a Direct Financial Obligation or an Obligation under an Off-Balance Sheet Arrangement of a Registrant.**

On July 19, 2019, the Company agreed to Amendment No. 1 ("Amendment No. 1") to its Credit Agreement, dated as of December 20, 2017, with JPMorgan Chase Bank, N.A., as administrative agent and as a lender, and the other lenders party thereto (the "Credit Agreement") which became effective as of August 6, 2019 (the "Effective Date"). On the Effective Date, the Company permanently reduced the commitments for revolving loans thereunder to $200,000,000, a reduction in the aggregate of $50,000,000. As of June 30, 2019, the Company had $125,000,000 outstanding on its revolving line of credit.

Pursuant to Amendment No. 1, with respect to the revolving loans and term loan A, financial performance covenants have been revised to impose (i) a cap on Total Net Leverage Ratio (as defined in the Credit Agreement) set at 6.00 to 1.0 as of September 30, 2019, stepping up to 6.75 to 1.0 as of December 31, 2019 through March 31, 2020, with subsequent step downs thereafter, and (ii) a minimum Interest Coverage Ratio (as defined in the Credit Agreement) set at 2.50 to 1.0 as of September 30, 2019, stepping down to 2.25 to 1.0 as of December 31, 2019 through March 31, 2020, and stepping up to 3.00 to 1.0 as of March 31, 2021 and thereafter (collectively, the "Financial Covenant Amendments"). If a Covenant Trigger Event (as defined below) occurs, the Total Net Leverage Ratio covenant level shall be reduced by 3.00 to 1.00 and the Interest Coverage Ratio level will be increased by 3.00 to 1.00.

The "Covenant Trigger Events" limit investments in or loans to non-guarantor parties, the incurrence of certain indebtedness, the creation of unrestricted subsidiaries and the making of certain distributions or prepayment of indebtedness (not including indebtedness under the Credit Agreement) and requires the delivery of quarterly projected financial statements (for distribution to the revolving lenders and term A lenders). A Covenant Trigger Event would also occur if the net cash proceeds realized from certain assets dispositions are not utilized to prepay term loans A and B in accordance with the Credit Facility.

All other terms of the Credit Agreement remain unchanged.

In consideration for approving Amendment No. 1, JPMorgan Chase Bank, N.A. and consenting lenders will receive a one-time consent fee of 25 basis points and 50 basis points, respectively (calculated after giving effect to the reduction in the revolving facility), totaling approximately $2,300,000 in the aggregate.

The foregoing summary is qualified in its entirety by reference to Amendment No. 1 attached hereto as Exhibit 10.1, incorporated herein by reference.

2

**Item 8.01 Other Events.**

On August 9, 2019, the Company issued a news release announcing that, at the direction of its Board of Directors, it is reviewing strategic alternatives. A copy of the new release is attached hereto as Exhibit 99.3 and incorporated herein by reference.

**Item 9.01 Financial Statements and Exhibits.**

**(d) Exhibits**

| No. | Description |
| --- | --- |
| 10.1 | Amendment No. 1 to Credit Agreement, dated July 19, 2019, by and among the Company, the Lenders and JPMorgan Chase Bank, N.A., as Administrative Agent, effective August 6, 2019. |
| 99.1 | Company news release dated August 9, 2019, concerning financial results. |
| 99.2 | Supplemental slide presentation for the quarter ended June 30, 2019. |
| 99.3 | Company news release dated August 9, 2019, concerning review of strategic alternatives. |

3

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Diplomat Pharmacy, Inc.**

By:   /s/ Brian T. Griffin

Brian T. Griffin
Chief Executive Officer

Date: August 9, 2019

4

**Exhibit 99.3**



**FOR IMMEDIATE RELEASE:**
August 9, 2019

**CONTACT:**
Terri Anne Powers, Vice President of Investor Relations
312.889.5244 | tpowers@diplomat.is

**Diplomat Announces Review of Strategic Alternatives**

**FLINT, Mich. — August 9, 2019 — Diplomat Pharmacy, Inc. (NYSE: DPLO)** today announced that its Board of Directors is reviewing strategic alternatives.

