# Exhibit U

# Division of Corporation Finance

## Financial Reporting Manual

Disclaimer: This Manual was originally prepared by the staff of the Division of Corporation Finance to serve as internal guidance. In 2008, in an effort to increase transparency of informal staff interpretations, the Division posted a version of the Manual to its website. Because of its informal nature, the Manual does not necessarily contain a discussion of all material considerations necessary to reach an accounting or disclosure conclusion. Such conclusions about a particular transaction are very fact dependent and require careful analysis of the transaction and of the relevant authoritative accounting literature and Commission requirements. The information in this Manual is non-authoritative. If it conflicts with authoritative or source material, the authoritative or source material governs. The information presented also may not reflect the views of other Divisions and Offices at the Commission. The guidance is not a rule, regulation or statement of the Commission and the Commission has neither approved nor disapproved this information. The information included in this Manual may be updated from time to time and positions may change. As a result, the information in this manual may not be current.

**TABLE OF CONTENTS**

**EXPLANATION OF ABBREVIATIONS**

**TOPIC 1:    REGISTRANT'S FINANCIAL STATEMENTS**

**1100    Financial Statements and Schedules in Registration and Proxy Statements**
1110    Audited Annual Financial Statements
1120    Unaudited Interim Period Financial Statements
1130    Supplemental Schedules
1140    Proxy Statements
1150    Bank Reorganizing under Newly-formed Holding Company
1160    Recently Organized Registrant
1170    Predecessor Financial Statements
1180    [Reserved]
1190    Supplemental and Restated Financial Statements Related to Post -
        Balance Sheet Events

**1200    Age of Financial Statements in Registration or Proxy Statements**
1210    Staff Review
1220    Age Requirements

**1300    Periodic Reporting Requirements (Exchange Act Filings)**
1310    Companies Required to Report
1320    Financial Statements Required
1330    Exchange Act Report Due Dates
1340    Accelerated and Large Accelerated Filer Status:  Entering, Exiting and
        Implications
1350    [Reserved]
1360    Changes in Fiscal Year – General
1365    Changes in Fiscal Year – Implementation Guidance
1370    Combined Periodic Reporting

**1400    General Considerations (All Filings)**
1410    Basis of Reporting
1420    [Reserved]
1430    Guaranteed Securities
1440    Fiscal Years Differing by 93 Days or Less
1450    Fiscal Year Presentation

**1500    Interim Period Reporting Considerations (All Filings)**

**1600    Selected Financial Data (All Filings)**
1610    [Reserved]
1620    Selected Quarterly Financial Data Not Required

## TOPIC 2:   OTHER FINANCIAL STATEMENTS REQUIRED

### 2000   Businesses Acquired or to be Acquired

2005   Definitions and Requirements
2010   Determination of a Business
2015   Measuring Significance – Basics
2020   Implementation Points – Amounts Used to Measure Significance
2025   Implementation Points – Financial Statements Used to Measure Significance
2030   Financial Statement Periods Required Under S-X 3-05 and S-X 8-04
2035   Individually Insignificant Acquirees
2040   When to Present Financial Statements
2045   Age of Financial Statements – Basics
2050   Age of Financial Statements – Interaction of S-X 3-05(b)(4) and Instruction to Item 9.01 of Form 8-K
2055   Foreign Business, Hostile Tender Offers, and Troubled Financial Institutions
2060   Flowchart Overview of S-X 3-05
2065   Acquisitions of Selected Parts of an Entity
2070   SAB 80:  Application of S-X 3-05 in Initial Registration Statements

### 2100   Disposition of a Business

2110   Definitions
2120   When are Financial Statements Required?
2130   Form 8-K – Measuring Significance of a Disposed Business

