# EXHIBIT A

**PLAINTIFFS' EXHIBIT A**

**Additional False and Misleading Statements by Defendants as
Cited in the Consolidated Complaint for Violations of the Federal Securities Laws**

| Defendant Making Statement | Complaint Paragraph | False and Misleading Statement Made |
|---|---|---|
| **Customer Satisfaction and Gains** | | |
| Griffin | ¶69(e) | Discussing the "the legacy businesses," claimed "*[t]he operating platform that we use to support that business is I'd argue the best in the industry*." |
| Griffin | ¶73(a) | "*We continue to be pleased with the CastiaRx performance*" and "*we have been very successful in the integration*." |
| Griffin | ¶69(a)-(b) | "*[W]e've been very busily focused on the integration of what was the legacy LDI business and NPS PBMs and that has been going very well.  So the integration process I think has been managed extremely well*" adding that "*So we're – basically, we're taking 2 legacy PBMs and we're putting them on to a single platform and that's been going extremely well*." |
| Kavthekar | ¶60(c) | "*We are definitely pleased with the progress made and certainly excited about the early reception to CastiaRx's new branding and go to market strategy*." |
| Kavthekar | ¶68(a) | Responding to an analyst comment that the PBM integration "sounds like it has gone very well," Kavthekar said "[y]es, I think *hats off to the team that managed that integration*, . . . it is *definitely approaching its last innings of the game.  I think we are quite pleased and we hadn't expected it would be anything other than successful*." |
| Kavthekar | ¶73(b) | Defendants "*remain pleased with CastiaRx's performance through the closing of the integration process*." |
| Park | ¶60(e) | "*Our focus since the integration began in January, was to work with our clients and their patient populations to identify which ones would be best served from a service* and price *perspective*" and "*we've already been able to drive some good progress in that*." |

| Saban | ¶58(c) | "*We've had some early discussions with our clients* and industry consultants *and they've been very positive. In the small and middle market, no one has our clinical and specialty services strength. This is what differentiates us.*" |
|---|---|---|
| **Minimizing Customer Losses** | | |
| Kavthekar | ¶65(j) | "*[W]e are expecting a slight decrease in PBM revenues in the second half as certain legacy, low-margin contracts are exited*" while adding that they were not lowering, but maintaining their overall revenue guidance for the year (which had just been raised in May). |
| **Synergy Statements** | | |
| Griffin | ¶64 | "*Our PBM integration is reaching its conclusion with CastiaRx demonstrating strong results in the quarter.*" |
| Kavthekar | ¶65(c) | "*[W]e are now exceeding our initial synergy estimate*" and "*[w]e continue to be quite pleased with our PBM results* as they demonstrate the *tremendous progress the team has made in the integration process.*" |
| Park | ¶60(a) | "*Our PBM integration is well underway, and we delivered $1 million in synergies*, offset in the quarter by cost to achieve these synergies. *This is a great start, delivering already an annualized synergy of $4 million compared to the $4 million to $6 million in synergies we outlined for the full year 2018.*" |
| Park | ¶59 | "*Our PBM integration has progressed rapidly, and as our* innovation, *growth and profitability initiatives continue to gain momentum.*" |

Cases\4839-2877-3561.v2-6/23/20