UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:19-cv-01735 **(Consolidated)** |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) ) | Honorable John F. Kness |
| DIPLOMAT PHARMACY, INC., et al., | ) ) ) | |
| Defendants. | ) ) ) | |

LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT

4862-5812-6854.v1

1. Lead Plaintiff Iron Workers Local No. 25 Pension Fund ("Lead Plaintiff") hereby moves the Court for an entry of an Order (1) granting preliminary approval of a class action settlement; (2) preliminarily granting class certification; (3) approving the form and manner of notice; and (4) setting a date for a hearing on final approval of the proposed settlement (the "Notice Order").

2. This motion is based upon the Stipulation of Settlement, dated December 16, 2021, and all Exhibits attached thereto, the Memorandum of Points and Authorities in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, the [Proposed] Notice Order, all other pleadings and matters of record, and such additional evidence or argument as may be presented at any hearing.

Accordingly, Lead Plaintiff requests that the Court enter the Notice Order, a copy of which is being submitted to the Proposed Orders inbox in accordance with this Court's case procedures.

DATED: December 16, 2021　　　　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　　　　& DOWD LLP
　　　　　　　　　　　　　　　　　　　　JAMES E. BARZ (IL Bar # 6255605)
　　　　　　　　　　　　　　　　　　　　FRANK A. RICHTER (IL Bar # 6310011)
　　　　　　　　　　　　　　　　　　　　CAMERAN M. GILLIAM (IL Bar # 6332723)

　　　　　　　　　　　　　　　　　　　　　　　s/ James E. Barz
　　　　　　　　　　　　　　　　　　　　　　　JAMES E. BARZ

　　　　　　　　　　　　　　　　　　　　200 South Wacker Drive, 31st Floor
　　　　　　　　　　　　　　　　　　　　Chicago, IL  60606
　　　　　　　　　　　　　　　　　　　　Telephone:  312/674-4674
　　　　　　　　　　　　　　　　　　　　312/674-4676 (fax)
　　　　　　　　　　　　　　　　　　　　jbarz@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　　frichter@rgrdlaw.com
　　　　　　　　　　　　　　　　　　　　cgilliam@rgrdlaw.com

- 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
tedp@rgrdlaw.com

Lead Counsel for Lead Plaintiff

HESSIAN & McKASY P.A.
WILLIAM A. CUMMINGS
3700 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: 612/746-5770
612/746-5755 (fax)

Additional Counsel for Lead Plaintiff

HOLZER & HOLZER, LLC
COREY D. HOLZER
211 Perimeter Center Parkway, Suite 1010
Atlanta, GA 30346
Telephone: 770/392-0090
770/392-0029 (fax)
cholzer@holzerlaw.com

Counsel for named Plaintiff Eugene Klabak

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on December 16, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ James E. Barz
JAMES E. BARZ

ROBBINS GELLER RUDMAN
    & DOWD LLP
200 South Wacker Drive, 31st Floor
Chicago, IL 60606
Telephone: 312/674-4674
312/674-4676 (fax)

E-mail: jbarz@rgrdlaw.com

4864-1789-2868.v3

## Mailing Information for a Case 1:19-cv-01735 Iron Workers Local No. 25 Pension Fund, et al., v. Diplomat Pharmacy, Inc. et al

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James Wallace Ducayet**
  jducayet@sidley.com,james-ducayet-9115@ecf.pacerpro.com,efilingnotice@sidley.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,ajewell@millerlawllc.com,drobinson@millerlawllc.com,JRamirez@millerlawllc.com

- **Cameran Gilliam**
  cgilliam@rgrdlaw.com

- **Matthew Todd Hurst**
  mhurst@heffnerhurst.com,mheffner@heffnerhurst.com

- **Carl V. Malmstrom**
  malmstrom@whafh.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,drobinson@millerlawlllc.com,JRamirez@millerlawllc.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Theodore J. Pintar**
  tedp@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com,E_File_SD@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

- **Andrew Flynn Rodheim**
  arodheim@sidley.com,efilingnotice@sidley.com,andy-rodheim-4196@ecf.pacerpro.com

- **Nilofer Ibrahim Umar**
  numar@sidley.com,efilingnotice@sidley.com,nilofer-umar-6698@ecf.pacerpro.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`