## INDEX OF EXHIBITS TO STIPULATION OF SETTLEMENT

| EXHIBIT | DOCUMENT |
|---------|----------|
| A | [Proposed] Order Preliminarily Approving Settlement and Providing for Notice |
| A-1 | Notice of Pendency and Proposed Settlement of Class Action |
| A-2 | Proof of Claim and Release |
| A-3 | Summary Notice |
| B | [Proposed] Final Judgment Approving Settlement |