UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIPLOMAT PHARMACY, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:19-cv-01735<br>**(Consolidated)**<br><br>CLASS ACTION<br><br>Honorable John F. Kness |

JOINT STATEMENT IN RESPONSE TO COURT'S JANUARY 13, 2022 MINUTE ENTRY
REGARDING CAFA NOTICE

4889-5162-7273.v5

In response to the Court's January 13, 2022 Minute Entry requesting a joint submission addressing the public-official notice provision of the Class Action Fairness Act of 2005, 28 U.S.C. §1715, *et seq.* ("CAFA"), the parties state as follows:

1. As the Court's Minute Entry points out, the statutory language is mixed at best on whether CAFA applies to securities actions; however, the parties believe the better practice is to provide CAFA public-official notice. Accordingly, the parties addressed CAFA notice in the Stipulation of Settlement, dated December 16, 2021 (ECF No. 129, "Stipulation").

2. Paragraph 4.3 of the Stipulation provides that "Diplomat shall no later than ten (10) calendar days following the filing of this Stipulation with the Court serve or cause to be served proper notice of the proposed Settlement upon those who are entitled to receive notice pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §1715, *et seq.* ("CAFA"). Diplomat is solely responsible for the costs of the CAFA notice and administering the CAFA notice."

3. Additionally, paragraph 4.4 of the Stipulation provides that "[t]he Settling Parties shall request that after notice is given and not earlier than ninety (90) calendar days after the later of the dates on which the appropriate Federal official and the appropriate State officials are provided with notice pursuant to CAFA as set forth in ¶4.3 above, the Court hold a Final Approval Hearing and approve the Settlement of the Litigation as set forth herein."

4. In compliance with paragraph 4.4, the Memorandum of Points and Authorities in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 128 at 15) proposes that the Court's Settlement Hearing be scheduled "no earlier than 90 calendar days after entry of the Notice Order" to accommodate CAFA.

5. The provisions set forth in paragraphs 2 and 4 above provide standard language used in securities class action settlements in this District regarding CAFA. *See, e.g.*, Settlement Agreement, *Ronge v. Camping World Holdings, Inc.*, No. 1:18-cv-07030, ECF No. 122 (Apr. 4,

- 1 -

2020); Order Preliminarily Approving Settlement and Providing for Notice, *Ronge v. Camping World Holdings, Inc.*, No. 1:18-cv-07030, ECF No. 126, ¶2 (Apr. 4, 2020) (Pallmeyer, J.); Stipulation of Settlement, *Pub. Emps.' Ret. Sys. of Miss. v. Treehouse Foods, Inc.*, No. 1:16-cv-10632, ECF No. 173, ¶¶3.3-3.4 (July 14, 2021); Order Preliminarily Approving Settlement, *Pub. Emps.' Ret. Sys. of Miss. v. Treehouse Foods, Inc.*, No. 1:16-cv-10632, ECF No. 178 (July 28, 2021) (Dow, J.).

6. For the foregoing reasons, the parties respectfully submit that the CAFA public-official notice provision is adequately addressed in the Stipulation. However, consistent with this Court's Minute Entry, simultaneous with this Joint Statement the Parties are refiling the Stipulation of Settlement with a revised preliminary approval order and final judgment (Exhibits A (at ¶23) and B (at ¶9) of the Stipulation) reflecting Defendants' compliance with CAFA's notice requirement. Within ten days of the filing of this Joint Statement and the refiling of the Stipulation of Settlement, Defendants will serve notice of the proposed Settlement on those who are entitled to receive such notice pursuant to CAFA.

7. The parties are available for a telephonic conference should the Court have any other questions or concerns with respect to the Stipulation or Defendants' CAFA notice.

Dated: January 24, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
THEODORE J. PINTAR

s/ Theodore J. Pintar
THEODORE J. PINTAR

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tedp@rgrdlaw.com

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
JAMES E. BARZ (IL Bar # 6255605)
FRANK A. RICHTER (IL Bar # 6310011)
CAMERAN M. GILLIAM (IL Bar # 6332723)
200 South Wacker Drive, 31st Floor
Chicago, IL  60606
Telephone:  312/674-4674
312/674-4676 (fax)
jbarz@rgrdlaw.com
frichter@rgrdlaw.com
cgilliam@rgrdlaw.com

Lead Counsel for Lead Plaintiff

HESSIAN & McKASY P.A.
WILLIAM A. CUMMINGS
3700 RBC Plaza
60 South 6th Street
Minneapolis, MN  55402
Telephone:  612/746-5770
612/746-5755 (fax)

Additional Counsel for Lead Plaintiff

Dated:  January 24, 2022

SIDLEY AUSTIN LLP
JAMES W. DUCAYET
NILOFER I. UMAR
ANDREW F. RODHEIM

s/ James W. Ducayet
JAMES W. DUCAYET

One South Dearborn Street
Chicago, IL 60603
Telephone:  312/853-7000
312/853-7036 (fax)
jducayet@sidley.com
numar@sidley.com
arodheim@sidley.com

Counsel for Defendants

- 3 -

4889-5162-7273.v5

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 24, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Theodore J. Pintar
THEODORE J. PINTAR

ROBBINS GELLER RUDMAN
& DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: TedP@rgrdlaw.com

# Mailing Information for a Case 1:19-cv-01735 Iron Workers Local No. 25 Pension Fund, et al., v. Diplomat Pharmacy, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **James E Barz**
  jbarz@rgrdlaw.com,cbarrett@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **James Wallace Ducayet**
  jducayet@sidley.com,james-ducayet-9115@ecf.pacerpro.com,efilingnotice@sidley.com

- **Lori Ann Fanning**
  LFanning@MillerLawLLC.com,MMiller@MillerLawLLC.com,ajewell@millerlawllc.com,drobinson@millerlawllc.com,JRamirez@millerlawllc.com

- **Cameran Gilliam**
  cgilliam@rgrdlaw.com

- **Matthew Todd Hurst**
  mhurst@heffnerhurst.com,mheffner@heffnerhurst.com

- **Carl V. Malmstrom**
  malmstrom@whafh.com

- **Marvin Alan Miller**
  Mmiller@millerlawllc.com,ajewell@millerlawllc.com,LFanning@millerlawllc.com,drobinson@millerlawlllc.com,JRamirez@millerlawllc.com

- **Danielle S. Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Theodore J. Pintar**
  tedp@rgrdlaw.com

- **Frank Anthony Richter**
  frichter@rgrdlaw.com,E_File_SD@rgrdlaw.com,CReis@ecf.courtdrive.com,creis@rgrdlaw.com

- **Andrew Flynn Rodheim**
  arodheim@sidley.com,efilingnotice@sidley.com,andy-rodheim-4196@ecf.pacerpro.com

- **Nilofer Ibrahim Umar**
  numar@sidley.com,efilingnotice@sidley.com,nilofer-umar-6698@ecf.pacerpro.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)