**INDEX OF EXHIBITS TO DECLARATION OF ROSS D. MURRAY REGARDING NOTICE DISSEMINATION, PUBLICATION, AND REQUESTS FOR EXCLUSION RECEIVED TO DATE**

| **Document** | **Exhibit** |
|---|---|
| Notice Packet | A |
| Correspondence to Nominees | B |
| Confirmation of Publication in *The Wall Street Journal* and *Business Wire* | C |