EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated, ) ) | Case No. 1:19-cv-01735 **(Consolidated)** |
| Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) | Honorable John F. Kness |
| DIPLOMAT PHARMACY, INC., et al., ) ) | |
| Defendants. ) | |

**NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION**

*IF YOU PURCHASED DIPLOMAT PHARMACY, INC. ("DIPLOMAT" OR THE "COMPANY") COMMON STOCK BETWEEN FEBRUARY 26, 2018 AND NOVEMBER 11, 2019, INCLUSIVE, AND WERE DAMAGED THEREBY, YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT.[1]*

A federal court authorized this Notice. This is not a solicitation from a lawyer.

**PLEASE READ THIS NOTICE CAREFULLY. This Notice explains important rights you may have. If you are a Member of the Class, your legal rights will be affected whether or not you act.**

**Securities and Time Period:** Diplomat common stock (CUSIP No. 25456K101) purchased between February 26, 2018 and November 11, 2019, inclusive.

**Settlement Fund:** $15,500,000 in cash. Your recovery will depend on the number of shares of Diplomat common stock you purchased between February 26, 2018 and November 11, 2019, inclusive, and the timing of your purchases and any sales. If claims are submitted for 100% of the eligible shares of Diplomat common stock, the estimated average recovery per share of common stock will be approximately $0.21 before deduction of Court-approved fees and expenses. The actual amount per share you could receive will depend on a number of factors, which are explained in the Plan of Allocation contained below.

**Class:** The Court has conditionally certified a Class of all purchasers of Diplomat common stock from February 26, 2018 through and including November 11, 2019, who were damaged thereby. Excluded from the Class are Defendants, the current and Class Period officers and directors of the Company, the members of the immediate families and the legal representatives, affiliates, heirs, successors-in-interest, or assigns of any excluded person, and any entity in which such excluded persons have or had a controlling interest. Also excluded from the Class are those Persons who timely and validly request exclusion from the Class pursuant to this Notice.

**Reasons for Settlement:** The Settlement avoids the costs and risks associated with continued litigation, including the danger of no recovery, and provides a benefit to the Class now.

**If the Case Had Not Settled:** The Settlement must be compared to the risk of no recovery after contested motions, trial, and likely appeals. A trial is a risky proposition and the Lead Plaintiff might not have prevailed. The claims in this case involve numerous complex legal and factual issues that would require extensive and costly expert testimony. Among the many key issues about which the two sides do not agree are: (1) whether any of the Defendants violated the securities laws or otherwise engaged in any wrongdoing; (2) whether the statements alleged by Lead Plaintiff were material, false, misleading or otherwise actionable under the securities laws; (3) whether the various facts alleged by the Lead Plaintiff influenced the trading prices of Diplomat common stock during the relevant period; (4) the method for determining whether the prices of Diplomat common stock were artificially inflated during the relevant period; (5) the amount (if any) of such inflation; and (6) the amount of damages (if any) that could be recovered at trial.

**Attorneys' Fees and Expenses:** Lead Counsel has not received any payment for its work investigating the facts, conducting this Litigation, and negotiating the Settlement on behalf of the Lead Plaintiff and the Class. Lead Counsel will ask the Court for attorneys' fees not to exceed 25% of the Settlement Amount and expenses up to $25,000, plus interest, to be paid from the Settlement Fund. If the above

---

[1] Any capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Amended Stipulation of Settlement dated January 24, 2022 (the "Stipulation"), which is available on the website established for the Settlement at www.DiplomatSecuritiesLitigation.com.

amounts are requested and approved by the Court, the average cost per share of common stock will be approximately $0.05, making the estimated average recovery per share after fees and expenses, approximately $0.16 if claims are submitted for 100% of the eligible shares of Diplomat common stock. In addition, Lead Plaintiff may request an award not to exceed $10,000 pursuant to 15 U.S.C. §78u-4(a)(4) in connection with its representation of the Class.

Claims Administrator:
*Diplomat Securities Litigation 2021*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 43361
Providence, RI 02940-3361

Lead Counsel:
Rick Nelson
c/o Shareholder Relations
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 1-800-449-4900

- Your legal rights are affected whether you act or don't act. Read this Notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
| --- | --- |
| **SUBMIT A CLAIM** | This is the only way to be eligible to receive a payment. If you are a Class Member, and do not exclude yourself from the Class, you will be bound by the Settlement as approved by the Court and you will give up any "Released Claims" (as defined below) that you have against the Defendants and the other "Released Parties" (as defined below). Proof of Claim and Release forms ("Proof of Claim") must be postmarked (if mailed) or received (if submitted online) on or before April 27, 2022. |
| **EXCLUDE YOURSELF** | If you exclude yourself from the Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that potentially allows you to participate in another lawsuit against the Defendants or the other Released Parties relating to the Released Claims being released in this case. Should you elect to exclude yourself from the Class, you should understand that Defendants and the other Released Parties will have the right to assert any and all defenses they may have to any claims that you may seek to assert, including, without limitation, the defense that any such claims are untimely under applicable statutes of limitations and statutes of repose. Exclusions must be postmarked on or before April 27, 2022. |
| **OBJECT** | You may write to the Court if you do not like this Settlement, the Plan of Allocation and/or the request for attorneys' fees and expenses. You will still be a Member of the Class. Objections must be received by the Court and counsel for the Settling Parties on or before May 16, 2022. |
| **GO TO A HEARING ON JUNE 6, 2022, at 9:30 A.M.** | Submitting a written objection and notice of intention to appear by May 16, 2022, allows you to speak in Court about the fairness of the Settlement, the Plan of Allocation and/or the request for attorneys' fees and expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and speak to the Court about your objection.[2] |
| **DO NOTHING** | If you are a Member of the Class and you do not submit a Proof of Claim by April 27, 2022, you will not be eligible to receive any payment from the Settlement Fund. You will, however, remain a Member of the Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the action. |

- These rights and options–*and the deadlines to exercise them*–are explained in this Notice.

- The Court in charge of this case must decide whether to approve the Settlement. Payments will be made if the Court approves the Settlement and, if there are any appeals, after appeals are resolved. Please be patient.

---

[2] The Court may change this date to a later date and/or time without further written notice to you. However, any different date or time will be posted on the Settlement website: www.DiplomatSecuritiesLitigation.com.

**BASIC INFORMATION**

### 1.      Why Did I Receive This Notice Package?

You or someone in your family may have purchased Diplomat common stock between February 26, 2018 and November 11, 2019, inclusive.

The Court directed that you be sent this Notice because you have a right to know about a proposed settlement of a class action lawsuit, and about all of your options, before the Court decides whether to approve the Settlement.  If the Court approves the Settlement and after any objections or appeals are resolved, the Claims Administrator appointed by the Court will make the payments that the Settlement allows.

This package explains the lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible for them, and how to get them.

The Court in charge of the case is the United States District Court for the Northern District of Illinois, and the case is known as *Mortimer v. Diplomat Pharmacy, Inc., et al.*, No. 1:19-cv-01735.  The institution that sued, Iron Workers Local No. 25 Pension Fund, is called the Lead Plaintiff.  Diplomat and the individuals that the Lead Plaintiff sued, Jeffrey Park, Joel Saban, Atul Kavthekar and Brian Griffin, are called the Defendants.

### 2.      What Is This Lawsuit About?

This case was brought as a class action alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") on behalf of a class of all purchasers of Diplomat common stock between February 26, 2018 and November 11, 2019, inclusive.  Among other things, the Complaint alleges violations of the Exchange Act premised on alleged false and misleading statements that portrayed Diplomat's acquisition and integration of two pharmacy benefit managers ("PBMs") as a success that was growing the PBM business while concealing and omitting to disclose integration and service failures that were leading to customer complaints and losses.  Lead Plaintiff alleges that the false and misleading statements artificially inflated Diplomat's stock price and when the truth was eventually disclosed, the price of Diplomat stock declined, resulting in substantial damages to the Class.  Thus, Lead Plaintiff alleges that Class Members overpaid for Diplomat common stock during the relevant time period.  Defendants have vigorously denied and continue to vigorously deny that they did anything wrong.

### 3.      What Has Happened So Far in This Case?

The operative complaint in the Litigation, the Consolidated Complaint for Violations of the Federal Securities Laws (the "Complaint"), was filed on December 6, 2019.  On February 7, 2020, Defendants moved to dismiss the Complaint.  Lead Plaintiff opposed the motion.  That motion was fully briefed in July 2020, and remains pending.  Collectively, the parties submitted more than 450 pages of briefing, supplemental briefing, and exhibits in connection with Defendants' motion to dismiss the Complaint.

In March 2021, the parties to the Litigation commenced mediation efforts presided over by the Hon. William Cahill (Ret.).  The parties participated in an all-day mediation session with Judge Cahill on March 1, 2021, but did not reach an agreement.  On October 25, 2021, the parties participated in another mediation session with Judge Cahill, but again did not reach an agreement.  Later that day, Judge Cahill issued a "mediator's proposal" to settle the Litigation for $15.5 million, which the parties accepted.

