**INDEX OF EXHIBITS TO DECLARATION OF FRANK J. JOHNSON FILED ON BEHALF OF JOHNSON FISTEL, LLP IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

| Document | Exhibit |
|---|---|
| Time Report | A |
| Expenses/Charges Report | B |
| Johnson Fistel, LLP Firm Resume | C |