**INDEX OF EXHIBITS TO DECLARATION OF MARVIN A. MILLER FILED ON BEHALF OF MILLER LAW LLC IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

| Document | Exhibit |
|---|---|
| Time Report | A |
| Expenses/Charges Report | B |
| Miller Law LLC Firm Resume | C |