**INDEX OF EXHIBITS TO DECLARATION OF COREY D. HOLZER FILED ON BEHALF OF HOLZER & HOLZER, LLC IN SUPPORT OF APPLICATION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES**

| Document | Exhibit |
|---|---|
| Time Report | A |
| Expenses/Charges Report | B |
| Holzer & Holzer, LLC Firm Resume | C |