**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHASE MORTIMER, Individually and on Behalf of All Others Similarly Situated, ) | No. 19-cv-01735 |
| ) | **(Consolidated)** |
| Plaintiff, ) | CLASS ACTION |
| vs. ) | Judge John F. Kness |
| DIPLOMAT PHARMACY, INC., *et al.*, ) | |
| Defendants. ) | |

**ORDER APPROVING PLAN OF ALLOCATION**

THIS MATTER having come before the Court for a hearing on June 6, 2022, on the motion of Lead Plaintiff Iron Workers Local No. 25 Pension Fund ("Lead Plaintiff"), on behalf of itself and the Class, for final approval of the proposed class action Settlement and approval of the Plan of Allocation for the proceeds of the Settlement; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed;

IT IS HEREBY ORDERED:

1. This Order incorporates by reference the definitions in the Amended Stipulation of Settlement, dated January 24, 2022, ECF 133 (the "Stipulation"), and capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation.

2. Under and in compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court finds that due and adequate notice was directed to Persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to Persons who are Class

Members to be heard with respect to the Plan of Allocation. There were no objections to the Plan of Allocation.

3.     The Court finds that the Plan of Allocation for the calculation of the claims of claimants that is set forth in the Notice of Pendency and Proposed Settlement of Class Action (the "Notice") disseminated to Class Members provides a fair and reasonable basis upon which to allocate the Net Settlement Fund among Class Members.

4.     The Court finds that the Plan of Allocation, as set forth in the Notice, is, in all respects, fair, reasonable, and adequate, and the Court hereby approves the Plan of Allocation.

SO ORDERED in No. 19-cv-01735.

Date: June 7, 2022

_____
JOHN F. KNESS
United States District Judge

2