At the direction of its Board of Directors, the company is reviewing strategic alternatives focused on maximizing shareholder value. The strategic alternatives expected to be considered include, but are not limited to, a sale or merger of the Company, continuing to pursue value-enhancing initiatives as a standalone company, capital structure changes, or the sale or other disposition of certain of the Company's businesses or assets. Diplomat has retained Foros Securities LLC as financial advisor and Sidley Austin LLP as legal advisor to assist with its strategic alternatives review.

"We are focused on growing our Specialty business with health plans and hospital systems, positioning the PBM business for growth and improving operating efficiency, while maintaining high standards of patient and customer care," said Brian Griffin, Chairman and CEO of Diplomat. "At the same time, the Board believes that a broad review of strategic alternatives is in the best interests of the Company and our shareholders."

"Diplomat remains committed to supporting our patients, physicians and manufacturer partners, as well as clients and team members during this process," Griffin said.

There can be no assurance that this process will result in the approval or completion of any particular strategic alternative or transaction in the future. The Company does not intend to disclose developments or provide updates on the progress or status of the review of strategic alternatives unless and until required or when the Company determines appropriate.

**Forward-Looking Statements**

This press release contains forward-looking statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. Forward-looking statements give current expectations or forecasts of future events or our future financial or operating performance and may include Diplomat's expectations regarding the strategic alternatives review process and potential transactions that may be identified and explored as a result of such review process, the benefits and performance of business and growth strategies and impact of operational improvement initiatives. The forward-looking statements contained in this

press release are based on management's good-faith belief and reasonable judgment based on current information. These statements are qualified by important risks and uncertainties, many of which are beyond our control, that could cause our actual results to differ materially from those forecasted or indicated by such forward-looking statements. These risks and uncertainties include: the ability to identify and consummate strategic alternatives that yield additional value for shareholders; the timing, benefits and outcome of the Company's strategic alternatives review process, including the determination of whether or not to pursue or consummate any strategic alternative; the structure, terms and specific risks and uncertainties associated with any potential strategic transaction; potential disruptions in our business and the stock price as a result of our exploration, review and pursuit of strategic alternatives or the public announcement thereof and any decision or transaction resulting from such review, including potential disruptions with respect to our employees, vendors, clients and customers; our ability to adapt to changes or trends within the specialty pharmacy industry; a significant increase in competition from a variety of companies in the healthcare industry; significant and increasing pricing pressure from third party payors, resulting in continuing margin compression and adversely impacting contract profitability and creating the potential that we will elect not to continue to participate in certain pharmacy provider networks; possibility of client losses and/or the failure to win new business; the dependence on key employees and effective succession planning and managing recent turnover among key employees; potential disruption to our workforce and operations due to cost savings and restructuring initiatives; disruption in our operations as we implement a new operating system within our Specialty segment; our ability to expand the number of specialty drugs we dispense and related services; maintaining existing patients; increasing consolidation in the healthcare industry; our relationships with wholesalers and key pharmaceutical manufacturers; bad publicity about, or market withdrawal of, specialty drugs we dispense; managing our growth effectively; our ability to drive volume through a refreshed marketing strategy in traditional specialty pharmacy; failure to effectively differentiate our products and services in the PBM marketplace; investments in new business strategies and initiatives, including with respect to data and analytics capabilities, could disrupt our ongoing business and present risks not originally contemplated; and the additional factors set forth in "Risk Factors" in Diplomat's Annual Report on Form 10-K for the year ended December 31, 2018, and in subsequent reports filed with or furnished to the Securities and Exchange Commission. Except as may be required by any applicable laws, Diplomat assumes no obligation to publicly update such forward-looking statements, which are made as of the date hereof or the earlier date specified herein, whether as a result of new information, future developments, or otherwise.

**About Diplomat**

Diplomat (NYSE: DPLO) is the nation's largest independent provider of specialty pharmacy and infusion services. Diplomat helps people with complex and chronic health conditions in all 50 states, partnering with payers, providers, hospitals, manufacturers, and more. Rooted in this patient care expertise, Diplomat also serves payers through CastiaRx, a leading specialty benefit manager, and offers tailored solutions for healthcare innovators through EnvoyHealth. Diplomat opened its doors in 1975 as a neighborhood pharmacy with one essential tenet: "Take good care of patients and the rest falls into place." Today, that tradition continues — always focused on improving patient care. For more information, visit diplomat.is.

###