### 2200   Financial Statements of Target Companies in Form S-4

### 2300   Real Estate Acquisitions and Properties Securing Mortgages

2305   Real Estate Operations - Overview
2310   Real Estate Operations – When to Present Financial Statements
2315   Real Estate Operations – Measuring Significance
2320   Real Estate Operations – Individually Insignificant Acquisitions
2325   Real Estate Operations – Special Requirements for "Blind Pool" Offerings
2330   Real Estate Operations – Required Financial Statements
2335   REIT Formation Transactions
2340   Properties Subject to Triple Net Lease
2345   Properties Securing Loans, which in Economic Substance Represent an Investment in Real Estate, including Acquisition Development and Construction (ADC) Arrangements
2350   Properties Securing Loans that Represent an Asset Concentration [SAB Topic 1I]
2355   Gains/Losses on Sales or Disposals by Real Estate Investment Trusts
2360   Proxy Statements for Acquisitions of Real Estate Operating Properties

4

**2400    Equity Method Investments, Including Fair Value Option**
2405    Required Financial Statements
2410    Measuring Significance
2415    Combined/Consolidated Financial Statements of Investees
2420    Summarized Financial Data – Registrants Subject to S-X
2425    "Foreign Business" Investees
2430    Relief
2435    SFAS 159 [ASC 825] Fair Value Option for an Equity Method Investment and S-X 3-09 and S-X 4-08(g)

**2500    Guarantors of Securities**
2510    Exceptions to the General Rule
2515    Condensed Consolidating Financial Information
2520    Implementation Issues
2530    Recently Acquired Guarantor Subsidiaries
2540    Periodic Reporting by Subsidiary Issuers and Guarantors

**2600    Collateralizations**
2610    Measuring "Substantial Portion of the Collateral"
2620    When Financial Statements are Required
2630     Implementation Issues

**2700    Credit – Third Party Financial Statements**
2705    Asset-Backed Securities – Presentation of Certain Third Party Financial Information
2710    Third Party Credit Enhancements for Securities that are NOT "Asset-backed Securities"

**2800    Other Financial Statements**
2805    General Partner, Where Registrant is a Limited Partnership
2810    Parent-Only Financial Statements (Condensed)
2815    Financial Statements of a Significant Customer
2820    Substantial Asset Concentration

**TOPIC 3:    PRO FORMA FINANCIAL INFORMATION**

**3100    Circumstances Requiring Pro Forma Presentations**
3110    Significant Business Combination
3120    Disposition of a Significant Portion of a Business
3130    Acquisition of One or More Real Estate Operations
3140    Roll-Up Transaction
3150    Registrant Previously was Part of Another Entity
3160    Other

**3200     Preparation Requirements – Form and Content**
3210   Objective
3220   Pro Forma Condensed Balance Sheet
3230   Pro Forma Condensed Income Statement
3240   Form
3250   In Business Combinations
3260   Pro Forma Presentations Reflecting Debt Financing
3270   Tax Effects
3280   Effects of New Contractual Arrangements
3290   "Carved Out" Businesses

**3300     Special Problems and Issues**
3310   Common Pro Forma Preparation Problems
3320   Prohibition on Assuming Offering Proceeds
3330   Combining Entities with Different Fiscal Years
3340   Historical Results Include Unusual Events

**3400     Special Applications**
3410   Sub-Chapter S Corporations and Partnerships
3420   Distributions to Promoters/Owners At or Prior to Closing of IPO
3430   Other Changes in Capitalization At or Prior to Closing of IPO
3440   Pro Forma Requirements for Real Estate and Leasing Operations

**3500     Projections and Financial Forecasts**
3510   Alternative to Pro Forma Statements
3520   Presentation Requirements

**3600     Other**
3610   Pro Forma Disclosures Required by GAAP
3620   Filings Subsequent to an IPO

**TOPIC 4:     INDEPENDENT ACCOUNTANTS' INVOLVEMENT**

**4100     Qualifications of Accountants**
4110   PCAOB Registration
4115   Involuntary PCAOB Deregistration
4120   Duly Registered and in Good Standing Under the Laws of the Accountant's Place of Residence or Principal Office
4130   Independence
4140   Principal Auditor

**4200     Accountants' Reports**
4210   General – Audit Reports
4220   Qualified Audit Reports
4230   Other Report Modifications