### 4.      Why Is This a Class Action?

In a class action, a class representative (in this case the Court-appointed Lead Plaintiff Iron Workers Local No. 25 Pension Fund) sues on behalf of people who have similar claims.  Here, all these people are called the Class or Class Members.  One court resolves the issues for all Class Members, except for those who timely and validly exclude themselves from the Class.  Judge John F. Kness is presiding over this class action.

### 5.      Why Is There a Settlement?

The Court did not decide in favor of Lead Plaintiff or Defendants.  Instead, both sides agreed to a settlement.  That way they avoid the cost and uncertainty of a trial, and eligible Class Members who submit valid claims will receive compensation.  Lead Plaintiff and Lead Counsel think the Settlement is best for all Class Members.

### WHO IS IN THE SETTLEMENT

To see if you will receive money from this Settlement, you first have to determine if you are a Class Member.

**6.      How Do I Know if I Am Part of the Settlement?**

The Class includes *all purchasers of Diplomat common stock during the Class Period, which is between February 26, 2018 and November 11, 2019, inclusive, and were damaged thereby*.

**7.      What Are the Exceptions to Being Included?**

You are not a Class Member if you are a Defendant, a current or Class Period officer or director of the Company, a member of a Defendant's immediate family, or a Defendant's legal representative, affiliate, heir, successor-in-interest, or assign of any such excluded party, or an entity in which such excluded person has or had a controlling interest.  You are also not a Class Member if you timely and validly request exclusion from the Class pursuant to this Notice.

If you sold Diplomat common stock during the Class Period, that alone does not make you a Class Member.  You are a Class Member only if you purchased Diplomat common stock during the Class Period.

**8.      I'm Still Not Sure if I Am Included.**

If you are still not sure whether you are included, you can ask for free help.  You can call a representative of Lead Counsel: Rick Nelson, Shareholder Relations, Robbins Geller Rudman & Dowd LLP at 1-800-449-4900 for more information.  Or you can fill out and return the claim form described in Question 11, to see if you qualify.

**PLEASE DO NOT CALL THE COURT OR DEFENDANTS WITH QUESTIONS ABOUT THE SETTLEMENT**

### THE SETTLEMENT BENEFITS – WHAT YOU GET

**9.      What Does the Settlement Provide?**

Defendants have agreed to cause to be paid $15.5 million in cash.  The balance of this fund after payment of Court-approved attorneys' fees and expenses and the costs of claims administration, including the costs of printing and mailing this Notice, the cost of publishing newspaper notice and Taxes and Tax Expenses (the "Net Settlement Fund"), will be divided among all eligible Class Members who send in valid claim forms.

**10.     How Much Will My Payment Be?**

Your share of the Net Settlement Fund will depend on several things, including the total amount of claims represented by the valid claim forms that Class Members send in, compared to the amount of your claim, as calculated under the Plan of Allocation described below.

### WHAT IS THE PROPOSED PLAN OF ALLOCATION?

The objective of the Plan of Allocation is to equitably distribute the Net Settlement Fund among Class Members based on their respective alleged economic losses resulting from the securities law violations alleged in the Litigation.  The Claims Administrator shall determine each Class Member's *pro rata* share of the Net Settlement Fund based upon the recognized loss formula (the "Recognized Loss") described below.  A Recognized Loss will be calculated for each share of Diplomat common stock purchased during the Class Period.  The calculation of Recognized Loss will depend upon several factors, including when the Diplomat common stock was purchased and in what amounts, whether the shares were ever sold, and, if so, when they were sold and for what amounts.  The Recognized Loss is not intended to estimate the amount a Class Member might have been able to recover after a trial, nor to estimate the amount that will be paid to Class Members pursuant to the Settlement.  The Recognized Loss is the basis upon which the Net Settlement Fund will be proportionately allocated to Class Members.

4

## CALCULATION OF RECOGNIZED LOSS AMOUNTS

The allocation below is based on the following inflation per share amounts for Class Period common stock purchases and sales as well as the statutory PSLRA 90 day-look back amount of $4.12. Furthermore, if any of the formulas set forth below yield an amount less than $0.00, the claim per share is $0.00.

**Table A**

| Inflation Period | Inflation per Share |
|---|---|
| February 26, 2018 – November 6, 2018 | $17.71 |
| November 7, 2018 – January 6, 2019 | $12.17 |
| January 7, 2019 – February 21, 2019 | $10.69 |
| February 22, 2019 – November 11, 2019 | $3.10 |

For each share of Diplomat common stock *purchased from February 26, 2018 through and including November 11, 2019*, the claim per share shall be as follows:

(a)     If sold prior to November 7, 2018, the Recognized Loss Amount is $0.00.

(b)     If sold from November 7, 2018 through and including November 11, 2019, the Recognized Loss Amount shall be the lesser of: (i) the inflation per share at the time of purchase less the inflation per share at the time of sale as set forth in Table A above; and (ii) the difference between the purchase price and the selling price.

(c)     If retained at the close of trading on November 11, 2019, and sold on or before February 7, 2020, the Recognized Loss Amount shall be the least of: (i) the inflation per share at the time of purchase; (ii) the difference between the purchase price and the selling price; and (iii) the difference between the purchase price and the average closing price up to the date of sale as set forth in Table B below.

(d)     If retained at the close of trading on February 7, 2020, the Recognized Loss Amount shall be the lesser of: (i) the inflation per share at the time of purchase; and (ii) the difference between the purchase price and $4.12.

5

**Table B**

| Date | Price | Average Closing Price | Date | Price | Average Closing Price |
|---|---|---|---|---|---|
| 11/12/2019 | $3.10 | $3.10 | 12/26/2019 | $3.97 | $4.23 |
| 11/13/2019 | $3.18 | $3.14 | 12/27/2019 | $3.96 | $4.22 |
| 11/14/2019 | $3.34 | $3.21 | 12/30/2019 | $3.99 | $4.21 |
| 11/15/2019 | $3.81 | $3.36 | 12/31/2019 | $4.00 | $4.20 |
| 11/18/2019 | $3.84 | $3.45 | 1/2/2020 | $4.00 | $4.20 |
| 11/19/2019 | $3.96 | $3.54 | 1/3/2020 | $4.00 | $4.19 |
| 11/20/2019 | $4.09 | $3.62 | 1/6/2020 | $4.06 | $4.19 |
| 11/21/2019 | $4.20 | $3.69 | 1/7/2020 | $4.09 | $4.19 |
| 11/22/2019 | $4.29 | $3.76 | 1/8/2020 | $4.11 | $4.18 |
| 11/25/2019 | $4.35 | $3.82 | 1/9/2020 | $3.99 | $4.18 |
| 11/26/2019 | $4.37 | $3.87 | 1/10/2020 | $3.99 | $4.18 |
| 11/27/2019 | $4.90 | $3.95 | 1/13/2020 | $4.01 | $4.17 |
| 11/29/2019 | $5.15 | $4.04 | 1/14/2020 | $4.01 | $4.17 |
| 12/2/2019 | $5.00 | $4.11 | 1/15/2020 | $4.01 | $4.16 |
| 12/3/2019 | $5.44 | $4.20 | 1/16/2020 | $4.00 | $4.16 |
| 12/4/2019 | $5.37 | $4.27 | 1/17/2020 | $3.98 | $4.16 |
| 12/5/2019 | $5.60 | $4.35 | 1/21/2020 | $3.99 | $4.15 |
| 12/6/2019 | $5.81 | $4.43 | 1/22/2020 | $3.99 | $4.15 |
| 12/9/2019 | $3.91 | $4.41 | 1/23/2020 | $3.99 | $4.15 |
| 12/10/2019 | $3.94 | $4.38 | 1/24/2020 | $4.00 | $4.14 |
| 12/11/2019 | $3.93 | $4.36 | 1/27/2020 | $4.00 | $4.14 |
| 12/12/2019 | $3.94 | $4.34 | 1/28/2020 | $4.00 | $4.14 |
| 12/13/2019 | $3.93 | $4.32 | 1/29/2020 | $3.99 | $4.13 |
| 12/16/2019 | $3.92 | $4.31 | 1/30/2020 | $3.99 | $4.13 |
| 12/17/2019 | $3.93 | $4.29 | 1/31/2020 | $3.98 | $4.13 |
| 12/18/2019 | $3.92 | $4.28 | 2/3/2020 | $4.02 | $4.13 |
| 12/19/2019 | $3.93 | $4.26 | 2/4/2020 | $3.99 | $4.13 |
| 12/20/2019 | $3.95 | $4.25 | 2/5/2020 | $3.99 | $4.12 |
| 12/23/2019 | $3.96 | $4.24 | 2/6/2020 | $3.99 | $4.12 |
| 12/24/2019 | $3.96 | $4.23 | 2/7/2020 | $4.00 | $4.12 |

In the event a Class Member has more than one purchase of Diplomat common stock during the Class Period, all such purchases and sales shall be matched on a First-In, First-Out ("FIFO") basis. Class Period sales will be matched first against any holdings at the beginning of the Class Period, and then against purchases in chronological order, beginning with the earliest purchase made during the Class Period.