**4300    Report on Internal Control over Financial Reporting**
4310    Management's Annual Report on Internal Control over Financial Reporting
4320    Auditor's Report on ICFR

**4400    Review and Compilation Reports**
4410    Review Reports on Interim or Pro Forma Data
4420    Selected Quarterly Financial Data
4430    Compilation Reports

**4500    Change in Accountants**
4510    Change in Accountants
4520    Unusual Issues Involving Changes in Accountants
4530    Additional Guidance

**4600    Non-Reliance on Previously Issued Financial Statements or Related Audit Report or Completed Interim Review**
4610    Non-Reliance on Previously Issued Financial Statements
4620    Non-Reliance on Previously Issued Audit Report or Completed Interim Review
4630    Other – Prior Disclosures Regarding Disclosure Controls and Procedures

**4700    "To Be Issued" Accountant's Reports**
4710    Contingent Upon Future Event or Transaction
4720    Contingent Upon Future Underwriting Agreement

**4800    Other Matters**
4810    Consents to the Use of Audit Reports
4820    Accountant's Inability to Reissue Reports
4830    Successor Auditor Reports
4840    Accountant's Refusal to Reissue Reports
4850    Illegal Acts
4860    Signatures
4870    Selected Financial Data

**TOPIC 5:    SMALLER REPORTING COMPANIES**

**5100    Definition and Eligibility**
5110    Eligibility as a Smaller Reporting Company
5120    Determination
5130    Shell Company

**5200    Other Eligibility Issues**
5210    Financial Statements Required Pursuant to S-X 3-05 or 3-09
5220    Business Acquisitions
5230    Reverse Acquisitions

**5300    Form and Content Disclosure Required by Regulation S-X are Not Applicable**
5310    General
5320    Pro Forma Information
5330    Significant Equity Investees
5340    A la Carte Approach to Disclosure
5350    Restricted Net Assets


**TOPIC 6:    FOREIGN PRIVATE ISSUERS & FOREIGN BUSINESSES**

**6000    [Reserved]**

**6100    Definitions and Basic Rules**
6110    Definitions
6120    Basic Rules

**6200    General Financial Statement Requirements for Foreign Private Issuers**
6210    Periods for which Financial Statements are Required
6220    Age of Financial Statements in a Registration Statement
6230    Updating of Financial Statements in Delayed or Continuous Offerings
6240    Due Dates for Annual Reports on Form 20-F
6250    Changes in Fiscal Year
6260    Ratio of Earnings to Fixed Charges
6270    Capitalization Table

**6300    IFRS**
6310    Acceptance of IFRS as Issued by the IASB without Reconciliation to U.S. GAAP
6320    Implementation Issues – IFRS Filers
6330    Interim Financial Statements Presented by IFRS Filers
6340    First-time Adopters of IFRS
6345    First-time Adopters that Previously Used U.S. GAAP for the Primary Financial Statements in SEC Filings
6350    IFRS Filers – Financial Statements of Other Entities
6360    IFRS Filers – Article 11 Pro Forma Information

**6400    Requirement for Reconciliation to U.S. GAAP**
6410    Requirement for Reconciliation
6420    Selected Financial Data

**6500    Content of Reconciliation to U.S. GAAP**
6510    Item 17 Requirements
6520    Item 18 Requirements
6530    Statements of Comprehensive Income
6540    Accommodations Permitted by Form 20-F

**6600    Selection of a Reporting Currency**
6610    Currency of Measurement
6620    Disclosures, if the U.S. Dollar is Not the Reporting Currency
6630    Change in Reporting Currency
6640    Reporting Currency for Domestic Registrants and Non-Foreign Private Issuers

**6700    Price-Level Adjusted Financial Statements and Effects of Hyperinflationary Environments**
6710    Requirements
6720    Preparation of Price-level Adjusted Financial Statements

**6800    Foreign Auditor Matters**
6810    Qualifications and Independence
6820    Reports
6830    Disclosure of Change in Accountants and Disagreements