A purchase of Diplomat common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. All purchases shall exclude any fees and commissions. The receipt or grant by gift, devise, or operation of law of Diplomat common stock during the Class Period shall not be deemed a purchase of Diplomat common stock for the calculation of a claimant's recognized claim nor shall it be deemed an assignment of any claim relating to the purchase of such shares unless specifically provided in the instrument of gift or assignment. The receipt of Diplomat common stock during the Class Period in exchange for securities of any other corporation or entity shall not be deemed a purchase of Diplomat common stock.

The total of all profits shall be subtracted from the total of all losses from transactions in Diplomat common stock during the Class Period to determine if a Class Member has a recognized claim. Only if a Class Member had a net market loss, after all profits from transactions in Diplomat common stock during the Class Period are subtracted from all losses, will such Class Member be eligible to receive a distribution from the Net Settlement Fund.

If an Authorized Claimant has an overall market gain, the recognized claim for that Authorized Claimant will be $0.00. The Claims Administrator shall allocate to each Authorized Claimant a *pro rata* share of the Net Settlement Fund based on his, her, or its recognized claim as compared to the total recognized claims of all Authorized Claimants. No distribution shall be made to Authorized Claimants who would otherwise receive a distribution of less than $10.00.

Distributions will be made to Authorized Claimants after all claims have been processed, after the Court has finally approved the Settlement, and after any appeals are resolved. If there is any balance remaining in the Net Settlement Fund after a reasonable period of time from the initial date of distribution of the Net Settlement Fund (whether by reason of tax refunds, uncashed checks, or otherwise), the Claims Administrator shall, if feasible, reallocate such balance among Authorized Claimants in an equitable and economic fashion. These redistributions shall be repeated until the balance remaining in the Net Settlement Fund is no longer economically feasible to distribute to Class Members. Thereafter, any balance that still remains in the Net Settlement Fund shall be donated to an appropriate non-profit charitable organization(s) serving the public interest.

Please contact the Claims Administrator or Lead Counsel if you disagree with any determinations made by the Claims Administrator regarding your Proof of Claim. If you are dissatisfied with the determinations, you may ask the Court, which retains jurisdiction over all Class Members and the claims administration process, to decide the issue by submitting a written request.

The Court has retained jurisdiction to allow, disallow, or adjust the claim of any Class Member on equitable grounds.

Payment pursuant to the Plan of Allocation set forth above shall be conclusive against all Authorized Claimants. No Person shall have any claim against Lead Plaintiff, Lead Counsel, any Claims Administrator, any other Person designated by Lead Counsel, or any of the Released Parties based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. All Class Members who fail to complete and submit a valid and timely Proof of Claim shall be barred from participating in distributions from the Net Settlement Fund (unless otherwise ordered by the Court), but otherwise shall be bound by all of the terms of the Stipulation, including the terms of any judgment entered and the releases given.

## HOW YOU OBTAIN A PAYMENT – SUBMITTING A CLAIM FORM

### 11. How Will I Obtain a Payment?

To qualify for payment, you must be an eligible Class Member, send in a timely and valid claim form, and properly document your claim as requested in the claim form. A claim form is enclosed with this Notice, or it may be downloaded at www.DiplomatSecuritiesLitigation.com. Read the instructions carefully, fill out the form, include all the documents the form asks for, sign it, and mail it such that it is postmarked no later than April 27, 2022, or submit it online by no later than April 27, 2022.

**12.      When Will I Receive My Payment?**

The Court will hold a hearing on June 6, 2022, at 9:30 a.m., to decide whether to approve the Settlement. If Judge Kness approves the Settlement, there may be appeals. It is always uncertain whether these appeals can be resolved, and resolving them can take time, perhaps several years. Please be patient.

**13.      What Am I Giving Up to Receive a Payment or Stay in the Class?**

Unless you timely and validly exclude yourself, you are a Member of the Class, and that means that you cannot sue, continue to sue, or be part of any other lawsuit against the Defendants or any of the other Released Parties about the Released Claims in this case. It also means that all of the Court's orders, including a judgment ("Judgment") dismissing the Litigation with prejudice on the merits, will apply to you and legally bind you and you will release all Released Claims in this case against the Defendants and any other Released Parties.

"**Released Claims**" shall collectively mean any and all claims (including Unknown Claims as defined below), rights, demands, liabilities or causes of action of every nature and description whatsoever (including, but not limited to, any claims for damages, interest, attorneys' fees, expert or consulting fees, and any other costs, expenses, or liabilities whatsoever), to the fullest extent that the law permits their release in this action, by or on behalf of Lead Plaintiff or any other Class Members against any of the Released Parties that have been alleged or could have been alleged in this action (or in any forum or proceeding or otherwise), whether based on federal, state, local, statutory, or common law or any other law, rule, or regulation, whether known claims or Unknown Claims, whether class, representative, or individual in nature, whether fixed or contingent, accrued or unaccrued, liquidated or unliquidated, whether at law or in equity, matured or unmatured, that are based on, relate to, or arise out of both (i) the allegations, transactions, facts, matters, events, disclosures, statements, occurrences, circumstances, representations, conduct, acts, or omissions or failures to act that have been or could have been alleged or asserted in the Litigation, and (ii) Lead Plaintiff's or any other Class Member's purchase of Diplomat common stock during the Class Period. Released Claims do not include any derivative or ERISA claims or claims to enforce the terms of the Settlement.

"**Unknown Claims**" means collectively any Released Claims that Lead Plaintiff or Class Members do not know or suspect to exist in his, her or its favor at the time of the release of the Released Parties which, if known by him, her or it, might have affected such Class Member's settlement or decisions with respect to the Settlement, including, but not limited to, the release of the Released Parties or the decision not to object to or opt out of this Settlement. With respect to any and all Released Claims, the Settling Parties stipulate and agree that, upon the Effective Date, Lead Plaintiff and Defendants shall expressly waive, and each of the Class Members shall be deemed to have waived, and by operation of the Judgment shall have expressly waived, any and all provisions, rights, and benefits conferred by the law of any state or territory or other jurisdiction or principle of common law or foreign law that is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> **A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.**

Lead Plaintiff and Class Members may hereafter discover facts in addition to or different from those which he, she or it now knows or believes to be true with respect to the subject matter of the Released Claims, but Lead Plaintiff shall expressly fully, finally, and forever settle and release, and each Class Member, upon the Effective Date, shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever settled and released, any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. Lead Plaintiff and Defendants acknowledge, and Class Members shall be deemed by operation of law (including by operation of the Judgment) to have acknowledged, that the foregoing waiver was separately bargained for and is a key element of the Settlement.

8

"**Released Parties**" means each and all of the Defendants, and each and all of their respective Related Parties.

"**Related Parties**" means each of a Defendant's past or present directors, officers, employees, partners, insurers, co-insurers, reinsurers, principals, controlling shareholders, members, agents, administrators, attorneys, accountants, auditors, bankers, underwriters, investment advisors, personal or legal representatives, predecessors, successors, direct and/or indirect parents, subsidiaries, divisions, joint ventures, partnerships, limited liability companies, affiliates, assigns, spouses, heirs, estates, related or affiliated entities, any entity in which a Defendant has a controlling interest, any member of a Defendant's immediate family, any trust of which a Defendant is the settlor or which is for the benefit of a Defendant and/or any member of a Defendant's immediate family, and any entity in which a Defendant and/or any member of a Defendant's immediate family has or had a controlling interest (directly or indirectly).

The Judgment will also provide that upon the Effective Date, without any further action by anyone, Lead Plaintiff and each of the Class Members shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, compromised, settled, resolved, waived, discharged, and dismissed on the merits with prejudice all Released Claims against the Released Parties, whether or not such Class Member executes and delivers a Proof of Claim form. It is an important element of the Defendants' participation in the Settlement, which Lead Plaintiff has acknowledged, that the Released Parties obtain the fullest possible legally enforceable release from further liability to any Class Member relating to the Released Claims, and it is the intention of the Settling Parties that all further liability of the Defendants and each of their Related Parties relating to the Released Claims hereby be eliminated. These releases and waivers were separately bargained for and are essential elements of the Settlement.

Moreover, upon the Effective Date, Lead Plaintiff and all Class Members and anyone claiming through or on behalf of any of them, will be forever barred and enjoined from commencing, instituting, or continuing to prosecute any action or proceeding in any court of law or equity, arbitration tribunal, administrative forum, or other forum of any kind, asserting any of the Released Claims against any of the Released Parties, and each of them.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you do not want to participate in this Settlement, and you want to keep the right to sue or continue to sue the Defendants or any other Released Parties on your own for the Released Claims in this case, then you must take steps to get out of the Class. This is called excluding yourself or is sometimes referred to as opting out of the Class. If you are requesting exclusion because you want to bring your own lawsuit based on the matters alleged in this Litigation, you may want to consult an attorney and discuss whether any individual claim that you may wish to pursue would be time-barred by the applicable statutes of limitation or repose.