**6900    [Reserved]**

**TOPIC 7:    RELATED PARTY MATTERS**

**7100    [Reserved]**

**7200    Expenses Incurred on Behalf of Registrant**
7210    Reflecting All Costs of Doing Business
7220    Compensation Arrangements

**7300    Transfers and Receivables to or from Shareholders**
7310    Transfer of Nonmonetary Assets
7320    Receivables
7330    Distributions to or from Major Shareholders Prior to Offering
7340    Offering Proceeds

**7400    Components of Larger Entities**
7410    Financial Statement Requirements
7420    Statements of Revenues and Direct Expenses
7430    Pro Forma Financial Statement Requirements

**7500    Compensation Issues**
7510    Stock Compensation
7520    Valuation of Privately-Held-Company Equity Securities Issued as Compensation

**TOPIC 8:    NON-GAAP MEASURES OF FINANCIAL PERFORMANCE, LIQUIDITY AND NET WORTH**

**8100    Use of Non-GAAP Financial Measures**
8110    Applicable Guidance
8120    Definition of a Non-GAAP Financial Measure
8130    General Applicability and Requirements of Regulation G and S-K 10(e)
8140    General Application of Regulation G and S-K 10 to Foreign Private Issuers
8150    [Reserved]
8160    [Reserved]
8170    [Reserved]

**8200    Ratio of Earnings to Fixed Charges**
8210    Required Disclosure
8220    Definition of Fixed Charges
8230    Dividend Requirements
8240    Definition of Earnings
8250    Equity in Investee's Losses
8260    Pro Forma Effect of Refinancing
8270    Foreign Private Issuer
8280    Exhibit 12

**8300    Tangible Book Value per Share**
8310    Presentation of Net Tangible Book Value per Share
8320    Definition
8330    Staff Practice

**TOPIC 9:    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL POSITION AND RESULTS OF OPERATIONS (MD&A)**

**9100    MD&A Objectives**
9110    Overall Objectives

**9200    General Requirements**
9210    Liquidity and Capital Resources
9220    Results of Operations
9230    Off-balance Sheet Arrangements
9240    Tabular Disclosure of Contractual Obligations
9250    Interim Period Requirements
9260    Safe Harbor Provisions
9270    SAB Topic 11M (SAB 74)

**9300    [Reserved]**

**9400    Foreign Private Issuers**
9410    Foreign Private Issuers

**9500   Critical Accounting Estimates**
9510   Goodwill Impairment
9520   Share-based Compensation in IPOs


**9600   Related Party Transactions**
9610   Related Party Transactions


**9700   Fair Value Measurements**


**9800   Other Items**
9810   S-X 3-05 and 3-09
9820   S-X 3-10 and 3-16
9830   Registration and Proxy Statements


**9900   Additional Guidance**
9910   Additional Guidance Provided in Respect of MD&A


**TOPIC 10:  EMERGING GROWTH COMPANIES**


**10100  Eligibility**
10110  Eligibility as an EGC
10120  Other Eligibility Issues


**10200  Scaled Disclosure Provisions**
10210  General
10220  Financial Reporting Accommodations
10230  Accounting Standards Transition Period Accommodation
10240  Internal Control Over Financial Reporting [SOX 404] Accommodation


**10300  Foreign Private Issuers**
10310  General
10320  Number of Years Registrant Financial Statements to be Presented under IFRS
10330  Multi-Jurisdictional Disclosure System ("MJDS")


**TOPIC 11:  REPORTING ISSUES RELATED TO ADOPTION OF NEW
            ACCOUNTING STANDARDS**


**11100  New Revenue Standard (FASB ASC Topic 606)**
11110  Registrant Financial Information
11120  Financial Statements of Other Entities and Significance


**11200  New Leasing Standard (FASB ASC Topic 842)**
11210  Registrant Financial Information

**11300  New Disclosures About Short-Duration Contracts For Insurance Entities (FASB ASC Topic 944)**
11310  Registrant Financial Information