### 14. How Do I Get Out of the Class?

To exclude yourself from the Class, you must send a letter by mail stating that you want to be excluded from *Mortimer v. Diplomat Pharmacy, Inc., et al.*, No. 1:19-cv-01735. You must include your name, address, telephone number, your signature, and the number of shares of Diplomat common stock you purchased between February 26, 2018 and November 11, 2019, inclusive, the dates of your purchases, the purchase price, and the dates and sale price of any sales. You must mail your exclusion request postmarked no later than April 27, 2022, to:

> *Diplomat Securities Litigation 2021*
> c/o Gilardi & Co. LLC
> EXCLUSIONS
> 150 Royall Street, Suite 101
> Canton, MA 02021

You cannot exclude yourself on the phone or by email. If you properly ask to be excluded, you are not eligible to receive any settlement payment, and you cannot object to the Settlement. You will not be legally bound by anything that happens in this lawsuit.

**15.** **If I Do Not Exclude Myself, Can I Sue the Defendants for the Same Thing Later?**

No. Unless you timely and validly exclude yourself, you give up any right to sue the Defendants and certain other Released Parties for the Released Claims in this Settlement. If you have a pending lawsuit against any of these parties, including the Defendants, speak to your lawyer in that case immediately. Remember, the exclusion deadline is April 27, 2022.

**16.** **If I Exclude Myself, Can I Receive Money From This Settlement?**

No. If you exclude yourself, do not send in a claim form. But, you may be able to sue, continue to sue, or be part of a different lawsuit involving the Released Claims against the Defendants and the other Released Parties.

## THE LAWYERS REPRESENTING YOU

**17.** **Do I Have a Lawyer in This Case?**

The Court appointed the law firm of Robbins Geller Rudman & Dowd LLP to represent you and other Class Members. These lawyers are called Lead Counsel. You will not be directly charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**18.** **How Will the Lawyers Be Paid?**

Lead Counsel will ask the Court for attorneys' fees not to exceed 25% of the Settlement Amount and for expenses up to $25,000, plus interest that is incurred. Such sums as may be approved by the Court will be paid from the Settlement Fund. Class Members are not personally liable for any such fees or expenses.

The attorneys' fees and expenses requested will be the only payment to Lead Counsel for its efforts in achieving this Settlement and for its risk in undertaking this representation on a wholly contingent basis. Lead Counsel has committed a substantial amount of time and significant expenses in litigating this case for the benefit of the Class. To date, Lead Counsel has not been paid for its services in conducting this Litigation on behalf of the Lead Plaintiff and the Class, nor for its expenses. The fees requested will compensate counsel for its work in achieving the Settlement Fund. The Court will decide what is a reasonable fee award and may award less than the amount requested by Lead Counsel.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or some part of it.

**19.** **How Do I Tell the Court That I Do Not Like the Settlement?**

If you are a Class Member, you can object to the Settlement if you do not like any part of it, including the Plan of Allocation and the request for attorneys' fees or expenses. You can state the reasons why you think the Court should not approve it. The Court will consider your views. To object, you must send a letter saying that you object to the Settlement in *Mortimer v. Diplomat Pharmacy, Inc., et al.*, No. 1:19-cv-01735. You must include your name, address, telephone number, your signature, documentation establishing your membership in the Class, including the number of shares of Diplomat common stock you (i) owned as of the opening of trading on February 26, 2018, and (ii) purchased between February 26, 2018 and November 11, 2019, inclusive, the number of any shares sold, the dates and prices of purchases and of any sales, and the reasons you object. The objection must contain a statement of reasons for the objection, including whether it applies only to the objector, to a specific subset of the Class, or to the entire Class. In addition, you must identify any other class action settlement(s) in which you or your attorney has objected. Any objection ***must*** be mailed or delivered such that it is **received** by *each* of the following no later than May 16, 2022:

| *Court:* | *Counsel for Lead Plaintiff:* | *Counsel for Defendants*: |
|---|---|---|
| Clerk of the Court | Theodore J. Pintar | James W. Ducayet |
| UNITED STATES DISTRICT COURT | ROBBINS GELLER | SIDLEY AUSTIN LLP |
| NORTHERN DISTRICT OF ILLINOIS |   RUDMAN & DOWD LLP | One South Dearborn Street |
| Everett McKinley Dirksen U.S. Courthouse | 655 West Broadway | Chicago, IL 60603 |
| 219 South Dearborn Street | Suite 1900 | |
| Chicago, IL 60604 | San Diego, CA 92101 | |

10

**Unless the Court orders otherwise, any Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to any aspect of the proposed Settlement, the proposed Plan of Allocation or Lead Counsel's request for an award of attorneys' fees and expenses. Class Members do not need to appear at the Final Approval Hearing or take any other action to indicate their approval.**

### 20. What's the Difference Between Objecting and Excluding?

Objecting is simply telling the Court that you do not like something about the Settlement. You can object *only if* you stay in the Class. Excluding yourself is telling the Court that you do not want to be part of the Class. If you exclude yourself, you have no basis to object because the case no longer affects you.

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the Settlement. You may attend and you may ask to speak, but you do not have to.

### 21. When and Where Will the Court Decide Whether to Approve the Settlement?

The Court will hold a fairness hearing at 9:30 a.m., on June 6, 2022, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. At this hearing the Court will consider whether the Settlement is fair, reasonable, and adequate.[3] The Court may move the date or time of the fairness hearing to a later date and/or time without further written notice to you. If the date or time of the fairness hearing is changed, the new date and/or time will be posted at www.DiplomatSecuritiesLitigation.com. If there are objections, the Court will consider them. Judge Kness will listen to people who have asked to speak at the hearing. At or after the fairness hearing, the Court will decide whether to approve the Settlement, the request for attorneys' fees and expenses, and the Plan of Allocation. The Court may decide these issues at the hearing or take them under consideration. We do not know how long these decisions will take.

### 22. Do I Have to Come to the Hearing?

No. Lead Counsel will answer any questions Judge Kness may have. But, you are welcome to come at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you submitted your written objection on time, the Court will consider it. You may also pay your own lawyer to attend, but it is not necessary.

### 23. May I Speak at the Hearing?

If you have timely filed an objection, you may ask the Court for permission to speak at the fairness hearing. To do so, you must send a letter saying that it is your intention to appear in *Mortimer v. Diplomat Pharmacy, Inc., et al.*, No. 1:19-cv-01735. You must include your name, address, telephone number, your signature, and the number of shares of Diplomat common stock you purchased between February 26, 2018 and November 11, 2019, inclusive. Your notice of intention to appear must be *received* no later than May 16, 2022, by the Clerk of the Court, Lead Counsel, and Defendants' counsel, at the addresses listed in Question 19. If you intend to present evidence or witnesses, you must disclose that information and explain it in your letter. You cannot speak at the hearing if you exclude yourself from the Class.

## IF YOU DO NOTHING

### 24. What Happens If I Do Nothing at All?

If you do nothing, you will be a Class Member. However, you will not receive any money from this Settlement unless you submit a claim form. Unless you exclude yourself, you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against the Defendants or any other Released Parties about the Released Claims.

## GETTING MORE INFORMATION

---

[3] The papers in support of approval of the Settlement, the Plan of Allocation, and Lead Counsel's fee and expense application will be submitted to the Court no later than May 2, 2022, and posted on the Settlement website www.DiplomatSecuritiesLitigation.com.

**25.  Are There More Details About the Settlement?**

This Notice summarizes the proposed Settlement and does not describe all of the details of the Settlement.  More details are in the Stipulation dated January 24, 2022.  You can obtain a copy of the Stipulation by going to www.DiplomatSecuritiesLitigation.com, or by writing to or calling the Claims Administrator: *Diplomat Securities Litigation 2021,* Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 43361, Providence, RI 02940-3361, 1-888-850-0282, a representative of Lead Counsel: Rick Nelson, c/o Shareholder Relations, Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, 1-800-449-4900, or from the Clerk's office at the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, during regular business hours.

**26.  How Do I Get More Information?**

You can call 1-800-449-4900 or write to Rick Nelson, c/o Shareholder Relations, Robbins Geller Rudman & Dowd LLP, 655 West Broadway, Suite 1900, San Diego, CA 92101, or visit the following website: www.DiplomatSecuritiesLitigation.com.