**TOPIC 12:  REVERSE ACQUISITIONS AND REVERSE RECAPITALIZATIONS**

**12100  General**

**12200  Reporting Issues**
12210  General
12220  Form 8-K
12230  Change in Accountants
12240  Change in Fiscal Year
12250  Auditor Issues
12260  Registration and Proxy Statements for Mergers, Acquisitions and Similar Transactions

**TOPIC 13:  EFFECTS OF SUBSEQUENT EVENTS ON FINANCIAL STATEMENTS REQUIRED IN FILINGS**

**13100  General**

**13200  Discontinued Operations**

**13300  Changes in Segments**

**13400  Change in the Reporting Entity or a Business Combination Accounted for in a Manner Similar to a Pooling of Interests**

**13500  Stock Splits**

**13600  Measurement Period Adjustments**
13610  Financial Statement Requirements in Registration Statements Pursuant to Retrospective Adjustments to Provisional Amounts in a Business Combination

**TOPIC 14:  TENDER OFFERS**

**14100  Regulatory Schemes**

**14200  Documents Filed**

**14300  Cash Offer Financial Statement Requirements**
14310  Financial Statement Requirements of Schedule TO
14320  Financial Statement Requirements of Schedule 13E-3

**14400  Item 1010 of Regulation M-A:  Financial Statements**
14410  Financial Information – Item 1010(a)
14420  Pro Forma Information – Item 1010(b)
14430  Summary Information – Item 1010(c)

**TOPIC 15:  EMPLOYEE STOCK BENEFIT PLANS**

**15100  Filing Requirements of Form S-8 and Form 11-K**
15110  Employee Benefit Plan a Separate Registrant
15120  Financial Statement Requirements

**15200  Exchange Act Age of Financial Statements Requirements**
15210  General Requirement
15220  Plans Subject to ERISA
15230  Form 8-K Requirements

**TOPIC 16:  MULTIJURISDICTIONAL DISCLOSURE SYSTEM**

**16000  General**

**16100  MJDS Offerings – Eligibility Requirements**
16110  Rights Offer
16120  Exchange Offer
16130  Business Combinations
16140  Offerings of Investment Grade Non-Convertible Debt or Preferred Securities
16150  Offerings of Other Securities

**16200  Registration and Periodic Reporting under the Exchange Act**
16210  Forms 40-F and 6-K

**16300  Tender Offers**
16310  Eligibility Requirements
16320  U.S. Ownership Ceiling

**16400  Canadian Regulation**

**16500  Sarbanes-Oxley**

**16600  Auditor Independence**

**INDEX**

**EXPLANATION OF ABBREVIATIONS**

| | |
|---|---|
| AcSEC | Accounting Standards Executive Committee of the AICPA |
| ADC | Acquisitions, Development and Construction |
| AICPA | American Institute of Certified Public Accountants |
| APB | Accounting Principles Board Opinion |
| ARB | Accounting Research Bulletin |
| AS | Public Company Accounting Oversight Board Auditing Standard |
| ASC | FASB Accounting Standards Codification |
| ASC-MG | FASB Accounting Standards Codification Master Glossary |
| ASR | Accounting Series Release |
| AT | Codification of Statements on Standards for Attestation Engagements |
| AU | Codification of Statements on Auditing Standards |
| C&DI | Division of Corporation Finance Compliance and Disclosure Interpretations |
| CAQ | Center for Audit Quality |
| CF-OCA | Division of Corporation Finance, Office of Chief Accountant |
| CF-OCC | Division of Corporation Finance, Office of Chief Counsel |
| CF-OMA | Division of Corporation Finance, Office of Mergers and Acquisitions |
| CON | FASB Concepts Statement |
| COSO | Committee of Sponsoring Organizations of the Treadway Commission |
| DCP | Disclosure Controls and Procedures |
| EDGAR | SEC's Electronic Data Gathering, Analysis, and Retrieval system |
| EGC | Emerging Growth Company |
| EITF | FASB's Emerging Issue Task Force (by issue #) |
| EPS | Earnings Per Share |
| FASB | Financial Accounting Standards Board |
| FIN | FASB Interpretation |
| FPI | Foreign Private Issuer |
| FRC | Codification of Financial Reporting Policies |
| FRR | SEC Financial Reporting Release |
| GAAP | Generally Accepted Accounting Principles (in the U.S.) |
| GAAS | Generally Accepted Auditing Standards (in the U.S.) |
| IAS | International Accounting Standards |
| IASB | International Accounting Standards Board |
| ICFR | Internal Control over Financial Reporting |
| IFRS | International Financial Reporting Standards |
| IPO | Initial Public Offering |
| JOBS Act | Jumpstart Our Business Startups Act |
| LP | Limited Partner(s) |
| MD&A | Management's Discussion and Analysis |
| MJDS | Multijurisdictional Disclosure System |
| OCA | SEC's Office of the Chief Accountant |
| OCC | Division of Corporation Finance, Office of Chief Counsel |
| OMA | Division of Corporation Finance, Office of Mergers and Acquisitions |