***DO NOT TELEPHONE THE DEFENDANTS OR THE COURT REGARDING THIS NOTICE.***

**SPECIAL NOTICE TO BANKS, BROKERS, AND OTHER NOMINEES**

The Court has ordered that if you hold or held any Diplomat common stock purchased between February 26, 2018 and November 11, 2019, inclusive, as nominee for a beneficial owner, then, within ten (10) days after you receive this Notice, you must either: (1) send a copy of this Notice by First-Class Mail to all such Persons; or (2) provide a list of the names and addresses of such Persons to the Claims Administrator at notifications@gilardi.com or:

*Diplomat Securities Litigation 2021*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 43361
Providence, RI  02940-3361

If you choose to mail the Notice and Proof of Claim yourself, you may obtain from the Claims Administrator (without cost to you) as many additional copies of these documents as you will need to complete the mailing.  If you do not intend to comply with the provisions of this section you are requested to notify the Claims Administrator of that fact at the address listed above.

Regardless of whether you choose to complete the mailing yourself or elect to have the mailing performed for you, you may obtain reimbursement for, or advancement of, reasonable administrative costs actually incurred or expected to be incurred in connection with forwarding the Notice and which would not have been incurred but for the obligation to forward the Notice, upon submission of appropriate documentation to the Claims Administrator.

DATED: January 27, 2022

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated, ) ) | Case No. 1:19-cv-01735 **(Consolidated)** |
| Plaintiff, ) ) | CLASS ACTION |
| vs. ) ) | Honorable John F. Kness |
| DIPLOMAT PHARMACY, INC., et al., ) ) | |
| Defendants. ) | |

**PROOF OF CLAIM AND RELEASE**

**I.        GENERAL INSTRUCTIONS**

1.        To recover as a Member of the Class based on your claims in the action entitled *Mortimer v. Diplomat Pharmacy, Inc., et al.*, No. 1:19-cv-01735 (the "Litigation"), you must complete and, on page 6 hereof, sign this Proof of Claim and Release form ("Proof of Claim").[1]  If you fail to file a properly addressed (as set forth in paragraph 3 below) Proof of Claim, your claim may be rejected and you may be precluded from any recovery from the Settlement Fund created in connection with the proposed Settlement of the Litigation.

2.        Submission of this Proof of Claim, however, does not assure that you will share in the proceeds of the Settlement of the Litigation.

3.        YOU MUST MAIL OR SUBMIT ONLINE YOUR COMPLETED AND SIGNED PROOF OF CLAIM, ACCOMPANIED BY COPIES OF THE DOCUMENTS REQUESTED HEREIN, ON OR BEFORE APRIL 27, 2022, ADDRESSED AS FOLLOWS:

> *Diplomat Securities Litigation 2021*
> Claims Administrator
> c/o Gilardi & Co. LLC
> P.O. Box 43361
> Providence, RI  02940-3361
> Online Submissions: www.DiplomatSecuritiesLitigation.com

If you are NOT a Member of the Class, as defined in the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), or if you have submitted a request for exclusion, DO NOT submit a Proof of Claim.

4.        If you are a Member of the Class, you are bound by the terms of any judgment entered in the Litigation, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM.

5.        It is important that you completely read and understand the Notice that accompanied this Proof of Claim, including the Plan of Allocation of the Net Settlement Fund set forth in the Notice.  The Notice describes the proposed Settlement, how Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court.  The Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Proof of Claim.  By signing and submitting this Proof of Claim, you will be certifying that you have read and that you understand the Notice, including the terms of the releases described and provided herein.

6.        The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Notice, if it is approved by the Court, or by such other plan of allocation as the Court approves.

**II.        DEFINITIONS**

1. "Diplomat" means Diplomat Pharmacy, Inc.

2. "Defendants" means Diplomat, Jeffrey Park, Joel Saban, Atul Kavthekar and Brian Griffin.

3. "Released Parties" means each and all of the Defendants, and each and all of their respective Related Parties.

**III.        CLAIMANT IDENTIFICATION**

1.        If you purchased Diplomat common stock and held the certificate(s) in your name, you are the beneficial owner as well as the record holder.  If, however, the certificate(s) were registered in the name of a third party, such as a brokerage firm or other nominee, you are the beneficial owner and the third party is the record holder.

2.        You are a Class Member if you purchased Diplomat common between February 26, 2018 through and including November 11, 2019, and were damaged thereby.  Excluded from the Class are Defendants, the current and Class Period officers and directors of the Company, the members of the immediate families and the legal representatives, affiliates, heirs, successors-in-interest, or assigns of any excluded person, and any entity in which such excluded persons have or had a controlling interest.  Also excluded from the Class are those Persons who timely and validly request exclusion from the Class pursuant to the Notice.

---

[1]  This Proof of Claim incorporates by reference the definitions in the Amended Stipulation of Settlement dated January 24, 2022 ("Stipulation"), which can be obtained at www.DiplomatSecuritiesLitigation.com.

3.      Use Part I of this form entitled "Claimant Identification" to identify each holder of record ("nominee"), if different from the beneficial owner of such Diplomat common stock that forms the basis of this claim. THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL OWNER(S), OR A PERSON AUTHORIZED TO ACT ON BEHALF OF SUCH OWNER(S), OF SUCH DIPLOMAT COMMON STOCK UPON WHICH THIS CLAIM IS BASED. Separate Proofs of Claim should be submitted for each separate legal entity (for example, a claim by joint owners should not include the transactions of just one of the joint owners, and an individual should not submit one claim that combines his or her IRA transactions with transactions made solely in the individual's name). Conversely, a combined Proof of Claim should be submitted on behalf of each legal entity (including an individual) that includes all transactions made by the entity, no matter how many separate accounts that entity has (for example, a corporation/individual with multiple brokerage accounts should include all transactions made in Diplomat common stock during the Class Period on one Proof of Claim, no matter in how many accounts the transactions were made).

4.      All joint owners (or a Person authorized to act on the owner's behalf) must sign this claim. Executors, administrators, guardians, conservators, trustees, or others authorized to act on behalf of a beneficial owner, must complete and sign this claim on behalf of Persons represented by them and their authority must accompany this claim and their titles or capacities must be stated. The Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim. Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

## IV.    CLAIM FORM

1.      Use Part II of this form entitled "Schedule of Transactions in Diplomat Common Stock" to supply all required details of your transaction(s) in Diplomat common stock. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

2.      On the schedules, provide all of the requested information with respect to *all* of your purchases and *all* of your sales of Diplomat common stock that took place at any time between February 26, 2018 and February 7, 2020, inclusive, whether such transactions resulted in a profit or a loss. You must also provide all of the requested information with respect to *all* of the shares of Diplomat common stock you held at the close of trading on February 25, 2018, November 11, 2019, and February 7, 2020. Failure to report all such transactions may result in the rejection of your claim.

3.      List each transaction separately and in chronological order, by trade date, beginning with the earliest. You must accurately provide the month, day, and year of each transaction you list.

4.      The date of covering a "short sale" is deemed to be the date of purchase of Diplomat common stock. The date of a "short sale" is deemed to be the date of the sale of Diplomat common stock. A purchase or sale of Diplomat common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date; please provide any "contract" or "trade" dates in your claim.

5.      Broker confirmations or other documentation of your transactions in Diplomat common stock should be attached to your claim. Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.

6.      The above requests are designed to provide the minimum amount of information necessary to process the most simple claims. The Claims Administrator may request additional information as required to efficiently and reliably calculate your losses. In some cases where the Claims Administrator cannot perform the calculation accurately or at a reasonable cost to the Class with the information provided, the Claims Administrator may condition acceptance of the claim upon the production of additional information and/or the hiring of an accounting expert at the claimant's cost.

7.      If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after any appeals are resolved, and after the completion of all claims processing. The claims processing will take substantial time to complete fully and fairly. Please be patient.

PLEASE NOTE: As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her, or its *pro rata* share of the Net Settlement Fund. If the prorated payment to any Authorized Claimant calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files. This is different from the online submission process that is available at www.DiplomatSecuritiesLitigation.com. All claimants MUST submit a manually signed paper Proof of Claim whether or not they also submit electronic copies. If you have a large number of transactions and wish to file your claim electronically, you must contact the Claims Administrator at edata@gilardi.com to obtain the required file layout. Any file not in accordance with the required electronic filing format will be subject to rejection. Only one claim should be submitted for each separate legal entity and the complete name of the beneficial owner(s) of the securities must be considered to have been submitted unless the Claims Administrator issues an email to that effect. Do not assume that your file has been received until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at edata@gilardi.com to inquire about your file and confirm it was received.

2

**Official Office Use Only**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

*Mortimer v. Diplomat Pharmacy, Inc., et al.*
No. 1:19-cv-01735

**PROOF OF CLAIM AND RELEASE**

**Must Be Postmarked (if Mailed) or Received (if Submitted Online) No Later Than April 27, 2022**

# D2E

Please Type or Print in the Boxes Below
Do NOT use Red Ink, Pencil, or Staples

REMEMBER TO ATTACH COPIES OF BROKER CONFIRMATIONS OR OTHER DOCUMENTATION OF YOUR TRANSACTIONS IN DIPLOMAT COMMON STOCK. FAILURE TO PROVIDE THIS DOCUMENTATION COULD DELAY VERIFICATION OF YOUR CLAIM OR RESULT IN REJECTION OF YOUR CLAIM.