Back to Table of Contents                                                                   14

| | |
|---|---|
| OPEB | Other Post Employment Benefits |
| PCAOB | Public Company Accounting Oversight Board |
| PP&E | Property, Plant and Equipment |
| REIT | Real Estate Investment Trust |
| SAB | Staff Accounting Bulletin |
| SAB Topic | Codification of Staff Accounting Bulletins (by topic) |
| SAS | AICPA Statement of Auditing Standards |
| SEC | U.S. Securities and Exchange Commission |
| SFAS | FASB Statements of Financial Accounting Standards |
| S-K | Regulation S-K |
| SOP | AICPA Statement of Position |
| SOX | Sarbanes-Oxley Act of 2002 |
| SRC | Smaller Reporting Company |
| S-T | Regulation S-T (EDGAR) |
| S-X | Regulation S-X |
| WKSI | Well-Known Seasoned Issuer |

Back to Table of Contents                                                                                    15

4310.9 Management must reach one of two conclusions for its assessment of ICFR – ICFR is either effective or not effective. Management cannot conclude that its ICFR is effective if there are one or more material weaknesses. Additionally, management cannot qualify its conclusion by stating that its ICFR is effective with certain qualifications or exceptions. However, management may state that its controls are ineffective for specific reasons. Because of the substantial overlap between ICFR and DCP, if management concludes that ICFR is ineffective, it must also consider the impact of the material weakness on its conclusions related to DCP. *(Last updated: 9/30/2010)*

4310.10 In certain circumstances, management may encounter difficulty in assessing certain aspects of ICFR. Management must still conclude whether ICFR is effective or not since management is not permitted to issue a report with a scope limitation (except under the limited circumstances described in Section 4310.11). Therefore, management must determine whether an inability to assess certain aspects of ICFR is significant enough to conclude that ICFR is not effective.

4310.11 If management does not have the ability to assess certain aspects of ICFR, management must conclude whether ICFR is effective or not, taking into consideration any scope limitation. Scope limitations are not permitted in management's report, except for the following limited exceptions:

    a. A variable interest entity in existence prior to December 15, 2003 that is consolidated AND the registrant does not have the right or authority to assess the internal controls of the consolidated variable-interest entity and also lacks the ability, in practice, to make that assessment. A similar exception is available for an entity accounted for via proportionate consolidation in accordance with EITF 00-1 [ASC 810-10-45-14] if management does not have the ability to assess ICFR. [ICFR FAQ 1]

    b. Equity method investments. [ICFR FAQ 2]

    c. A current year acquisition (includes initial consolidation resulting from becoming the primary beneficiary of a variable interest entity) when it is not possible to conduct an assessment of the acquired business's ICFR in the period between the consummation date and the date of management's assessment. The exclusion may not extend beyond one year from the date of the acquisition nor may it be omitted from more than one annual management report on ICFR. [ICFR FAQ 3] *(Last updated: 9/30/2010)*