## PART I. CLAIMANT IDENTIFICATION

Last Name

M.I.

First Name

Last Name (Co-Beneficial Owner)

M.I.

First Name (Co-Beneficial Owner)

○ IRA     ○ Joint Tenancy     ○ Employee     ○ Individual     ○ Other

(specify)

Company Name (Beneficial Owner - If Claimant is not an Individual) or Custodian Name if an IRA

Trustee/Asset Manager/Nominee/Record Owner's Name (If Different from Beneficial Owner Listed Above)

Account#/Fund# (Not Necessary for Individual Filers)

Last Four Digits of Social Security Number

or

Taxpayer Identification Number

Telephone Number (Primary Daytime)

Telephone Number (Alternate)

Email Address

## MAILING INFORMATION

Address

Address

City

State

ZIP Code

Foreign Province

Foreign Postal Code

Foreign Country Name/Abbreviation

| FOR CLAIMS PROCESSING ONLY | OB | CB | ○ ATP ○ KE ○ ICI | ○ BE ○ DR ○ EM | ○ FL ○ ME ○ ND | ○ OP ○ RE ○ SH | M M / D D / Y Y Y Y | FOR CLAIMS PROCESSING ONLY |



3

## PART II. SCHEDULE OF TRANSACTIONS IN DIPLOMAT COMMON STOCK

A. Number of shares of Diplomat common stock held at the close of trading on February 25, 2018:

Proof Enclosed? ○ Y ○ N

B. Purchases of Diplomat common stock (February 26, 2018 – February 7, 2020, inclusive):

**PURCHASES**

| Trade Date(s) of Shares (List Chronologically) M M / D D / Y Y Y Y | Number of Shares Purchased or Acquired | Total Purchase or Acquisition Price (Excluding Commissions, Taxes and Fees). Please round off to the nearest whole dollar | Proof of Purchase Enclosed? |
|---|---|---|---|
| 1. / / | | $ . 00 | ○ Y ○ N |
| 2. / / | | $ . 00 | ○ Y ○ N |
| 3. / / | | $ . 00 | ○ Y ○ N |
| 4. / / | | $ . 00 | ○ Y ○ N |
| 5. / / | | $ . 00 | ○ Y ○ N |

IMPORTANT: (i) If any purchase listed covered a "short sale," please mark Yes: ○ Yes

(ii) If you received shares through an acquisition or merger, please identify the date, the share amount and the company acquired:

| M M / D D / Y Y Y Y | Merger Shares: | Company: |
|---|---|---|
| / / | | |

C. Sales of Diplomat common stock (February 26, 2018 – February 7, 2020, inclusive):

**SALES**

| Trade Date(s) of Shares (List Chronologically) M M / D D / Y Y Y Y | Number of Shares Sold | Total Sales Price (Excluding Commissions, Taxes and Fees). Please round off to the nearest whole dollar | Proof of Sales Enclosed? |
|---|---|---|---|
| 1. / / | | $ . 00 | ○ Y ○ N |
| 2. / / | | $ . 00 | ○ Y ○ N |
| 3. / / | | $ . 00 | ○ Y ○ N |
| 4. / / | | $ . 00 | ○ Y ○ N |
| 5. / / | | $ . 00 | ○ Y ○ N |

D. Number of shares of Diplomat common stock held at the close of trading on November 11, 2019:

Proof Enclosed? ○ Y ○ N

E. Number of shares of Diplomat common stock held at the close of trading on February 7, 2020:

Proof Enclosed? ○ Y ○ N

If you require additional space, attach extra schedules in the same format as above.
Sign and print your name on each additional page.

**YOU MUST READ AND SIGN THE RELEASE ON PAGE 6. FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**





### V. SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS

I (We) submit this Proof of Claim under the terms of the Stipulation, described in the Notice. I (We) also submit to the jurisdiction of the United States District Court for the Northern District of Illinois, with respect to my (our) claim as a Class Member (as defined in the Notice) and for purposes of enforcing the release set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Litigation. I (We) agree to furnish additional information to Lead Counsel to support this claim if required to do so. I (We) have not submitted any other claim covering the same purchases of Diplomat common stock during the Class Period and know of no other Person having done so on my (our) behalf.

### VI. RELEASE

1.      I (We) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally, and forever settle, release, relinquish, and discharge, all of the Released Claims against each and all of the Defendants and each and all of their respective "Related Parties." The term "Related Parties" as defined herein means each of a Defendant's past or present directors, officers, employees, partners, insurers, co-insurers, reinsurers, principals, controlling shareholders, members, agents, administrators, attorneys, accountants, auditors, bankers, underwriters, investment advisors, personal or legal representatives, predecessors, successors, direct and/or indirect parents, subsidiaries, divisions, joint ventures, partnerships, limited liability companies, affiliates, assigns, spouses, heirs, estates, related or affiliated entities, any entity in which a Defendant has a controlling interest, any member of a Defendant's immediate family, any trust of which a Defendant is the settlor or which is for the benefit of a Defendant and/or any member of a Defendant's immediate family, and any entity in which a Defendant and/or any member of a Defendant's immediate family has or had a controlling interest (directly or indirectly).

2.      "Released Claims" shall collectively mean any and all claims (including Unknown Claims as defined below), rights, demands, liabilities or causes of action of every nature and description whatsoever (including, but not limited to, any claims for damages, interest, attorneys' fees, expert or consulting fees, and any other costs, expenses, or liabilities whatsoever), to the fullest extent that the law permits their release in this action, by or on behalf of Lead Plaintiff or any other Class Members against any of the Released Parties that have been alleged or could have been alleged in this action (or in any forum or proceeding or otherwise), whether based on federal, state, local, statutory, or common law or any other law, rule, or regulation, whether known claims or Unknown Claims, whether class, representative, or individual in nature, whether fixed or contingent, accrued or unaccrued, liquidated or unliquidated, whether at law or in equity, matured or unmatured, that are based on, relate to, or arise out of both (i) the allegations, transactions, facts, matters, events, disclosures, statements, occurrences, circumstances, representations, conduct, acts, or omissions or failures to act that have been or could have been alleged or asserted in the Litigation, and (ii) Lead Plaintiff's or any other Class Member's purchase of Diplomat common stock during the Class Period. Released Claims do not include any derivative or ERISA claims or claims to enforce the terms of the Settlement.

3.      "Unknown Claims" means collectively any Released Claims that Lead Plaintiff or Class Members do not know or suspect to exist in his, her or its favor at the time of the release of the Released Parties which, if known by him, her or it, might have affected such Class Member's settlement or decisions with respect to the Settlement, including, but not limited to, the release of the Released Parties or the decision not to object to or opt out of this Settlement. With respect to any and all Released Claims, the Settling Parties stipulate and agree that, upon the Effective Date, Lead Plaintiff and Defendants shall expressly waive, and each of the Class Members shall be deemed to have waived, and by operation of the Judgment shall have expressly waived, any and all provisions, rights, and benefits conferred by the law of any state or territory or other jurisdiction or principle of common law or foreign law that is similar, comparable, or equivalent to California Civil Code §1542, which provides:

**A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.**

Lead Plaintiff and Class Members may hereafter discover facts in addition to or different from those which he, she or it now knows or believes to be true with respect to the subject matter of the Released Claims, but Lead Plaintiff shall expressly fully, finally, and forever settle and release, and each Class Member, upon the Effective Date, shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever settled and released, any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts. Lead Plaintiff and Defendants acknowledge, and Class Members shall be deemed by operation of law (including by operation of the Judgment) to have acknowledged, that the foregoing waiver was separately bargained for and is a key element of the Settlement.

4.      This release shall be of no force or effect unless and until the Court approves the Stipulation and it becomes effective on the Effective Date.



5.      I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

6.      I (We) hereby warrant and represent that I (we) have included information about all of my (our) transactions in Diplomat common stock that occurred during the Class Period as well as the number of shares of Diplomat common stock held by me (us) at the close of trading on February 25, 2018, November 11, 2019, and February 7, 2020.

7.      I (We) hereby warrant and represent that I am (we are) not excluded from the Class, as defined in the Notice.

I (We) declare under penalty of perjury under the laws of the United States of America that the foregoing information supplied by the undersigned is true and correct.

Executed this_____ day of _____ in _____
                                          (Month/Year)                                      (City/State/Country)

_____          _____
(Sign your name here)                                           (Sign your name here)

_____          _____
(Type or print your name here)                                (Type or print your name here)

_____          _____
(Capacity of person(s) signing, *e.g.,*                       (Capacity of person(s) signing, *e.g.,*
Beneficial Owner, Executor or Administrator)            Beneficial Owner, Executor or Administrator)

### ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME.
### THANK YOU FOR YOUR PATIENCE.

Reminder Checklist:

1. Please sign the above release and acknowledgment.

2. Remember to attach supporting documentation, if available.

3. **Do not send** original stock certificates.

4. Keep a copy of your claim form for your records.

5. If you desire an acknowledgment of receipt of your claim form, please send it Certified Mail, Return Receipt Requested.

6. If you move, please send us your new address.

### THIS PROOF OF CLAIM MUST BE SUBMITTED ONLINE OR MAILED NO LATER THAN APRIL 27, 2022, ADDRESSED AS FOLLOWS:

*Diplomat Securities Litigation 2021*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 43361
Providence, RI  02940-3361
www.DiplomatSecuritiesLitigation.com



# EXHIBIT B

**Gilardi & Co LLC**

1 McInnis Parkway
Suite 250
San Rafael, CA 94903
P: (415) 458-3015

February 16, 2022

«FirstName» «LastName»
«Company»
«Addr1»
«Addr2»
South Bend, IN 46601
«FCountry»

Re: **Diplomat Securities Litigation 2021**

Dear «GENDER» «LastName»:

Please find enclosed the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Proof of Claim and Release ("Proof of Claim") for the above-referenced litigation. Please note both the Class Period and the designated eligible securities described on page one of the Notice, specifically, the inclusion of all persons who purchased Diplomat Pharmacy, Inc. ("Diplomat") common stock from February 26, 2018 through and including November 11, 2019, and were damaged thereby. In addition, **the Notice provides that both the Exclusion Deadline and the Claim Filing Deadline are April 27, 2022.**

Please pay particular attention to the "Special Notice to Banks, Brokers, and Other Nominees" on page twelve of the Notice which states, in part: The Court has ordered that if you hold or held any Diplomat common stock purchased between February 26, 2018 and November 11, 2019, inclusive, as nominee for a beneficial owner, then, within ten (10) days after you receive this Notice, you must either: (1) send a copy of this Notice by First-Class Mail to all such Persons; or (2) provide a list of the names and addresses of such Persons to the Claims Administrator at notifications@gilardi.com or: Diplomat Securities Litigation 2021, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 43361, Providence, RI 02940-3361. If you choose to mail the Notice and Proof of Claim yourself, you may obtain from the Claims Administrator (without cost to you) as many additional copies of these documents as you will need to complete the mailing.

Please do not make your own copies of the Proof of Claim form, as copies may not be accepted for processing. Additional copies of the appropriate documents may be requested by contacting us at the above address and/or phone number. If we conduct the necessary mailing on your behalf, please submit names and addresses either via email to Notifications@Gilardi.com, via CD Rom to the above address or contact us to obtain secure FTP transmission instructions. Mailing labels will be accepted, but you may be requested to provide an additional copy of the address information you send. Do not include any confidential information that should not appear on a mailing label.

The data provided must be in one of the following formats:
- ASCII Fixed Length file
- ASCII Tab Delimited file
- Microsoft Excel spreadsheet

Your request must also specify the case name and Control Total(s) (for example, the total number of name and address records provided) for each file submission. If you have any questions, please email Notifications@Gilardi.com.

Sincerely,

Gilardi & Co., LLC

# EXHIBIT C

THE WALL STREET JOURNAL. | Wednesday, February 23, 2022 | B9

# BIGGEST 1,000 STOCKS

### How to Read the Stock Tables

The following explanations apply to NYSE, NYSE American and Nasdaq Stock Market listed securities. Prices are composite quotations that include primary market trades as well as trades reported by Nasdaq BX (formerly Boston), Chicago Stock Exchange, Cboe, NYSE National and Nasdaq ISE. The list comprises the 1,000 largest companies based on market capitalization.

**Underlined quotations** are those stocks with large changes in volume compared with the issue's average trading volume.

**Boldfaced quotations** highlight those issues whose price changed by 5% or more if their previous closing price was $2 or higher.

Wall Street Journal stock tables reflect composite regular trading as of 4 p.m. and changes in the closing prices from 4 p.m. the previous day.

**Footnotes:**
- **i**-New 52-week high.
- **l**-New 52-week low.
- **dd**-Indicates loss in the most recent four quarters.
- **FD**-First day of trading.
- **h**-Does not meet continued listing standards
- **lf**-Late filing
- **q**-Temporary exemption from Nasdaq requirements.
- **t**-NYSE bankruptcy
- **u**-NYSE bankruptcy halted on primary market.
- **vj**-In bankruptcy or receivership or being reorganized under the Bankruptcy Code, or securities assumed by such companies.

_The stock tables and New Highs and Lows comprise the 1,000 largest companies based on market capitalization. Individual stock quotations with price and net-change data are presented in multiple columns across the page._

---

ADVERTISEMENT

# The Marketplace

To advertise: 800-366-3975 or WSJ.com/classifieds

## BUSINESS OPPORTUNITIES

**ALLIANCE MORTGAGE FUND**
**7%-8% RETURN**
REAL ESTATE SECURED FIXED INCOME FUND SEEKING RIA'S & ACCREDITED INVESTORS
CALL:
**866-700-0600**
ALLIANCE MORTGAGE FUND
120 Vantis Dr., Ste. 515 • Aliso Viejo, CA 92656
www.AllianceMortgageFund.com

**INTERNET STARTUP**
**$5 Million Wanted**
**323-603-3443**

### CAREERS

**VP, Enterprise Architect & Data**
Fiserv Solutions, LLC seeks VP, Enterprise Architect & Data in Brookfield, WI (& various unanticipated locations throughout the US) (full-time telework permitted) to be responsible for conception through end of life ownership for a specific product, product group, or product line including product management, product development, & business development. 20-30% domestic travel required. To apply, email resume to: Fiserv.Recruitment_Resume@fiserv.com. Reference JOB CODE: MB199.

**CRAFT ICE CREAM, NOVELTY & DESSERT MANUFACTURER**
LTM Revenue ~$21MM
Sale process underway: Chef-inspired craft ice cream and frozen novelty dessert manufacturer serving branded, premium private label, and foodservice channels. Two SQF Level 3 manufacturing facilities strategically located in the Southeast and Midwest, capacity to produce 13 million gallons of product annually and a wide variety of novelty items including bites, bars, and sandwiches. Serves blue-chip customers across all 50 states and overseas.
Contact: Debbie Beall
(443) 951-4854
debbiebeall@schgroup.com
SCH CAPITAL

### CAREERS

**Sr Application Analyst**
Fiserv Solutions, LLC seeks Sr Application Analyst in Brookfield, WI (& various unanticipated locations throughout the US) (full-time telework permitted) to perform application maintenance and production support. To apply, email resume to: Fiserv.Recruitment_Resume@fiserv.com. Reference JOB CODE CC200.

**M & A BUSINESS BROKERS**
**Sell & Show Businesses**
Oppty To Earn $100K-$500K+
As Independent Contractor
Work From Home / Outside Sales
Leads Furnished • Training • Since 1985
Send Letter & Resume to:
brokers@gottesman-company.com
Visit our website: www.gottesman-company.com
US • Canada • Europe • Asia • S America

### CAREERS

**Software Developer, Advisory**
Fiserv Solutions, LLC seeks Software Developer, Advisory in Brookfield, WI (& various unanticipated locations throughout the US) (full-time telework permitted) to analyze & develop customized solutions within the Global Business Solutions platform to support critical business functions to meet project objectives, client requirements, & company goals. To apply, email resume to: Fiserv.Recruitment_Resume@fiserv.com. Reference JOB CODE MB201.

**Sr. Application Analyst**
Fiserv Solutions, LLC seeks Sr. Application Analyst in Brookfield, WI (& various unanticipated locations throughout the US) (full-time telework permitted) to collaborate with client partners and internal stakeholders on design strategies for client implementation projects. To apply, email resume to: Fiserv.Recruitment_Resume@fiserv.com. Reference JOB CODE KB204.

**Technical Business Analysis – Sr Professional II**
Fiserv Solutions, LLC seeks Technical Business Analysis – Sr Professional II in Brookfield, WI (& various unanticipated locations throughout the US) (full-time telework permitted) to work with customers to elicit requirements and creating System Requirements Specification. To apply, email resume to: Fiserv.Recruitment_Resume@fiserv.com. Reference JOB CODE MB202.

---

THE WALL STREET JOURNAL.

# NOTABLE COMMERCIAL PROPERTIES
EVERY WEDNESDAY

LIST YOUR PROPERTY TODAY

(800) 366-3975
sales.realestate@wsj.com

For more information visit:
wsj.com/classifieds

## CLASS ACTION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

    vs.

DIPLOMAT PHARMACY, INC., et al.,

    Defendants.

Case No. 1:19-cv-01735
**(Consolidated)**

CLASS ACTION

Honorable John F. Kness

**SUMMARY NOTICE**

TO: ALL PERSONS WHO PURCHASED DIPLOMAT PHARMACY, INC. ("DIPLOMAT") COMMON STOCK FROM FEBRUARY 26, 2018 THROUGH AND INCLUDING NOVEMBER 11, 2019, AND WERE DAMAGED THEREBY

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Northern District of Illinois, Eastern Division (the "Court") and Rule 23 of the Federal Rules of Civil Procedure, that (i) the above-captioned litigation (the "Litigation") has been preliminarily certified as a class action on behalf of a class of all Persons who purchased Diplomat common stock from February 26, 2018 through and including November 11, 2019, and were damaged thereby, except for certain Persons excluded from the Class as defined in the full printed Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is available as described below; and (ii) Lead Plaintiff and Defendants in the Litigation have reached an agreement to settle the Litigation for $15.5 million in cash (the "Settlement"). If the Settlement is approved, it will resolve all claims in the Litigation. Any capitalized terms used in this Summary Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Amended Stipulation of Settlement dated January 24, 2022 (the "Stipulation"), and the Notice.

A hearing will be held on June 6, 2022, at 9:30 a.m., before the Honorable John F. Kness, at the Everett McKinley Dirksen U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, for the purpose of determining: (1) whether the proposed Settlement of the claims in the Litigation for the sum of $15,500,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether a Class should be certified for purposes of the Settlement; (3) whether, thereafter, this Litigation should be dismissed with prejudice pursuant to the terms and conditions set forth in the Stipulation; (4) whether the proposed Plan of Allocation is fair, reasonable, and adequate and therefore should be approved; and (5) the reasonableness of the application of Lead Counsel for the payment of attorneys' fees and expenses incurred in connection with this Litigation, together with the interest earned thereon (and any payment to the Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 in connection with its representation of the Class).

If you purchased Diplomat common stock during the period between February 26, 2018 and November 11, 2019, inclusive, your rights may be affected by the settlement of this Litigation. If you have not received a detailed Notice and a copy of the Proof of Claim and Release form ("Proof of Claim"), you may obtain copies (as well as a copy of the Stipulation) by writing to _Diplomat Securities Litigation 2021_, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 43361, Providence, RI 02940-3361, or by downloading this information at www.DiplomatSecuritiesLitigation.com. If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must either submit a Proof of Claim online at www.DiplomatSecuritiesLitigation.com by April 27, 2022, or by mail postmarked no later than April 27, 2022, establishing that you are entitled to recovery.

If you desire to be excluded from the Class, you must submit a request for exclusion postmarked by April 27, 2022, in the manner and form explained in the detailed Notice referred to above. All Members of the Class who do not timely and validly request exclusion from the Class will be bound by any judgment entered in the Litigation pursuant to the terms and conditions of the Stipulation.

Any objection to the Settlement must be mailed or delivered to the Clerk of the Court and counsel for the Settling Parties at the addresses below such that it is received no later than May 16, 2022:

_Court:_
Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 South Dearborn Street
Chicago, IL 60604

_Counsel for Lead Plaintiff:_
Theodore J. Pintar
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

_Counsel for Defendants:_
James W. Ducayet
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact counsel for Lead Plaintiff at the address listed above or go to the following website: www.DiplomatSecuritiesLitigation.com.

DATED: January 27, 2022

BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

THE WALL STREET JOURNAL.
# THE MARKETPLACE
ADVERTISE TODAY
(800) 366-3975
For more information visit:
wsj.com/classifieds
DOW JONES

© 2022 Dow Jones & Company, Inc. All Rights Reserved.

© 2022 Dow Jones & Company, Inc. All Rights Reserved.
DOW JONES

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be printed in said publication on February 23, 2022:

Name of Publication: The Wall Street Journal

Address: 1211 Avenue of the Americas

City, State, Zip: New York, NY 10036

Phone #: 1-800-568-7625

State of: New York

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of February 2022, at Sellersville, Pennsylvania.


_Carla Peak_

Carla Peak



# Robbins Geller Rudman & Dowd LLP Announces a Class Has Been Certified in the Diplomat Pharmacy Securities Litigation

February 23, 2022 08:00 AM Eastern Standard Time

SAN DIEGO--(BUSINESS WIRE)--The following statement is being issued by Robbins Geller Rudman & Dowd LLP regarding the Diplomat Pharmacy Securities Litigation:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | Case No. 1:19-cv-01735 **(Consolidated)** |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | Honorable John F. Kness |
| DIPLOMAT PHARMACY, INC., et al., | ) ) | **SUMMARY NOTICE** |
| Defendants. | ) ) ) | |

TO: ALL PERSONS WHO PURCHASED DIPLOMAT PHARMACY, INC. ("DIPLOMAT") COMMON STOCK FROM FEBRUARY 26, 2018 THROUGH AND INCLUDING NOVEMBER 11, 2019, AND WERE DAMAGED THEREBY

**THIS NOTICE WAS AUTHORIZED BY THE COURT. IT IS NOT A LAWYER SOLICITATION. PLEASE READ THIS NOTICE CAREFULLY AND IN ITS ENTIRETY. YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Northern District of Illinois, Eastern Division (the "Court") and Rule 23 of the Federal Rules of Civil Procedure, that (i) the above-captioned litigation (the "Litigation") has been preliminarily certified as a class action on behalf of a class of all Persons who purchased Diplomat common stock from February 26, 2018 through and including November 11, 2019, and were damaged thereby, except for certain Persons excluded from the Class as defined in the full printed Notice of Pendency and Proposed Settlement of Class Action ("Notice"), which is available as described below; and (ii) Lead Plaintiff and Defendants in the Litigation have reached an agreement to settle the Litigation for $15.5 million in cash (the "Settlement"). If the Settlement is

approved, it will resolve all claims in the Litigation. Any capitalized terms used in this Summary Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Amended Stipulation of Settlement dated January 24, 2022 (the "Stipulation"), and the Notice.

A hearing will be held on June 6, 2022, at 9:30 a.m., before the Honorable John F. Kness, at the Everett McKinley Dirksen U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, for the purpose of determining: (1) whether the proposed Settlement of the claims in the Litigation for the sum of $15,500,000 in cash should be approved by the Court as fair, reasonable, and adequate; (2) whether a Class should be certified for purposes of the Settlement; (3) whether, thereafter, this Litigation should be dismissed with prejudice pursuant to the terms and conditions set forth in the Stipulation; (4) whether the proposed Plan of Allocation is fair, reasonable, and adequate and therefore should be approved; and (5) the reasonableness of the application of Lead Counsel for the payment of attorneys' fees and expenses incurred in connection with this Litigation, together with the interest earned thereon (and any payment to the Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 in connection with its representation of the Class).

If you purchased Diplomat common stock during the period between February 26, 2018 and November 11, 2019, inclusive, your rights may be affected by the settlement of this Litigation. If you have not received a detailed Notice and a copy of the Proof of Claim and Release form ("Proof of Claim"), you may obtain copies (as well as a copy of the Stipulation) by writing to *Diplomat Securities Litigation 2021*, Claims Administrator, c/o Gilardi & Co. LLC, P.O. Box 43361, Providence, RI 02940-3361, or by downloading this information at www.DiplomatSecuritiesLitigation.com. If you are a Class Member, in order to share in the distribution of the Net Settlement Fund, you must either submit a Proof of Claim online at www.DiplomatSecuritiesLitigation.com by April 27, 2022, or by mail postmarked no later than April 27, 2022, establishing that you are entitled to recovery.

If you desire to be excluded from the Class, you must submit a request for exclusion postmarked by April 27, 2022, in the manner and form explained in the detailed Notice referred to above. All Members of the Class who do not timely and validly request exclusion from the Class will be bound by any judgment entered in the Litigation pursuant to the terms and conditions of the Stipulation.

Any objection to the Settlement must be mailed or delivered to the Clerk of the Court and counsel for the Settling Parties at the addresses below such that it is received no later than May 16, 2022:

*Court*:

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 South Dearborn Street
Chicago, IL 60604

*Counsel for Lead Plaintiff*:

Theodore J. Pintar
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

*Counsel for Defendants*:

James W. Ducayet
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.** If you have any questions about the Settlement, you may contact counsel for Lead Plaintiff at the address listed above or go to the following website: www.DiplomatSecuritiesLitigation.com.

DATED: January 27, 2022    BY ORDER OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

Contacts

Media:

Robbins Geller Rudman & Dowd LLP

Shareholder Relations

Rick Nelson

(619) 231-1058

Declaration of Publication

I, Carla Peak, as Vice President, Legal Notification Services at Gilardi & Co. LLC, a KCC Class Action Services Company in San Rafael, California, hereby certify that I caused the attached notice to be published as a press release by the following wire service:

Name of Publication: BusinessWire

Address: 101 California Street 20th Floor

City, ST Zip: San Francisco, CA 94111

Phone #: 415-986-4422

State of: California

The press release was distributed on February 23, 2022 to the following media circuits offered by the above-referenced wire service:

1. US1 National Newsline

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of February 2022, at Sellersville, Pennsylvania.


Carla Peak